**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARLOS PEREZ, et al.

    Plaintiffs,

  v.

RODERICK HICKMAN, et al.,

    Defendants.
_____/

No. C 05-05241 JSW

**ORDER RE STIPULATION AND PROPOSED ORDER (Docket No. 4)**

    The Court has received the parties' Stipulation and Proposed Order regarding a proposed settlement of a putative class action filed by Plaintiff Carlos Perez to address dental care provided by the California Department of Corrections and Rehabilitation.

    On January 23, 2006, the Court received a letter from Plaintiff's counsel requesting that the Court set a status conference to discuss notice to the putative class and the scheduling of a fairness hearing, and preliminary approval by the Court of the proposed settlement.

    In order to conserve judicial resources, the Court HEREBY ORDERS the parties to submit a joint motion to provisionally certify the class for purposes of settlement only, to approve notice to the putative class, and to set a final fairness hearing. This joint motion shall be filed by no later than March 10, 2006, shall include the proposed form of notice, and shall be noticed for hearing date within the time period required by the local rules. If the Court determines it is appropriate to resolve the motion without oral argument, it will vacate the hearing date, and set the matter down for a final fairness hearing.

    If the parties are unable to concur on any aspect of the motion for preliminary approval of the settlement and notice, Plaintiffs shall file their opening brief by no later than March 10,

1  2006, and Defendants shall file their opposition within the time period required by the Local
2  Rules.
3      If, as a result of this Order, the parties believe that any of the deadlines outlined in the
4  parties proposed settlement require modification, they should submit a revised version of the
5  Stipulation and Proposed Order, and any exhibits thereto that also require modifications, with
6  their joint motion.
7  **IT IS SO ORDERED.**

9  Dated: February 22, 2006

                    JEFFREY S. WHITE
                    UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California