PRISON LAW OFFICE
DONALD SPECTER #83925
ALISON HARDY #135966
General Delivery
San Quentin, CA  94964
Telephone: (415) 457-9144
Facsimile: (415) 457-9151
Attorneys for Plaintiffs

BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5711
Facsimile: (415) 7095-4853
Attorneys for Defendants Hickman, et al

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS PEREZ, et al., | No. C05-5241 JSW |
| Plaintiffs, | STIPULATION AND [~~PROPOSED~~] ORDER RE: PRODUCTION AND ACCESS TO DOCUMENTS AND OTHER INFORMATION |
| v. | |
| ~~RODERICK HICKMAN~~, et al., | |
| JAMES TILTON, | |
| Defendants. | |

Under Paragraph 20 of the parties' Stipulation and [Proposed] Order, submitted and the Amended Stipulation and [Proposed] Order submitted 4/28/06 December 19, 2005, the parties hereby stipulate to the following discovery plan regarding production and access to documents  in order to provide plaintiffs' counsel with information concerning implementation of the Stipulation.  Information produced pursuant to this stipulation shall be subject to the Stipulated Protective Order, submitted herewith.

Monthly Production of Documents from Institutions

The following documents will be provided to plaintiffs' counsel by the fifteenth (15th) day of each month for the preceding month for each institution required to use the Dental Services Policies and Procedures (i.e., "Roll-out Institutions"). The information will reflect data for the previous month.

1. Internal audits of dental services provided to members of the plaintiff class.
2. Reports stating the training provided on the Dental Services Policies and Procedures at that institution, with a statement of the number and classification of staff who attended.
3. Dental staff vacancy reports.
4. All inmate administrative appeals responded to at the First or Second Level relating to dental care.

Monthly Production of Documents from CDCR Headquarters

The following documents will be provided to plaintiffs' counsel from CDCR Headquarters by the fifteenth (15th) day of each month for the preceding month:

1. Internal reviews and audits of dental care services provided to prisoners, including 602 surveys.
2. Non-privileged documents relating to the amount budgeted for providing dental care to prisoners. No documents reflecting the budget for any particular upcoming budget year shall be produced until after the release of the Governor's Budget.
3. Dental staffing reports, including Recruitment and Retention Reports and dental staff vacancy reports for the Roll-out Institutions.

Documents Available for Review:

Upon request, plaintiffs' counsel shall have access as reasonably necessary to the documents listed below at the institutions.

1. Class members' complete medical records, including but not limited to, the Unit Health Record, inpatient and specialty clinic records, and Medication

1              Administration Records.
2        2.    Class members' Central Files, except that documents contained in the
              confidential portions of the Central Files shall not be disclosed or made
              available.
3        3.    Logs and other information relating to scheduling of dental appointments.
4        4.    All inmate administrative appeals and responses relating to dental care
              issues.
5        5.    All contracts relating to the provision of dental care, including but not limited
              to specialty and other provider contracts. (To the extent that any such
              contracts are not maintained at the institutions, plaintiffs' counsel may review
              the contracts at Department Headquarters at a time and place mutually
              convenient to both parties.)

Plaintiffs' counsel may request excerpts of class members' medical records, as reasonably necessary, whether or not counsel has previously reviewed the file at the institution. Plaintiffs' counsel shall make a good faith effort to specify in each request the relevant time period for which the records are desired whenever possible.

Plaintiffs' counsel will work with defendants' counsel or counsel designee to make advance arrangements to review and/or copy the above documents at a time and in a manner that is mutually convenient for plaintiffs' counsel and institutional personnel.

<u>Modification</u>

This stipulation will not prejudice the ability of either party to seek alternative arrangements for document production or to modify the content of periodic document production. The parties will meet and confer about any such request and shall comply with any controlling Court Orders pertaining to dispute resolution prior to resorting to formal motion procedures before the Court.

AGREED TO BY THE PARTIES:

Date: February 28, 2006

/s/
Alison Hardy
Attorney for Plaintiffs

Date: February ____, 2006

Rochelle East
Supervising Deputy Attorney General

I, Alison Hardy, attest that Rochelle East signed this document on 2/28/06.

IT IS SO ORDERED.

Date: May 1, _____, 2006

Honorable Jeffrey S. White
United States District Court Judge

Stipulation and [Proposed] Order Re: Document Production
Perez v. Hickman, C-05-5241
Perez v. Tilton,

4