```
 1  PRISON LAW OFFICE
    DONALD SPECTER #83925
 2  ALISON HARDY #135966
    General Delivery
 3  San Quentin, CA  94964
    Telephone: (415) 457-9144
 4  Facsimile: (415) 457-9151
    Attorneys for Plaintiffs
 5
    BILL LOCKYER
 6  Attorney General of the State of California
    JAMES M. HUMES
 7  Chief Assistant Attorney General
    FRANCES T. GRUNDER
 8  Senior Assistant Attorney General
    ROCHELLE C. EAST
 9  Supervising Deputy Attorney General
    455 Golden Gate Avenue, Suite 11000
10  San Francisco, CA 94102-7004
    Telephone: (415) 703-5711
11  Facsimile: (415) 703-5843
    Attorneys for Defendants Hickman, et al
12
```

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS PEREZ, et al., | No. C05-5241 JSW |
| Plaintiffs, | STIPULATION AND [PROPOSED] PROTECTIVE ORDER |
| v. | |
| ~~RODERICK HICKMAN~~, et al., JAMES TILTON | |
| Defendants. | |

   IT IS ORDERED that the following provisions shall apply to all Department of Corrections and Rehabilitations' ("CDCR") records that identify any inmate or parolee ("personal information") and which are produced by defendants in this action:

   1.   All such personal information produced by defendants in this action shall be

Stipulation and [Proposed] Protective Order
*Perez v. ~~Hickman~~*, C-05-5241
           Tilton

regarded as confidential and subject to the Protective Order. Such material is hereinafter referred to as "protected material."

    2. The protected material may be disclosed only to the following persons:

        a. Counsel of record in the action:

        b. Paralegal, clerical and other personnel regularly employed by counsel of record;

        c. Court personnel and stenographic reporters engaged in such proceedings in this action;

        d. Any outside expert or consultant retained by either party or the Court for purposes of this action;

        e. The protected material may be disclosed to witnesses during a deposition taken in this matter provided that the witnesses may not leave any deposition with any copies of any of the protected material, and shall be informed of and agree to be bound by the terms of the Order.

    3. Each person described in paragraph 2(d) and (e), above, to whom disclosure of protected material is made shall, prior to the time of disclosure, be provided by the person furnishing such protected material a copy of this Order, and shall agree on the record or in writing that they have read the Order, understand it, and agree to be bound by its provisions. Such persons must also consent to be subject to the jurisdiction of the United States District Court for the Northern District of California with respect to any proceeding relating to the enforcement of the Order, including, without limitation, any proceeding for contempt. Unless such agreement is made on the record, as in court or during a deposition, the person making the disclosure shall retain the original executed agreement until this litigation is terminated or until otherwise ordered by the Court. A copy of such agreement shall be furnished to defendants' counsel upon order of the Court.

    4. At the conclusion of this action, all protected material, including all copies, will be destroyed or returned to the defendants as directed by defendants' counsel.

1    5.    All protected material shall be used solely in connection with the above-
2 captioned action and not for any other purpose, including other litigation, without
3 agreement between the parties and order of the Court, except that personal information may
4 be used without limitation with the written consent of the inmate or parolee concerned.

5    6.    Any party filing with the Court documents that identify any prisoner or parolee
6 shall file and serve an Administrative Motion to File Under Seal pursuant to Northern
7 District of California, Local Rules 7-11 and 79-5.  The Administrative Motion should set
8 forth the portion or portions of the documents that are confidential and, therefore, sealable.

9    7.    Plaintiffs' counsel, and their staff, experts and consultants shall not make copies
10 of protected material except as necessary for purpose of this action.  Plaintiffs' counsel shall
11 maintain a record of all persons to whom they have afforded access to protected material.
12 Defendants may inspect the record upon order of the court.  All protected material shall be
13 stored in a secure location.

14    8.    No person who has been afforded access to protected material shall disclose or
15 discuss the material, including without limitation the identification, location or health status
16 of an inmate, with any person except in connection with their work on the above-captioned
17 action, except that personal information may be disclosed with the written consent of the
18 inmate or parolee concerned.

19    9.    Nothing in this Order is intended to prevent officials or employees of the State
20 of California or other authorized government officials from having access to personal
21 information to which they have access in the normal course of their official duties.

22    10.    The provisions of this Order are without prejudice to the right of any party to
23 (1) apply to the Court for a further protective order relating to any protected material or
24 discovery in this action; (2) to apply to the Court for an order removing the protected
25 material designation from any document; or (3) to apply to the Court for an order
26 compelling modifications of the Order or for any order permitting disclosure of protected
27 material beyond the terms of the Order.

28

Stipulation and [Proposed] Protective Order
*Perez v. Tilton*, C-05-5241                                    3

11.     The provisions of the Order shall remain in full force and effect until this Court orders otherwise.

AGREED TO BY THE PARTIES:

Date: April ___, 2006

                          /s/
Alison Hardy
Attorney for Plaintiffs

Date: April ___, 2006

Rochelle East
Supervising Deputy Attorney General

I, Alison Hardy, attest that Rochelle East signed this document on 2/28, 2006.

IT IS SO ORDERED.

Date:  May 1 _____, 2006

Honorable Jeffrey S. White
United States District Court Judge

Stipulation and [Proposed] Protective Order
*Perez v. Hickman*, C-05-5241        4
Tilton