E-Filing

1  PRISON LAW OFFICE
   DONALD SPECTER #83925
2  ALISON HARDY #135966
   General Delivery
3  San Quentin, CA 94964
   Telephone: (415) 457-9144
4  Facsimile: (415) 457-9151
   Attorneys for Plaintiffs
5

6  BILL LOCKYER
   Attorney General of the State of California
7  JAMES M. HUMES
   Chief Assistant Attorney General
8  FRANCES T. GRUNDER
   Senior Assistant Attorney General
9  ROCHELLE C. EAST
   Supervising Deputy Attorney General
10 455 Golden Gate Avenue, Suite 11000
   San Francisco, CA 94102-7004
11 Telephone: (415) 703-5711
   Facsimile: (415) 703-5843
12
   HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP
13 JERROLD C. SCHAEFER
   PAUL B. MELLO
14 ALISON P. SANDMAN
   425 Market Street, 26th Floor
15 San Francisco, CA 94105
   Telephone: (415) 777-3200
16 Facsimile: (415) 541-9366
   Attorneys for Defendants Hickman, et al.
17

18                  IN THE UNITED STATES DISTRICT COURT
                      NORTHERN DISTRICT OF CALIFORNIA
19

20 | Carlos Perez, et al.,        | No. C-05-5241 JSW
21 |                              | **STIPULATION REGARDING**
   |         Plaintiffs,          | **FURNISHING NOTICE OF THE**
22 |                              | **PROPOSED SETTLEMENT TO**
   |                              | **PLAINTIFF CLASS AND ORDER**
23 |         v.                   |
24 | James Tilton, et al.,        |
25 |                              |
   |         Defendants           |
26

27 Stipulation re Notice to Plaintiff Class and Order
   *Perez v. Tilton*, C-05-5241 JSW
28

1  The parties hereby stipulate and agree to the following notice to be furnished to
2  members of the plaintiff class in this case.

### POSTING

3. 1. The parties have agreed upon the Notice of Settlement and Summary to be furnished to the class to apprise them of the proposed settlement. The Notice and Summary are attached as Exhibit A. The Notice and Summary will also be translated into Spanish. By May 9, 2006, defendants shall post the English and Spanish versions of the Settlement Notice and Summary in the following areas:

   A) All inmate Law Libraries;
   B) Housing Units; and
   C) Healthcare and Dental Waiting Rooms and Clinics.

2. The Notice and Summary will be placed at appropriate heights to accommodate inmates in wheelchairs. The postings will be on poster stock and wherever possible will be posted behind glass-enclosed bulletin boards or behind counselors' windows to prevent their removal. At least once each week the Litigation Coordinators at each institution will check to determine that the postings are properly posted, have not been torn down or defaced. The Litigation Coordinators will replace the postings if this occurs. The postings will remain up until June 30, 2006.

### DISTRIBUTION OF COPIES AND POSTING

3. Paper copies of the Notice and Summary in English and Spanish will be furnished to inmates housed in the following units:

   A) Security Housing Units;
   B) Administrative Segregation;
   C) Protective Housing Units;
   D) Psychiatric Services Units;
   E) Orientation Units; and

|   |   |   |
|---|---|---|
| 1 | F) | Inmate groups or housing units on extended lock downs. For the |
| 2 |    | purposes of this stipulation, the term "extended lock downs" |
| 3 |    | means having been on lock down status for at least two weeks at |
| 4 |    | the time the Notice and Summary are to be initially posted. |
| 5 | G) | All hospitals, correctional treatment centers, skilled nursing |
| 6 |    | facilities and outpatients housing units. |

4.   In addition to distributing copies in these areas, copies of the Notice and Summary will be also posted.

5.   At those institutions with cable stations, the Notice and Summary will be broadcast in English and Spanish on a regular basis throughout the day from May 9, 2006 through May 23, 2006.

**OTHER LANGUAGES**

6.   To the extent that inmates request the Notice and Summary in languages other than Spanish or English, defendants will make reasonable attempts to provide the requested interpretations.

**INMATES WITH DISABILITIES**

7.   Large print versions of the Notice and Summary will be available in the law libraries.

8.   Audio tapes of the Notice and Summary will be available in the law libraries as soon as practicable depending on their availability.

9.   The Notice and Summary will be provided to blind and learning disabled inmate per the Armstrong class action remedial plan.

10.  The Notice and Summary will be provided to developmentally disabled inmates per the Clark class action remedial plan.

11.  At designated Disability Placement Program (DPP) institutions for hearing-impaired inmates that operate a cable station, the Notice and Summary will be broadcast with

closed captioning if currently available.

12. Galileo, Arkenstone, and Optelec Spectrum reading machines will be available in the law library for inmates with visual and learning disabilities in the designated DPP institutions.

## THE STIPULATION AND THE POLICIES AND PROCEDURES

13. By May 9, 2006, at least three copies of the proposed Stipulation for Injunctive Relief and one copy of the proposed Dental Services Policies and Procedures will be maintained at each library until the Court approves the settlement.

DATED: April 28, 2006

/s/
Alison Hardy
Attorney for Plaintiffs

DATED: _____

Rochelle East
Attorney for Defendants

I, Alison Hardy, attest that Rochelle East signed this document on April 28, 2006.

**IT IS SO ORDERED.**

DATED: May 1, 2006

Jeffrey S. White
U.S. District Court Judge

Stipulation re Notice to Plaintiff Class and Order
*Perez v. Tilton*, C-05-5241                        4

# IMPORTANT NOTICE

## PROPOSED SETTLEMENT OF CLASS ACTION – DENTAL CARE

### *Perez v. Tilton*, N.D. Cal. No. C-05-5241

A proposed settlement has been reached in a federal civil rights class action lawsuit regarding dental care for California Department of Corrections and Rehabilitation (CDCR) prisoners. A settlement is an agreement between the parties and means there will be no trial. The federal court must now decide whether the settlement is fair. This notice explains the settlement, how you can read it, and how you can write to the Court about whether you think it is fair.

The *Perez v. Tilton* class action lawsuit was filed in December, 2005. The lawsuit claimed that prison dental care is inadequate and violates prisoners' Federal Constitutional and statutory rights. The lawsuit asked the federal court to order the CDCR to provide adequate dental care. No money damages were asked for and none will be awarded in this class action case. The lawyers for the prisoners are the Prison Law Office, General Delivery, San Quentin, CA 94964. Prison officials are represented by the California Attorney General, Supervising Deputy Attorney General Rochelle East, 455 Golden Gate Ave, Suite 11000, San Francisco, CA 94102. If you have any questions about the settlement, please contact the Prison Law Office, General Delivery, San Quentin, CA 94964.

If approved by the federal court, the settlement will apply to dental care at all CDCR prisons. The CDCR already began making certain improvements at every prison in January, 2006. However, most of the improvements will be made on a phased-in basis over the next four years, as follows:

7/1/06 - 12/31/08: Avenal State Prison, Calipatria State Prison, Centinela State Prison, Chuckawalla Valley State Prison, California State Prison - Corcoran, Folsom State Prison, Ironwood State Prison, California State Prison - Los Angeles County, Mule Creek State Prison, North Kern State Prison - II (Delano II), Pleasant Valley State Prison, California State Prison - Sacramento, Substance Abuse Treatment Facility, and Salinas Valley State Prison.

7/1/07 - 12/31/09: California Correctional Center, California Men's Colony, California Medical Facility, Correctional Training Facility, Pelican Bay State Prison, Sierra Conservation Center, and California State Prison – Solano.

7/1/08 - 12/31/10: The Mainline facilities of California Rehabilitation Center, California Correctional Institution, Central California Women's Facility, California Institution for Men, California Institution for Women, Deuel Vocational Institution, High Desert State Prison, North Kern State Prison,

                              Richard J. Donovan Correctional Facility, San Quentin State Prison, Valley State Prison for Women, and California State Prison - Wasco.

7/1/09 – 12/31/11:    The RC facilities of California Rehabilitation Center, California Correctional Institution, Central California Women's Facility, California Institution for Men, California Institution for Women, Deuel Vocational Institution, High Desert State Prison, North Kern State Prison, Richard J. Donovan Correctional Facility, San Quentin State Prison, Valley State Prison for Women, and California State Prison - Wasco.

The prisoners' lawyers and independent court-appointed dental experts will check whether the CDCR makes the required improvements under court supervision. The case will end when the Court, based on the dental experts' reports, decides that the CDCR has substantially complied with the settlement at each prison.

Under the settlement, prisoners will still be able to raise dental care problems in administrative appeals (602s). Also, prisoners can still file individual lawsuits regarding dental care, including state court habeas corpus petitions and federal "§ 1983" civil rights complaints asking for court orders or money damages. However, in any case asking for class or systemic relief, prison officials may argue that the lawsuit should be dismissed because of the settlement.

The *Perez v. Tilton* settlement is set forth in a "Stipulation and Order", which includes the CDCR Dental Services Policies and Procedures. You can read these documents at the prison law library.

## Comments on Fairness of Settlement: Requirements and July 14, 2006 Deadline

Prisoners can write to the federal court about whether the settlement is fair. The federal court will consider written comments when deciding whether to approve the settlement. Comments regarding the fairness of the settlement MUST include at the top of the first page the case name (***Perez v. Tilton***) and case number (**C-05-5241 JSW**). Comments must be received by July 14____, 2006 and must be sent to the following address:

                              Clerk of the Court
                            United States District Court
                        Northern District of California
                            450 Golden Gate Avenue
                            San Francisco, CA 94102

Large print and audio versions of this Document are available in the law library.

## Summary of Dental Care Improvements Required by the Perez Court Order

**Reception Center**: Within 60 days of each inmate/patient's arrival, a dentist will screen and classify him or her based on priority of dental need, and will provide appropriate treatment or referral for all urgent dental conditions. For non-urgent cases, the inmate/patient's assigned dental priority will determine the time frames for scheduling dental treatment at his or her assigned Mainline Facility. Inmate/patients will also be provided dental health education.

**Dental Health Orientation**: Within 14 days of assignment to a Mainline Facility from a Reception Center, inmate/patients shall receive an *Inmate/patient Orientation Handbook to Health Care Services*. Within 90 days of assignment to a Mainline Facility from a Reception Center, inmate/patients will also receive dental health and self-care instruction.

**Periodic Dental Examinations**: Inmate/patients who have reached their assigned facility will receive a complete dental examination at least once every two years. Inmate/patients with chronic illnesses that could compromise dental health and all inmate/patients over 50 years of age will have an exam *every* year. (However, inmate/patients undergoing active comprehensive dental treatment will not be eligible for these exams.) Pregnant inmate/patients will have a dental exam during their second trimester.

**Dental Treatment Plan**: A CDCR dentist will develop an individual treatment plan for each Mainline inmate/patient whose Reception Center screening exams indicates the need for dental treatment.

**Dental Care Sick Call Requests**: A CDCR dentist will review each dental care sick call request (7362) within one business day of receipt. Each inmate/patient will be scheduled for a dental triage appointment based upon the urgency of the request. Inmate/patients with urgent conditions will be seen for dental triage within 72 hours (excluding holidays). All other inmate/patients will be seen for dental triage within 10 working days.

**Emergency Care**: Emergency dental care will be available at all CDCR facilities, 24 hours a day/seven days a week. Dental emergencies occurring after normal working hours will be handled by the medical department, and every CDCR facility will have a dentist on call at all times. (Emergency dental care is provided to prevent death, alleviate severe pain, prevent permanent disability and dysfunction, or prevent significant medical or dental complications.)

**Continuity of Care**: New procedures will require dental staff to review each inmate/patient's Unit Health Record following a transfer and to schedule triage appointments as appropriate to ensure continuity of dental care.

**Staffing Ratio**: Each dental clinic shall maintain a minimum staffing ratio of one dentist and one dental assistant per 515 inmates.

**Quality Monitoring**: Each prison will be required to establish a Dental Peer Review Committee to evaluate and monitor the professional activities of the dental staff. The Committee's responsibilities will include ensuring that the professional staff has the appropriate training and

credentials, providing professional training when appropriate, and investigating questionable dental care.

**Schedule for Improvements**:

**By December 31, 2006**, all prisons should have: (1) made dental emergency care available 24 hours per day, seven days a week; (2) provided all inmate/patients with access to fluoridated tooth powder or toothpaste, and floss or interdental cleaners; (3) developed and implemented a tracking system documenting when dental care was requested and provided; (4) begun providing exams, dental treatment plans and dental treatment under the Dental Policies and Procedures for those inmate/patients who have had appointments; and (5) begun assigning priority classifications to inmate/patients who have had dental examinations.

**Beginning April 1, 2006**, each inmate/patient will receive an orientation handbook describing dental self-care education within 14 working days of initial arrival on a mainline facility. (Transferring from one mainline yard to another yard does not necessitate distribution of another handbook.)

All other improvements will be implemented under the following schedule;

7/1/06 - 12/31/08:   Avenal State Prison, Calipatria State Prison, Centinela State Prison, Chuckawalla Valley State Prison, California State Prison - Corcoran, Folsom State Prison, Ironwood State Prison, California State Prison - Los Angeles County, Mule Creek State Prison, North Kern State Prison - II (Delano II), Pleasant Valley State Prison, California State Prison - Sacramento, Substance Abuse Treatment Facility, and Salinas Valley State Prison.

7/1/07 - 12/31/09:   California Correctional Center, California Men's Colony, California Medical Facility, Correctional Training Facility, Pelican Bay State Prison, Sierra Conservation Center, and California State Prison – Solano.

7/1/08 - 12/31/10:   The Mainline facilities of California Rehabilitation Center, California Correctional Institution, Central California Women's Facility, California Institution for Men, California Institution for Women, Deuel Vocational Institution, High Desert State Prison, North Kern State Prison, Richard J. Donovan Correctional Facility, San Quentin State Prison, Valley State Prison for Women , and California State Prison - Wasco.

7/1/09 – 12/31/11:   The RC facilities of California Rehabilitation Center, California Correctional Institution, Central California Women's Facility, California Institution for Men, California Institution for Women, Deuel Vocational Institution, High Desert State Prison, North Kern State Prison, Richard J. Donovan Correctional Facility, San Quentin State Prison, and Valley State Prison for Women.