UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Carlos Perez, et al., <br><br> Plaintiffs, <br><br> v. <br><br> James Tilton, et al., <br><br> Defendants. | Case No. C 05-5241 JSW <br><br> [~~PROPOSED~~] ORDER OF CLARIFICATION |

Pursuant to Federal Rule of Civil Procedure 60(a), the parties jointly moved for clarification of this Court's two rulings issued on May 1, 2006. On that date, the Court granted preliminary approval of the parties' settlement of this action and set a final fairness hearing for August 18, 2006. This Court also executed the Amended Stipulation and [Proposed] Order (Stipulation) which will be the subject of the August 18, 2006 final fairness hearing.

THE COURT HEREBY RULES: (a) that its execution of the Stipulation on May 1, 2006 shall have no effect, and (b) that it will consider the fairness of the Stipulation following the class members' comment period at the August 18, 2006 final fairness hearing.

**IT IS SO ORDERED.**
The Clerk is directed to remove Docket Entry #35 from the record.

DATE: May 12, 2006

_Jeffrey S. White_
Jeffrey S. White
U.S. District Court Judge