E-Filing

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARLOS PEREZ, et al.

    Plaintiffs,

v.

JAMES TILTON, et al.,

    Defendants.

No. C 05-05241 JSW

**ORDER RE CORRESPONDENCE**

The Court has the attached letter from Jerry F. Stanley, and is forwarding it to counsel in light of representations made therein regarding dental care.[1]

**IT IS SO ORDERED.**

Dated: May 15, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

---

[1] Mr. Stanley's letter included attachments that did not appear to be relevant to this lawsuit and, thus, has not attached those attachments to this Order. The Court has submitted the letter and its attachments in its entirety to the Clerk for docketing.

MAY 10, 2006

Clerk of the Court:
copy Prison Law office
copy Inspector General Investigator Bret Morgan.

I am on death row 23 years. How can a death row inmate prove he is being denied dental care for a severely broken tooth 2 weeks now. LT Robinson, Sgt Henson refused to see my severely broken tooth plus have ignored severe chest pains solely because I've exposed LT Robinsons, Sgt Henson criminal conduct, civil rights violations. I've begged for relief of broken tooth, from chest pains. LT Robinson, Sgt Henson said "Hang yourself or we will hang you" I am denied legal calls. Denied legal mail, my cell ransacked by search crews. Fact any lay person can see clearly my tooth broken in half for 2 weeks. Every single 602 verbal plea met with threats including "produce a body location or we will make life unbearable. I have a broken back tooth down to the gum. I can't eat, drink for 2 weeks. Any body that looks sees broken tooth, swelling etc.

Please advise receipt of this please.

Sincerely
Jerry F. Stanley
Box C-80900
Death Row 3-E-50
San Quentin, CAL
94974