PRISON LAW OFFICE
DONALD SPECTER #83925
ALISON HARDY #135966
General Delivery
San Quentin, CA 94964
Telephone: (415) 457-9144
Facsimile: (415) 457-9151
Attorneys for Plaintiffs Perez, et al.

BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5711
Facsimile: (415) 703-5843

HANSON BRIDGETT MARCUS VLAHOS
& RUDY, LLP
JERROLD C. SCHAEFER
PAUL B. MELLO
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366

Attorneys for Defendants Tilton, et al.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS PEREZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JAMES TILTON, et al., <br><br> Defendants. | No. C05-5241 JSW <br><br> STIPULATION AND [PROPOSED] ORDER REGARDING POSTING AND DISTRIBUTION OF NOTICE TO PLAINTIFF CLASS |

1  The parties, by and through their undersigned counsel, hereby stipulate that
2  pursuant to Fed.R.Civ.P. 23(d) defendants shall by October 16, 2006 (earlier if possible)
3  post and distribute the "Notice of Settlement of Class Action – Dental Care" (including the
4  Spanish translation), attached hereto as Exhibit A, in accordance with the following:

5   1. The Notice shall be printed on a single sheet (one in English and one in
6  Spanish), in the same or similar type-face and in font sizes no smaller than, and in the
7  same ratio as, those shown in Exhibit A. The Notice shall be printed on poster stock and
8  laminated.

9   2. The Notice, in English and Spanish, will be posted in all housing units, law
10 libraries, and dental clinic waiting rooms. Wherever possible the Notice will be posted
11 behind glass-enclosed bulletin boards or behind windows to prevent removal or
12 defacement. Housing unit officers and supervisors will be instructed to report any removal
13 or defacement of the Notice to each institution's Litigation Coordinator. At least once
14 every month Litigation Coordinators at each institution will check to determine that the
15 Notice has not been removed or defaced. The Litigation Coordinators will replace the
16 Notice whenever they are informed or determine that such is necessary. Defendants shall
17 maintain the posting of the Notice until further order of the Court.

18  2. In addition to posting the Notice, defendants shall on or about October 16, 2006
19 (earlier if possible) furnish paper copies of the Notice, in English and Spanish, to prisoners
20 housed in the following units:

21         (A)   Security Housing Units;
22         (B)   Administrative Segregation Units;
23         (C)   Psychiatric Services Units;
24         (D)   Protective Housing Units;
25         (E)   Behavioral Management Units
26         (F)   Reception Centers;
27         (G)   Orientation Units;
28

Stipulation and [Proposed] Order Regarding Posting and Distribution of Notice
*Perez v. Tilton*, C-05-5241 JSW           2

  (H) Hospitals, Correctional Treatment Centers, Outpatient Housing Units, Skilled Nursing Facilities; and

  (I) housing units or inmate groups on extended lock downs.  For purposes of this Stipulation, the term "extended lock downs" means having been on locked-down status for at least two weeks at the time the Notice is initially posted.

The Notice will also be posted in these areas.

3. On or about November 1, 2006 and continuing thereafter until further Order of the Court, defendants shall include a paper copy of the Notice, in English and Spanish, in the orientation packet or material provided to new arrivals in units listed above in Paragraph 2, subd. (A) through (I).  The parties prior to October 1, 2006 shall meet and confer regarding the format of the paper copy of the notice to be distributed and thereafter included in orientation packets.

4. To the extent that inmates request the Notice in languages other than English or Spanish, defendants will make reasonable attempts to provide the Notice in the requested language.

5. The Notice, in English and Spanish, will be provided to blind and learning disabled inmates per the *Armstrong* class action remedial plan.  Galileo, Arkenstone, and Optelec Spectrum reading machines will be available in the law library for inmates with visual and learning disabilities in the designated Disability Placement Program (DPP) institutions.

6. The Notice, in English and Spanish, will be provided to developmentally disabled inmates per the *Clark* class action remedial plan.

7. Defendants shall place and maintain at least three copies of the "Amended Stipulation and Order," as signed and filed by the Court, in every law library.  Defendants shall also place and maintain a copy of the "Dental Services Policies and Procedures" ("Policies and Procedures") in every law library.  Defendants shall revise or update every

law library copy of the Policies and Procedures whenever any such revision or update is provided to the institution medical staff.

AGREED TO BY THE PARTIES:

Date: August 31, 2006

_____/s/_____
Alison Hardy
Attorney for Plaintiffs

Date: August 31, 2006

_____/s/_____
Rochelle C. East
Supervising Deputy Attorney General
Attorneys for Defendants Tilton, Farber-Szekrenyi, and Kuykendall

Date: August 31, 2006

_____/s/_____
Paul B. Mello
Hanson, Bridgett, Marcus, Vlahos & Rudy

Attorneys for Defendants Tilton, Farber-Szekrenyi, and Kuykendall

I, Alison Hardy, attest that Rochelle East and Paul Mello signed this document on August 31, 2006.

IT IS SO ORDERED.

Date: August 31, 2006

_____
Honorable Jeffrey S. White
United States District Court Judge

Stipulation and [Proposed] Order Regarding Posting and Distribution of Notice
*Perez v. Tilton*, C-05-5241 JSW                4

# Exhibit A

# NOTICE – SETTLEMENT OF CLASS ACTION – DENTAL CARE

## *Perez, v. Tilton, et al.*, N.D. Cal. No. C-05-5241

A federal judge has approved a settlement in the civil rights lawsuit about dental care in all California prisons. All California state prisoners with serious dental conditions are members of the plaintiff class in this lawsuit. A copy of the settlement agreement, called "Amended Stipulation and Order," is available in your law library.

The settlement requires the California Department of Corrections and Rehabilitation (CDCR) to make major improvements to prisoner dental care. These improvements will be made through new dental care policies and procedures. The new policies and procedures are available in your law library.

Under the settlement, the CDCR began making certain changes at every prison starting on July 1, 2006. In addition, each year several prisons will be required to start using the new dental care policies and procedures, under the following schedule:

7/1/06 - 12/31/08: Avenal State Prison, Calipatria State Prison, Centinela State Prison, Chuckawalla Valley State Prison, California State Prison - Corcoran, Folsom State Prison, Ironwood State Prison, California State Prison - Los Angeles County, Mule Creek State Prison, North Kern State Prison - II (Delano II), Pleasant Valley State Prison, California State Prison - Sacramento, Substance Abuse Treatment Facility, and Salinas Valley State Prison.

7/1/07 - 12/31/09: California Correctional Center, California Men's Colony, California Medical Facility, Correctional Training Facility, Pelican Bay State Prison, Sierra Conservation Center, and California State Prison – Solano.

7/1/08 - 12/31/10: The Mainline facilities of California Rehabilitation Center, California Correctional Institution, Central California Women's Facility, California Institution for Men, California Institution for Women, Deuel Vocational Institution, High Desert State Prison, North Kern State Prison, Richard J. Donovan Correctional Facility, San Quentin State Prison, Valley State Prison for Women, and California State Prison - Wasco.

7/1/09 – 12/31/11: The RC facilities of California Rehabilitation Center, California Correctional Institution, Central California Women's Facility, California Institution for Men, California Institution for Women, Deuel Vocational Institution, High Desert State Prison, North Kern State Prison, Richard J. Donovan Correctional Facility, San Quentin State Prison, Valley State Prison for Women, and California State Prison - Wasco.

The improvements made at each prison will be monitored by Court-appointed independent experts and lawyers for the prisoners. This monitoring will end only when the prison substantially complies with the new dental care policies and procedures.

You should use the "sick call" process (fill out and submit a Health Care Service Request Form, CDCR Form 7362) to bring any dental problem to the attention of dental staff.

Under the settlement agreement, the lawyers who represent the prisoners in this case can bring a dental care concern to the attention of the CDCR if the prisoner: (1) has received a Director's level response to a 602; or (2) has a condition that requires urgent dental care.

Here is the address for the lawyers who represent prisoners in this case:

**Prison Law Office**
**General Delivery**
**San Quentin, CA 94964**

Any letters to the lawyers will be processed as confidential legal mail. YOU SHOULD NOT WRITE TO THE JUDGE. Any questions or concerns about the settlement should be sent to the lawyers at the address listed above.