1  PRISON LAW OFFICE
   DONALD SPECTER #83925
2  ALISON HARDY #135966
   General Delivery
3  San Quentin, CA  94964
   Telephone: (415) 457-9144
4  Facsimile: (415) 457-9151
   Attorneys for Plaintiffs Perez, et al.
5
   BILL LOCKYER
6  Attorney General of the State of California
   JAMES M. HUMES
7  Chief Assistant Attorney General
   FRANCES T. GRUNDER
8  Senior Assistant Attorney General
   ROCHELLE C. EAST
9  Supervising Deputy Attorney General
   455 Golden Gate Avenue, Suite 11000
10 San Francisco, CA 94102-7004
   Telephone: (415) 703-5711
11 Facsimile: (415) 703-5843

12 HANSON BRIDGETT MARCUS VLAHOS
   & RUDY, LLP
13 JERROLD C. SCHAEFER
   PAUL B. MELLO
14 425 Market Street, 26th Floor
   San Francisco, CA 94105
15 Telephone: (415) 777-3200
   Facsimile: (415) 541-9366
16
   Attorneys for Defendants Tilton, et al.
17

18

19               IN THE UNITED STATES DISTRICT COURT

20               NORTHERN DISTRICT OF CALIFORNIA

21
   CARLOS PEREZ, et al.,
22                                        No. C05-5241 JSW

23         Plaintiffs,                    STIPULATION AND [Proposed]
                                          ORDER REGARDING
24         v.                             COMPENSATION OF
                                          INDEPENDENT COURT EXPERTS
25 JAMES TILTON, et al.,

26         Defendants.

27

28

Stipulation and [Proposed] Order Regarding Expert Fees
*Perez v. Tilton*, C-05-5241 JSW

1    The parties, by and through their undersigned counsel, hereby stipulate to the

2  following regarding the compensation of the independent Court experts appointed by the

3  Court's August 31, 2006, Order in this action:

4    The independent experts shall be compensated at the following reasonable hourly

5  rates for services performed in accordance with the August 31, 2006 Order Appointing

6  Experts Pursuant to Rule 706: $300.00 per hour, except that they will be compensated at

7  the rate of $100.00 per hour for travel time.  All reasonable expenses incurred by the

8  independent experts in performing their duties under the August 31, 2006 Order shall be

9  reimbursed as costs.

10    The independent experts' fees and expenses shall be borne by the defendants as part

11  of the costs of this action, pursuant to paragraph 26 of the Amended Stipulation and Order

12  signed and filed herein on August 21, 2006.  Defendants shall deposit the sum of two

13  hundred fifty thousand dollars ($250,000.00) with the Clerk of the Court as an interim

14  payment of costs.  All amounts deposited with the Clerk of the Court shall be invested in an

15  interest-bearing account.  All interest earned shall accrue to the benefit of defendants.

16    The independent experts shall periodically submit to the Clerk of the Court, with a

17  copy to defendants' and plaintiffs' designated representative, an itemized statement of fees

18  and expenses.  The itemized statement shall be payable ten (10) days after submission

19  unless defendants within that ten (10) day period file and serve objections regarding the

20  itemized statement on the grounds that the services performed were not in accord with the

21  August 31, 2006 Order appointing the independent experts, or that the expenses claimed are

22  unreasonable.   If defendants within the ten (10) day period file and serve objections

23  regarding only a part of the itemized statement, the remaining portion shall be payable.

24  Defendants' objections regarding all or part of an itemized statement will be heard and

25  determined by the Court or a Magistrate Judge to whom the issue is referred for decision.

26    At such point that the above sum is substantially drawn down, the Court will

27  order defendants to deposit additional sums with the Clerk of the Court.

28

1    IT IS SO STIPULATED AND AGREED.

2

3

4  AGREED TO BY THE PARTIES:

5       Date: September 15, 2006

6                                          _____/s/_____
                                           Alison Hardy
7                                          Attorney for Plaintiffs

8

9       Date: September 15, 2006           _____/s/_____
10                                         Rochelle C. East
                                           Supervising Deputy Attorney General
11                                         Attorneys for Defendants Tilton, Farber-
                                           Szekrenyi, and Kuykendall
12

13

14      Date: September 15, 2006           _____
                                           Paul B. Mello
15                                         Hanson, Bridgett, Marcus, Vlahos & Rudy
                                           Attorneys for Defendants Tilton, Farber-
16                                         Szekrenyi, and Kuykendall

17      I, Alison Hardy, attest that Rochelle East and Paul Mello signed this document on
18  September 15, 2006.

19

20  IT IS SO ORDERED.

21      Date: _____, 2006       _____
             Septmeber 18
22                                         Honorable Jeffrey S. White
                                           United States District Court Judge

23

24  cc:  Finance Department

25

26

27

28

Stipulation and [Proposed] Order Regarding Expert Fees
*Perez v. Tilton*, C-05-5241 JSW            3