1  PRISON LAW OFFICE
   DONALD SPECTER #83925
2  ALISON HARDY #135966
   General Delivery
3  San Quentin, CA 94964
   Telephone: (415) 457-9144
4  Facsimile: (415) 457-9151
   Attorneys for Plaintiffs Perez, et al.
5
   BILL LOCKYER
6  Attorney General of the State of California
   JAMES M. HUMES
7  Chief Assistant Attorney General
   FRANCES T. GRUNDER
8  Senior Assistant Attorney General
   ROCHELLE C. EAST
9  Supervising Deputy Attorney General
   455 Golden Gate Avenue, Suite 11000
10 San Francisco, CA 94102-7004
   Telephone: (415) 703-5711
11 Facsimile: (415) 703-5843

12 HANSON BRIDGETT MARCUS VLAHOS
   & RUDY, LLP
13 JERROLD C. SCHAEFER
   PAUL B. MELLO
14 425 Market Street, 26th Floor
   San Francisco, CA 94105
15 Telephone: (415) 777-3200
   Facsimile: (415) 541-9366
16
   Attorneys for Defendants Tilton, et al.
17

18

19                IN THE UNITED STATES DISTRICT COURT

20                  NORTHERN DISTRICT OF CALIFORNIA

21

22  CARLOS PEREZ, et al.,                No. C05-5241 JSW

23          Plaintiffs,                   **STIPULATION AND
                                          ORDER RE ATTORNEYS' FEES
24          v.                            AND COSTS**

25  JAMES TILTON, et al.,

26          Defendants.

27

28

Stipulation and [Proposed] Order re Attorneys' Fees and Costs
*Perez v. Tilton*, C-05-5241 JSW

1    Plaintiffs filed this class action against the Secretary of the California Department
2 of Corrections and Rehabilitation (CDCR), and the Chief and Chief Dentist of the CDCR
3 Health Care Services Division, seeking injunctive and declaratory relief under the federal
4 law.  This action was resolved though the Amended Stipulated Order filed by the parties
5 on April 28, 2006, and signed by this Court on August 21, 2006.  The Amended Stipulated
6 Order provides that plaintiffs are the prevailing party and that the defendants shall pay
7 plaintiffs' counsel for work performed in connection with the stipulation at hourly rates set
8 forth in the Prison Litigation Reform Act, 42. U.S.C. §1997e(d).  Following the entry of
9 the Amended Stipulated Order, plaintiffs and defendants conducted successful
10 negotiations to resolve the attorneys' fees and costs.
11    Accordingly, the parties, through their respective attorneys, hereby stipulate as
12 follows:
13    Pursuant to Paragraph 42 of the Amended Stipulated Order of August 21, 2006, the
14 parties have successfully negotiated reasonable attorneys' fees and costs incurred in this
15 action, pursuant to 42 U.S.C. §§ 1988 and 1997e(d).  Defendants agree to pay plaintiffs'
16 attorneys the amount of $131,800.00 in settlement of all fees and expenses incurred up to
17 and including August 28, 2006.  Payment shall be made within 30 days from the date this
18 Order is filed.
19    AGREED TO BY THE PARTIES:
20    Date:  September 25, 2006                    /s/
                                                    Alison Hardy
21                                                  Prison Law Office
                                                    Attorney for Plaintiffs
22
23
24    Date:  September 25, 2006                    /s/
                                                    Rochelle C. East
25                                                  Supervising Deputy Attorney General
26
27
      I, Alison Hardy, attest that Rochelle East signed this document on September 25, 2006.
28

Stipulation and [~~Proposed~~] Order re Attorneys' Fees and Costs
*Perez v. Tilton*, C-05-5241 JSW                    2

IT IS SO ORDERED.

Date: September 26 , 2006

_____
Honorable Jeffrey S. White
United States District Court Judge

Stipulation and [Proposed] Order re Attorneys' Fees and Costs
*Perez v. Tilton*, C-05-5241 JSW                3