IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARLOS PEREZ, et al.

    Plaintiffs,

  v.

JAMES TILTON, et al.,

    Defendants.

No. C 05-05241 JSW

**ORDER REQUESTING SUPPLEMENTAL STATEMENT RE: POTENTIAL COORDINATION ISSUES**

The Court has received the parties' joint offer to provide a supplemental statement regarding potential coordination issues with *Plata v. Schwarzenegger*, No. 01-1351 (N.D. Cal.) and *Coleman v. Scharzenegger*, No. S-90-0520 (E.D. Cal.), and accepts that offer.

A Joint Supplemental Status Report, which addresses potential coordination issues, shall be due on **January 11, 2007**. This status report shall be in lieu of the status report that would be due prior to the next status conference set for February 2, 2007, unless there are new developments that warrant the Court's attention. In such an event, the parties shall submit a joint status report on **January 26, 2007.**

**IT IS SO ORDERED.**

Dated: December 19, 2006

                                                JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE