IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARLOS PEREZ, et al.

    Plaintiffs,

  v.

JAMES TILTON, et al.,

    Defendants.
_____/

No. C 05-05241 JSW

**ORDER RE EXPERT INVOICES**

It has been brought to the Court's attention by the Court's Finance Department, that there are recurring problems with the submissions of Defendants' Expert Invoices. Defendants are HEREBY ORDERED to submit certified invoices, reflecting precisely the amount claimed to be due, supported by accurate documentation. If the amount certified for payment does not coincide with the amounts reflected by the supporting documentation, the invoices shall not be paid. In brief, it is Defendants' responsibility to ensure that the invoices submitted to the Court are complete and correct. It is not the responsibility of the Court's staff.

**IT IS SO ORDERED.**

Dated: January 8, 2007

                                            JEFFREY S. WHITE
                                            UNITED STATES DISTRICT JUDGE

Enclosure: Original Invoices (sent back to Attorney General via U. S. Mail)