IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS PEREZ, et al.<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>JAMES TILTON, et al.,<br><br>　　　　Defendants.<br>_____ / | No. C 05-05241 JSW<br><br>**ORDER TO SHOW CAUSE RE APPOINTMENT OF COURT REPRESENTATIVE** |

On January 18, 2007, this Court attended, a conference that was held in *Coleman v. Schwarzenegger*, No. CIV S-90-0520 LKK JFM P (E.D.Cal.) and *Plata v. Schwarzenegger,* No. C 01-1351 TEH (N.D.Cal.) to discuss coordination of the remedial processes underway in each case. Based upon that meeting and the parties' Joint Supplemental Statement re Potential Coordination Issues, dated January 11, 2007, the Court believes it would be useful to appoint a Court representative to facilitate coordination with the Special Master in the *Coleman* case and the Receiver in the *Plata* case. The Court also notes that it appears that the remedial phase of this action will continue to be sufficiently complex, given the coordination issues with the *Plata* and *Coleman* cases, such that it would be appropriate for the Court to appoint a Special Master as the Court's representative, and thus wishes to give the parties notice and an opportunity to be heard.

Accordingly, the parties are HEREBY ORDERED to meet and confer and to submit their respective positions on this issue by no later January 29, 2007. The parties may address alternatives to the appointment of a Special Master in their submissions, and shall address a

1  proposal for an appropriate process to select a court representative. The Court shall address the
2  matter in further detail at the February 2, 2007 status conference.
3
4  **IT IS SO ORDERED.**
5
6  Dated: January 22, 2007
7  JEFFREY S. WHITE
   UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California