IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARLOS PEREZ, et al.

    Plaintiffs,

v.

JAMES TILTON, et al.,

    Defendants.

No. C 05-05241 JSW

**ORDER RE STATUS CONFERENCE**

The Court has received the parties' joint response to the Order to Show Cause re Appointment of Court Representative, and requests that the Court's experts Dr. Jay Shulman and Dr. Joseph Scalzo be present at the status conference either in person or by telephone. If Drs. Shulman and Scalzo cannot be present at this status conference, the Court requests that the parties be prepared to discuss dates for a further status conference at which the Court experts can participate.

**IT IS SO ORDERED.**

Dated: February 1, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE