**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS PEREZ, et al.<br><br>    Plaintiff,<br><br>v.<br><br>JAMES TILTON, et al.,<br><br>    Defendant.<br>_____/ | No. C 05-05241 JSW<br><br>**ORDER SETTING FURTHER STATUS CONFERENCE** |

The Court HEREBY SETS this matter down for a further status conference on Friday, March 2, 2007 at 1:30 p.m. The parties' joint status report shall be due to the Court on February 27, 2007.

**IT IS SO ORDERED.**

Dated: February 7, 2007

                                                        JEFFREY S. WHITE
                                                      UNITED STATES DISTRICT JUDGE