1  PRISON LAW OFFICE
   DONALD SPECTER
2  ALISON HARDY State Bar No. 135966
   General Delivery
3  San Quentin, CA 94964
   Telephone: (415) 457-9144
4  Facsimile: (415) 457-9151

5  Attorneys for Plaintiffs

6
   EDMUND G. BROWN JR.
7  Attorney General of the State of California
   DAVID S. CHANEY
8  Chief Assistant Attorney General
   FRANCES T. GRUNDER
9  Senior Assistant Attorney General
   ROCHELLE C. EAST
10 Supervising Deputy Attorney General
   CHARLES J. ANTONEN, State Bar No. 221207
11 Deputy Attorney General
     455 Golden Gate Avenue, Suite 11000
12   San Francisco, CA 94102-7004
     Telephone: (415) 703-5443
13   Fax: (415) 703-5843
     Email: Charles.Antonen@doj.ca.gov
14
   Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS PEREZ, et al.,<br><br>                                    Plaintiffs,<br><br>          v.<br><br>JAMES TILTON, et al.,<br><br>                                    Defendants. | 05-CV-05241 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER VACATING AND SETTING A FURTHER STATUS CONFERENCE** |

Stip. & Order Vacating and Setting                                         Perez v. Tilton, et al.
A Further Status Conference                                                05-CV-05241 JSW

1

At the February 2, 2007 status conference in this matter, the Court informed the parties that the next status conference would take place ten days after the completion of the first monthly coordination meeting between the Court Representatives in this matter, the Special Master in *Coleman v. Schwarzenegger,* No. S-90-0520 (E.D. Cal.), and the Receiver in *Plata v. Schwarzenegger,* No. 01-1351 (N.D. Cal.). The parties are informed that an administrative meeting will be held on February 23, 2007, between the *Perez* Court Representatives, the *Plata* Receiver's Chief of Staff, and the *Coleman* Deputy Special Master. The parties are informed that this February 23, 2007 meeting will address the timing of the monthly coordination meetings as well as process and issue identification. The parties, however, understand that the first monthly coordination meeting between the *Perez* Court Representatives, *Plata* Receiver, and *Coleman* Special Master will not take place until March 20, 2007. Therefore, the parties anticipated that the next status conference in this matter would take place on or about March 30, 2007.

On February 7, 2007, the Court issued an order setting this matter for a further status conference on March 2, 2007. The parties are concerned that holding a status conference prior to the first monthly coordination meeting on March 20, 2007 would be premature and would not be particularly informative for the Court. Moreover, counsel for Defendants is not available on March 2, 2007 due to pre-existing commitments. Therefore, the parties request that Court's February 7, 2007 order be vacated and that the Court set this matter for further status conference on March 30, 2007. However, to the extent the Court would prefer to hold a status conference prior to the first monthly coordination meeting, the parties are available on March 9, 2007.

Date: February 15, 2007            /s/ Alison Hardy
                                   Alison Hardy
                                   Attorney for Plaintiffs


Date: February 15, 2007            /s/ Charles J. Antonen
                                   Charles J. Antonen
                                   Attorney for Defendants

I, Charles J. Antonen, attest that Alison Hardy signed this document on February 15, 2007.

1 | Accordingly, and good cause appearing, it is HEREBY ORDERED that:

2 | 1. The Court's February 7, 2007 status conference order is vacated.

3 | 2. The Court sets this matter for a further status conference on March 30, 2007 at

4 | 1:30 p.m. The parties' joint status report shall be due to the Court on March 23, 2007.

5 |

6 | IT IS SO ORDERED.

7 |

8 | Date: February 15, 2007

                  */s/ Jeffrey S. White*
                  Honorable Jeffrey S. White
                  United States District Court Judge