PRISON LAW OFFICE
DONALD SPECTER
STEVEN FAMA, State Bar No. 99641
ALISON HARDY, State Bar No. 135966
General Delivery
San Quentin, CA 94964
Telephone: (415) 457-9144
Facsimile: (415) 457-9151

Attorneys for Plaintiffs

EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
CHARLES J. ANTONEN, State Bar No. 221207
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5711
Facsimile: (415) 703-5843

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARLOS PEREZ, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES TILTON, et al.,<br><br>Defendants. | No. C05-5241 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER RE DEPOSIT OF INTERIM COSTS** |

On September 18, 2006, the Court entered an order regarding the compensation of the independent court experts (Order). In this Order, the Court directed Defendants to deposit

1  $250,000 with the Clerk of the Court as an interim payment of costs. The parties understand that
2  this sum is almost exhausted. Therefore, the parties hereby stipulate that Defendants will deposit
3  with the Clerk of the Court $250,000 as an interim payment of costs. All amounts deposited with
4  the Clerk of the Court shall be invested in an interest-bearing account and all interest earned shall
5  accrue to the benefit of Defendants.

7       IT IS SO STIPULATED.

9  Date:  April 2, 2007                    /s/ Steven Fama
10                                          Steven Fama
                                            Prison Law Office
11                                          Attorney for Plaintiffs

14  Date:  April 2, 2007                   /s/ Charles J. Antonen
                                            Charles J. Antonen
15                                          Deputy Attorney General
                                            Attorney for Defendants

17  I, Charles J. Antonen, attest that Steven Fama signed this document on April 2, 2007.

19  **IT IS SO ORDERED**.

21  Dated:  April 3, 2007

                                            JEFFREY S. WHITE
                                            United States District Court

Stipulation and Order re
Deposit of Interim Costs                    2                    Perez v. Tilton, et al.
                                                                 05-CV-05241 JSW

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **CARLOS PEREZ, et al. v. JAMES TILTON, et al.**

No.:   **C 05-05241 JSW**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **April 2, 2007**, I served the attached

### STIPULATION AND [PROPOSED] ORDER RE DEPOSIT OF INTERIM COSTS

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**Joseph Scalzo**
**3785 N. 156th Lane**
**Goodyear, AZ 85338**

**Jay Shulman**
**9647 Hilldale Drive**
**Dallas, TX 75231**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on April 2, 2007, at San Francisco, California.

J. Tucay
Declarant

*J. Tucay*
Signature

20082453.wpd