1  PRISON LAW OFFICE
   DONALD SPECTER
2  ALISON HARDY, State Bar No. 135966
   General Delivery
3  San Quentin, CA  94964
   Telephone: (415) 457-9144
4  Facsimile: (415) 457-9151

5  Attorneys for Plaintiffs

6
   EDMUND G. BROWN JR.
7  Attorney General of the State of California
   DAVID CHANEY
8  Chief Assistant Attorney General
   FRANCES T. GRUNDER
9  Senior Assistant Attorney General
   ROCHELLE C. EAST
10 Supervising Deputy Attorney General
   CHARLES J. ANTONEN, State Bar No. 221207
11 Deputy Attorney General
   455 Golden Gate Avenue, Suite 11000
12 San Francisco, CA 94102-7004
   Telephone: (415) 703-5711
13 Facsimile: (415) 703-5843

14 Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARLOS PEREZ, et al., | No. C05-5241 JSW |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER RE PERIODIC PAYMENT OF ATTORNEYS' FEES AND COSTS** |
| v. | |
| JAMES TILTON, et al., | |
| Defendants. | |

1.     As permitted by Paragraph 42 of the Amended Stipulation and Order (Stipulation), Plaintiff's counsel shall submit quarterly statements to Defendants' counsel for fees and costs incurred in connection with Stipulation.  In accordance with the Prison Litigation Reform Act (PLRA), the statements will itemize the time spent, subject activity, applicable attorney and other personnel billing rates, and costs with sufficient particularity to allow Defendants to identify which efforts were or were not useful and necessary to ensure compliance with the Stipulation. The billing rates for Plaintiffs' counsel shall be in accordance with 42 U.S.C. §1997e(d) of the PLRA.  The billing rates for personnel other than Plaintiffs' counsel shall be identified in the first quarterly statement of each year.  Unless Defendants dispute any of the fees or costs requested, the billing statements submitted by Plaintiffs' counsel shall not include declarations or other supporting pleadings.  Plaintiffs' counsel shall serve the quarterly statements simultaneously on the Attorney General's Office and the Legal Affairs Division of the California Department of Corrections and Rehabilitation.

2.     Upon receipt of Plaintiffs' quarterly statement, Defendants shall have thirty days to request clarification and/or dispute item(s) on the statement.  After notifying Plaintiffs' counsel of such a request and/or dispute, Plaintiffs' and Defendants' counsel shall meet and confer within thirty days.  Following the meet and confer process, Plaintiffs' counsel shall prepare a stipulated order for payment of fees not subject to Defendants' objections.  Plaintiffs' counsel shall present the signed stipulated payment order to the Court for entry.  Defendants shall have thirty days from the entry of the order by the Court to pay the undisputed fees without accruing interest.  Interest shall begin to accrue, at the rate provided by 28 U.S.C. § 1961, on any unpaid amounts on the thirty-first day after the entry of the order by the Court.

3.     If Defendants decline to agree to any stipulated payment order, or unreasonably fail to timely process a fees request described in Paragraph 2, Plaintiffs' counsel may file with the Court a proposed order for collection of fees that are not disputed, together with a certification of counsel under penalty of perjury setting forth the relevant facts and circumstances.  Defendants' counsel may respond within five court days of filing the proposed order and certification. Plaintiffs' counsel may reply within two court days after Defendants' response is filed.  The

Stipulation and Order re
Periodic Payment of Attorneys' Fees and Costs                2                *Perez v. Tilton, et al.*
05-CV-05241 JSW

parties request that the Court rule on Plaintiffs' application without conducting a hearing, unless the Court considers such a hearing necessary. The parties agree that this expedited process shall not be used in instances where Defendants have a reasonable basis for disputing fees and expenses Plaintiffs have claimed to be undisputed. If any party determines that systematic problems in the meet and confer process have arisen, that party may move for further modification of this process and this stipulation, by a properly noticed motion made pursuant to the Federal Rules of Civil Procedure and the Local Rules of this Court.

     4.    Plaintiffs may file a yearly motion to compel payment of disputed items, if necessary, not later than sixty days after the parties meet and confer with respect to the statement covering the fourth quarter of each year. Such motion shall be briefed and heard pursuant to the Federal Rules of Civil Procedure and the Local Rules of this Court. To the extent Plaintiffs prevail on their motion to compel payment of disputed items, Defendants shall have thirty days from the entry of the order by the Court to pay the amount of the order without accruing interest. Interest shall begin to accrue, at the rate provided by 28 U.S.C. § 1961, on any unpaid amounts on the thirty-first day after the entry of the order by the Court. If Defendants oppose any billing rates proposed by Plaintiffs' counsel, Plaintiffs shall bring a motion to compel on this issue following the first quarterly statement of each year.

     5.    In the event that an unusually large number of hours or a significant issue is in dispute, Plaintiffs may bring a quarterly motion to compel on those issues alone. Any such quarterly motion to compel will be filed no later than thirty days after the parties have met and

////
////
////
////
////
////
////

Stipulation and Order re
Periodic Payment of Attorneys' Fees and Costs     3     *Perez v. Tilton, et al.*
05-CV-05241 JSW

conferred on the quarterly statement at issue.  Such motions will be briefed and heard pursuant to the Federal Rules of Civil Procedure and the Local Rules of this Court.

IT IS SO STIPULATED.

Date:   April 10, 2007        /s/  Alison Hardy
                                                            Alison Hardy
                                                            Prison Law Office
                                                            Attorney for Plaintiffs

Date:   April 10, 2007        /s/  Charles J. Antonen
                                                            Charles J. Antonen
                                                            Deputy Attorney General
                                                            Attorney for Defendants

I, Alison hardy, attest that Charles Antonen signed this document on April 10, 2007.

**IT IS SO ORDERED**.

Dated:  April 10, 2007                                     _____
                                                          JEFFREY S. WHITE
                                                          United States District Court

Stipulation and Order re
Periodic Payment of Attorneys' Fees and Costs      4      *Perez v. Tilton, et al.*
05-CV-05241 JSW