**United States District Court**
For the Northern District of California

1

2

3

4

5

6                          IN THE UNITED STATES DISTRICT COURT

7

8                          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    CARLOS PEREZ, et al.

10             Plaintiffs,                          No. C 05-05241 JSW

11        v.                                        **ORDER PERMITTING FURTHER REPLY BRIEF**

12   RODERICK HICKMAN, et al.,

13             Defendants.

14   _____/

15        In their reply brief in support of their Motion for Order Requiring Defendants to

16   Increase Dental Salaries, Hire Key Dental Managers and Streamline Dental Hiring Practices,

17   Plaintiffs note that Defendants stated they would provide a proposed management plan by May

18   14, 2007, the date on which Plaintiffs' reply brief was due.

19        In light of this representation, the Court shall permit Plaintiffs to submit a further reply

20   brief, not to exceed five pages, addressing any issues raised by Defendants' plan by no later

21   than May 25, 2007.

22        **IT IS SO ORDERED.**

23   Dated: May 22, 2007                    _____
                                            JEFFREY S. WHITE
24                                          UNITED STATES DISTRICT JUDGE

25

26

27

28