United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS PEREZ, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>RODERICK HICKMAN, et al.,<br><br>    Defendants.<br>_____/ | No. C 05-05241 JSW<br><br>**NOTICE OF TENTATIVE RULING AND QUESTIONS FOR HEARING** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE OF THE FOLLOWING TENTATIVE RULING AND QUESTIONS FOR THE HEARING SCHEDULED June 1, 2007, AT 9:00 A.M.:

The Court has reviewed the parties' memoranda of points and authorities and, thus, does not wish to hear the parties reargue matters addressed in those pleadings. If the parties intend to rely on authorities not cited in their briefs, they are ORDERED to notify the Court and opposing counsel of these authorities reasonably in advance of the hearing and to make copies available at the hearing. If the parties submit such additional authorities, they are ORDERED to submit the citations to the authorities only, without argument or additional briefing. *See* N.D. Civil Local Rule 7-3(d). The parties will be given the opportunity at oral argument to explain their reliance on such authority.

The Court **tentatively GRANTS** Plaintiffs' motion. The parties are also ORDERED to file and serve proposed Orders outlining their respective positions by June 1, 2007.

The parties each shall have forty (40) minutes to address the following questions:

1. Do Defendants dispute the vacancy rates outlined in the Court Representatives' Report and Supplemental Report?
2. Do the parties have any additional information about when the State Legislature is likely to act on the Governor's proposed budget?
3. Is there still a dispute about the timing of ensuring that salary increases are reflected in an employee's paycheck?
4. The Legislative Analysis Office Report suggests that the "Administration" indicated the funds were meant to be a placeholder until further Court action was taken. Do the parties have any information as to the basis on which that statement was made?
5. The duties of the Statewide Dental Director, as outlined in the finance letter attached as Exhibit B to the Hardy Supplemental Reply declaration are quite extensive. What is Defendants' response to Plaintiffs' assertion that a Statewide Deputy Director is necessary to oversee clinical operations on a day-to-day basis? (*See* Reply at 9, noting that Project Manager is not a clinician.)
    a. With the exception of recruitment, the Court requests that the parties clearly outline the remaining disputes on hiring and staffing issues and where there are any differences between the Court Representatives recommendations and Plaintiffs' request for relief.
6. In light of the fact that the Defendants' proposed Recruitment Plan impacts this case and the *Coleman* case, have the parties and Court Representatives in this case consulted with the parties and Special Master in the *Coleman* case so as to avoid potentially conflicting Orders? In addition, has the plan been provided to the parties and or the Receiver in the *Plata* case?
    a. What do Defendants intend to do with respect to recruiting the appropriate staff if the Legislature rejects the proposal for the Recruitment Coordinator and what do they intend to do about recruitment while that proposal is pending?

2

7. In their response to the Defendants' most recent Hiring and Recruitment Plan, the Court Representatives raise a number of questions. Have the Defendants responded to the Court Representatives on these points? If not, Defendants shall be prepared to address them at the hearing so as to assist the Court in evaluating these proposals. The Court requests that the parties be prepared to address those questions at the hearing and to advise the Court whether any further disputes have been resolved.

8. What are Defendants' responses to the recommendations set forth in the Court Representatives Response regarding the revised Recruitment and Hiring Plan?

9. Is there anything further any party wishes to address?

Dated: June 1, 2007

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE