1 | PRISON LAW OFFICE
DONALD SPECTER
2 | ALISON HARDY State Bar No. 135966
General Delivery
3 | San Quentin, CA  94964
Telephone: (415) 457-9144
4 | Facsimile: (415) 457-9151

5 | Attorneys for Plaintiffs

6 |

EDMUND G. BROWN JR.
7 | Attorney General of the State of California
DAVID S. CHANEY
8 | Chief Assistant Attorney General
FRANCES T. GRUNDER
9 | Senior Assistant Attorney General
ROCHELLE C. EAST
10 | Supervising Deputy Attorney General
CHARLES J. ANTONEN, State Bar No. 221207
11 | Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
12 |   San Francisco, CA  94102-7004
  Telephone:  (415) 703-5443
13 | Fax:  (415) 703-5843
  Email:  Charles.Antonen@doj.ca.gov

14 |

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CARLOS PEREZ, et al.,** | 05-CV-05241 JSW |
| Plaintiffs, | **JOINT NOTICE OF CHANGE OF DEFENDANT** |
| v. | AND ORDER THEREON |
| **JAMES TILTON, et al.,** | |
| Defendants. | |

TO THE CLERK OF THE COURT:

Please take notice that Robin Dezember has replaced Brigid Hanson as the Director of the

Division of Correctional Health Care Services (DCHCS) at the California Department of

Joint Not. of Change of Defendant

*Perez v. Tilton, et al.*
05-CV-05241 JSW

1

1   Corrections and Rehabilitation.  As Ms. Hanson was sued in her official capacity as the Acting

2   Director of DCHCS, the parties request that Mr. Dezember be substituted for Ms. Hanson as a

3   named defendant and that Ms. Hanson be removed from the docket in this matter.

4

5   Date:   June 12, 2007                         /s/  Alison Hardy
                                                    Alison Hardy
6                                                  Prison Law Office
                                                    Attorney for Plaintiffs
7

8

9   Date:   June 12, 2007                         /s/  Charles J. Antonen
                                                    Charles J. Antonen
10                                                 Deputy Attorney General
                                                    Attorney for Defendants
11

12

13  I, Charles J. Antonen, attest that Alison Hardy signed this document on June 12, 2007.

14

15

16

17  June 12, 2007

18

19

20

21

22

23

24

25

26

27

28

Joint Not. of Change of Defendant                                     *Perez v. Tilton, et al.*
                                                                       05-CV-05241 JSW