IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARLOS PEREZ, et al.

    Plaintiffs,

v.

JAMES TILTON, et al.,

    Defendants.

No. C 05-05241 JSW

**ORDER REQUIRING DEFENDANT'S RESPONSE TO JUNE 12, 2007 ORDER RE SUPPLEMENTAL WAIVERS OF STATE LAW**

The Court has received the Defendants' response to this Court's June 12, 2007 Order re Supplemental Waivers of State Law. The Court HEREBY ORDERS Plaintiffs to submit a response outlining their position on Defendants' request by Friday June 15, 2007 at 1:00 p.m.

**IT IS SO ORDERED.**

Dated: June 20, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE