IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARLOS PEREZ, et al.

    Plaintiffs,

v.

JAMES TILTON, et al.,

    Defendants.

No. C 05-05241 JSW

**ORDER GRANTING DEFENDANTS' UNOPPOSED REQUEST TO MODIFY JUNE 12, 2007 ORDER**

The Court has received the Defendants' response to this Court's June 12, 2007 Order re Supplemental Waivers of State Law, and Plaintiffs' statement that it does not oppose the Defendants' requests, which are made therein.

Accordingly, it is HEREBY ORDERED the provisions of the Court's June 12, 2007 Order are modified as follows:

1. Defendants shall have sixty days from June 12, 2007 to fund, establish and fill the position of Statewide Dental Director;

2. The following additional state law requirements shall be waived *for the sole and limited purpose* of enabling Defendants to effect and implement the directives contained in the June 12, 2007 Order with respect to salary increases and the hiring of key dental managers: the provisions of Section 31.00 of the Budget Act of 2006 and any like provisions of the Budget Act of 2007;

3. The Court rescinds its Order waiving California Government Code § 19836, as set forth in the June 12, 2007 Order. That provision of the Government Code shall not be waived.

**IT IS SO ORDERED.**

Dated: June 20, 2007

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE