1  PRISON LAW OFFICE
   DONALD SPECTER #83925
2  STEVEN FAMA #99641
   ALISON HARDY #135966
3  General Delivery
   San Quentin, CA  94964
4  Telephone: (415) 457-9144
   Facsimile: (415) 457-9151
5  ahardy@prisonlaw.com

6  Attorneys for Plaintiffs

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11
                                              No. C05-5241 JSW
12  CARLOS PEREZ, et al.,

13         Plaintiffs,                         STIPULATION AND ORDER FOR
                                              PERIODIC COLLECTION OF
14                                            ATTORNEYS' FEES AND COSTS

15  v.

    JAMES TILTON, et al.,
16
           Defendants.
17

18         On April 10, 2007, this Court established a procedure by which plaintiffs are to

19  collect attorneys' fees and costs incurred in connection with the Amended Stipulation and

20  Order.  This procedure requires plaintiffs' counsel to submit to defendants a quarterly

21  statement of fees incurred in monitoring work, and permits defendants thirty (30) days

22  from the receipt of plaintiffs' statement to notify plaintiffs of any disputed items.  After the

23  parties meet and confer on any of defendant's objections, counsel shall then prepare a

24  stipulated order for payment of the fees not subject to defendants' objections.  The Order

25  also states that defendants shall have thirty (30) days from the entry of the order to pay the

26  undisputed fees and that interest on any undisputed fees will run from the thirty-first day

27  after the Order is filed, accruing at the rate provided by 28 U.S.C. § 1961.

28         Pursuant to this procedure, plaintiffs' counsel served their second quarter billing

Stipulation and Order Re: Collection of Second Quarter Fees
*Perez v. Tilton*, 05–5241 JSW

1  statement demanding $26,325 for the period from April 1, 2007 through June 30, 2007 on

2  July 18, 2007.   Following negotiations, the parties stipulate to a payment of $26,325.

3         WHEREFORE, defendants agree to pay plaintiffs' counsel $26,325 within 30 days

4  of the signing of this Order.  On the 31st day following the entry of this Order, interest on

5  any unpaid amount will begin to accrue at the rate provided by 28 U.S.C. § 1961 (i.e., the

6  weekly average 1 year constant maturity Treasury yield for the calendar week preceding

7  the date of the Order.)

8  AGREED TO BY THE PARTIES:

9  Date: July 20, 2007

10                                                   /s/
                                             Alison Hardy
11                                             Attorney for Plaintiffs

12

13 Date: July 20, 2007                          /s/
                                             Charles Antonen
14                                             Deputy Attorney General
                                             Attorney for Defendants
15

16

17        I, Alison Hardy, attest that Charles J. Antonen signed this document on July 20, 2007.

18

19

20 IT IS SO ORDERED.

   Date:  July 23            , 2007
21
                                             Honorable Jeffrey S. White
22                                             United States District Court Judge

23

24

25

26

27

28