PRISON LAW OFFICE
DONALD SPECTER
ALISON HARDY, State Bar No. 135966
  General Delivery
  San Quentin, CA 94964
  Telephone: (415) 457-9144
  Facsimile: (415) 457-9151
  ahardy@prisonlaw.com
Attorneys for Plaintiffs


EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
CHARLES J. ANTONEN, State Bar No. 221207
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5711
  Facsimile: (415) 703-5843
  Charles.Antonen@doj.ca.gov
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CARLOS PEREZ, et al., | No. C05-5241 JSW |
| Plaintiffs, | |
| v. | STIPULATION AND [PROPOSED] ORDER RE DEPOSIT OF INTERIM COSTS |
| JAMES TILTON, et al., | |
| Defendants. | |

On September 18, 2006, the Court entered an order regarding the compensation of the independent court experts (Order). In this Order, the Court directed Defendants to deposit

$250,000 with the Clerk of the Court as an interim payment of costs. The parties understand that this sum is almost exhausted. Therefore, the parties hereby stipulate that Defendants will deposit with the Clerk of the Court $250,000 as an interim payment of costs. All amounts deposited with the Clerk of the Court shall be invested in an interest-bearing account and all interest earned shall accrue to the benefit of Defendants.

IT IS SO STIPULATED.

Date:  August 23, 2007               /s/ Alison Hardy
                                     Alison Hardy
                                     Prison Law Office
                                     Attorney for Plaintiffs


Date:  August 23, 2007               /s/ Charles J. Antonen
                                     Charles J. Antonen
                                     Deputy Attorney General
                                     Attorney for Defendants

I, Charles J. Antonen, attest that Alison Hardy signed this document on August 23, 2007.

**IT IS SO ORDERED.**

Dated:  August 23, 2007

JEFFREY S. WHITE
United States District Court

Stipulation and Order re
Deposit of Interim Costs                    2                    *Perez v. Tilton, et al.*
                                                                 05-CV-05241 JSW

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Perez v. Tilton, et al.**

No.:   **C 05-05241 JSW**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>August 23, 2007,</u> I served the attached

**STIPULATION AND [PROPOSED] ORDER RE DEPOSIT OF INTERIM COSTS**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

| | |
|---|---|
| **Joseph Scalzo** | **Jay Shulman** |
| **3785 N. 156th Lane** | **9647 Hilldale Drive** |
| **Goodyear, AZ 85395** | **Dallas, TX 75231** |

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on August 23, 2007, at San Francisco, California.

| | |
|---|---|
| L. Santos | _d. Santos_ |
| Declarant | Signature |