1  PRISON LAW OFFICE
   DONALD SPECTER #83925
2  STEVEN FAMA #99641
   ALISON HARDY #135966
3  General Delivery
   San Quentin, CA  94964
4  Telephone: (415) 457-9144
   Facsimile: (415) 457-9151
5  ahardy@prisonlaw.com

6  Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CARLOS PEREZ, et al.,

Plaintiffs,

v.

JAMES TILTON, et al.,

Defendants.

No. C05-5241 JSW

**STIPULATION AND ORDER FOR PERIODIC COLLECTION OF ATTORNEYS' FEES AND COSTS**

On April 10, 2007, this Court established a procedure by which plaintiffs are to collect attorneys' fees and costs incurred in connection with the Amended Stipulation and Order.  This procedure requires plaintiffs' counsel to submit to defendants a quarterly statement of fees incurred in monitoring work, and permits defendants thirty (30) days from the receipt of plaintiffs' statement to notify plaintiffs of any disputed items.  After the parties meet and confer on any of defendant's objections, counsel shall then prepare a stipulated order for payment of the fees not subject to defendants' objections.  The Order also states that defendants shall have thirty (30) days from the entry of the order to pay the undisputed fees and that interest on any undisputed fees will run from the thirty-first day after the Order is filed, accruing at the rate provided by 28 U.S.C. § 1961.

Pursuant to this procedure, plaintiffs' counsel served their third quarter billing

Stipulation and Order Re: Collection of Third Quarter Fees
*Perez v. Tilton,* 05–5241 JSW

1  statement demanding $14,473. for the period from July 1, 2007 through September 30,
2  2007 on October 9, 2007.  Defendants did not object to plaintiffs' billing statement.
3       WHEREFORE, defendants agree to pay plaintiffs' counsel $14,473 within 30 days
4  of the signing of this Order.  On the 31st day following the entry of this Order, interest on
5  any unpaid amount will begin to accrue at the rate provided by 28 U.S.C. § 1961 (i.e., the
6  weekly average 1 year constant maturity Treasury yield for the calendar week preceding
7  the date of the Order.)
8  AGREED TO BY THE PARTIES:
9  Date: October 29, 2007

10                             /s/
                       Alison Hardy
11                         Attorney for Plaintiffs

13  Date: October 29, 2007            /s/
                       Charles Antonen
14                         Deputy Attorney General
                       Attorney for Defendants

17       I, Alison Hardy, attest that Charles J. Antonen signed this document on October 29, 2007.

19
20  IT IS SO ORDERED.
   Date:  __October 29__, 2007           /s/ Jeffrey S. White
21
22                         Honorable Jeffrey S. White
                       United States District Court Judge