IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

        Plaintiffs,                    No. CIV S-90-0520 LKK JFM P (E.D. Cal.)

    vs.

ARNOLD SCHWARZENEGGER, et al.,

        Defendants.
_____/

MARCIANO PLATA, et al.,

        Plaintiffs,                    No. C 01-1351 TEH (N.D. Cal.)

    vs.

ARNOLD SCHWARZENEGGER, et al.,

        Defendants.
_____/

CARLOS PEREZ, et al.,

        Plaintiffs,                    No. C 05-05241 JSW (N.D. Cal.)

    vs.

JAMES TILTON, et al.,

        Defendants.
_____/

1  JOHN ARMSTRONG, et al.,
2       Plaintiffs,                    No. C 94-2307 CW (N.D. Cal.)
3    v.
4  ARNOLD SCHWARZENEGGER,              ORDER
   et al.,
5
        Defendants.
6  _____/

7       The parties to the above-captioned cases have all responded to the order to show
8  cause filed November 13, 2007, concerning an agreement reached by the Receiver in Plata, the
9  Special Master in Coleman, and the Court Representatives in Perez and Armstrong and presented
10 to the undersigned for review and approval.
11      At the Receiver's request, IT IS HEREBY ORDERED that within fifteen days
12 from the date of this order the Receiver in Plata shall file and serve a response to the responses
13 filed by the parties.  Thereafter, the matter will be taken under submission for individual
14 consideration by the undersigned.

16 DATED:  11/30/07

17                                      _____
                                        LAWRENCE K. KARLTON
18                                      SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT
19                                      EASTERN DISTRICT OF CALIFORNIA

20 DATED:  11/30/07

21                                      _____
                                        THELTON E. HENDERSON
                                        UNITED STATES DISTRICT JUDGE
22                                      NORTHERN DISTRICT OF CALIFORNIA

24 DATED:  11/30/07

25                                      _____
                                        JEFFREY S. WHITE
                                        UNITED STATES DISTRICT JUDGE
26                                      NORTHERN DISTRICT OF CALIFORNIA

2

1
2  DATED: 11/30/07

_Claudia Wilken_

3  _____
   CLAUDIA WILKEN
   UNITED STATES DISTRICT JUDGE
4  NORTHERN DISTRICT OF CALIFORNIA
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26