IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARLOS PEREZ, et al.

    Plaintiffs,

  v.

JAMES TILTON, et al.,

    Defendants.

No. C 05-05241 JSW

**ORDER CONTINUING HEARINGS AND SETTING BRIEFING SCHEDULE**

On December 14, 2007, Defendants filed a motion regarding the scope of the class definition in this case, which was set for hearing on January 25, 2008 by a previous Order of this Court.

On December 28, 2007, Plaintiffs filed their opposition to that motion and simultaneously filed a motion to amend or correct the class definition, which Plaintiffs have noticed for hearing on February 8, 2008.

Although the ruling on the Defendants' motion may moot Plaintiffs' motion, the Court finds that it would be most efficient to hear both motions on the same date. Accordingly, the hearings on the motions pertaining to the class definition are HEREBY CONTINUED to February 29, 2008. Defendants' reply brief on its motion remains due as scheduled. Defendants shall file their opposition to Plaintiffs' motion by January 25, 2008, and Plaintiffs' shall file their reply on February 1, 2008.

//

If the parties seek to modify this briefing schedule or the hearing date, they shall either submit a stipulation and proposed order to the Court or an administrative motion seeking such relief and which sets forth good cause for any such modifications.

**IT IS SO ORDERED.**

Dated: January 2, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE