PRISON LAW OFFICE
DONALD SPECTER
ALISON HARDY, State Bar No. 135966
  General Delivery
  San Quentin, CA 94964
  Telephone: (415) 457-9144
  Facsimile: (415) 457-9151
  ahardy@prisonlaw.com
Attorneys for Plaintiffs


EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
CHARLES J. ANTONEN, State Bar No. 221207
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5711
  Facsimile: (415) 703-5843
  Charles.Antonen@doj.ca.gov
Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CARLOS PEREZ, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES TILTON, et al.,<br><br>Defendants. | No. C05-5241 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER RE DEPOSIT OF INTERIM COSTS** |

On September 18, 2006, the Court entered an order regarding the compensation of the independent court experts. The Court has periodically directed Defendants to deposit funds with

the Clerk of the Court as an interim payment of costs. The parties understand that these funds are almost exhausted. Therefore, the parties hereby stipulate that Defendants will deposit with the Clerk of the Court the sum of $500,000 as an interim payment of costs. All amounts deposited with the Clerk of the Court shall be invested in an interest-bearing account and all interest earned shall accrue to the benefit of Defendants.

IT IS SO STIPULATED.

Date: January 23, 2008        /s/ Alison Hardy
                              Alison Hardy
                              Prison Law Office
                              Attorney for Plaintiffs


Date: January 23, 2008        /s/ Charles J. Antonen
                              Charles J. Antonen
                              Deputy Attorney General
                              Attorney for Defendants

I, Charles J. Antonen, attest that Alison Hardy signed this document on January 23, 2008.

**IT IS SO ORDERED.**

Dated: January 23, 2008

JEFFREY S. WHITE
United States District Court

Stipulation and Order re
Deposit of Interim Costs                2                Perez v. Tilton, et al.
                                                         05-CV-05241 JSW