IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARLOS PEREZ, et al.

    Plaintiffs,

    v.

JAMES TILTON, et al.,

    Defendants.
_____/

No. C 05-05241 JSW

**ORDER RE CORRESPONDENCE AND REQUEST FOR COPIES**

On January 11, 2008, this Court received a letter from Spencer Moss, in which Mr. Moss requested that the Court provide him with a cost estimate for certain documents, determine whether the Court had received certain documents, and forward certain forms to him.

Specifically, Mr. Moss asks the Court for a cost estimate of three documents. The first is Docket No. 65, in which Mr. Moss opposed the settlement in this case, and filed several related motions. This motion consists of 18 pages. The Court's standard copying cost is $ 0.50 per page. The cost estimate for Docket No. 65 is $9.00.

The second is (2) Docket No. 82, the Court's Order dated October 30, 2006, which disposed of Docket No. 65. The Order consists of 3 pages. The Court's standard copying cost is $0.50 per page. The cost estimate for the Order is $1.50.

The third is Docket No. 64, which is entitled "Notice of Mail Blocking and Photo Copy Refusal Making Service of Process Impossible," to which Mr. Moss attached certain exhibits. That document consists of 7 pages. The Court's standard copying cost is $0.50 per page. The cost estimate for Docket No. 64 is $3.50.

Thus, the total costs for the documents Mr. Moss seeks is $14.00. If Mr. Moss maintains his requests for copies of these documents, he shall remit that amount to the Clerk or **show good cause** to this Court why he cannot afford such copies.

**IT IS SO ORDERED.**

Dated: February 4, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

PEREZ,

    Plaintiff,

v.

HICKMAN et al,

    Defendant.

Case Number: CV05-05241 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 4, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Spencer Moss
T57138
900 Quebec Avenue
Corcoran, CA 93212

Dated: February 4, 2008

Richard W. Wieking, Clerk
  By: Jennifer Ottolini, Deputy Clerk