IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARLOS PEREZ, et al.

    Plaintiffs,

  v.

JAMES TILTON, et al.,

    Defendants.
_____/

No. C 05-05241 JSW

**ORDER TO DEFENDANTS TO SHOW CAUSE**

On January 23, 2008, this Court issued an Order granting a stipulation by the parties for an interim deposit of costs. It has come to the Court's attention that the finance office has not yet received a deposit of funds pursuant to that Stipulation and Order.

Accordingly, Defendants are HEREBY ORDERED TO SHOW CAUSE as to why they have yet to deposit the funds. Defendants' response shall be due to the Court on March 12, 2008. If the Defendants deposit the funds in advance of that date, the Court shall discharge this Order to Show Cause without further action.

**IT IS SO ORDERED.**

Dated: March 7, 2008

                                                   JEFFREY S. WHITE
                                                 UNITED STATES DISTRICT JUDGE