IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS PEREZ, et al.<br><br>    Plaintiffs,<br><br>  v.<br><br>JAMES TILTON, et al.,<br><br>    Defendants.<br>_____/ | No. C 05-05241 JSW<br><br>**ORDER DENYING WITHOUT PREJUDICE MOTION TO COMPEL COMPLIANCE WITH SETTLEMENT** |

The Court hereby DENIES WITHOUT PREJUDICE the motion to comply with the terms of the Settlement Agreement, filed on March 7, 2008, by Francisco Gonzales an inmate at Pelican Bay State Prison (Docket 196). As a represented party, Mr. Gonzales may file motions only through his counsel of record. Counsel for Plaintiffs shall provide Mr. Gonzales with a copy of this Order.

**IT IS SO ORDERED.**

Dated: March 11, 2008

                                              JEFFREY S. WHITE<br>                                              UNITED STATES DISTRICT JUDGE