IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARLOS PEREZ, et al.

    Plaintiffs,

  v.

JAMES TILTON, et al.,

    Defendants.

No. C 05-05241 JSW

**ORDER DISCHARGING ORDER TO DEFENDANTS TO SHOW CAUSE**

    The Court has received notice that, pursuant to this Court's Order to Show Case dated March 7, 2008, Defendants have deposited the required funds into the Court Registry. Accordingly, the Order to Show Cause is discharged without further action.

    **IT IS SO ORDERED.**

Dated: March 13, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE