IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARLOS PEREZ, et al.

    Plaintiffs,

  v.

MATTHEW CATE, et al.,

    Defendants.
_____/

No. C 05-05241 JSW

**ORDER SETTING STATUS CONFERENCE**

It is HEREBY ORDERED that this matter shall be set down for a status conference on August 22, 2008 at 1:30 p.m. The parties shall submit a joint status conference statement by no later than August 15, 2008. If any party, or the Court representatives, are unavailable on this date, the parties may submit a request to continue the status conference.

**IT IS SO ORDERED.**

Dated: June 30, 2008

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE