```
PRISON LAW OFFICE
DONALD SPECTER #83925
STEVEN FAMA #99641
ALISON HARDY #135966
1917 Fifth Street
Berkeley, CA 94710
Telephone: (510) 280-2621
Facsimile: (510) 280-2704
ahardy@prisonlaw.com
```

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS PEREZ, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MATTHEW CATE, et al.,<br><br>Defendants. | No. C05-5241 JSW<br><br>**STIPULATION AND ORDER FOR PERIODIC COLLECTION OF ATTORNEYS' FEES AND COSTS** |

On April 10, 2007, this Court established a procedure by which plaintiffs are to collect attorneys' fees and costs incurred in connection with the Amended Stipulation and Order. This procedure requires plaintiffs' counsel to submit to defendants a quarterly statement of fees incurred in monitoring work, and permits defendants thirty (30) days from the receipt of plaintiffs' statement to notify plaintiffs of any disputed items. After the parties meet and confer on any of defendant's objections, counsel shall then prepare a stipulated order for payment of the fees not subject to defendants' objections. The Order also states that defendants shall have thirty (30) days from the entry of the order to pay the undisputed fees and that interest on any undisputed fees will run from the thirty-first day after the Order is filed, accruing at the rate provided by 28 U.S.C. § 1961.

Pursuant to this procedure, plaintiffs' counsel served their second quarter billing

statement demanding $12,195 for the period from April 1, 2008 through June 30, 2008 on July 30, 2008. Defendants objected to plaintiffs' rate for paralegal work. Following a meet and confer, the parties agreed to settle plaintiffs' claim for $11,122. Plaintiffs, however, reserve the right to move to compel payment at the requested paralegal rate, as provided in the April 10, 2007 order.

WHEREFORE, defendants agree to pay plaintiffs' counsel $11,122 within 30 days of the signing of this Order. On the 31st day following the entry of this Order, interest on any unpaid amount will begin to accrue at the rate provided by 28 U.S.C. § 1961 (i.e., the weekly average 1 year constant maturity Treasury yield for the calendar week preceding the date of the Order.)

AGREED TO BY THE PARTIES:

Date: August 19, 2008

/s/
Alison Hardy
Attorney for Plaintiffs


Date: August 22, 2008

/s/
Charles Antonen
Deputy Attorney General
Attorney for Defendants


I, Alison Hardy, attest that Charles J. Antonen signed this document on August 22, 2008.


IT IS SO ORDERED.

Date:  August 25,         , 2008

Honorable Jeffrey S. White
United States District Court Judge