IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS PEREZ, et al.<br><br>      Plaintiffs,<br><br>  v.<br><br>MATTHEW CATE, et al.,<br><br>      Defendants.<br>                                     / | No. C 05-05241 JSW<br><br>**ORDER RE EXPERT ATTENDANCE AT MONTHLY MEETINGS** |

At the last case management conference held in this case, an issue arose regarding the Court Representatives' attendance at monthly meetings between Plaintiffs and Defendants. The Court HEREBY ORDERS that the Court Representatives shall be permitted to attend all or parts of these meetings, at their discretion, in person or by telephone.

**IT IS SO ORDERED.**

Dated: September 12, 2008

                                                      JEFFREY S. WHITE<br>
                                                      UNITED STATES DISTRICT JUDGE