IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARLOS PEREZ, et al.

    Plaintiffs,

v.

MATTHEW CATE, et al.,

    Defendants.

No. C 05-05241 JSW

**ORDER TO SHOW CAUSE**

The Court has been advised by the Finance Office that the funds in the account that has been created pursuant to the Court's Order regarding compensation of independent court experts will be totally exhausted. Defendants are HEREBY ORDERED to show cause as to why the funds have not been replenished. Defendants response shall be due by no later than October 3, 2008. If Defendants deposit additional sums with the Court before that date, this Order to Show cause shall be discharged without further order of the Court.

**IT IS SO ORDERED.**

Dated: September 23, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE