FUTTERMAN & DUPREE LLP
MARTIN H. DODD (104363)
JAMIE L. DUPREE (158105)
160 Sansome Street, 17th Floor
San Francisco, California 94104
Telephone:  (415) 399-3840
Facsimile:   (415) 399-3838
martin@dfdlaw.com
jdupree@dfdlaw.com

*Attorneys for Receiver*
J. Clark Kelso

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

## AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> ARNOLD SCHWARZENEGGER, et al., <br><br> *Defendants.* | Case No. CIV S-90-0520 LKK JFM P |
| MARCIANO PLATA, et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> ARNOLD SCHWARZENEGGER, et al., <br><br> *Defendants.* | Case No. C01-1351 TEH |
| CARLOS PEREZ, et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> JAMES TILTON, et al., <br><br> *Defendants.* | Case No. C 05-05241 JSW |
| JOHN ARMSTRONG, et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> ARNOLD SCHWARZENEGGER, et al., <br><br> *Defendants.* | Case No. C94-2307 CW <br><br> **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO WITHDRAW FROM THE COURT DOCKET ERRONEOUSLY FILED DECLARATIONS REGARDING COORDINATION AGREEMENT FOR TRANSITION, ACTIVATION AND MANAGEMENT OF 10,000 BED PROJECT** |

1

On October 10, 2008, J. Clark Kelso, the Receiver for the California Prison Medical Care System ("Receiver") filed his administrative motion requesting that the following documents, which were electronically-filed with this Court on October 9, 2008 be withdrawn and removed from the docket and the public record:

- **DECLARATION OF RECEIVER J. CLARK KELSO REGARDING COORDINATION AGREEMENT FOR TRANSITION, ACTIVATION AND MANAGEMENT OF 10,000 BED PROJECT.** (Docket Number 253)

- **DECLARATION OF JOHN HAGAR REGARDING COORDINATION AGREEMENT FOR TRANSITION, ACTIVATION AND MANAGEMENT OF 10,000 BED PROJECT.** (Docket Number 254)

The Court having considered the Receiver's application and for good cause shown,

IT IS HEREBY ORDERED that the application is GRANTED and the above listed documents (Docket Nos. 253 and 254) be withdrawn and removed from the docket and the public record. The Receiver shall contact the Court's ECF department to assist with effectuating this Order.

Dated:  October 20, 2008                    By: _____

Honorable  Jeffrey S. White
United States District Judge

FUTTERMAN &
DUPREE LLP

2