IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CARLOS PEREZ,<br><br>                                    Plaintiff,<br><br>        v.<br><br>MATTHEW CATE, et al.,<br><br>                                    Defendants. | C 05-05241 JSW<br><br>AMENDED STIPULATION AND [PROPOSED] ORDER REGARDING COMPENSATION OF COURT EXPERTS/ REPRESENTATIVES<br><br>AS MODIFIED HEREIN |

Am. Stipulation and Order Re
Compensation of Court Experts/Representatives

Perez v. Cate, et al.
C 05-05241 JSW

1

1. The parties stipulate to the following amended terms for the compensation of the Court Experts/Representatives appointed under the Court's August 31, 2006 Order re Court Experts and February 8, 2007 Order Appointing Court Experts as Court Representatives (collectively Orders). Upon approval by the Court, this stipulation and order shall supercede the September 18, 2006 Stipulation and Order regarding Compensation of Independent Court Experts.

1. The Court Experts/Representatives shall be compensated at the following hourly rates for services performed in accordance with the Orders:

   a) $300.00 per hour for time spent on work related to their duties under the Orders; and

   b) $100.00 per hour for time spent on travel related to their duties under the Orders.

2. All reasonable expenses incurred by the Court Experts/Representatives in performing their duties under the Orders shall be reimbursed as costs.

3. The Court Experts/Representatives' fees and expenses shall be borne by Defendants as part of the costs of this action.

4. Upon order of the Court, Defendants shall deposit sums with the Clerk of the Court as an interim payment of costs. The sums on deposit with the Clerk of the Court shall not exceed $500,000 at any one time. The Clerk of Court shall notify the Court when the sums on deposit fall below $100,000. Defendants shall be permitted at least 30 days to comply with any order of the Court to deposit funds with the Clerk of the Court as an interim payment of costs. All amounts deposited with the Clerk of the Court shall be invested in an interest-bearing account and all interest earned shall accrue to the benefit of Defendants.

5. The Court Experts/Representatives shall periodically submit to the Court and counsel for the parties an itemized statement of fees and expenses. This submission shall be filed in the format set forth below.

6. The Court shall permit the parties ten court days after receipt of an itemized statement from a Court Expert/Representative to lodge a preliminary objection to all or part of that itemized statement. ~~Upon receiving such an objection, the Court shall either set a schedule for informal resolution of the objection or, alternatively, a formal briefing schedule for the~~

1  ~~objection~~. If a party objects to only a portion of an itemized statement, the remaining portion
2  shall be payable.
3      7.   Payments from the Clerk of the Court to the Court Experts/Representatives shall
4  only be disbursed upon order of the Court duly entered into the docket of this matter.
5      IT IS SO STIPULATED.

7  Date:  October 9, 2008          /s/ Alison Hardy
                                    Alison Hardy
8                                   Prison Law Office
                                    Attorney for Plaintiffs

12 Date:  October 9, 2008          /s/ Charles J. Antonen
                                    Charles J. Antonen
13                                  Deputy Attorney General
                                    Attorney for Defendants

15 I, Charles J. Antonen, attest that Alison Hardy signed this document on October 9, 2008.

17 **IT IS SO ORDERED**.

19 Dated: October 20, 2008           /s/ Jeffrey S. White
                                     JEFFREY S. WHITE
20                                   United States District Court

22 The Experts/Court Representatives shall file their itemized statements in the form of an Administrative Motion and [Proposed] Order for Payment, with an invoice for the services attached. The Experts/Court Representatives shall produce, upon the request of either party or the Court, copies of receipts necessary to support the requested amount. If no preliminary objection has been lodged ten court days after submission of the motion, the Court will enter the Order. If the Court receives a preliminary objection, the Court Representatives and shall file a response within five (5) court days. Unless necessary, the party who has not lodged an objection need not submit a response. The Court shall then take the matter under submission and will issue a ruling on the amount to be paid in due course.

28 It is FURTHER ORDERED that Defendants shall deposit $500,000 in the Court within three business days of the date of this Order.