IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARLOS PEREZ, et al.

    Plaintiffs,

v.

MATTHEW CATE, et al.,

    Defendants.

No. 05-05241 JSW

**ORDER RE PRELIMINARY OBJECTIONS TO COURT EXPERTS/ REPRESENTATIVES SEPTEMBER 2008 INVOICES**

    The Court has received Defendants' Notice of Preliminary Objections to Court Experts/Representatives September 2008 Invoices.

    The Court has granted the parties' revised Stipulation Regarding Compensation of Experts/Court Representatives. The Court HEREBY ORDERS Defendants to provide a more detailed statement of the specific charges to which they object so that the Court is able to order payment of non-disputed charges. This statement shall be due by no later than October 24, 2008.

    It is FURTHER ORDERED that the Experts/Court Representatives shall provide a response to Defendants' objections within October 31, 2008. Given the general nature of Defendants' objections, if Plaintiffs wish to submit a response, they may do so by no later than October 31, 2008. The matter shall then be under submission, and the Court shall issue an

Order resolving the payment issue in due course.

**IT IS SO ORDERED.**

Dated: October 20, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc:   Finance Office