IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CARLOS PEREZ,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>MATTHEW CATE, et al.,<br><br>　　　　　　　　　　　Defendants. | C 05-05241 JSW<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION FOR AN EXTENSION OF TIME TO DEPOSIT FUNDS |

　　　Good cause appearing Defendants' request for an extension of time to deposit funds is GRANTED.

　　　The October 20, 2008 Amended Stipulation and Order re Compensation of Court Experts/Representatives is modified to permit Defendants until November 20, 2008, to deposit $500,000 with the Clerk of the Court.

　　　**IT IS SO ORDERED.**

October 22, 2008

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　The Honorable Jeffrey S. White

　cc: Finance Office

Order Granting Mot. for an Extension
of Time To Deposit Funds

Perez v. Cate, et al.
C 05-05241 JSW

1