IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RALPH COLEMAN, et al., | | |
| | Plaintiffs, | No. CIV S-90-0520 LKK JFM P (E.D. Cal.) |
| v. | | |
| ARNOLD SCHWARZENEGGER, et al., | | |
| | Defendants. | |
| _____/ | | |
| MARCIANO PLATA, et al., | | |
| | Plaintiffs, | No. C 01-1351 TEH (N.D. Cal.) |
| v. | | |
| ARNOLD SCHWARZENEGGER, et al., | | |
| | Defendants. | |
| _____/ | | |
| CARLOS PEREZ, et al., | | |
| | Plaintiffs, | No. C 05-5241 JSW (N.D. Cal.) |
| v. | | |
| MATTHEW CATE, et al., | | |
| | Defendants. | |
| _____/ | | |

1

| | | |
|---|---|---|
| 1 | JOHN ARMSTRONG, et al., | |
| 2 | Plaintiffs, | No. C 94-2307 CW (N.D. Cal.) |
| 3 | v. | |
| 4 | ARNOLD SCHWARZENEGGER, et al., | ORDER TO SHOW CAUSE |
| 5 | | |
| 6 | Defendants.                                  / | |

The Receiver in Plata, the Special Master in Coleman, and the Court Representatives in Perez and Armstrong have presented to the judges in the above-captioned cases an agreement that they have reached during the coordination meetings that they have held to date. The agreement, which is attached to this order, is presented to the undersigned for review and approval.

Good cause appearing, IT IS HEREBY ORDERED that the parties in the above-captioned cases are granted until November 10, 2008, to show cause why the attached agreement should not be adopted as an order of the court. Any response to this order to show cause shall be filed in each of the above-captioned cases and served on all of the parties to all of the cases and on the Receiver, the Special Master, and the Court Representatives. If necessary, the Receiver, the Special Master, and the Court Representatives may file a reply to the parties' responses on or

//
//
//
//
//
//
//
//

2

before November 17, 2008. Thereafter, the request for approval of the agreement will be taken under submission for individual and joint consideration by the undersigned.

**IT IS SO ORDERED.**

DATED: 10/30/08

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

DATED: 10/30/08

THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

DATED: 10/30/08

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

DATED: 10/30/08

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

Transition, Activation, and Management of the Receiver's 10,000 Bed Project

Pursuant to the Joint Court Order dated February 26, 2008, the Receiver has taken the lead concerning the construction of 10,000 medical and mental health beds. At present, the Receiver is planning to construct seven 1,500-bed health care facilities, the great majority of which will be on existing California Department of Corrections and Rehabilitation (CDCR) property. However, each facility will be constructed as a stand-alone institution and will be self-sufficient in terms of staffing, food, infrastructure, clothing, and other prison needs.

To ensure the cost-effective and coordinated provision of medical, mental health, dental and Americans with Disabilities Act services, the Receiver will assume responsibility for all transition planning and recruitment of staff for the seven new facilities. CDCR and the Department of Mental Health (DMH) will participate in staff hiring for the respective areas of operation concerning mental health and dental services. The Receiver will also assume the responsibility to obtain funding for all transition activities. However, the Receiver will exercise his responsibilities in cooperation with CDCR, the DMH, and the Court representatives from the *Coleman*, *Armstrong*, and *Perez* class actions. For example, representatives from CDCR, the DMH, and the class actions will be involved with policy and operational design of the new facilities as well as with the selection of upper-level facility management.