IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARLOS PEREZ, et al.

    Plaintiffs,

    v.

MATTHEW CATE, et al.,

    Defendants.

No. C 05-05241 JSW

**ORDER RE PAYMENT OF COURT REPRESENTATIVE INVOICES FOR SEPTEMBER 2008**

The Court has received the invoices submitted by the Court Representatives, Drs. Scalzo and Shulman, for September 2008. Defendants have withdrawn their objections to the amounts claimed in the invoices. The Court has reviewed the invoices and HEREBY ORDERS as follows:

Dr. Scalzo's invoice for $42,395.96, is approved.

On October 14, 2008, the Court's Finance Office sent a letter to Dr. Shulman regarding the claimed expenses. The Court requests a written response to that letter by November 10, 2008, so that the Court may determine the amount of fees and expenses to be approved.

**IT IS SO ORDERED.**

Dated: November 3, 2008

                                                                  JEFFREY S. WHITE  
                                                                  UNITED STATES DISTRICT JUDGE

cc: Finance Office