IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS PEREZ, et al. | |
| Plaintiffs, | No. C 05-05241 JSW |
| v. | **ORDER APPROVING PAYMENT OF COURT REPRESENTATIVE** |
| MATTHEW CATE, et al., | **INVOICE FOR SEPTEMBER 2008** |
| Defendants. | |

On November 3, 2008, the Court issued an order requesting a response from Dr. Shulman regarding a letter dated October 14, 2008, from the Court's Finance Office. The Court has been advised by the Finance Office that Dr. Shulman previously sent a revised invoice, and the Finance Office has forwarded a copy of that invoice to the Court. The Court has reviewed the invoice, and approves it for payment.

Accordingly, Dr. Shulman's request for $51,487.13 in fees and expenses is approved.

**IT IS SO ORDERED.**

Dated: November 4, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Finance Office