IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | |
| Plaintiffs, | No. CIV S-90-0520 LKK JFM P (E.D. Cal.) |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |
| MARCIANO PLATA, et al., | |
| Plaintiffs, | No. C 01-1351 TEH (N.D. Cal.) |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |
| CARLOS PEREZ, et al., | |
| Plaintiffs, | No. C 05-5241 JSW (N.D. Cal.) |
| v. | |
| MATTHEW CATE, et al., | |
| Defendants. | |

1

| | | |
|---|---|---|
| 1 | JOHN ARMSTRONG, et al., | |
| 2 | Plaintiffs, | No. C 94-2307 CW (N.D. Cal.) |
| 3 | v. | |
| 4 | ARNOLD SCHWARZENEGGER, et al., | ORDER MODIFYING REPORTING REQUIREMENTS |
| 5 | | |
| 6 | Defendants._____/ | |

Prior coordination orders have required the Receiver in <u>Plata</u> to file quarterly reports in each of the above four cases. The <u>Plata</u> court has recently changed the reporting requirements in <u>Plata</u> to every four months, rather than quarterly. With good cause appearing, IT IS HEREBY ORDERED that the coordination reports shall be filed on the same schedule and shall now be due on or before January 15, May 15, and September 15 of each year. The next such report shall be filed on or before January 15, 2009.

**IT IS SO ORDERED.**

DATED:  11/19/08

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

DATED:  11/19/08

_____
THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

DATED: 11/19/08

*Jeffrey S. White*
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

DATED: 11/19/08

*Claudia Wilken*
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA