IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS PEREZ, et al. | |
| Plaintiff, | No. 05-05241 JSW |
| v. | **ORDER MODIFYING AMENDED STIPULATION AND ORDER REGARDING COMPENSATION OF COURT EXPERTS/REPRESENTATIVES** |
| MATTHEW CATE, et al., | |
| Defendants. | |

Pursuant to the Court's statements at the case management conference held on December 12, 2008, the Order regarding compensation of the Court Experts/Representatives (Docket 263) is HEREBY FURTHER MODIFIED as follows:

When the Court Experts/Representatives filed their Administrative Motion for Payment they shall serve a copy of the supporting receipts upon counsel and shall lodge, but not file, a copy of the supporting invoices with the Court.

**IT IS SO ORDERED.**

Dated: December 15, 2008

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE