Joseph D. Scalzo
3785 N. 156th Lane
Goodyear, AZ 85395
Telephone: (602) 405-4224
Email: jscalzo2@cox.net

Court Expert

FILED
DEC 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS PEREZ,<br><br>    Plaintiff,<br><br>vs.<br><br>MATTHEW CATE, et al.<br><br>    Defendants. | Case No. C 05-05241 JSW<br><br>**ADMINISTRATIVE MOTION AND [PROPOSED] ORDER FOR PAYMENT** |

### ADMINISTRATIVE MOTION

Pursuant to the Court's order of October 20, 2008 (Docket No. 263), court expert Joseph D. Scalzo hereby moves the Court for an order for payment of the attached invoice dated November 30, 2008.

Dated: November 30, 2008

Respectfully submitted,

_____
JOSEPH D. SCALZO
Court Expert

## ORDER

Pursuant to the Court's order of October 20, 2008, the Court HEREBY ORDERS payment to court expert Joseph D. Scalzo per the court expert's invoice dated November 30, 2008.

Dated: January 9, 2009

*Jeffrey S. White*

HON. JEFFERY S. WHITE

United States District Court

Joseph D. Scalzo  
3785 N. 156th Lane  
Goodyear, AZ 85395  

**Invoice for Dr. Joseph D. Scalzo**  
**for November, 2008**  

Case #: C 05-05241 JSW  
Invoice # 0811  

| DATE | PURPOSE | Time (hrs) | Regular Rate | Travel Rate | Amount |
|---|---|---|---|---|---|
| 11/1/2008 | Conference call with Dr. Shulman | 0.50 | $300.00 | | $150.00 |
| 11/3/2008 | Conference call with Dr. Shulman re: records from CDCR | 0.50 | $300.00 | | $150.00 |
| 11/4/2008 | Call from Dr. Shulmanre: Yuma trip and Radiology meeting update;respond to e-mails. | 0.50 | $300.00 | | $150.00 |
| 11/5/2008 | Revised records review recording spreadsheet; read e-mails for today's meeting; prepare for the conf. call. | 1.25 | $300.00 | | $375.00 |
| 11/5/2008 | Attend HIM Steering Committee meeting by conference call. | 1.25 | $300.00 | | $375.00 |
| 11/6/2008 | Review Coordination Meeting minutes, send corrections to Linda Buffardi | 0.50 | $300.00 | | $150.00 |
| 11/7/2008 | Call from Dr. Shulman | 0.25 | $300.00 | | $75.00 |
| 11/8/2008 | Conf. call w/ Dr. Shulman re: COCF draft report. | 0.75 | $300.00 | | $225.00 |
| 11/9/2008 | Call to Dr. Shulman re: COCF report and upcoming schedule. | 0.50 | $300.00 | | $150.00 |
| 11/9/2008 | Research data for COCF report and draft sections. | 1.00 | $300.00 | | $300.00 |
| 11/10/2008 | Conf call w/ Dr. Shulman re: updated HIM meeting; travel planning; Radiology bids. | 0.75 | $300.00 | | $225.00 |
| 11/10/2008 | Conf. call w/ Receiver's construction team and Dr. Shulman | 0.75 | $300.00 | | $225.00 |
| 11/12/2008 | Call to Dr. Shulman re: COCF report and upcoming schedule. | 0.50 | $300.00 | | $150.00 |
| 11/12/2008 | Call to Dr. Shulman re: recent e-mails from Receiver's staff | 1.00 | $300.00 | | $300.00 |
| 11/13/2008 | Call to Dr. Shulman re: review of records. | 0.50 | $300.00 | | $150.00 |
| 11/13/2008 | Participate in P&T meeting by phone | 1.50 | $300.00 | | $450.00 |
| 11/16/2008 | PHX to Sacramento (Phoenix time) | 5.00 | | $100.00 | $500.00 |
| 11/16/2008 | Mtg. w/ Dr. Shulman re: records review | 2.50 | $300.00 | | $750.00 |
| 11/16/2008 | Continue meeting w/ Dr. Shulman | 2.00 | $300.00 | | $600.00 |
| 11/17/2008 | Meeting w/ Dr. Shulman and P&T Committee member. | 1.00 | $300.00 | | $300.00 |
| 11/17/2008 | Review records; meet w/ Dr. Shulman, Dr, Park, Dr. Kuykendall | 5.00 | $300.00 | | $1,500.00 |
| 11/17/2008 | Mtg. w/ Dr. Shulman re: records review; mtg. with Sp. Master Lopes and staff. | 4.50 | $300.00 | | $1,350.00 |
| 11/18/2008 | Review records w/ Dr. Shulman, Dr. Kuykendall; attend HITECmeeting; continue to review records and draft report. | 12.00 | $300.00 | | $3,600.00 |
| 11/19/2008 | Review current draft of COCF; research documents; mtg. w/Dr. Shulman to revise draft; mtg. at BOVIS re: dental construction of 10K bed project. | 10.00 | $300.00 | | $3,000.00 |
| 11/19/2008 | Mtg. w/ Dr. Shulman to review draft COCF report | 1.75 | $300.00 | | $525.00 |
| 11/20/2008 | Travel to SAC airport, return rental car | 1.00 | | $100.00 | $100.00 |
| 11/20/2008 | update charts in draft COCR report while waiting for flight | 1.00 | $300.00 | | $300.00 |
| 11/20/2008 | Flight and return home trip (CA time) | 4.00 | | $100.00 | $400.00 |
| 11/21/2008 | Revise Table 2 in COCF Report. | 0.75 | $300.00 | | $225.00 |
| 11/21/2008 | Conf. call w/Dr. Shulman; review latest draft; make corrections; e-mail to Dr. Shulman | 1.17 | $300.00 | | $351.00 |
| 11/22/2008 | Conf call w/ Dr. Shulman re: updated COCF report; CSPC report | 0.50 | $300.00 | | $150.00 |
| 11/23/2008 | Conf. call w/Dr. Shulman re: final draft of COCF report; send out 11/24/08 | 1.00 | $300.00 | | $300.00 |
| 11/24/2008 | Call from Dr. Shulman re: final review of COCF Report - send to Judge White today. | 0.50 | $300.00 | | $150.00 |
| 11/24/2008 | Review Enterprise Imaging and Radiology Bids (2) in prep for tomorrow conf. call. | 1.75 | $300.00 | | $525.00 |
| 11/25/2008 | Review Navigant Bid proposal; conf. call Dr. Shulman re: bids. | 1.18 | $300.00 | | $354.00 |
| 11/25/2008 | HIM Radiology Bid conf. call; Call to Dr. Shulman re: bid process. | 2.25 | $300.00 | | $675.00 |
| Travel Expenses | To Sacramento - Nov. 16 - Nov. 20 | | | | $2,313.70 |
| **TOTAL** | | | | | **$21,568.70** |