Jay D. Shulman
9647 Hilldale Drive
Dallas, Texas 75231
Telephone: (214)923-8359
Email: jayshulman@sbcglobal.net

Court Expert

**FILED**

DEC 0 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS PEREZ,<br><br>    Plaintiff,<br><br>v.<br><br>MATTHEW CATE, et al.<br><br>    Defendants. | Case No. C 05-05241 JSW<br><br>**ADMINISTRATIVE MOTION AND<br>[PROPOSED] ORDER FOR PAYMENT** |

### ADMINISTRATIVE MOTION

Pursuant to the Court's order of October 20, 2008 (Docket No. 263), court expert Jay D. Shulman hereby moves the Court for an order for payment of the attached invoice dated December 1, 2008.

Dated: December 1, 2008

                                            Respectfully submitted,

                                            JAY D. SHULMAN
                                            Court Expert

# ORDER

Pursuant to the Court's order of October 20, 2008, the Court HEREBY ORDERS payment to court expert Jay D. Shulman per the court expert's invoice dated December 1, 2008.

Dated: January 9, 2009

HON. JEFFREY S. WHITE
United States District Court

Jay D. Shulman
9647 Hilldale Drive
Dallas, Texas  75231

Invoice submitted to *Perez*

December 1, 2008

Invoice # 162

Professional Services for Dr. Jay D. Shulman

| Date | Activity | Hours @ $300/hr | Travel Hours @ $100/hr | Amount |
|---|---|---|---|---|
| 11/1/2008 | Conf. w/ Dr. Scalzo re out-of-state-screening report | 0.5 | | 150 |
| 11/1/2008 | Out-of-state-screening report | 3.25 | | 975 |
| 11/2/2008 | Out-of-state-screening report | 2.75 | | 825 |
| 11/2/2008 | Out-of-state-screening report | 2.25 | | 675 |
| 11/3/2008 | Conf. w/ Dr. Scalzo re Out-of-state-screening report | 0.50 | | 150 |
| 11/4/2008 | Conf. w/ Dr. Scalzo re Out-of-state-screening report | 0.25 | | 75 |
| 11/7/2008 | Conf. w/ Dr. Scalzo re Out-of-state-screening report | 0.25 | | 75 |
| 11/8/2008 | Review and Health Information Management Steering Committee material | 2.25 | | 675 |
| 11/8/2008 | Out-of-state-screening report | 2.25 | | 675 |
| 11/8/2008 | Conf. w/ Dr. Scalzo re Out-of-state-screening report | 0.75 | | 225 |

| Date | Description | Hours | | Amount |
|---|---|---|---|---|
| 11/9/2008 | Conf. w/ Dr. Scalzo re Out-of-state-screening report, IT issues, Coordination meeting agenda | 0.50 | | 150 |
| 11/9/2008 | Out-of-state-screening report | 1.00 | | 300 |
| 11/10/2008 | Conf. w/ Dr. Scalzo re Out-of-state-screening report; plan travel | 0.75 | | 225 |
| 11/10/2008 | Conf. w/ Randy Troti and Lance Jensen re Receiver's construction plan | 0.50 | | 150 |
| 11/10/2008 | Conf. w/ Dr. Scalzo re Receiver's construction plan | 0.25 | | 75 |
| 11/10/2008 | Conf. w/ Linda Buffardi | 0.25 | | 75 |
| 11/12/2008 | Conf. w/ Dr. Scalzo re out-of-state report and construction | 0.50 | | 150 |
| 11/12/2008 | Conf w/ Dr. Scalzo re 10K beds and out-of-state report | 1.00 | | 300 |
| 11/13/2008 | Out-of-state-screening report | 0.50 | | 150 |
| 11/13/2008 | Conf. w/ Dr. Scalzo re Out-of-state-screening report; CSP-LAC report | 0.50 | | 150 |
| 11/13/2008 | CSP-LAC report | 0.75 | | 225 |
| 11/13/2008 | Pharmacy and Therapeutics Committee conf. call | 2.00 | | 600 |
| 11/16/2008 | Travel from Dallas to Sacramento Hotel (CST) | | 8.00 | 800 |
| 11/16/2008 | Conf. w/ Dr. Scalzo re records review (Change to PDT) | 2.50 | | 750 |
| 11/16/2008 | Conf. w/ Dr. Scalzo re records review & out of state report | 2.00 | | 600 |
| 11/17/2008 | Meet w/ Dr. Scalzo and Maxor rep | 1.00 | | 300 |
| 11/17/2008 | Review records; meet w/ Drs. Scalzo, Park, Kuykendall | 5.00 | | 1,500 |
| 11/17/2008 | Mtg. w/ Dr. Scalzo re: records review; mtg. with Sp. Master Lopes and staff. | 4.50 | | 1,350 |

| Date | Description | Hours | | Amount |
|---|---|---|---|---|
| 11/18/2008 | Review records w/ Dr. Scalzo, Dr. Kuykendall; attend HITECmeeting; continue to review records and draft report. | 12.00 | | 3,600 |
| 11/19/2008 | Review current draft of COCF; research documents; mtg. w/Dr. Scalzo to revise draft; mtg. at BOVIS re: dental construction of 10K bed project. | 10.00 | | 3,000 |
| 11/19/2008 | Conf. w/ Dr. Scalzo to review draft COCF report | 1.75 | | 525 |
| 11/20/2008 | Travel from Sacramento to Dallas (PST) | | 8.5 | 850 |
| 11/20/2008 | Out-of-state-screening report | 1.50 | | 450 |
| 11/21/2008 | Conf w/ Dr. Scalzo re 10K beds and out-of-state report | 0.25 | | 75 |
| 11/21/2008 | Out-of-state-screening report | 1.75 | | 525 |
| 11/22/2008 | Conf w/ Dr. Scalzo re out-of-state report | 0.50 | | 150 |
| 11/22/2008 | Out-of-state-screening report | 1.75 | | 525 |
| 11/22/2008 | Out-of-state-screening report | 1.25 | | 375 |
| 11/23/2008 | CCI report | 0.75 | | 225 |
| 11/23/2008 | Conf. w/ Dr. Scalzo to review COCF report | 1.00 | | 300 |
| 11/24/2008 | Conf. w/ Dr. Scalzo to review COCF report | 0.50 | | 150 |
| 11/24/2008 | Prepare report for submission; drive to FedEx | 0.75 | | 225 |
| 11/24/2008 | Review radiology RFP submissions | 3.00 | | 900 |
| 11/24/2008 | Review radiology RFP submissions | 3.75 | | 1,125 |
| 11/25/2008 | Conf. w/ Dr. Scalzo re imaging RFPs | 0.50 | | 150 |
| 11/25/2008 | Review radiology RFP submissions | 1.25 | | 375 |
| 11/25/2008 | Conf. call -- vendor selection for Enterprise Imaging; conf. w/ Dr. Scalzo | 1.00 | | 300 |
| 11/26/2008 | CCI report | 0.75 | | |

| | | |
|---|---:|---:|
| **Hours** | 82.50 | 16.50 |
| **Amount** | $24,750 | $1,650 |

|  |  |
|---|---:|
| For professional services rendered | $26,400 |

Additional Charges:

| | | |
|---|---|---:|
| 11/16/2008 | Travel - Sacramento | 1,539.02 |
| 11/24/2008 | FedEx report to Court | 51.69 |
| | Total amount of charges | 1,590.71 |
| | **Total amount of this bill** | **$27,990.71** |