PRISON LAW OFFICE
DONALD SPECTER
ALISON HARDY, State Bar No. 135966
  1917 Fifth Street
  Berkeley, CA 94710
  Telephone: (510) 280-2621
  Facsimile: (510) 280-2704
  ahardy@prisonlaw.com
Attorneys for Plaintiffs


EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID CHANEY
Chief Assistant Attorney General
JONATHAN L. WOLFF
Senior Assistant Attorney General
CHARLES J. ANTONEN, State Bar No. 221207
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5711
  Facsimile: (415) 703-5843
  Charles.Antonen@doj.ca.gov
Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CARLOS PEREZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MATTHEW CATE, et al., <br><br> Defendants. | No. C05-5241 JSW <br><br> **STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE FOR PLAINTIFFS' JOINDER AND CONTEMPT MOTIONS** |

On December 24, 2008, Plaintiffs filed a "Motion to Join Governor Arnold Schwarzenegger as a Party Defendant" and a "Motion for Order Adjudging Governor Arnold

Schwarzenegger in Contempt for Failure to Appoint Statewide Dental Director" (collectively "Motions"). The hearing date for Plaintiffs' Motions was originally set for January 30, 2009. On January 9, 2009, the Court approved the parties' stipulation to continue the briefing schedule and hearing date for Plaintiffs' Motions by two weeks. On January 16, 2009, the Court *sua sponte* continued the hearing date for Plaintiffs' Motions to February 20, 2009 but did not alter the briefing schedule stipulated to by the parties.

In light of the Court's January 16, 2009 order, the parties agree to extend the briefing schedule relating to Plaintiffs' Motions by one week to correspond with the hearing date set by the Court. Therefore, unless the parties further stipulate and/or the Court orders otherwise, the briefing schedule for the Motions is as follows:

1) Defendants' oppositions are due no later than Friday, January 30, 2009; and

2) Plaintiffs' reply briefs are due no later than February 6, 2009.

IT IS SO STIPULATED.

Date: January 20, 2009         /s/ Alison Hardy
                               Alison Hardy
                               Prison Law Office
                               Attorney for Plaintiffs


Date: January 20, 2009         /s/ Charles J. Antonen
                               Charles J. Antonen
                               Deputy Attorney General
                               Attorney for Defendants

I, Charles J. Antonen, attest that Alison Hardy signed this document on January 20, 2009.

**IT IS SO ORDERED**.

Dated: January 21, 2009
                                            /s/ Jeffrey S. White
                                            JEFFREY S. WHITE
                                            United States District Court

Stipulation and Order re
Briefing and Hearing Schedule           2                    *Perez v. Cate, et al.*
                                                             05-CV-05241 JSW