Jay D. Shulman
9647 Hilldale Drive
Dallas, Texas 75231
Telephone: (214)923-8359
Email: jayshulman@sbcglobal.net

Court Expert

**FILED**

**JAN - 6 2009**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CARLOS PEREZ, et al.

    Plaintiffs,

v.

MATTHEW CATE, et al.

    Defendants.

Case No. C 05-05241 JSW

**ADMINISTRATIVE MOTION AND [PROPOSED] ORDER FOR PAYMENT**

**ADMINISTRATIVE MOTION**

Pursuant to the Court's order of October 20, 2008 (Docket No. 263), court expert Jay D. Shulman hereby moves the Court for an order for payment of the attached invoice dated January 2, 2009.

Dated: January 2, 2009

Respectfully submitted,

*/s/ Jay D. Shulman*
JAY D. SHULMAN
Court Expert

## ORDER

Pursuant to the Court's order of October 20, 2008, the Court HEREBY ORDERS payment to court expert Jay D. Shulman per the court expert's invoice dated December 1, 2008.

Dated: January 23, 2009

　　　　　　　　　　　　　　　*/s/ Jeffrey S. White*
　　　　　　　　　　　　　　　HON. JEFFREY S. WHITE
　　　　　　　　　　　　　　　United States District Court

Jay D. Shulman
9647 Hilldale Drive
Dallas, Texas  75231

Invoice submitted to *Perez*

January 2, 2009

Invoice # 163

Professional Services for Dr. Jay D. Shulman

| Date | Activity | Hours @ $300/hr | Travel Hours @ $100/hr | Amount |
|---|---|---|---|---|
| 12/1/2008 | Conf. w/ Dr. Scalzo re meeting w/ John Hagar and CDCR production documents | 1.00 | | 300 |
| 12/1/2008 | Draft memo to John Hagar | 0.50 | | 150 |
| 12/2/2008 | Travel to Sacramento | | 8.00 | 800 |
| 12/2/2008 | Meet w/ Dr. Scalzo re production reports, site visits, Receiver coordination issues (note change to PST) | 2.50 | | 750 |
| 12/2/2008 | Meet w/ Dr. Scalzo to review plans for week | 2.50 | | 750 |
| 12/3/2008 | Conf. w/ Dr. Scalzoto plan for meeting w/ John Hagar | 1.50 | | 450 |
| 12/3/2008 | Meet w/ Robin Dezember; John Hagar & staff; Dr. Changsu Park; Jeff Thompson. Renew IDs at 1515 S; attend HIM project review meeting | 8.00 | | 2,400 |
| 12/3/2008 | Conf. w/ Dr. Scalzo to review HIM material; plan and book travel | 3.50 | | 1,050 |

| Date | Description | Hours | Travel Hours | Amount |
|---|---|---|---|---|
| 12/4/2008 | Conf. w/ Dr. Scalzo to plan for SCC visit; SCC site visit & meeting with staff | 8.00 | | 2,400 |
| 12/4/2008 | Conf. w/ Dr. Scalzo to draft SCC report | 4.00 | | 1,200 |
| 12/5/2008 | Return to Dallas (PST) | | 9.00 | 900 |
| 12/5/2008 | Review / respond to e-mails | 1.25 | | 375 |
| 12/6/2008 | Conf. w/ Dr. Scalzo | 0.25 | | 75 |
| 12/7/2008 | Conf. w/ Dr. Scalzo | 0.50 | | 150 |
| 12/8/2008 | Radiolgy vendor interview conference call | 2.00 | | 600 |
| 12/10/2008 | Conf. w/ Dr. Scalzo re CMC | 0.50 | | 150 |
| 12/11/2008 | Travel to DFW; await flight; take off | | 3.00 | 300 |
| 12/11/2008 | Prepare for CMC and 30-day meeting | 2.00 | | 600 |
| 12/11/2008 | Complete flight | | 2.00 | 200 |
| 12/11/2008 | Conf. w/ Dr. Scalzo re next day's activities (note change to PST). | 3.00 | | 900 |
| 12/11/2008 | Conf. w/ Dr. Scalzo to prepare for meetings | 2.50 | | 750 |
| 12/12/2008 | Conf. w/ Dr. Scalzo | 1.50 | | 450 |
| 12/12/2008 | Attend *Perez* 30-day Meeting and CMC | 5.50 | | 1,650 |
| 12/12/2008 | Meet w/ Dr. Scalzo, Coleman Special Master | 3.25 | | 975 |
| 12/13/2008 | Return to Dallas (PST) | | 8.25 | 825 |
| 12/14/2008 | Conf. w/ Dr. Scalzo | 0.25 | | 75 |
| 12/15/2008 | Travel from Dallas to Phoenix, AZ | | 4.50 | 450 |
| 12/15/2008 | Conf. w/ Dr. Scalzo re planning for site visit; (note: change to AZ time) | 2.50 | | 750 |
| 12/15/2008 | Read defendants' comments on experts' COCF report | 0.5 | | 150 |
| 12/16/2008 | Meet w/ Dr. Scalzo; tour CVSP and meet w/ dental staff; tour ISP and meet w/ dental staff; meet w/ Drs. Scalzo and Mixon; | 11.50 | | 3,450 |
| 12/16/2008 | Travel from Blythe to Phoenix Airport; await flight; fly to Sacramento | | 8.00 | 800 |

| Date | Description | Hours | | Amount |
|---|---|---|---|---|
| 12/17/2008 | Conf. w/ Dr. Scalzo re site visit reports (note: change to PST) | 1.50 | | 450 |
| 12/17/2008 | Mtgs. w/ Dr. Park; Bovis Dental Project Team; HIM dental record meeting | 5.50 | | 1,650 |
| 12/17/2008 | Meet w/ Dr. Scalzo; ISP / CVSP draft reports; plan January activities | 2.50 | | 750 |
| 12/18/2008 | Travel from Sac to Dallas | | 7.00 | 700 |
| 12/19/2008 | Conf. w/ Dr. Scalzo | 0.50 | | 150 |
| 12/19/2008 | Review / edit Stan Ketchum memo | 0.50 | | 150 |
| 12/20/2008 | Conf. w/ Dr. Scalzo re HITEC and other Receiver projects | 0.25 | | 75 |
| 12/20/2008 | E-mail Coleman Special Master and Armstrong Representative | 0.50 | | 150 |
| 12/22/2008 | Conf. w/ Dr. Scalzo re ISP / CVSP reports and other Perez issues | 0.75 | | 225 |
| 12/22/2008 | Review plaintiffs' comments on experts' COCF report | 0.75 | | 225 |
| 12/23/2008 | Conf. w/ Dr. Scalzo re site visits and dental construction | 0.50 | | 150 |
| 12/24/2008 | Conf w/ Dr. Scalzo re COCF issue | 0.25 | | 75 |
| 12/24/2008 | Revise and distribute CCI report | 0.25 | | 75 |
| 12/24/2008 | Read plaintiffs' filings (joinder, contempt, Hardy Decl.) | 0.75 | | 225 |
| 12/26/2008 | Conf. w/ Dr. Scalzo re CDCR dental program organization and memo to Kristin Ring | 0.50 | | 150 |
| 12/27/2008 | Conf. w/ Dr. Scalzo re CDCR dental program | 0.25 | | 75 |
| 12/27/2008 | Review and comment on Receivers Facility Program Statement | 1.75 | | 525 |
| 12/28/2008 | Conf. w/ Dr. Scalzo re Receivers Facility Program Statement | 0.50 | | 150 |
| 12/29/2008 | Conf. w/ Dr. Scalzo re Receivers Facility Program Statement and audit tool | 0.50 | | 150 |

| Date | Description | Hours | | Amount |
|---|---|---|---|---|
| 12/30/2008 | Conf. w/ Dr. Scalzo re site visits | 0.25 | | 75 |
| 12/31/2008 | Respond to and send e-mails | 0.50 | | 150 |

**Hours** 87.25  49.75
**Amount** 26,175  4,975  31,150

**For Professional services rendered**  31,150

Additional Charges:

| | |
|---|---|
| Travel - Sacramento 2-5 Dec | 1,483.96 |
| Travel - San Francisco 10-12 Dec | 1,371.10 |
| Travel - Sacramento 15-19 Dec | 2,035.81 |
| Total amount of charges | 4,890.87 |

**Total amount of this bill**  **$40,931.74**