Joseph D. Scalzo
3785 N. 156th Lane
Goodyear, AZ 85395
Telephone: (602) 405-4224
Email: jscalzo2@cox.net

Court Expert

**FILED**

JAN - 6 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

CARLOS PEREZ,

       Plaintiff,

vs.

MATTHEW CATE, et al.

       Defendants.

Case No. C 05-05241 JSW

**ADMINISTRATIVE MOTION AND
[PROPOSED] ORDER FOR PAYMENT**

## ADMINISTRATIVE MOTION

Pursuant to the Court's order of October 20, 2008 (Docket No. 263), court expert Joseph D. Scalzo hereby moves the Court for an order for payment of the attached invoice dated December 31, 2008.

Dated: December 31, 2008

Respectfully submitted,

JOSEPH D. SCALZO
Court Expert

## ORDER

Pursuant to the Court's order of October 20, 2008, the Court HEREBY ORDERS payment to court expert Joseph D. Scalzo per the court expert's invoice dated December 31, 2008.

Dated: January 23, 2009

*Jeffrey S. White*
HON. JEFFERY S. WHITE
United States District Court

Joseph D. Scalzo  
3785 N. 156th Lane  
Goodyear, AZ 85395

**Invoice for Dr. Joseph D. Scalzo**
**for December 31, 2008**

Case #: C 05-05241 JSW
Invoice # 0812

| DATE | PURPOSE | Time (hrs) | Regular Rate | Travel Rate | Amount |
|---|---|---|---|---|---|
| 12/1/2008 | Call from Dr. Shulman re: past days e-mails and trip to Sac. | 1.00 | $300.00 | | $300.00 |
| 12/2/2008 | Travel to Sacramento (AZ time) | 5.25 | | $100.00 | $525.00 |
| 12/2/2008 | Mtg. w/Dr. Shulman | 2.50 | $300.00 | | $750.00 |
| 12/2/2008 | Mtg. w/Dr. Shulman to review plans for the week. | 2.25 | $300.00 | | $675.00 |
| 12/3/2008 | Mtg. w/ Dr. Shulman: plan for meeting w/ JohnHagar. | 1.50 | $300.00 | | $450.00 |
| 12/3/2008 | Meeting w/ Robin December; Mtg. w/Dr. Chung; Mtg w/John Hagar & staff; Mtg. w/ Jeff Thompson; renew CDCR ID at 1515 S street;attend HIM meeting. | 8.00 | $300.00 | | $2,400.00 |
| 12/3/2008 | Mtg. w/ Dr. Shulman review HIM material; plan book travel. | 3.50 | $300.00 | | $1,050.00 |
| 12/4/2008 | Mtg. w/ Dr. Shulman; tour SCC, meet with staff before and after tour. | 8.00 | $300.00 | | $2,400.00 |
| 12/4/2008 | Mtg. w/ Dr. Shulman to draft SCC site report. | 4.00 | $300.00 | | $1,200.00 |
| 12/5/2008 | Travel to SMF wait for flight | 3.00 | | $100.00 | $300.00 |
| 12/5/2008 | Read emails and reply; review documents from previous days at Sacramento | 1.00 | $300.00 | | $300.00 |
| 12/5/2008 | Return to Phoenix (CA time) | 5.00 | | $100.00 | $500.00 |
| 12/6/2008 | Conf call w/ Dr. Shulman | 0.25 | $300.00 | | $75.00 |
| 12/7/2008 | Call from Dr. Shulman re: schedule for Jan & Feb | 0.50 | $300.00 | | $150.00 |
| 12/8/2008 | Call to Dr. Shulman re: HITEC and HIM meetings; e-mails | 0.75 | $300.00 | | $225.00 |
| 12/8/2008 | Attend HIM meeting by conference call. | 2.00 | $300.00 | | $600.00 |
| 12/10/2008 | Call from Dr. Shulman re: Status Conference, etc. | 0.50 | $300.00 | | $150.00 |
| 12/11/2008 | Travel from PHX to SF (Phx. Time) | 0.00 | $300.00 | | $500.00 |
| 12/11/2008 | Mtg. w/ Dr. Shulman | 3.00 | $300.00 | | $900.00 |
| 12/11/2008 | Mtg. w/ Dr. Shulman to plan for tomorrow. | 2.50 | $300.00 | | $750.00 |
| 12/12/2008 | mtg. w/ Dr. Shulman to prepare for meetings. | 1.50 | $300.00 | | $450.00 |
| 12/12/2008 | Attend 30 day meeting & Status Conference | 5.50 | $300.00 | | $1,650.00 |
| 12/12/2008 | Mtg. w/ Dr. Shulman, Special Master Lopes and staff. | 3.25 | $300.00 | | $975.00 |
| 12/13/2008 | Return trip to Phoenix | 5.25 | | $100.00 | $525.00 |
| 12/15/2008 | Pick up Dr. Shulman from Sky Harbor Air Port, transport him to Hertz and meet him at his hotel; make plans for tomorrow's trip. | 2.50 | | $100.00 | $250.00 |
| 12/18/2008 | Mtg w/ Dr. Shulman; tour CVSP & meet w dental staff; tour ISP & meet with dental staff; mtg. w/ Dr. Shulman, Linda Mixon. (AZ time) | 11.25 | $300.00 | | $3,375.00 |
| 12/16/2008 | Travel from Blythe to Sky Harbor Airport | 3.00 | | $100.00 | $300.00 |
| 12/16/2008 | Travel to Sacramento (AZ time) | 4.00 | | $100.00 | $400.00 |
| 12/17/2008 | mtg. with Dr. Shulman re: draft site visit report | 1.50 | $300.00 | | $450.00 |
| 12/17/2008 | Mtgs. w/ Dr.Park, Bovis Dental Project; HIM unified medical record planning | 5.00 | $300.00 | | $1,500.00 |
| 12/17/2008 | Mtg. w/ Dr. Shulman to finalize site visit report and plan for January. | 2.50 | $300.00 | | $750.00 |
| 12/18/2008 | Return to Phoenix (CA time) | 6.25 | | $100.00 | $625.00 |
| 12/18/2008 | Conf. call w/ Dr. Shulman re: site reports; reply to emails; send drafts to Lynda Mixon | 0.75 | $300.00 | | $225.00 |
| 12/22/2008 | Conf call w/ Dr. Shulman | 0.75 | $300.00 | | $225.00 |
| 12/22/2008 | Review documents filed by Alison Hardy in response to Defendant's comments & objections. | 0.58 | $300.00 | | $174.00 |
| 12/23/2008 | Conf call w/ Dr. Shulman re: Plantif's response. | 0.50 | $300.00 | | $150.00 |
| 12/24/2008 | Conf. call w/ Dr. Shulman | 0.25 | $300.00 | | $75.00 |
| 12/26/2008 | Conf. call w/ Dr. Shulman re: Motion to join Gov. | 0.50 | $300.00 | | $150.00 |
| 12/27/2008 | Call from Dr. Shulman | 0.25 | $300.00 | | $75.00 |
| 12/27/2008 | Per letter from John Hagar, read third draft of CHCF Planning Documents; made notes to discuss w/ Dr. Shulman. | 0.75 | $300.00 | | $225.00 |
| 12/28/2008 | Conf call w/ Dr. Shulman re: CHCF Planning Documents | 0.50 | $300.00 | | $150.00 |
| 12/30/2008 | Conf call w/ Dr. Shulman Re: next year's tour of facilities. | 0.25 | $300.00 | | $75.00 |
| | **Total Proffessional Fees** | | | | **$26,974.00** |
| 12/2 - 12/6 | Travel expenses toSacramento : Meet w/ John Hagar; attend HIM Project mtg.; tour SCC. | | | | $1,891.77 |
| 12/11 - 12/13 | Travel expenses to SF: Attend 30 day meeting; attend Status Conference; meet w/ Coleman Special Master Lopes. | | | | $1,408.13 |
| 12/16 - 12/18 | Travel expenses: tour CVSP & ISP; attend BOVIS mtg.; attend HIM dental forms mtg. Dec. 15,16,17,18. | | | | $1,582.69 |
| | **Invoice Total** | | | | **$31,856.59** |