IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARLOS PEREZ, et al.

    Plaintiff,

v.

MATTHEW CATE, et al.,

    Defendants.

_____/

No. 05-05241 JSW

**ORDER RE COMPENSATION OF COURT EXPERTS**

On December 15, 2008, this Court issued an Order modifying the Order regarding compensation of the Court Experts/Representatives (Docket 263) to require the Court Experts/Representatives to serve a copy of supporting receipts upon counsel and lodge, but not file, a copy of the supporting receipts with the Court. Upon further consideration, it is HEREBY ORDERED that the Court Experts/Representatives shall be excused from the requirement of lodging the supporting receipts with the Court. The Court representatives shall continue to serve a copy of those receipts on counsel. If either party lodges an objection regarding an invoice or supporting receipt, and if supporting documentation is necessary to support the objection, that party shall file, with appropriate redactions, a copy or copies of the

//
//
//
//

receipts that pertain to the objection.

**IT IS SO ORDERED.**

Dated: January 23, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE