1
2
3
4
5
6
7
8

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

9   CARLOS PEREZ, et al.

10           Plaintiffs,                          No. C 05-05241 JSW

11   v.                                           **AMENDED ORDER FOR**
                                                  **PAYMENT**
12   MATTHEW CATE, et al.,

13           Defendants.

14   _____/

15           On January 23, 2009, this Court granted an administrative motion for payment to Court

16   Representative Jay Shulman.  It has come to the Court's attention that the total amount to be

17   paid should be $36,040.87.  Accordingly, it is HEREBY ORDERED that Dr. Shulman shall be

18   paid in the amount of $36,040.87 for his invoice dated December 31, 2008.

19           **IT IS SO ORDERED.**

20

21   Dated: February 2, 2009                      _____
                                                  JEFFREY S. WHITE
22                                                UNITED STATES DISTRICT JUDGE

23

24   cc:     Finance Office

25
26
27
28