1  DONALD SPECTER  #83925
   ALISON HARDY #135966
2  PRISON LAW OFFICE
   1917 Fifth Street
3  Berkeley, CA 94710
   dspecter@prisonlaw.com
4  ahardy@prisonlaw.com
   Telephone: (510) 280-2621
5  Attorneys for Plaintiffs

6

7  EDMUND G. BROWN JR.
   Attorney General of the State of California
8  DAVID CHANEY
   Chief Assistant Attorney General
9  JONATHAN L. WOLFF
   Senior Assistant Attorney General
10 PHILLIP LINDSAY, State Bar No. 204444
   Deputy Attorney General
11 455 Golden Gate Avenue, Suite 11000
   San Francisco, CA 94102-7004
12 Telephone: (415) 703-5711
   Facsimile: (415) 703-5843
13 Phillip.Lindsay@doj.ca.gov
   Attorneys for Defendants

14

15              UNITED STATES DISTRICT COURT,
                NORTHERN DISTRICT OF CALIFORNIA
16

17

                                              **Case No. C05-5241 JSW**
18

19  CARLOS PEREZ, et al.,                     **CLASS ACTION**

20      Plaintiffs,                           **STIPULATION AND [PROPOSED]
                                              ORDER RE BRIEFING AND
21      v.                                    HEARING SCHEDULE FOR
                                              PLAINTIFFS' MOTIONS FOR
22  MATTHEW CATE, et al.,                     JOINDER AND TO MODIFY**
                                              AS MODIFIED HEREIN
23      Defendants.

24

25

26

27

STIPULATION AND [PROPOSED] ORDER

1  On December 24, 2008, Plaintiffs filed two motions: "Motion to Join Governor Arnold Schwarzenegger as a Party Defendant" and "Motion for Order Adjudging Governor Arnold Schwarzenegger in Contempt for Failure to Appoint Statewide Dental Director." The hearing date for Plaintiffs' Motions was originally set for January 30, 2009. On January 15, 2009, plaintiffs filed a third motion, entitled "Motion to Modify the Stipulated Injunction," noticed for hearing on February 20, 2009. Plaintiffs subsequently withdrew their contempt motion.

Defendants filed their opposition to plaintiffs' motions for joinder and for modification on January 30, 2009. Currently, plaintiffs' replies to the two motions are due February 6, 2009, and are scheduled to be heard on February 20, 2009.

Plaintiffs' counsel's also represents the plaintiffs in *Plata v. Schwarzenegger*, No. C-01-1351 TEH, and *Coleman v. Schwarzenegger*, No. CIV S-90-0520 LKK JFM. Oral argument is scheduled to take place all day on February 3 and 4 before the three-judge panel in that action, and plaintiffs' counsel is working on preparing for those arguments. Accordingly, the parties have agreed to extend the plaintiffs' briefing schedule and the hearing date by one week each.

Therefore, unless the parties further stipulate and/or the Court orders otherwise, the briefing and hearing schedule for the Motions is as follows:

1) Plaintiffs' reply briefs are due no later than February 13, 2009.

2) The hearing on both motions ~~will take place on February 27, 2009~~. remains on calendar on February 20, 2009.

IT IS SO STIPULATED.

Date:  February 2, 2009            /s/
                                   Alison Hardy
                                   Prison Law Office
                                   Attorney for Plaintiffs

Date:  _____              /s/
                                   Phillip Lindsay
                                   Deputy Attorney General
                                   Attorney for Defendants

I, Alison Hardy, attest that Phillip Lindsay signed this document on February 2, 2009.

STIPULATION AND [PROPOSED] ORDER        2

1     **IT IS SO ORDERED**.

3   Dated: February 3, 2009

                                                  JEFFREY S. WHITE
                                                United States District Court

STIPULATION AND [PROPOSED] ORDER