```
 1  PRISON LAW OFFICE
    DONALD SPECTER #83925
 2  STEVEN FAMA #99641
    ALISON HARDY #135966
 3  1917 Fifth Street
    Berkeley, CA 94710
 4  Telephone: (510) 280-2621
    Facsimile: (510) 280-2704
 5  ahardy@prisonlaw.com

 6  Attorneys for Plaintiffs

 7

 8                  IN THE UNITED STATES DISTRICT COURT
 9                    NORTHERN DISTRICT OF CALIFORNIA
10

11                                          No. C05-5241 JSW
12  CARLOS PEREZ, et al.,
                                            STIPULATION AND ORDER FOR
13            Plaintiffs,                   PERIODIC COLLECTION OF
                                            ATTORNEYS' FEES AND COSTS
14
              v.
15  MATTHEW CATE, et al.,
16
              Defendants.
17
```

18    On April 10, 2007, this Court established a procedure by which plaintiffs are to

19 collect attorneys' fees and costs incurred in connection with the Amended Stipulation and

20 Order. This procedure requires plaintiffs' counsel to submit to defendants a quarterly

21 statement of fees incurred in monitoring work, and permits defendants thirty (30) days

22 from the receipt of plaintiffs' statement to notify plaintiffs of any disputed items. After the

23 parties meet and confer on any of defendant's objections, counsel shall then prepare a

24 stipulated order for payment of the fees not subject to defendants' objections. The Order

25 also states that defendants shall have thirty (30) days from the entry of the order to pay the

26 undisputed fees and that interest on any undisputed fees will run from the thirty-first day

27 after the Order is filed, accruing at the rate provided by 28 U.S.C. § 1961.

28    Pursuant to this procedure, plaintiffs' counsel served their third quarter billing

statement demanding $14,295 for the period from July 1, 2008 through September 30, 2008 on December 22, 2008. Defendants agreed to pay this amount. (Because defendants object to plaintiffs' regular rate for paralegal work, plaintiffs calculated the billing statement at the rate defendants are willing to pay. Plaintiffs, however, reserve the right to move to compel payment at the higher paralegal rate, as provided in the April 10, 2007 order.)

WHEREFORE, defendants agree to pay plaintiffs' counsel $14,295 within 30 days of the signing of this Order. On the 31st day following the entry of this Order, interest on any unpaid amount will begin to accrue at the rate provided by 28 U.S.C. § 1961 (i.e., the weekly average 1 year constant maturity Treasury yield for the calendar week preceding the date of the Order.)

AGREED TO BY THE PARTIES:

Date: January 30, 2009

/s/
Alison Hardy
Attorney for Plaintiffs

Date: January 30, 2009

/s/
Phillip Lindsay
Deputy Attorney General
Attorney for Defendants

I, Alison Hardy, attest that Phillip Lindsay signed this document on _____, 2009

IT IS SO ORDERED.

Date: February 3, 2009, ~~2008~~

*[signature]*
Honorable Jeffrey S. White
United States District Court Judge

Stipulation and Order Re: Collection of Third Quarter Fees
*Perez v. Cate,* 05–5241 JSW                                    2