IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARLOS PEREZ, et al.,

    Plaintiffs,

v.

MATTHEW CATE, et al.,

    Defendants.
_____/

No. C 05-05241 JSW

**ORDER TO SHOW CAUSE**

On January 30, 2009, Defendants filed their opposition to Plaintiffs' motion to modify the stipulated injunction. In conjunction with that filing, Defendants submitted a declaration from Dr. Stephen Merrill, and lodged Exhibit A to Dr. Merrill's declaration under seal. Defendants have not, however, filed a motion to file that document under seal, as required by Northern District Civil Local Rule 79-5(c). Accordingly, Defendants are HEREBY ORDERED TO SHOW CAUSE as to why Exhibit A should be filed under seal. Defendants response to this Order to Show Cause shall be a motion that conforms in all respects to Rule 79-5(c), and shall be due by no later than February 10, 2009. If Plaintiffs' oppose the request to seal the document, they shall submit an opposition with their reply brief, due on February 13, 2009.

**IT IS SO ORDERED.**

Dated: February 5, 2009

                                         JEFFREY S. WHITE
                                         UNITED STATES DISTRICT JUDGE