IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS PEREZ, et al., | No. C 05-05241 JSW |
| Plaintiffs, | **ORDER DISCHARGING ORDER TO SHOW CAUSE AND DIRECTING DEFENDANTS TO FILE EXHIBIT A TO MERRILL DECLARATION IN PUBLIC RECORD** |
| v. | |
| MATTHEW CATE, et al., | |
| Defendants. | |

On January 30, 2009, Defendants filed their opposition to Plaintiffs' motion to modify the stipulated injunction. In conjunction with that filing, Defendants submitted a declaration from Dr. Stephen Merrill, and lodged Exhibit A to Dr. Merrill's declaration under seal, without filing a motion to seal. In response to this Court's Order to Show Cause, Defendants state that they no longer seek to have Exhibit A filed under seal.

Accordingly, the Order to Show Cause is discharged. Defendants shall file a copy of Exhibit A to the Declaration of Dr. Stephen Merrill in the public record by no later than February 20, 2009.

**IT IS SO ORDERED.**

Dated: February 17, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE