Joseph D. Scalzo
3785 N. 156th Lane
Goodyear, AZ 85395
Telephone: (602) 405-4224
Email: jscalzo2@cox.net

Court Expert

**FILED**

MAR - 6 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS PEREZ,<br><br>        Plaintiff,<br><br>vs.<br><br>Arnold Schwarzenegger, et al.<br><br>        Defendants. | Case No. C 05-05241 JSW<br><br>**ADMINISTRATIVE MOTION AND**<br>**[PROPOSED] ORDER FOR PAYMENT** |

### ADMINISTRATIVE MOTION

Pursuant to the Court's order of October 20, 2008 (Docket No. 263), court expert Joseph D. Scalzo hereby moves the Court for an order for payment of the attached invoice dated February, 2009.

Dated: March 1, 2009

Respectfully submitted,

*/s/ Joseph D. Scalzo*
JOSEPH D. SCALZO
Court Expert

## ORDER

Pursuant to the Court's order of October 20, 2008, the Court HEREBY ORDERS payment to court expert Joseph D. Scalzo per the court expert's invoice dated February, 2009.

Dated: March 18, 2009

*Jeffrey S. White*
HON. JEFFERY S. WHITE
United States District Court

**ADMIN. MOTION AND [PROPOSED] ORDER FOR PAYMENT**
*Perez v. Schwarzenegger*, C 05-05241 JSW

Joseph D. Scalzo
3785 N. 156th Lane
Goodyear, AZ 85395

**Invoice for Dr. Joseph D. Scalzo**
**for February, 2009**

Case #: C 05-05241 JSW
Invoice # 0902

| DATE | PURPOSE | Time (hrs) | Regular Rate | Travel Rate | Amount |
|---|---|---|---|---|---|
| 2/2/2009 | Call to Dr. Shulman re: trip to Sac. | 0.50 | $300.00 | | $150.00 |
| 2/3/2009 | Travel to Sacramento ( AZ time) | 5.00 | | $100.00 | $500.00 |
| 2/3/2009 | Mtg. w/ Dr. Shulman | 2.50 | $300.00 | | $750.00 |
| 2/3/2009 | Mtg. w/ Dr. Shulman re: tomorrow's meetings | 2.50 | $300.00 | | $750.00 |
| 2/4/2009 | Mtg. w/ Dr. Shulman, attend HIM meeting. | 6.50 | $300.00 | | $1,950.00 |
| 2/4/2009 | Mtg. w/ Dr. Shulman re: audit tool | 1.00 | $300.00 | | $300.00 |
| 2/4/2009 | Mtg. w/ Dr. Shulman, read e-mails; respond to emails. | 2.00 | $300.00 | | $600.00 |
| 2/5/2009 | Mtg. w/ Dr. Shulman to prepare for today's meetings. | 1.00 | $300.00 | | $300.00 |
| 2/5/2009 | Attend MAXOR mtg.; HIM dental mtg.; meeting w/ Dr. Toche; mtg. w/ dental staff. | 5.50 | $300.00 | | $1,650.00 |
| 2/5/2009 | Review e-mails; meet with Dr. Shulman to reply to Receiver's draft filing on 10K bed project; FU on today's to do's. | 3.50 | $300.00 | | $1,050.00 |
| 2/6/2009 | Return trip to PHX | 5.00 | | $100.00 | $500.00 |
| 2/7/2009 | Conf. call w/Dr. Shulman re: Avenol trip and Receiver's filing. | 0.75 | $300.00 | | $225.00 |
| 2/9/2009 | Call from Dr. Shulman re: construction 5 week meetings. | 0.25 | $300.00 | | $75.00 |
| 2/9/2009 | Read e-mail and attachment from Coleman Sp. Master; Read Tent. Ruling of 3 Judge Court; reply to Michael Stone. | 0.75 | $300.00 | | $225.00 |
| 2/10/2009 | Call to Dr. Shulman; read e-mails; prepare draft response to P. Lindsay RFI request. | 1.00 | $300.00 | | $300.00 |
| 2/10/2009 | Conf. call w/ Dr. Shulman | 0.75 | $300.00 | | $225.00 |
| 2/12/2009 | Conf call w/ Dr. Shulman | 0.25 | $300.00 | | $75.00 |
| 2/13/2009 | Call from Dr. Shulman re: next week and audit tool. | 0.50 | $300.00 | | $150.00 |
| 2/13/2009 | Read PLO filing- Plantiffs' Response to Defendants' Comments and Objections to CE's Report. Make written notes. | 0.50 | $300.00 | | $150.00 |
| 2/14/2009 | Conf call w/ Dr. Shulman re: recent court filings | 1.00 | $300.00 | | $300.00 |
| 2/15/2009 | Call from Dr. Shulman | 0.25 | $300.00 | | $75.00 |
| 2/16/2009 | Travel to Sacramento ( AZ time); had to take earlier flight; pick up Dr. Shulman | 8.50 | | $100.00 | $850.00 |
| 2/16/2009 | Meeting w/ Dr. Shulman - plan for audit | 2.50 | $300.00 | | $750.00 |
| 2/17/2009 | Mtg. w/ Dr. Shulman ; Conduct first day test audit at CSP-Sacramento w/ Dr. Park, M. Stone. | 11.50 | $300.00 | | $3,450.00 |
| 2/18/2009 | Mtg. w/ Dr. Shulman ; Conduct second day test audit at CSP-Sacramento w/ Dr. Park, M. Stone. | 8.00 | $300.00 | | $2,400.00 |
| 2/18/2009 | Mtg. w/ Dr. Shulman to review today's findings | 3.00 | $300.00 | | $900.00 |
| 2/19/2009 | Mtg. w Dr. Shulman to plan for today. | 1.00 | $300.00 | | $300.00 |
| 2/19/2009 | Attend MAXOR mtg.;Mtg w/ Dr. Shulman, Sharon Aungst, Diana Toche, Wayne Strumpher, Wm. Kuykendall. | 8.00 | $300.00 | | $2,400.00 |
| 2/20/2009 | Mtg. w/ Dr. Shulman; Attend Motion Hearing; make arrangments for next week. | 8.00 | $300.00 | | $2,400.00 |
| 2/20/2009 | Return trip from San Francisco to PHX | 4.00 | | $100.00 | $400.00 |
| 2/21/2009 | Conf. call from Dr. Shulman | 0.50 | $300.00 | | $150.00 |
| 2/23/2009 | Conf. call w/ Receiver's Coordination Group. | 0.50 | $300.00 | | $150.00 |
| 2/24/2009 | Travel to Sacramento | 7.50 | | $100.00 | $750.00 |
| 2/24/2009 | Mtg. w/ Dr. Shulman to review Trial Audit results; respond to e-mails. | 3.50 | $300.00 | | $1,050.00 |
| 2/24/2009 | Mtg. w/ Dr. Shulman - continue to develop Trial Audit Report | 2.50 | $300.00 | | $750.00 |
| 2/25/2009 | Mtg. w/ Dr. Shulman, Dr. Park, Dr. Toche, Sharon Aungst | 9.00 | $300.00 | | $2,700.00 |
| 2/25/2009 | Mtg. w/ Dr. Shulman to review today's meetings. | 2.00 | $300.00 | | $600.00 |
| 2/26/2009 | Mtg. w/ Dr. Shulman plan for today's agenda | 1.00 | $300.00 | | $300.00 |
| 2/26/2009 | Mtg. w/ Dr. Shulman, Sharon Aungst, Dr. Toche, Dr. Rosenberg | 7.50 | $300.00 | | $2,250.00 |
| 2/26/2009 | Mtg. w/ Dr. Shulman - review and provide comments to e-mail from Sharon Aungst and Dr. Toche. | 3.00 | $300.00 | | $900.00 |
| 2/27/2009 | Mtg. w/ Dr. Shulman; Attend Perez 30 Day Meeting | 6.50 | $300.00 | | $1,950.00 |
| 2/27/2009 | Mtg. w/ Dr. Shulman re: e-mails and plan trip to HIM mtg. | 1.00 | $300.00 | | $300.00 |
| 2/27/2009 | Mtg. w/ Dr. Shulman to review today's meetings. | 1.50 | $300.00 | | $450.00 |
| 2/27/2009 | Review Receiver's Draft True Health Care Costs report. | 1.00 | $300.00 | | $300.00 |
| 2/27/2009 | Return trip to PHX | 4.75 | | $100.00 | $475.00 |
| | **TOTAL Professional Fees** | | | | **$37,225.00** |

**Travel Expenses**

| | | |
|---|---|---|
| 2/3/09 - 2/6/09 | Attend Dental UHR mtg.; HIM Exec. Comm. Mtg.; HCSS Eval. Team mtg. | $1,948.66 |
| 2/16/09- 2/20/09 | Conduct trial audit at CSP-Sac / Attend MAXOR meeting/ meeting w/ Director Sharon Aungst and staff/ attend Judge White's Motion Hearing | $2,708.91 |
| 2/24/09 - 2/28/09 | Attend meetings w/ defendants at direction of Judge White/ attend Perez 30 Day meeting. | $2,611.20 |
| | **INVOICE TOTAL** | **$44,493.77** |