Jay D. Shulman
9647 Hilldale Drive
Dallas, Texas 75231
Telephone: (214) 923-8359
Email: jayshulman@sbcglobal.net

**FILED**

MAR - 6 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Court Expert

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS PEREZ,<br><br>    Plaintiff,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.<br><br>    Defendants. | Case No. C 05-05241 JSW<br><br>**ADMINISTRATIVE MOTION AND [PROPOSED] ORDER FOR PAYMENT** |

### ADMINISTRATIVE MOTION

Pursuant to the Court's order of October 20, 2008 (Docket No. 263), court expert Jay D. Shulman hereby moves the Court for an order for payment of the attached invoice dated March 2, 2009.

Dated: March 2, 2009

Respectfully submitted,

_/s/ Jay D. Shulman_
JAY D. SHULMAN
Court Expert

**ORDER**

Pursuant to the Court's orders of October 20, 2008, the Court HEREBY ORDERS payment to court expert Jay D. Shulman per the court expert's invoice dated March 2, 2009

Dated: March 18, 2009

_____
HON. JEFFREY S. WHITE
United States District Court

Jay D. Shulman
9647 Hilldale Drive
Dallas, Texas 75231

Invoice submitted to *Perez*

March 2, 2009

Invoice # 172

Professional Services for Dr. Jay D. Shulman

| Date | Activity | Hours @ $300/hr | Travel Hours @ $100/hr | Amount |
|---|---|---|---|---|
| 2/2/2009 | Conf. w/ Dr. Scalzo re travel | 0.50 | | 150 |
| 2/3/2009 | Fly from Dallas to Sacramento (CST) | | 6.50 | 650 |
| 2/3/2009 | Conf w/ Dr. Scalzo re HIM evaluation and response to project manager | 2.50 | | 750 |
| 2/3/2009 | Conf/ w/ Dr. Scalzo re meetings for 2/4 and 2/5 | 2.50 | | 750 |
| 2/4/2009 | Conf. w/ Dr. Scalzo, attend HIM executive steering committee meeting | 6.50 | | 1,950 |
| 2/4/2009 | Conf. w/ Dr. Scalzo re audit tool | 1.00 | | 300 |
| 2/4/2009 | Conf. w/ Dr. Scalzo, read and respond to e-mails | 2.00 | | 600 |
| 2/4/2009 | Read Receiver's filings | 1.25 | | 375 |
| 2/5/2009 | Conf. w/ Dr. Scalzo; prepare for meetings | 1.00 | | 300 |

| Date | Description | Hours | | Amount |
|---|---|---|---|---|
| 2/5/2009 | Attend Maxor meeting; HIM Dental Meeting; met w/ Dr. Toche, Wayne Stumpfer; attend stat meds meeting | 5.50 | | 1,650 |
| 2/5/2009 | Review and respond to e-mails; meet w/ Dr. Scalzo re response to Receiver's 10K bed filing; conf. w/ Coleman Special Master | 3.50 | | 1,050 |
| 2/6/2009 | Return to Dallas | | 8.00 | 800 |
| 2/7/2009 | Conf. w/ Dr. Scalzo re future travel, P&T issues | 0.75 | | 225 |
| 2/9/2009 | Conf. w/ Coleman Special Master | 0.50 | | 150 |
| 2/9/2009 | Travel to Sacramento (note Central Time) | | 7.00 | 700 |
| 2/9/2009 | Review P&T documents (Pacific time) | 1.75 | | 525 |
| 2/10/2009 | Conf. w/ Dr. Scalzo | 0.50 | | 150 |
| 2/10/2009 | Review / send e-mails | 0.75 | | 225 |
| 2/10/2009 | Meet w/ Rick Robinson re dental appeals | 0.75 | | 225 |
| 2/10/2009 | Meeting w/ Sharon Aungst | 1.75 | | 525 |
| 2/10/2009 | Attend P&T Committee Meeting | 2.00 | | 600 |
| 2/10/2009 | Meet w/ Dr. Park | 0.50 | | 150 |
| 2/11/2009 | Return to Dallas | | 7.50 | 750 |
| 2/12/2009 | Conf. w/ Dr. Scalzo | 0.25 | | 75 |
| 2/13/2009 | Conf. w/ Dr. Scalzo | 0.50 | | 150 |
| 2/14/2009 | Conf. w/ Dr. Scalzo | 1.00 | | 300 |
| 2/15/2009 | Conf. w/ Dr. Scalzo | 0.25 | | 75 |

| Date | Description | Hours | Hours | Amount |
|---|---|---|---|---|
| 2/16/2009 | Travel from Dallas to Sac | | 6.00 | 600 |
| 2/16/2009 | Conf. w/ Dr. Scalzo (note: change to PST) | 3.00 | | 900 |
| 2/17/2009 | Conf. w/ Dr. Scalzo; test audit at CSP-SAC | 11.50 | | 3,450 |
| 2/18/2009 | Conf. w/ Dr Scalzo; CSP-SAC test audit | 8.00 | | 2,400 |
| 2/18/2009 | Conf. w/ Dr Scalzo to review findings | 3.00 | | 900 |
| 2/19/2009 | Conf. w/ Dr Scalzo | 1.00 | | 300 |
| 2/19/2009 | Attend MAXOR meeting; meet with Sharon Aungst, Diana Toche, Wayne Stumpfer, William Kuykendall | 8.00 | | 2,400 |
| 2/20/2008 | Conf. w/ Dr. Scalzo; attend motion hearing; make travel arrangements | 8.00 | | 2,400 |
| 2/20/2008 | Conf. w/ Dr. Scalzo | 0.75 | | 225 |
| 2/21/2009 | Return to Dallas | | 8.00 | 800 |
| 2/22/2008 | Conf. w/ Dr. Scalzo | 0.50 | | 150 |
| 2/23/2009 | Conf. w/ Dr. William Kuykendall | 0.50 | | 150 |
| 2/23/2008 | Conference call w/ Coleman Special Master, Armstrong Rep., Receiver CoS | 0.50 | | 150 |
| 2/24/2009 | Travel from Dallas to Sac. (note: change to Pacific time) | | 6.50 | 650 |
| 2/24/2009 | Conf. w/ Dr. Scalzo re trial audit. Write / respond to e-mails | 3.50 | | 1,050 |

| Date | Description | Hours | Hours | Amount |
|---|---|---|---|---|
| 2/24/2009 | Conf. w/ Dr. Scalzo re audit issues. | 2.5 | | 750 |
| 2/25/2009 | Conf. w/ Dr. Sclzo; meet with Dr. Toche, Dr. Park, Dr. Rosenberg, Sharon Aungst, re COCF screening | 9.00 | | 2,700 |
| 2/25/2009 | Conf. w/ Dr. Scalzo | 2.00 | | 600 |
| 2/26/2009 | Conf. w/ Dr. Scalzo | 1.00 | | 300 |
| 2/26/2009 | Conf. w/ Drs. Scalzo, Toche, Rosenberg, and Sharon Aungst | 7.50 | | 2,250 |
| 2/26/2009 | Conf. w/ Dr. Scalzo | 1.50 | | 450 |
| 2/27/2009 | Conf. w/ Dr. Scalzo, Perez 30-day meeting; | 6.50 | | 1,950 |
| 2/27/2009 | Conf. w/ Dr. Scalzo re HCCS vendor meeting | 1.00 | | 300 |
| 2/27/2009 | Read /respond to e-mails | 1.00 | | 300 |
| 2/28/2009 | Travel from Sac to Dallas | | 7.50 | 750 |
| **Hours** | | 117.75 | 57.00 | |
| **Amount** | | 35,325 | 5,700 | 41,025 |
| **For Professional services rendered** | | | | **41,025** |

Additional Charges:
**Travel**

| | | |
|---|---|---|
| Sacramento Feb 3-6 | 1,485.71 | |
| Sacramento Feb 9-11 | 1,302.76 | |
| Sacramento Feb 16-21 | 2,211.46 | |
| Sacramento Feb 24-28 | 2,913.08 | |
| Total amount of charges | | 7,913.01 |
| **Total amount of this bill** | | **$48,938.01** |