```
 1  PRISON LAW OFFICE
    DONALD SPECTER #83925
 2  STEVEN FAMA #99641
    ALISON HARDY #135966
 3  1917 Fifth Street
    Berkeley, CA 94710
 4  Telephone: (510) 280-2621
    Facsimile: (510) 280-2704
 5  ahardy@prisonlaw.com

 6  Attorneys for Plaintiffs
```

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS PEREZ, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MATTHEW CATE, et al.,<br><br>Defendants. | No. C05-5241 JSW<br><br>**STIPULATION AND ORDER FOR PERIODIC COLLECTION OF ATTORNEYS' FEES AND COSTS** |

On April 10, 2007, this Court established a procedure by which plaintiffs are to collect attorneys' fees and costs incurred in connection with the Amended Stipulation and Order. This procedure requires plaintiffs' counsel to submit to defendants a quarterly statement of fees incurred in monitoring work, and permits defendants thirty (30) days from the receipt of plaintiffs' statement to notify plaintiffs of any disputed items. After the parties meet and confer on any of defendant's objections, counsel shall then prepare a stipulated order for payment of the fees not subject to defendants' objections. The Order also states that defendants shall have thirty (30) days from the entry of the order to pay the undisputed fees and that interest on any undisputed fees will run from the thirty-first day after the Order is filed, accruing at the rate provided by 28 U.S.C. § 1961.

Pursuant to this procedure, plaintiffs' counsel served their fourth quarter billing

Stipulation and Order Re: Collection of Fourth Quarter Fees
*Perez v. Cate,* 05–5241 JSW

statement demanding $18,659 for the period from October 1, 2008 through December 31, 2008 on February 11, 2009. Defendants agreed to pay this amount. (Because defendants object to plaintiffs' regular rate for paralegal work, plaintiffs calculated the billing statement at the rate defendants are willing to pay. Plaintiffs, however, reserve the right to move to compel payment at the higher paralegal rate, as provided in the April 10, 2007 order.)

WHEREFORE, defendants agree to pay plaintiffs' counsel $18,659 within 30 days of the signing of this Order. On the 31st day following the entry of this Order, interest on any unpaid amount will begin to accrue at the rate provided by 28 U.S.C. § 1961 (i.e., the weekly average 1 year constant maturity Treasury yield for the calendar week preceding the date of the Order.)

AGREED TO BY THE PARTIES:

Date: March 19, 2009

/s/
Alison Hardy
Attorney for Plaintiffs

Date: March 17, 2009

/s/
Phillip Lindsay
Deputy Attorney General
Attorney for Defendants

I, Alison Hardy, attest that Phillip Lindsay signed this document on March 17, 2009

IT IS SO ORDERED.

Date: March 20, 2009

/s/ Jeffrey S. White
Honorable Jeffrey S. White
United States District Court Judge

Stipulation and Order Re: Collection of Fourth Quarter Fees
*Perez v. Cate,* 05–5241 JSW

2