IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS PEREZ, et al., | No. C 05-05241 JSW |
| Plaintiffs, | **ORDER GRANTING REQUEST FOR EXTENSION OF TIME RE: DENTAL SCREENING PROTOCOL FOR TRANSFER OF INMATES TO OUT-OF-STATE FACILITIES** |
| v. | |
| MATTHEW CATE, et al., | |
| Defendants. | |

The Court has received the parties' Joint Status Report Re: Dental Screening Protocol for Transfer of Inmates to Out-of-State Facilities. The Court appreciates the parties' efforts to work cooperatively, and grants the requested extension of time to complete this procedure.

Accordingly, it is HEREBY ORDERED the parties shall submit a further joint status report to the Court on or before April 17, 2009, and the Court's Order enjoining CDCR from transferring DPC-2 inmates shall continue in effect until April 24, 2009.

In the future, the parties shall submit a proposed order with any requested extensions of deadlines set by this Court.

**IT IS SO ORDERED.**

Dated: March 23, 2009

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE