IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS PEREZ,<br><br>        Plaintiff,<br><br>v.<br><br>MATTHEW CATE, et al.,<br><br>        Defendants. | Case No. C 05-05241 JSW<br><br>**ORDER GRANTING REQUEST FOR EXTENSION OF TIME RE: DENTAL-SCREENING PROTOCOL FOR TRANSFER OF INMATES TO OUT-OF-STATE FACILITIES** |

   The Court has received the parties' Second Joint Status Report Re: Dental Screening Protocol for Transfer of Inmates to Out-of-State Facilities. The parties' request for an extension of time is granted.

   Accordingly, it is HEREBY ORDERED the parties shall submit a further joint status report to the Court on or before May 1, 2009, and the Court's Order enjoining CDCR from transferring DPC-2 inmates shall continue in effect until May 8, 2009.

   **IT IS SO ORDERED.**

Dated: April 20, 2009

*Jeffrey S. White*
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

1