IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARLOS PEREZ, et al.

    Plaintiffs,

v.

MATTHEW CATE, et al.,

    Defendants.

No. C 05-05241 JSW

**AMENDED ORDER RE PAYMENT**

On April 20, 2009, this Court granted an administrative motion for payment submitted by Dr. Jay Shulman. (*See* Docket No. 372.) This Amended Order is issued to set forth the correct date of Dr. Shulman's invoice, which is April 1, 2009. Accordingly, the Court HEREBY ORDERS payment to court expert Dr. Jay Shulman per the Court expert's invoice dated April 1, 2009, which is attached to Docket No. 372.

**IT IS SO ORDERED.**

Dated: April 27, 2009

JEFFREY S. WHITE  
UNITED STATES DISTRICT JUDGE