DONALD SPECTER  #83925
ALISON HARDY #135966
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, CA 94710
dspecter@prisonlaw.com
ahardy@prisonlaw.com
Telephone: (510) 280-2621
Attorneys for Plaintiffs

EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID CHANEY
Chief Assistant Attorney General
JONATHAN L. WOLFF
Senior Assistant Attorney General
PHILLIP LINDSAY, State Bar No. 204444
Deputy Attorney General
110 West A St., Suite 1100
San Diego, CA 92101
Telephone: (619) 645-3134
Facsimile: (619) 645-2581
Phillip.Lindsay@doj.ca.gov
Attorneys for Defendants

UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

CARLOS PEREZ, et al.,

　　　　　Plaintiffs,

　　　　　v.

MATTHEW CATE, et al.,

　　　　　Defendants.

Case No. C05-5241 JSW

**CLASS ACTION**

**STIPULATION AND [PROPOSED] ORDER RE BRIEFING FOR PLAINTIFFS' MOTION TO COMPEL PAYMENT OF ATTORNEY FEES**

STIPULATION AND [PROPOSED] ORDER

1   On April 10, 2007, this Court issued its order, pursuant to the parties' stipulation, setting forth a procedure for plaintiffs to collect periodic attorneys' fees in this action. (Docket No. 110.) Under this procedure, plaintiffs may file a yearly motion to compel disputed fees "not later than sixty days after the parties meet and confer with respect to the statement covering the fourth quarter of each year." *Id.*

The parties completed their meet and confer on the fourth quarter fees on March 19, 2008, thus plaintiffs' yearly motion to compel is due on May 18, 2009. Plaintiffs have further met and conferred regarding the attorney fees for 2008 since March 19, 2008, but have not resolved their disputes, so plaintiffs will be moving to compel payment of additional fees.

The parties are currently engaged in efforts to develop and implement an out-of-state screening process for *Perez* class members. In order to focus fully on these matters, plaintiffs seek, and defendants agree to, additional time for plaintiffs to file their motion to compel additional attorneys' fees.

Therefore, unless the parties further stipulate and/or the Court orders otherwise, the plaintiffs' motion to compel shall be due on June 19, 2009.

**IT IS SO STIPULATED**.

Date: May 7, 2009

/s/
Alison Hardy
Prison Law Office
Attorney for Plaintiffs

Date: May 7, 2009

/s/
Phillip Lindsay
Deputy Attorney General
Attorney for Defendants

I, Alison Hardy, attest that Phillip Lindsay signed this document on May 7, 2009.

**IT IS SO ORDERED**. The motion shall be noticed for hearing within the time period required by Northern District Civil Local Rule 7-3.

Dated: May 8, 2009

JEFFREY S. WHITE
United States District Court

STIPULATION AND [PROPOSED] ORDER

2