Jay D. Shulman
9647 Hilldale Drive
Dallas, Texas 75231
Telephone: (214) 923-8359
Email: jayshulman@sbcglobal.net

Court Expert

**FILED**

MAY - 4 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CARLOS PEREZ,

   Plaintiff,

v.

MATTHEW CATE, et al.

   Defendants.

Case No. C 05-05241 JSW

**ADMINISTRATIVE MOTION AND [PROPOSED] ORDER FOR PAYMENT**

Docket 376

## ADMINISTRATIVE MOTION

Pursuant to the Court's order of October 20, 2008 (Docket No. 263), court expert Jay D. Shulman hereby moves the Court for an order for payment of the attached invoice dated May 1, 2009.

Dated: May 1, 2009

               Respectfully submitted,

               JAY D. SHULMAN
               Court Expert

**ORDER**

Pursuant to the Court's orders of October 20, 2008, the Court HEREBY ORDERS payment to court expert Jay D. Shulman per the court expert's invoice dated May 1, 2009

Dated: May 21, 2009

*[signature]*
HON. JEFFREY S. WHITE
United States District Court

ADMIN. MOTION AND [PROPOSED] ORDER FOR PAYMENT
*Perez v. Cate*, C 05-05241 JSW

Jay D. Shulman
9647 Hilldale Drive
Dallas, Texas 75231

Invoice submitted to *Perez*

May 1, 2009

Invoice # 179

Professional Services for Dr. Jay D. Shulman

| Date | Activity | Hours @ $300/hr | Travel Hours @ $100/hr | Amount |
|---|---|---|---|---|
| 4/3/2009 | COCF conference call | 0.75 | | 225 |
| 4/3/2009 | Conf. w/ Dr. Scalzo | 0.25 | | 75 |
| 4/4/2009 | Conf. w/ Dr. Scalzo | 0.25 | | 75 |
| 4/6/2009 | Conf. w/ Dr. Scalzo | 0.25 | | 75 |
| 4/7/2009 | Conf. w/ Dr. Scalzo | 0.50 | | 150 |
| 4/7/2009 | Review / edit draft audit tool | 1.75 | | 525 |
| 4/10/2009 | Conf. w/ Dr. Scalzo | 0.25 | | 75 |
| 4/11/2009 | Conf. w/ Dr. Scalzo | 1.00 | | 300 |
| 4/12/2009 | Review COCF material | 0.75 | | 225 |
| 4/12/2009 | Review P&T background material | 2.00 | | 600 |
| 4/13/2009 | Travel to Sacramento | | 6.50 | 650 |
| 4/13/2008 | Conf. w/ Dr. Scalzo (note: change to PDT) | 1.00 | | 300 |
| 4/13/2008 | Conf. w/ Dr. Scalzo and Sharon Aungst | 4.00 | | 1,200 |
| 4/14/2008 | Conf. w/ Dr. Scalzo, Bonnie Noble; attend COCF meeting; attend P&T | 9.00 | | 2,700 |
| 4/14/2008 | Fly to LAX | | 1.50 | 150 |
| 4/14/2008 | Conf. w/ Dr. Scalzo en route to Palm Desert | 4.00 | | 1,200 |
| 4/15/2008 | Conf. w/ Dr. Scalzo, Dr. Rosenberg, Michael Stone; test audit at CEN | 10.50 | | 3,150 |

| Date | Description | Hours | | Amount |
|---|---|---|---|---|
| 4/15/2008 | Conf. w/ Drs. Scalzo, Rosenberg, and Michael Stone | 1.50 | | 450 |
| 4/16/2008 | Conf. w/ Dr. Scalzo, Dr. Rosenberg, Michael Stone; test audit at CEN; tour dental clinisc and talk to staff | 8.50 | | 2,550 |
| 4/16/2008 | Conf. w/ Dr. Scalzo re test audit and plans for next week | 1.50 | | 450 |
| 4/17/2009 | Conf. w/ Dr. Scalzo | 1.50 | | 450 |
| 4/17/2009 | Return to Dallas | | 8.00 | 800 |
| 4/17/2009 | Conf. w/ Dr. Scalzo re coordination group conference call | 0.25 | | 75 |
| 4/18/2009 | Conf with Dr. Don Sauter, Farrell Dental Expert | 0.75 | | 225 |
| 4/19/2009 | Conf. w/ Dr. Scalzo | 0.25 | | 75 |
| 4/20/2009 | Travel to Sacramento | | 6.50 | 650 |
| 4/20/2009 | Conf. w/ Dr. Scalzo (note change to PDT) | 1.50 | | 450 |
| 4/20/2009 | Mtg. w/ Coleman Sp. Master and staff, Dr. Scalzo | 4.50 | | 1,350 |
| 4/21/2009 | Conf. w/ Dr. Scalzo | 1.00 | | 300 |
| 4/21/2009 | Mtg. w/ dental staff; attend demonstration of scheduling system; mtg. w/ dental staff & Philip re: RFI 56; mtg. w/ Dr. Toche; mtg. w/ Dr. Rosenberg | 8.00 | | 2,400 |
| 4/21/2009 | Conf. w/ Dr. Scalzo | 1.50 | | 450 |
| 4/22/2009 | Conf. w/ Dr. Scalzo | 1.00 | | 300 |
| 4/22/2009 | Mtg. w/ parties, CCA, etc. re: COCF process. | 3.50 | | 1,050 |
| 4/22/2009 | Return to Dallas | | 7.00 | 700 |
| 4/23/2009 | Conf. w/ Dr. Scalzo | 0.75 | | 225 |
| 4/24/2009 | Review / edit COCF notes | 0.50 | | 150 |
| 4/25/2009 | Conf. w/ Dr. Scalzo | 0.50 | | 150 |
| 4/26/2009 | Review material from health care scheduling system demonstrations | 2.50 | | 750 |
| 4/27/2009 | Conf. call w/ coordination group re construction / conf w/ Dr. Scalzo | 1.00 | | 300 |
| 4/27/2009 | Conf. w/ Dr. Scalzo | 0.3 | | 90 |
| 4/29/2009 | Conf. w/ Dr. Scalzo | 0.25 | | 75 |
| 4/30/2009 | Conf. w/ Dr. Scalzo | 0.25 | | 75 |

| 4/30/2009 | Make travel arrangements for CCA prison site visit | 0.50 | | 150 |
|---|---|---|---|---|
| | **For Professional services rendered** | **78.00** | **29.50** | **26,365** |

Additional Charges:
**Travel**
April 13-17                    1,842.00
April 20-22                    1,157.73

Total amount of charges          **2,999.73**

**Total amount of this bill**               **$29,364.73**