Joseph D. Scalzo, DDS
3785 N. 156th Lane
Goodyear, AZ 85395
Telephone: (602) 405-4224
Email: jscalzo2@cox.net

FILED

MAY - 4 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Court Expert/Representative

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS PEREZ, et al.<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.<br><br>　　　　Defendants. | Case No. C 05-05241 JSW<br><br>**ADMINISTRATIVE MOTION AND [PROPOSED] ORDER FOR PAYMENT**<br><br>Docket 377 |

### ADMINISTRATIVE MOTION

Pursuant to the Court's order of October 20, 2008 (Docket No. 263), court expert Joseph D. Scalzo hereby moves the Court for an order for payment of the attached invoice dated April, 2009.

Dated: April 30, 2009

Respectfully submitted,

/s/ Joseph D. Scalzo
JOSEPH D. SCALZO
Court Expert/Representative

# ORDER

Pursuant to the Court's order of October 20, 2008, the Court HEREBY ORDERS payment to court expert Joseph D. Scalzo per the court expert's invoice dated April, 2009.

Dated: May 21, 2009

*Jeffrey S. White*
HON. JEFFERY S. WHITE
United States District Court

Joseph D. Scalzo
3785 N. 156th Lane
Goodyear, AZ 85395

**Invoice for Dr. Joseph D. Scalzo**
**for April, 2009**

Case #: C 05-05241 JSW
Invoice # 0904

| DATE | Purpose | TIME | Regular Rate | Travel Rate | Amount |
|---|---|---|---|---|---|
| 4/1/2009 | Conf call Dr. Shulman re: RFI, draft RFI, respond to letter from Wasco dentists. | 0.50 | $300.00 | | 150.00 |
| 4/2/2009 | Conf call w/ Dental staff; Call to Dr. Shulman | 0.50 | $300.00 | | 150.00 |
| 4/3/2009 | Conf call w/ CDCR Dental staff; Call to Dr. Shulman | 1.00 | $300.00 | | 300.00 |
| 4/4/2009 | Conf call w/ Dr. Shulman | 0.25 | $300.00 | | 75.00 |
| 4/6/2009 | Conf call w/ Dr. Shulman | 0.25 | $300.00 | | 75.00 |
| 4/7/2009 | 30 day meeting conf. call | 1.00 | $300.00 | | 300.00 |
| 4/9/2009 | Review and add comments to Proposed Revisions to Audit Tool. | 0.75 | $300.00 | | 225.00 |
| 4/10/2009 | Conf. call w/ Dr. Shulman | 0.25 | $300.00 | | 75.00 |
| 4/11/2009 | Call from Dr. Shulman re: audit tool and plans for next week. | 1.00 | $300.00 | | 300.00 |
| 4/13/2009 | Travel to Sacramento | 5.00 | | $100.00 | 500.00 |
| 4/13/2009 | Mtg. w/ Dr. Shulman | 1.00 | $300.00 | | 300.00 |
| 4/13/2009 | Mtg. w/ Dr. Shulman & Sharon Angust | 4.00 | $300.00 | | 1,200.00 |
| 4/14/2009 | Mtg w/ Dr. Shulman; Bonnie Noble; Dental COCF meeting; attend P&T | 9.00 | $300.00 | | 2,700.00 |
| 4/14/2009 | Travel to LAX | 1.50 | | $100.00 | 150.00 |
| 4/14/2009 | Meeting w/ Dr. Shulman while enroute to Palm Desert. | 4.00 | $300.00 | | 1,200.00 |
| 4/15/2009 | Mtg. w/ Dr. Shulman, Michael Stone, Dr. Rosenberg; test audit Centinela. | 10.50 | $300.00 | | 3,150.00 |
| 4/15/2009 | Mtg. w/ Dr. Shulman, Dr. Rosenberg, Michael Stone. | 2.00 | $300.00 | | 600.00 |
| 4/16/2009 | Mtg. w/ Dr. Shulman, Dr. Rosenberg, Michael Stone; continue test audit @ Centinela; tour 4 dental clinics and talk with staff. | 8.50 | $300.00 | | 2,550.00 |
| 4/16/2009 | Mtg. w/ Dr. Shulman re: next week and audit results. | 1.50 | $300.00 | | 450.00 |
| 4/17/2009 | Mtg. w/ Dr. Shulman | 1.50 | $300.00 | | 450.00 |
| 4/17/2009 | Return trip to Phoenix | 4.00 | | $100.00 | 400.00 |
| 4/17/2009 | Conf. call w/ Coordination Group. | 0.75 | $300.00 | | 225.00 |
| 4/17/2009 | Call to Dr. Shulman to brief him on Coordination Group conf. call. | 0.25 | $300.00 | | 75.00 |
| 4/19/2009 | Call to Dr. Shulman re: next week | 0.25 | $300.00 | | 75.00 |
| 4/20/2009 | Travel to Sacramento | 5.25 | | $100.00 | 525.00 |
| 4/20/2009 | Mtg. w/ Dr. Shulman | 1.50 | $300.00 | | 450.00 |
| 4/20/2009 | Mtg. w/ Coleman Sp. Master and staff, Dr. Shulman | 4.50 | $300.00 | | 1,350.00 |
| 4/21/2009 | Mtg. w/ dr. Shulman and Maxor rep. | 1.00 | $300.00 | | 300.00 |
| 4/21/2009 | Mtg. w/ dental staff; attend demonstration of scheduling system; mtg. w/ dental staff & Philip re: RFI 56; mtg. w/ Dr. Toche; mtg. w/ Dr. Rosenberg | 8.00 | $300.00 | | 2,400.00 |
| 4/21/2009 | Mtg. w/ Dr. Shulman | 1.50 | $300.00 | | 450.00 |
| 4/22/2009 | Mtg. w/Dr. Shulman re: today's mtgs. | 1.00 | $300.00 | | 300.00 |
| 4/22/2009 | Mtg. w/ parties, CCA, etc. re: COCF process. | 5.25 | $300.00 | | 1,575.00 |
| 4/23/2009 | Mtg. w/ Dr. Toche, Dr. Rosenberg, Dr. Quattlebaum; attaend Scheduling software presentation. | 6.00 | $300.00 | | 1,800.00 |
| 4/23/2009 | Call from Dr. Shulman re: COCF meeting, e-mails, schedule | 0.75 | $300.00 | | 225.00 |
| 4/24/2009 | Return trip to Phoenix | 6.00 | | $100.00 | 600.00 |
| 4/25/2009 | Conf. call w/ Dr. Shulman re: schedule | 0.50 | $300.00 | | 150.00 |
| 4/27/2009 | Read & reply to e-mails; Receiver's Coordination conf. call; conf. cal | 1.50 | $300.00 | | 450.00 |
| 4/28/2009 | Review Alison Hardy's revised COCF document; respond to e-mails. | 0.50 | $300.00 | | 150.00 |
| | **Total** | | | | **26,400.00** |

**Travel Expenses**

| | | | | | |
|---|---|---|---|---|---|
| 4/13 - 4/17 | Trip to Sacramento / CVSP | | | | 2,918.82 |
| 4/20 - 4/24 | Trip to Sacramento | | | | 2,269.06 |
| | **Invoice total** | | | | **31,587.88** |