IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS PEREZ, et al. | |
| Plaintiffs, | No. C 05-05241 JSW |
| v. | **ORDER TO SHOW CAUSE RE DEPOSIT OF COSTS** |
| JAMES TILTON, et al., | |
| Defendants. | |

The Court has received notice from the Finance Office that the balance on the account is insufficient to cover the recent order of payments to the Court Experts. Accordingly, the Defendants are HEREBY ORDERED to show cause as to why they have not submitted a stipulation for an interim deposit of costs. The Defendants' response shall be due by no later than June 3, 2009. If the Court receives a stipulation for and an interim deposit before that date, this Order to Show Cause shall be discharged.

**IT IS SO ORDERED.**

Dated: May 27, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE