EDMUND G. BROWN JR.
Attorney General of California
PHILLIP LINDSAY
Deputy Attorney General
State Bar No. 204444
  110 West A Street, Suite 1100
  San Diego, CA 92101
  P.O. Box 85266
  San Diego, CA 92186-5266
  Telephone: (619) 645-3134
  Fax: (619) 645-2581
  E-mail: Phillip.Lindsay@doj.ca.gov
*Attorneys for Defendants*

PRISON LAW OFFICE
DONALD SPECTER
ALISON HARDY, State Bar No. 135966
  1917 Fifth Street
  Berkeley, CA 94710
  Telephone: (510) 280-2621
  Fax: (510) 280-2704
  ahardy@prisonlaw.com
*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **CARLOS PEREZ,**<br><br>                Plaintiff,<br><br>v.<br><br>**MATTHEW CATE, et al.,**<br><br>                Defendants. | C 05-05241 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER RE: DEPOSIT OF INTERIM COSTS**<br><br>Judge      The Honorable Jeffrey S. White |

On October 20, 2008, the Court entered an order regarding the compensation of the Court Experts and the deposit of funds with the Clerk of the Court as an interim payment of costs. (Doc. No. 263.) On May 27, 2009, the Court issued an Order to Show Cause informing the parties that the current balance is insufficient to cover the Court's recent orders of payments to

1

the Court Experts. (Doc. No. 384.) Therefore, the parties stipulate that Defendants will deposit with the Clerk of the Court $500,000 as an interim payment of costs in accordance with the Court's October 20, 2008 order, which includes depositing all amounts in an interest-bearing account with all interest earned accruing to the benefit of Defendants.

IT IS SO STIPULATED.

Dated: June 2, 2009

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of California

/s/Phillip Lindsay
PHILLIP LINDSAY
Deputy Attorney General
*Attorneys for Defendants*

Dated: June 2, 2009

/s/Alison Hardy
ALISON HARDY
Prison Law Office
*Attorney for Plaintiffs*

I, Phillip Lindsay, attest that Alison Hardy authorized the filing of this document on June 2, 2009.

**IT IS SO ORDERED.**

Dated: June 2, 2009

JEFFREY S. WHITE
United States District Court

cc: Finance Office

SD2004800652
70181046.doc

2

Stipulation and Order Re: Deposit of Interim Costs (C 05-05241 JSW)