**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARLOS PEREZ, et al.

    Plaintiffs,

  v.

JAMES TILTON, et al.,

    Defendants.

No. C 05-05241 JSW

**ORDER DISCHARGING ORDER TO SHOW CAUSE RE DEPOSIT OF COSTS**

On May 27, 2009, the Court issued an Order to Show Cause regarding the funds available for interim costs. On June 2, 2009, the Court granted the parties' stipulation for an interim deposit of costs. The Court also has received Defendants' response to the Order to Show Cause. Having reviewed Defendants' response, and good cause appearing, the Order to Show Cause is HEREBY DISCHARGED.

**IT IS SO ORDERED.**

Dated: June 4, 2009

                        JEFFREY S. WHITE
                        UNITED STATES DISTRICT JUDGE