IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARLOS PEREZ, et al.

    Plaintiffs,

v.

JAMES TILTON, et al.,

    Defendants.

No. C 05-05241 JSW

**ORDER SETTING BRIEFING SCHEDULE**

On June 18, 2009, Plaintiffs filed a Motion to Compel Fees, which is noticed for hearing on August 28, 2009. It is HEREBY ORDERED that Defendants' opposition to the motion shall be due on July 7, 2009. Plaintiffs' reply shall be due on July 14, 2009. If the Court finds the matter suitable for disposition without oral argument, it shall notify the parties in advance of the hearing date. If either of the parties wish to modify this briefing schedule, they must submit a request to the Court demonstrating good cause for any such modification. Finally, the Status Conference currently set for August 14, 2009, shall remain on calendar on that date pending further order of the Court.

**IT IS SO ORDERED.**

Dated: June 18, 2009

                                            JEFFREY S. WHITE
                                            UNITED STATES DISTRICT JUDGE