Joseph D. Scalzo, DDS
3785 N. 156th Lane
Goodyear, AZ 85395
Telephone: (602) 405-4224
Email: jscalzo2@cox.net

Court Expert/Representative

**FILED**

JUN - 4 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS PEREZ, et al.<br><br>      Plaintiff,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.<br><br>      Defendants. | Case No. C 05-05241 JSW<br><br>**ADMINISTRATIVE MOTION AND [PROPOSED] ORDER FOR PAYMENT**<br><br>Docket No. 396 |

### ADMINISTRATIVE MOTION

Pursuant to the Court's order of October 20, 2008 (Docket No. 263), court expert Joseph D. Scalzo hereby moves the Court for an order for payment of the attached invoice dated May, 2009.

Dated: May 31, 2009

Respectfully submitted,

_____
JOSEPH D. SCALZO
Court Expert/Representative

# ORDER

Pursuant to the Court's order of October 20, 2008, the Court HEREBY ORDERS payment to court expert Joseph D. Scalzo per the court expert's invoice dated May, 2009.

Dated: June 22, 2009

*Jeffrey S. White*

HON. JEFFERY S. WHITE
United States District Court

cc:  Finance Office

Joseph D. Scalzo
3785 N. 156th Lane
Goodyear, AZ 85395

**Invoice for Dr. Joseph D. Scalzo**
**for May, 2009**

Case # C 05-05241 JSW
Invoice # 0905

| DATE | Purpose | HOURS | Regular Rate | Travel Rate | Amount |
|---|---|---|---|---|---|
| 5/1/2009 | Conf call Dr. Shulman re: Audit Tool revisions | 0.25 | $300.00 | | $ 75.00 |
| 5/1/2009 | Conf call from Dr. Shulman re: construction. | 0.50 | $300.00 | | $ 150.00 |
| 5/2/2009 | Conf. call w/ Dr. Shulman | 0.25 | $300.00 | | $ 75.00 |
| 5/4/2009 | Read & reply to e-mails; conf. call w/ Coordination Group;Conf. call w/ Dr. Shulman | 1.50 | $300.00 | | $ 450.00 |
| 5/5/2009 | Read e-mails and compose e-mail to Receiver w/ Dr. Shulman re: construction | 0.50 | $300.00 | | $ 150.00 |
| 5/5/2009 | Call from Dr. Shulman | 0.25 | $300.00 | | $ 75.00 |
| 5/5/2009 | Conf call w/ Dr. Shulman | 0.50 | $300.00 | | $ 150.00 |
| 5/6/2009 | Conf. call w/ Dr. Shulman | 0.25 | $300.00 | | $ 75.00 |
| 5/7/2009 | Conf. call w/ Dr. Shulman | 0.25 | $300.00 | | $ 75.00 |
| 5/9/2009 | Conf. call w/ Dr. Shulman re: next weeks schedule. | 0.50 | $300.00 | | $ 150.00 |
| 5/11/2009 | Travel to Sacramento; wait for Dr. Shulman (flight delayed). | 7.75 | | $100.00 | $ 775.00 |
| 5/11/2009 | Meeting w/ Dr. Shulman; meeting w/ Dr. Toche & Dr. Shulman | 2.00 | $300.00 | | $ 600.00 |
| 5/11/2009 | Meeting w/ Dr. Shulman and Coleman Sp. Master and staff. | 2.75 | $300.00 | | $ 825.00 |
| 5/12/2009 | Meeting w/ Dr. Shulman | 1.00 | $300.00 | | $ 300.00 |
| 5/12/2009 | Mtg. w/ Dr. Shulman; Kuykendall; Toche; Rosenberg; Attend P&T. | 5.50 | $300.00 | | $ 1,650.00 |
| 5/12/2009 | Mtg. w/ Dr. Shulman, Sharon Angust, Dr. Toche. | 3.75 | $300.00 | | $ 1,125.00 |
| 5/13/2009 | Mtg. w/ Dr. Shulman and MAXOR rep. | 0.75 | $300.00 | | $ 225.00 |
| 5/13/2009 | Mtg. w/ Dr. Shulman, Dr. Rosenberg, Dr. Toche COCF/CDCR audit; site visits | 8.00 | $300.00 | | $ 2,400.00 |
| 5/13/2009 | Mtg. w/ Dr. Shulman | 1.50 | $300.00 | | $ 450.00 |
| 5/14/2009 | Mtg. w/ Dr. Shulman; attend HIM; Mtg. w/ Varner and staff re: dental construction. Mtg. w/ Dr. Toche. | 7.50 | $300.00 | | $ 2,250.00 |
| 5/15/2009 | Mtg. w/ Dr. Shulman, Dr. Toche; attend 30 day meeting; mtg. w/ Sharon Angust; attend Coordination Conf. call; attend Receiver's conf. call w/ Judges re: construction; mtg. w/ Dr. Toche, Sharon Agunst on dental staffing. | 13.50 | $300.00 | | $ 4,050.00 |
| 5/16/2009 | Travel back to PHX | 5.50 | | $100.00 | $ 550.00 |
| 5/18/2009 | Conf call w/ Dr. Shulman re: plans for Fresno/OK/AZ | 1.00 | $300.00 | | $ 300.00 |
| 5/18/2009 | Conf. call w/ Receiver and Coord. Group; Dr. Shulman | 1.00 | $300.00 | | $ 300.00 |
| 5/19/2009 | Pick-up Dr. Shulman; mtg. w/ Dr. Shulman; plan future trips. | 8.00 | $300.00 | | $ 2,400.00 |
| 5/20/2009 | Mtg. w/ Dr. Shulman, Dr. Toche, Dr. Rosenberg, CCA staff; tour CCA La Palma & Red Rock | 13.00 | $300.00 | | $ 3,900.00 |
| 5/21/2009 | Mtg. w/ Dr. Shulman, Dr. Toche, Dr. Rosenberg, CCA staff; tour CCA Florence facility. | 4.50 | $300.00 | | $ 1,350.00 |
| 5/23/2009 | Review reports sent by P. Lindsay; prepare eval and send comments to Dr. Shulman. | 1.50 | $300.00 | | $ 450.00 |
| 5/25/2009 | Conf call w/ Dr. Shulman re: reports | 0.50 | $300.00 | | $ 150.00 |
| 5/26/2009 | Conf call w/ Dr. Shulman; read and respond to e-mails re: layoffs | 0.50 | $300.00 | | $ 150.00 |
| 5/28/2009 | Call to Dr. Shulman | 0.50 | $300.00 | | $ 150.00 |
| 5/29/2009 | Call to Dr. Shulman | 0.50 | $300.00 | | $ 150.00 |
| | **Total** | | | | $ **25,925.00** |

**Travel Expenses**

| | | | |
|---|---|---|---|
| 5/11 - 5/16 | Trip to Sacramento | | $ 2,826.51 |
| 5/19 - 5/20 | Trip to CCA Facilities in AZ | | $ 69.29 |
| | Invoice total | | $ **28,820.80** |