Jay D. Shulman
9647 Hilldale Drive
Dallas, Texas  75231
Telephone: (214) 923-8359
Email: jayshulman@sbcglobal.net

Court Expert

FILED

JUN - 3 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS PEREZ,<br><br>    Plaintiff,<br><br>v.<br><br>MATTHEW CATE, et al.<br><br>    Defendants. | Case No. C 05-05241 JSW<br><br>**ADMINISTRATIVE MOTION AND [PROPOSED] ORDER FOR PAYMENT**<br><br>Docket No. 397 |

### ADMINISTRATIVE MOTION

Pursuant to the Court's order of October 20, 2008 (Docket No. 263), court expert Jay D. Shulman hereby moves the Court for an order for payment of the attached invoice dated June 1, 2009.

Dated: June 1, 2009

Respectfully submitted,

_____
JAY D. SHULMAN
Court Expert

**ORDER**

Pursuant to the Court's orders of October 20, 2008, the Court HEREBY ORDERS payment to court expert Jay D. Shulman per the court expert's invoice dated June 1, 2009

Dated:

June 22, 2009

_____
HON. JEFFREY S. WHITE
United States District Court

cc:  Finance Office

Jay D. Shulman
9647 Hilldale Drive
Dallas, Texas 75231

Invoice submitted to *Perez*

June 1, 2009

Invoice # 181

Professional Services for Dr. Jay D. Shulman

| Date | Activity | Hours @ $300/hr | Travel Hours @ $100/hr | Amount |
|---|---|---|---|---|
| 5/1/2009 | Conf. w/ Dr. Scalzo | 0.25 | | 75 |
| 5/1/2009 | Review / edit audit tool | 1.00 | | 300 |
| 5/1/2009 | Review COCF minutes; read / send e-mail | 1.00 | | 300 |
| 5/1/2009 | Conf. w/ Sharon Aungst | 0.50 | | 150 |
| 5/1/2009 | Conf. w/ Dr. Scalzo | 0.50 | | 150 |
| 5/1/2009 | Read / send e-mail | 0.75 | | 225 |
| 5/2/2009 | Read 3rd Joint Status Report | 0.50 | | 150 |
| 5/2/2009 | Conf. w/ Rich Kirkland | 0.50 | | 150 |
| 5/2/2009 | Conf. w/ *Farrell* dental expert | 0.50 | | 150 |
| 5/2/2009 | Conf. w/ Dr. Scalzo | 0.25 | | 75 |
| 5/4/2009 | Conf. w/ Alison Hardy | 0.25 | | 75 |
| 5/4/2009 | Costruction conf. call | 1.00 | | 300 |
| 5/5/2009 | Memo to Clark Kelso | 0.75 | | 225 |
| 5/5/2009 | Conf. w/ Dr. Toche | 0.25 | | 75 |
| 5/5/2009 | Conf. w/ Dr. Scalzo | 0.25 | | 75 |
| 5/5/2009 | Conf. w/ Dr. Scalzo | 0.50 | | 150 |
| 5/6/2009 | Conf. w/ Clark Kelso | 0.25 | | 75 |
| 5/6/2009 | Memo to *Coleman* Special Master | 0.25 | | 75 |
| 5/6/2009 | Conf. w/ *Coleman* Special Master | 0.25 | | 75 |
| 5/6/2009 | Conf. w/ Sharon Aungst | 0.25 | | 75 |
| 5/6/2009 | Conf w/ Dr. Scalzo | 0.50 | | 150 |
| 5/7/2009 | Review / edit March coordination minutes and action items | 0.75 | | 225 |
| 5/7/2009 | Conf w/ Dr. Scalzo | 0.25 | | 75 |

| Date | Description | Hours | Travel Hours | Amount |
|---|---|---|---|---|
| 5/9/2009 | Conf w/ Dr. Scalzo | 0.50 | | 150 |
| 5/11/2009 | Travel from Dallas to SMF | | 7.00 | 700 |
| 5/11/2009 | Meet w/ Dr. Scalzo; meet w/ Dr. Toche (note change from central to pacific time) | 2.00 | | 600 |
| 5/11/2009 | Meet w/ Dr. Scalzo, *Coleman* Special Master and staff | 2.75 | | 825 |
| 5/12/2009 | Meet w/ Dr. Scalzo | 1.00 | | 300 |
| 5/12/2009 | Meet with Dr. Scalzo, Dr. Kuykendall, Dr. Rosenberg, Dr. Toche; attend P&T meeting | 5.50 | | 1,650 |
| 5/12/2009 | Meet w/ Dr. Scalzo, Dr. Toche, Sharon Aungst | 3.75 | | 1,125 |
| 5/13/2009 | Meet w/ Dr. Scalzo | 0.75 | | 225 |
| 5/13/2009 | Meet w/ Dr. Scalzo; meet w/ Dr. Rosenberg re COCF audits; meet w/ Dr. Toche re site visits | 8.00 | | 2,400 |
| 5/13/2009 | Meet w/ Dr. Scalzo | 1.50 | | 450 |
| 5/14/2009 | Meet w/ Dr. Scalzo; attend HIM meeting; Receiver construction meeting; meet w/ Dr. Toche | 7.50 | | 2,250 |
| 5/15/2009 | Meet w/ Dr. Scalzo; meet w/ Dr. Toche; attend *Perez* 30-day meeting; meet w/ Sharon Aungst; coordination conf. call; conf. call w/ judges re construction; meet w/ Dr. Toche & Sharon Aungst re dental staffing | 13.50 | | 4,050 |
| 5/16/2009 | Travel from Sacramento to Dallas | | 8.50 | 850 |
| 5/18/2009 | Conf. w/ Dr. Scalzo | 1.00 | | 300 |
| 5/18/2009 | Review MSI issues & status reports | 1.25 | | 375 |
| 5/18/2009 | Receiver's construction conf. call; conf. w/ Dr. Scalzo | 1.00 | | 300 |
| 5/19/2009 | Dallas to Phoenix | | 5.00 | 500 |
| 5/19/2009 | Conf. w/ Dr. Scalzo; Plan future travel, agenda items for coordination meeting; review COCF material; | 8.00 | | 2,400 |
| 5/20/2009 | Conf. w/ Dr. Scalzo; site visit to La Palma, Red Rock Correctional Facilities; meet with Drs. Toche & Rosenberg | 13.00 | | 3,900 |

| Date | Description | Hours | Hours | Amount |
|---|---|---|---|---|
| 5/21/2009 | Conf. w/ Dr. Scalzo; site visit to Florence CCA Facility | 4.50 | | 1,350 |
| 5/21/2009 | Review / comment on Coordination Meeting minutes and agenda | 1.25 | | 375 |
| 5/22/2009 | Phoenix to Dallas | | 8.25 | 825 |
| 5/23/2009 | Review March 2009 Productivity Report | 1.50 | | 450 |
| 5/25/2009 | Conf. w/ Dr. Scalzo | 0.50 | | 150 |
| 5/26/2008 | Review MSI Issues & Status reports | 1.00 | | 300 |
| 5/26/2009 | Read and respond to CD letter re layoffs of clinical staff | 0.50 | | 150 |
| 5/26/2009 | Conf. w/ Dr. Scalzo | 0.25 | | 75 |
| 5/27/2009 | Conf. call w/ Sharon Aungst; Drs. Toche and Scalzo | 0.50 | | 150 |
| 5/27/2009 | Memo to Justin Graham | 0.25 | | 75 |
| 5/27/2009 | Review / edit coordination meeting minutes | 0.50 | | 150 |
| 5/28/2009 | Review CPRINC monthly May PMO Project Status Report | 1.00 | | 300 |
| 5/28/2009 | Conf. w/ Dr. Scalzo | 0.50 | | 150 |
| 5/28/2009 | Maxor (Guardian) conference call | 0.75 | | 225 |
| 5/28/2009 | CDCR / PLO conf. call | 0.25 | | 75 |
| 5/29/2009 | Conf. w/ Dr. Toche | 0.25 | | 75 |
| 5/29/2009 | Conf w/ Alison Hardy | 0.25 | | 75 |
| 5/29/2009 | Conf. w/ Dr. Scalzo | 0.50 | | 150 |
| 5/30/2009 | Review ICLT Meeting Summary, Agenda, Operating Protocols | 0.75 | | 225 |

| | | | | |
|---|---|---|---|---|
| **For Professional services rendered** | | 97.25 | 28.75 | 32,050 |

Additional Charges:
**Travel**

| | | |
|---|---|---|
| May 11-16 | 2109.49 | |
| May 19-22 | 1850.77 | |
| Total amount of charges | | 3,960.26 |
| **Total amount of this bill** | | **$36,010.26** |

Case 3:05-cv-05241-JSW  Document 395  Filed 06/23/09  Page 5 of 5