PRISON LAW OFFICE
DONALD SPECTER #83925
STEVEN FAMA #99641
ALISON HARDY #135966
1917 Fifth Street
Berkeley, CA 94710
Telephone: (510) 280-2621
Facsimile: (510) 280-2704
ahardy@prisonlaw.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS PEREZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MATTHEW CATE, et al., <br><br> Defendants. | No. C05-5241 JSW <br><br> **STIPULATION AND ORDER FOR PERIODIC COLLECTION OF ATTORNEYS' FEES AND COSTS** |

On April 10, 2007, this Court established a procedure by which plaintiffs are to collect attorneys' fees and costs incurred in connection with the Amended Stipulation and Order. This procedure requires plaintiffs' counsel to submit to defendants a quarterly statement of fees incurred in monitoring work, and permits defendants thirty (30) days from the receipt of plaintiffs' statement to notify plaintiffs of any disputed items. After the parties meet and confer on any of defendant's objections, counsel shall then prepare a stipulated order for payment of the fees not subject to defendants' objections. The Order also states that defendants shall have thirty (30) days from the entry of the order to pay the undisputed fees and that interest on any undisputed fees will run from the thirty-first day after the Order is filed, accruing at the rate provided by 28 U.S.C. § 1961.

Pursuant to this procedure, plaintiffs' counsel served their first quarter billing

Stipulation and Order Re: Collection of First Quarter Fees
*Perez v. Cate,* 05–5241 JSW

1 statement demanding $22,499 for the period from January 1, 2009 through March 31,
2 2009 on May 13, 2009.  Defendants objected to plaintiffs' rate for paralegal work.
3 Following a meet and confer, the parties agreed to settle plaintiffs' claim for $21,615.
4 Plaintiffs, however, reserve the right to move to compel payment at the requested paralegal
5 rate, as provided in the April 10, 2007 order.  (Because defendants object to plaintiffs'
6 regular rate for paralegal work, plaintiffs calculated the billing statement at the rate
7 defendants are willing to pay.)

8     WHEREFORE, defendants agree to pay plaintiffs' counsel $21,615 within 30 days
9 of the signing of this Order.  On the 31st day following the entry of this Order, interest on
10 any unpaid amount will begin to accrue at the rate provided by 28 U.S.C. § 1961 (<u>i.e.</u>, the
11 weekly average 1 year constant maturity Treasury yield for the calendar week preceding
12 the date of the Order.)

13 AGREED TO BY THE PARTIES:

14 Date: June 23, 2009

15                                  /s/
                                Alison Hardy
16                                 Attorney for Plaintiffs

17

18 Date: June 24, 2009                  /s/
                                Phillip Lindsay
19                                 Deputy Attorney General
                                Attorney for Defendants

20

21

22     I, Alison Hardy, attest that Phillip Lindsay signed this document on June 24, 2009.

23

24

25 IT IS SO ORDERED.

26 Date: June 25, 2009                                    /s/ Jeffrey S. White
27                                 Honorable Jeffrey S. White
                                United States District Court Judge

28