IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS PEREZ, et al., | |
| Plaintiffs, | No. 05-05241 JSW |
| v. | **FURTHER ORDER GRANTING ADMINISTRATIVE MOTION FOR PAYMENT** |
| MATTHEW CATE, et al., | |
| Defendants. | |

On May 21, 2009, this Court issued an Order granting Dr. Jay Shulman's administrative motion for payment (Docket No. 376) for a May 1, 2009 invoice. The Finance Office has advised the Court that the total number of hours reflected on that invoice was incorrect, and Dr. Shulman has submitted the attached revised invoice. Accordingly, it is HEREBY ORDERED, that pursuant to the Court's Order of October 20, 2008, the Court orders payment of the attached invoice dated May 1, 2009 to Dr. Shulman.

**IT IS SO ORDERED.**

Dated: July 16, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE