Joseph D. Scalzo, DDS
3785 N. 156th Lane
Goodyear, AZ 85395
Telephone: (602) 405-4224
Email: jscalzo2@cox.net

Court Expert/Representative

FILED
JUL - 6 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS PEREZ, et al.<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.<br><br>　　　　Defendants. | Case No. C 05-05241 JSW<br><br>**ADMINISTRATIVE MOTION AND [PROPOSED] ORDER FOR PAYMENT**<br><br>Docket No. 409 |

### ADMINISTRATIVE MOTION

Pursuant to the Court's order of October 20, 2008 (Docket No. 263), court expert Joseph D. Scalzo hereby moves the Court for an order for payment of the attached invoice dated June, 2009.

Dated: July 2, 2009

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　JOSEPH D. SCALZO
　　　　　　　　　　　　　　　　　　　　　Court Expert/Representative

# ORDER

Pursuant to the Court's order of October 20, 2008, the Court HEREBY ORDERS payment to court expert Joseph D. Scalzo per the court expert's invoice dated June, 2009.

Dated: July 27, 2009

_____
HON. JEFFREY S. WHITE
United States District Court

cc: Finance Office

ADMIN. MOTION AND [PROPOSED] ORDER FOR PAYMENT
*Perez v. Schwarzenegger*, C 05-05241 JSW

2

Joseph D. Scalzo
3785 N. 156th Lane
Goodyear, AZ 85395

**Invoice for Dr. Joseph D. Scalzo
for June, 2009**

Case # C 05-05241 JSW
Invoice # 0906

| DATE | Purpose | HOURS | Regular Rate | Travel Rate | Amount |
|---|---|---|---|---|---|
| 6/1/2009 | Conf. call w/ Receiver; call to Dr. Shulman | 1.50 | $300.00 | | $ 450.00 |
| 6/3/2009 | Call from Dr. Shulman and Dr. Toche | 0.50 | $300.00 | | $ 150.00 |
| 6/4/2009 | Imaging Core Leadership Team mtg. conf call. | 1.00 | $300.00 | | $ 300.00 |
| 6/4/2009 | Conf call w/ Dr. Shulman | 0.50 | $300.00 | | $ 150.00 |
| 6/7/2009 | Travel to Sacramento; pick up Dr. Shulman (late - flight delayed) | 8.50 | | $100.00 | $ 850.00 |
| 6/7/2009 | Mtg. w/ Dr. Shulman to review last weeks trial audit. | 1.50 | $300.00 | | $ 450.00 |
| 6/7/2009 | Mtg. w/ Dr. Shulman, Dr. Toche re: last weeks trial audit. | 2.50 | $300.00 | | $ 750.00 |
| 6/8/2009 | Mtg. w/ Dr. Shulman. | 1.00 | $300.00 | | $ 300.00 |
| 6/8/2009 | Mtgs. w/ Dr. Shulman, Dr. Rosenberg, Dr. Toche, Dr. Barks. | 8.00 | $300.00 | | $ 2,400.00 |
| 6/8/2009 | Mtg. w Coleman Sp. Master and staff. | 2.00 | $300.00 | | $ 600.00 |
| 6/9/2009 | Mtg. w/ Dr. Shulman, MAXOR rep. | 1.00 | $300.00 | | $ 300.00 |
| 6/9/2009 | Mtg. w/ Dr. Shulman, Dr. Toche, Jamie Mangrum; Mtg. w/ Dr. Rosenberg; Coordination Mtg.; Dr. Shulman | 8.00 | $300.00 | | $ 2,400.00 |
| 6/9/2009 | Mtg. w/ Dr. Shulman | 1.50 | $300.00 | | $ 450.00 |
| 6/10/2009 | Mtg. w/ Dr. Shulman to prepare for Judge's mtg. | 1.50 | $300.00 | | $ 450.00 |
| 6/10/2009 | Attend Judge's meeting; mtg. w/ Dr. Shulman, review e-mails; conf. call w/ Dr. Toche; review draft re-org plan and respond to Dr. Rosenberg. | 7.00 | $300.00 | | $ 2,100.00 |
| 6/10/2009 | Mtg. w/ Dr. Shulman | 1.50 | $300.00 | | $ 450.00 |
| 6/11/2009 | Mtg. w/ Dr. Shulman | 1.50 | $300.00 | | $ 450.00 |
| 6/11/2009 | Return trip from SF to PHX | 5.00 | | $100.00 | $ 500.00 |
| 6/17/2009 | Review e-mails and respond; conf. call w/ Dr. Shulman | 0.75 | $300.00 | | $ 225.00 |
| 6/21/2009 | Travel to PHX airport | 0.50 | | $100.00 | $ 50.00 |
| 6/21/2009 | Review Receiver's Project Update, Greivence Report, e-mails. | 2.00 | $300.00 | | $ 600.00 |
| 6/21/2009 | Travel to Sacramento; pick up Dr. Shulman. | 3.00 | | $100.00 | $ 300.00 |
| 6/21/2009 | Mtg. w/ Dr. Shulman re: weeks agenda. | 3.00 | $300.00 | | $ 900.00 |
| 6/21/2009 | Mtg. w/ Dr. Shulman, Dr. Toche. | 3.00 | $300.00 | | $ 900.00 |
| 6/22/2009 | Mtg. w/ Dr. Shulman | 1.00 | $300.00 | | $ 300.00 |
| 6/22/2009 | Mtg. w/ Dr. Toche, Dr. Quattlebaum; attend Receiver's Project Update mtg.; attend HITEC; mtg. w/ Dr. Toche. | 8.00 | $300.00 | | $ 2,400.00 |
| 6/22/2009 | Mtg. w/ Dr. Shulman, Sharon Angust | 2.00 | $300.00 | | $ 600.00 |
| 6/23/2009 | Mtg. w/ Dr. Shulman | 1.00 | $300.00 | | $ 300.00 |
| 6/23/2009 | Mtg. w/ Dr. Shulman, Dr. Toche, Dr. Quattlebaum, Dr. Kuykendall; Attend 30 Day Meeting. | 7.00 | $300.00 | | $ 2,100.00 |
| 6/24/2009 | Return trip from SAC to PHX | 4.00 | | $100.00 | $ 400.00 |
| 6/25/2009 | Conf call w/ Dr. Shulman | 0.25 | $300.00 | | $ 75.00 |
| 6/26/2009 | Conf call w/ Dr. Shulman | 0.25 | $300.00 | | $ 75.00 |
| 6/29/2009 | Travel to Dallas/ FW airport | 6.50 | | $100.00 | $ 650.00 |
| 6/29/2009 | Mtg. w/ Drs, Shulman and Rosenberg. | 4.00 | $300.00 | | $ 1,200.00 |
| 6/29/2009 | Mtg. w/ Drs, Shulman and Rosenberg. | 3.00 | $300.00 | | $ 900.00 |
| 6/30/2009 | Mtg. w/ Drs. Shulman, Rosenberg, tour CCA facility in Oklahoma. | 10.17 | $300.00 | | $ 3,051.00 |
| 6/30/2009 | Mtg. w/ Dr. Shulman; Coordination Group conference call. | 1.50 | $300.00 | | $ 450.00 |
| 7/1/2009 | Mtg. w/ Dr. Shulman | 2.25 | $300.00 | | $ 675.00 |
| 7/1/2009 | Travel from Oklahoma City to Phoenix. | 5.50 | | $100.00 | $ 550.00 |
| | **Total** | | | | **$ 30,201.00** |

**Travel Expenses**

| | | |
|---|---|---|
| Trip to Sacramento/San Francisco - 6/7/09 - 6/11/09 | | $ 2,750.13 |
| Trip to Sacramento- 6/21/09 - 6/24/09 | | $ 1,941.86 |
| Trip to Oklahoma - 6/29/09 - 7/1/09 | | $ 2,008.17 |
| **Sub-total** | | **$ 6,700.16** |
| **Invoice total** | | **$ 36,901.16** |