**FILED**

JUL − 6 2009

**RICHARD W. WIEKING**
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Jay D. Shulman
9647 Hilldale Drive
Dallas, Texas 75231
Telephone: (214) 923-8359
Email: jayshulman@sbcglobal.net

Court Expert

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

CARLOS PEREZ,

        Plaintiff,

   v.

MATTHEW CATE, et al.

        Defendants.

Case No. C 05-05241 JSW

**ADMINISTRATIVE MOTION AND
[PROPOSED] ORDER FOR PAYMENT**

Docket No. 410

## ADMINISTRATIVE MOTION

Pursuant to the Court's order of October 20, 2008 (Docket No. 263), court expert Jay D. Shulman hereby moves the Court for an order for payment of the attached invoice dated July 1, 2009.

Dated: July 1, 2009

Respectfully submitted,

JAY D. SHULMAN
Court Expert

# ORDER

Pursuant to the Court's orders of October 20, 2008, the Court HEREBY ORDERS payment to court expert Jay D. Shulman per the court expert's invoice dated July 1, 2009

Dated:

July 27, 2009

HON. JEFFREY S. WHITE
United States District Court

cc: Finance Office

**ADMIN. MOTION AND [PROPOSED] ORDER FOR PAYMENT**
*Perez v. Cate*, C 05-05241 JSW

2

Jay D. Shulman
9647 Hilldale Drive
Dallas, Texas 75231

Invoice submitted to *Perez*

July 1, 2009

Invoice # 182

Professional Services for Dr. Jay D. Shulman

| Date | Activity | Hours @ $300/hr | Travel Hours @ $100/hr | Amount |
|------|----------|-----------------|------------------------|--------|
| 6/1/2009 | Receiver construction conf. call; conf. w/ Dr. Scalzo | 1.50 | | **450** |
| 6/1/2009 | Review MSI report | 0.75 | | **225** |
| 6/1/2009 | Read Receiver's 11th Triannual Report | 2.00 | | **600** |
| 6/2/2009 | Travel to Fresno | | 7.50 | **750** |
| 6/2/2009 | Meet w/ Drs. Toche, Myers, and Chang | 3.00 | | **900** |
| 6/3/2009 | Test audit at VSPW | 8.75 | | **2,625** |
| 6/3/2009 | Meet with Michael Stone; Drs. Toche, Rosenberg, Myers, Chang | 3.00 | | **900** |
| 6/4/2009 | Tour PIA lab; test audit at VSPW | 8.00 | | **2,400** |
| 6/4/2009 | Conf. w/ Dr. Scalzo | 0.50 | | **150** |
| 6/4/2009 | Meet w/ Drs. Myers and Chang | 3.00 | | **900** |
| 6/5/2009 | Travel to Dallas | | 8.75 | **875** |
| 6/5/2009 | Review P&T Committee minutes & agenda | 0.50 | | **150** |
| 6/5/2009 | Review coordination meeting action items & agenda | 0.50 | | **150** |
| 6/7/2009 | Travel to Sacramento | | 7.00 | **700** |

| | | | | |
|---|---|---|---|---|
| 6/7/2009 | Meet w/ Dr. Scalzo | 1.50 | | 450 |
| 6/7/2009 | Meet w/ Drs. Scalzo and Toche | 2.50 | | 750 |
| 6/8/2009 | Meet w/ Dr. Scalzo | 1.00 | | 300 |
| 6/8/2009 | Meet w/ Drs. Scalzo, Quattlebaum, Rosenberg, Toche, Barks | 8.00 | | 2,400 |
| 6/8/2009 | Meet with *Coleman* Special Master and staff | 2.00 | | 600 |
| 6/9/2009 | Meet w/ Dr. Scalzo | 1.00 | | 300 |
| 6/9/2009 | Meet w/ Drs. Scalzo, Toche, Rosenberg. Meet w/ Jamie Mangrum | 8.00 | | 2,400 |
| 6/9/2009 | Meet w/ Dr. Scalzo | 1.50 | | 450 |
| 6/10/2009 | Meet w/ Dr. Scalzo | 1.50 | | 450 |
| 6/10/2009 | Attend Judges' Meeting; read / review e-mails; conf. call w/ Dr. Toche; review and comment on drafts | 7.00 | | 2,100 |
| 6/10/2009 | Meet w/ Dr. Scalzo | 1.50 | | 450 |
| 6/11/2009 | Meet w/ Dr. Scalzo | 1.00 | | 300 |
| 6/11/2009 | Return to Dallas | | 12.00 | 1,200 |
| 6/12/2009 | Review / comment on revisied audit tool | 1.50 | | 450 |
| 6/14/2009 | Conf. w/ Dr. Scalzo | 0.50 | | 150 |
| 6/15/2009 | Review pain mgt. guidelines (P&T) | 0.25 | | 75 |
| 6/17/2009 | Review SQ intake Screening Policy | 0.75 | | 225 |
| 6/20/2009 | Review Receiver's Healthcare Mission Priorities Document | 0.75 | | 225 |
| 6/21/2009 | Travel to Sacramento | | 6.50 | 650 |
| 6/21/2009 | Meet w/ Dr. Scalzo | 3.00 | | 900 |
| 6/21/2009 | Meet w/ Dr. Toche | 3.00 | | 900 |
| 6/22/2009 | Meet w/. Scalzo | 1.00 | | 300 |
| 6/22/2009 | Mtg. w/ Dr. Toche, Dr. Quattlebaum; attend Receiver's Project Update mtg.; attend HITEC; mtg. w/ Dr. Rosenberg. | 8.00 | | 2,400 |
| 6/22/2009 | Meet w/ Dr. Scalzo & Sharon Aungst | 2.00 | | 600 |
| 6/23/2009 | Meet w/ Dr. Scalzo | 1.00 | | 300 |

| | | | | |
|---|---|---|---|---|
| 6/23/2009 | Mtg. w/ Dr. Shulman, Dr. Toche, Dr. Quattlebaum, Dr. Kuykendall; Attend *Perez* 30 Day Meeting. | 7.00 | | 2100 |
| 6/24/2009 | Return to Dallas | | 7.50 | 750 |
| 6/25/2009 | Conf. w/ Dr. Scalzo | 0.25 | | 75 |
| 6/25/2009 | Read Receiver's Turnaround Plan Monthly Report for June 2009 | 1.25 | | 375 |
| 6/26/2009 | Read MSI Status Report | 0.25 | | 75 |
| 6/26/2009 | Conf. w/ Dr. Scalzo | 0.25 | | 75 |
| 6/29/2009 | Travel to DFW | | 1.00 | 100 |
| 6/29/2009 | Meet w/ Drs. Scalzo & Rosenberg | 4.00 | | 1,200 |
| 6/29/2009 | Fly to Oklahoma City | | 1.00 | 100 |
| 6/29/2009 | Conf. w/ Drs. Scalzo & Rosenberg | 3.00 | | 900 |
| 6/30/2009 | Meet w/ Drs. Scalzo & Rosenberg; Tour CCA facility in Sayre, OK | 10.25 | | 3,075 |
| 6/30/2009 | Conf. call w/ coordination group re construction; Meet w/ Dr. Scalzo | 2.50 | | 750 |

| | | | |
|---|---|---|---|
| **For Professional services rendered** | **0.00** | **0.00** | **40,675** |

|  |  |  |
|---|---|---|
| Additional Charges: **Travel** | | |
| June 2-5 (Fresno) | 1,669.56 | |
| June 7-10 (Sac / SF) | 2,068.04 | |
| June 21-24 (Sac) | 1,646.02 | |
| June 29-30 (OK City) | 763.25 | |
| Total amount of charges | | **6,146.87** |

| | |
|---|---|
| **Total amount of this bill** | **$46,821.87** |