1  DONALD SPECTER  #83925
   ALISON HARDY #135966
2  PRISON LAW OFFICE
   1917 Fifth Street
3  Berkeley, CA 94710
   dspecter@prisonlaw.com
4  ahardy@prisonlaw.com
   Telephone: (510) 280-2621
5  Attorneys for Plaintiffs

6

7  EDMUND G. BROWN JR.
   Attorney General of the State of California
8  DAVID CHANEY
   Chief Assistant Attorney General
9  JONATHAN L. WOLFF
   Senior Assistant Attorney General
10 PHILLIP LINDSAY, State Bar No. 204444
   Deputy Attorney General
11 110 West A St., Suite 1100
   San Diego, CA 92101
12 Telephone: (619) 645-3134
   Facsimile: (619) 645-2581
13 Phillip.Lindsay@doj.ca.gov
   Attorneys for Defendants

14

15                UNITED STATES DISTRICT COURT,
                  NORTHERN DISTRICT OF CALIFORNIA
16

17
                                              **Case No. C05-5241 JSW**
18
   CARLOS PEREZ, et al.,
19                                            **CLASS ACTION**
                Plaintiffs,
20                                            **STIPULATION AND [PROPOSED]
                                              ORDER RE SCHEDULING OF
21              v.                            STATUS CONFERENCE**

22 MATTHEW CATE, et al.,                      AS MODIFIED HEREIN

23              Defendants.

24

25

26

27 STIPULATION AND [PROPOSED] ORDER
   *Perez v. Cate*, C-05-5241 JSW

1  The parties submit this Stipulation and [Proposed] Order pursuant to this Court's Standing
2  Civil Orders, # 3.
3  On June 16, 2009, the District Court Clerk issued a notice that this Court would conduct a
4  Status Conference in this matter on August 14, 2009 and directed counsel to submit a joint
5  conference statement on or before August 7, 2009.
6  The parties seek to delay the Status Conference by two weeks, based on good cause.
7  Unfortunately, Ms. Hardy's father-in-law died on July 24, 2009, and his funeral will be held in Los
8  Angeles the morning of August 15, 2009. Defendants have no objection to rescheduling the Status
9  Conference to enable Ms. Hardy to travel to Los Angeles on August 14 to attend the funeral.
10  Plaintiffs have already calendared a motion for the morning of August 28, 2009 before this
11  Court. As counsel for defendants must travel to attend the hearing, the parties jointly seek to
12  reschedule the Status Conference to August 28, 2009 at 1:30 p.m. The parties are unaware of any
13  prejudice that will result to either party if the Status Conference is delayed by two weeks.
14  Therefore, unless the parties further stipulate and/or the Court orders otherwise,
15  • the Status Conference shall take place on August 28, 2009 at 1:30 p.m., and
16  • the parties shall submit a joint status conference statement on or before August 21, 2009.
17  **IT IS SO STIPULATED**.
18  Date:  July 30, 2009

/s/
Alison Hardy
Prison Law Office
Attorney for Plaintiffs

21  Date:  July 30, 2009

/s/
Phillip Lindsay
Deputy Attorney General
Attorney for Defendants

I, Alison Hardy, attest that Phillip Lindsay signed this document on July 30, 2009.

**IT IS SO ORDERED**.

Dated: July 30, 2009

*(signature)*
JEFFREY S. WHITE
United States District Court

27  STIPULATION AND [PROPOSED] ORDER

2

In the event the Court finds the Motion to Compel Attorneys' Fees suitable for disposition without oral argument, it intends to hold the case management conference at 1:30 p.m. on August 28, 2009. In the event counsel or the Court Representatives are not available at that time, they should notify the Court in writing by August 14, 2009, in which case the case management conference will be heard at 9:00 a.m.