Jay D. Shulman
9647 Hilldale Drive
Dallas, Texas 75231
Telephone: (214) 923-8359
Email: jayshulman@sbcglobal.net


Court Expert

**FILED**

**AUG - 4 2009**

**RICHARD W. WIEKING**
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS PEREZ,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW CATE, et al.<br><br>Defendants. | Case No. C 05-05241 JSW<br><br>**ADMINISTRATIVE MOTION AND [PROPOSED] ORDER FOR PAYMENT**<br><br>Docket No. 417 |

### ADMINISTRATIVE MOTION

Pursuant to the Court's order of October 20, 2008 (Docket No. 263), court expert Jay D. Shulman hereby moves the Court for an order for payment of the attached invoice dated August 1, 2009.

Dated: August 1, 2009

Respectfully submitted,

JAY D. SHULMAN
Court Expert

# ORDER

Pursuant to the Court's orders of October 20, 2008, the Court HEREBY ORDERS payment to court expert Jay D. Shulman per the court expert's invoice dated August 1, 2009

Dated: August 17, 2009

HON. JEFFREY S. WHITE
United States District Court

Jay D. Shulman
9647 Hilldale Drive
Dallas, Texas 75231

Invoice submitted to *Perez*

August 1, 2009

Invoice # 186

Professional Services for Dr. Jay D. Shulman

| Date | Activity | Hours @ $300/hr | Travel Hours @ $100/hr | Amount |
|------|----------|-----------------|------------------------|--------|
| 7/1/2009 | Return to Dallas from Oklahoma City | | 4.75 | 475 |
| 7/2/2009 | Review MSI June Status Report and Issue Tracker; send and read e-mails re radiology contract | 1.25 | | 375 |
| 7/2/2009 | Conf. w/ Dr. Scalzo | 0.25 | | 75 |
| 7/3/2009 | Conf. w/ Dr. Scalzo | 0.75 | | 225 |
| 7/3/2009 | | 0.75 | | 225 |
| | Review Receiver's PMO June Report | | | |
| 7/4/2009 | Conf. w/ Dr. Scalzo | 0.25 | | 75 |
| 7/6/2009 | Conf. w/ Dr. Scalzo | 0.25 | | 75 |
| 7/6/2009 | Conf. w/ Dr. Scalzo | 0.25 | | 75 |
| 7/9/2009 | Travel to Sacramento | | 6.50 | 650 |
| 7/9/2009 | Meetings w/ Dr. Scalzo; Drs. Tosch, Barks, Rosenberg, Garbut; Sharon Aungst, Jamie Mangrum. Attend Healthcare Scheduling System demonstration | 9.00 | | 2700 |
| 7/10/2009 | Return to Dallas | | 7.25 | 725 |

| Date | Description | Hours | Travel | Amount |
|------|-------------|-------|--------|--------|
| 7/11/2009 | Review Medication Audit Tool | 0.50 | | 150 |
| 7/11/2009 | Conf. w/ Dr. Scalzo | 0.25 | | 75 |
| 7/12/2009 | Review July P&T Committee Agenda | 0.50 | | 150 |
| 7/13/2009 | Review Receiver's Content Management Feasibility Study | 1.00 | | 300 |
| 7/14/2009 | Travel to Fresno | | 5.75 | 575 |
| 7/14/2009 | Meet w/ Dr. Scalzo; call in to P&T Committee meeting | 2.25 | | 675 |
| 7/14/2009 | Meet w/ Drs. Scalzo & Toche | 2.00 | | 600 |
| 7/15/2009 | Meet w/ Drs. Scalzo & Toche; Site visits to PVSP & ASP | 10.00 | | 3000 |
| 7/15/2009 | Meet w/ Drs. Scalzo, Toche, Myers | 2.00 | | 600 |
| 7/16/2009 | Meet w/ Drs. Scalzo, Primus & Toche; Site visits to NKSP, KVSP & WSP | 10.50 | | 3150 |
| 7/16/2009 | Meet w/ Drs. Scalzo & Toche | 2.00 | | 600 |
| 7/17/2009 | Return to Dallas | | 7.00 | 700 |
| 7/17/2009 | WSP site visit draft | 1.75 | | 525 |
| 7/17/2009 | PVSP site visit draft | 1.75 | | 525 |
| 7/18/2009 | ASP site visit draft | 2.00 | | 600 |
| 7/18/2009 | KVSP site visit draft | 1.75 | | 525 |
| 7/18/2009 | NKSP site visit draft | 1.75 | | 525 |
| 7/19/2009 | Travel to Sacramento | | 6.50 | 650 |
| 7/19/2009 | Meet w/ Dr. Scalzo | 2.00 | | 600 |
| 7/19/2009 | Meet w/ Drs. Scalzo & Toche | 3.50 | | 1050 |
| 7/20/2009 | Meet w/ Dr. Scalzo | 1.00 | | 300 |
| 7/20/2009 | Meet w/ & Drs. Toche and Scalzo; Attend Coordination mtg.; Meet w/ Drs. Scalzo, Rosenberg & Toche - prepare draft site visit reports. | 13.00 | | 3900 |
| 7/21/2009 | Meet w/ Drs. Scalzo & Toche; Tour CMC and SATF dental facilities, meet w/ dental staff, Warden's staff. Prepare site visit reports. | 11.00 | | 3300 |
| 7/22/2009 | Meet w/ Dr. Scalzo | 1.00 | | 300 |
| 7/22/2009 | Meet w/ Drs. Scalzo, Toche, Rosenberg, Quattlebaum; conduct test audit on COCF data. | 0.50 | | 150 |
| 7/22/2009 | Meet w/ Drs. Scalzo, Toche, Rosenberg; Attend Imaging Steering Committee mtg.; attend Perez 30 Day mtg.; mtg. w/ Dr. Rosenberg, Sharon Aungst. | 7.50 | | 2250 |
| 7/22/2009 | Meet w/ Dr. Scalzo | 1.00 | | 300 |

| Date | Description | | | |
|---|---|---|---|---|
| 7/23/2009 | Return to Dallas | | 7.25 | 725 |
| 7/23/2009 | Review IT Network Project Plan / Schedule | 0.25 | | 75 |
| 7/27/2009 | Conf. w/ Dr. Scalzo | 0.25 | | 75 |
| 7/27/2009 | Review Receiver's Monthly Turnaround Plan for July | 1.25 | | 375 |
| 7/27/2009 | PVSC, ASP, NKSP, KVSP, WSP site visit reports | 2.50 | | 750 |
| 7/28/2009 | Conf. w/ Dr. Scalzo | 0.25 | | 75 |
| 7/28/2009 | Conf. w/ Dr. Scalzo | 0.25 | | 75 |
| 7/28/2009 | Review "Clinical Imaging Project Status Report for Week of 7/27/2009" | 0.25 | | 75 |
| 7/28/2009 | Review Receiver's Long-Term Bed Analysis and Proposed Construction Budget | 0.50 | | 150 |
| 7/28/2009 | Review "Consolidating The Healthcare Governing Bodies" | 0.50 | | 150 |
| 7/28/2009 | Conf. call w/ Receiver, *Coleman* Special Master, *Armstrong* Representative | 0.75 | | 225 |
| 7/28/2009 | Conf. w/ Dr. Scalzo | 0.25 | | 75 |
| 7/28/2009 | Final CMC, SATF, KVSP, NKSP, PVSP, ASP, WSP site visit reports | 1.00 | | 300 |
| 7/29/2009 | Review "Analysis of the Impact on California Prison Health Care by Delaying of Cancelling SOMS" | 0.75 | | 225 |
| 7/29/2009 | Review "Dental Urgent Medication Process" | 0.25 | | 75 |
| 7/29/2009 | Site visit summaries / audit tool | 1.00 | | 300 |
| 7/29/2009 | Conf. w/ Drs. Scalzo and Quattlebaum re COCF | 0.50 | | 150 |
| 7/30/2009 | Conf. w/ Dr. Scalzo | 0.75 | | 225 |
| 7/30/2009 | Review Sourcecorp Remediation Plan | 0.75 | | 225 |
| 7/31/2009 | Make reservations / plan travel | 1.00 | | 300 |
| 7/31/2009 | Conf. w/ Dr. Scalzo | 0.25 | | 75 |
| 7/31/2009 | Review HG Stark Report; Revise PVSP, NKSP, WSP, and KVSP reports | 1.25 | | 375 |
| | | 107.75 | 45.00 | |

**For Professional services rendered** 36,825

Additional Charges:

**Travel**
   July 9-10                             1,088.33
   July 14-17                          1,278.51
   July 19-24                          1,955.75
**Other Expense**
   PACER -  4/01 to 6/30/2009         19.52
Total amount of charges              **4,342.11**

**Total amount of this bill**                  **$41,167.11**