Joseph D. Scalzo, DDS
3785 N. 156th Lane
Goodyear, AZ 85395
Telephone: (602) 405-4224
Email: jscalzo2@cox.net

Court Expert/Representative

FILED

AUG - 4 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS PEREZ, et al.<br><br>    Plaintiff,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.<br><br>    Defendants. | Case No. C 05-05241 JSW<br><br>**ADMINISTRATIVE MOTION AND [PROPOSED] ORDER FOR PAYMENT**<br><br>Docket No. 418 |

## ADMINISTRATIVE MOTION

Pursuant to the Court's order of October 20, 2008 (Docket No. 263), court expert Joseph D. Scalzo hereby moves the Court for an order for payment of the attached invoice dated July, 2009.

Dated: August 1, 2009

Respectfully submitted

_____
JOSEPH D. SCALZO
Court Expert/Representative

# ORDER

Pursuant to the Court's order of October 20, 2008, the Court HEREBY ORDERS payment to court expert Joseph D. Scalzo per the court expert's invoice dated July, 2009.

Dated: August 17, 2009

*[signature: Jeffrey S. White]*

HON. JEFFERY S. WHITE
United States District Court

cc:  Finance Office

ADMIN. MOTION AND [PROPOSED] ORDER FOR PAYMENT
*Perez v. Schwarzenegger*, C 05-05241 JSW

2

Joseph D. Scalzo
3785 N. 156th Lane
Goodyear, AZ 85395

**Invoice for Dr. Joseph D. Scalzo
for July, 2009**

Case #: C 05-05241 JSW
Invoice # 0907

| Purpose | HOURS | Regular Rate | Travel Rate | Amount |
|---|---|---|---|---|
| Conf. call w/ Dr. Shulman re: e-mails | 0.25 | $300.00 | | $ 75.00 |
| Conf. call w/ Dr. Shulman re: schedule, etc. | 0.75 | $300.00 | | $ 225.00 |
| Conf. call w/ Dr. Shulman | 0.25 | $300.00 | | $ 75.00 |
| Conf. call w/ Dr. Shulman | 0.25 | $300.00 | | $ 75.00 |
| Conf call w/ Dr. Shulman | 0.25 | $300.00 | | $ 75.00 |
| Trip to Sacramento | 6.50 | | $100.00 | $ 650.00 |
| Mtg. w/ Dr. Shulman; Mtg. w/ Dr. Barks, Kuykendall; attend HIM mtg.; mtg. w/ Drs. Toche, Rosenberg, Sharon Aungst; | 9.00 | $300.00 | | $ 2,700.00 |
| Return trip to Phoenix | 5.00 | | $100.00 | $ 500.00 |
| Conf. call w/ Dr. Shulman | 0.25 | $300.00 | | $ 75.00 |
| Read and reply to e-mails; read reports from HIM, HITEC, Receiver. | 1.00 | $300.00 | | $ 300.00 |
| Travel to Fresno | 5.00 | | $100.00 | $ 500.00 |
| Mtg. w/ Dr. Shulman; attend P&T by phone. | 2.25 | $300.00 | | $ 675.00 |
| Mtg. w/ Dr. Shulman and Dr. Toche. | 2.00 | $300.00 | | $ 600.00 |
| Mtg. w/ Drs. Shulman & Toche; Meeting with Warden and staff @ PVSP; tour all dental clinics. Tour all dental clinics at ASP. | 10.00 | $300.00 | | $ 3,000.00 |
| Mtg. w/ Drs. Shulman, Toche, Kevin Meyers. | 2.00 | $300.00 | | $ 600.00 |
| Mtgs. w/ Dr. Shulman & Dr. Toche; Meeting w/ warden & staff of Wasco; tour dental clinics of Wasco; tour dental clinics of Kern Valley; Meeting w/ Warden & staff of North Kern Valley; tour dental clinics of North Kearn Valley. | 10.50 | $300.00 | | $ 3,150.00 |
| Mtg. w/ Drs. Shulman & Toche. | 2.00 | $300.00 | | $ 600.00 |
| Return trip to Phoenix | 4.00 | | $100.00 | $ 400.00 |
| Review e-mails & 1st draft site visit reports from Dr. Shulman. | 0.75 | $300.00 | | $ 225.00 |
| Travel to Sacramento; pickup Dr. Shulman | 6.50 | | $100.00 | $ 650.00 |
| Mtg. w/ Dr. Shulman | 2.00 | $300.00 | | $ 600.00 |
| Mtg. w/ Dr. Shulman re: site visit reports; Mtg. w/ Drs. Shulman & Toche | 3.50 | $300.00 | | $ 1,050.00 |
| Mtg. w/ Dr. Shulman | 1.00 | $300.00 | | $ 300.00 |
| Mtg. w/ Dr. Shulman & Dr. Toche; Attend Coordination mtg.; mtg w/ Dr. Shulman & Dr. Rosenberg; Mtg. w/ Dr. Toche - prepare draft site visit reports, etc. | 13.00 | $300.00 | | $ 3,900.00 |
| Mtg. w/ Dr. Shulman & Dr. Toche; Tour CMC dental clinics; Tour SATF dental facilities, meet w/ dental staff, Warden's staff. Prepare site visit reports. | 11.00 | $300.00 | | $ 3,300.00 |
| Mtg. w/ Dr. Shulman | 1.00 | $300.00 | | $ 300.00 |
| Mtgs. w/ Dr. Shulman & Dr. Toche, Dr. Rosenberg, Dr. Quattlebaum; conduct test audit on COCF data. | 7.25 | $300.00 | | $ 2,175.00 |
| Mtg. w/ Dr. Shulman | 0.50 | $300.00 | | $ 150.00 |
| Mtg. w/ Dr. Shulman, Dr. Toche, Dr. Rosenberg; Attend ICTG mtg.; attend 30 Day mtg.; mtg. w/ Dr. Rosenberg; mtg. w/ Sharon Aungst. | 7.50 | $300.00 | | $ 2,250.00 |
| Mtg. w/ Dr. Shulman | 1.00 | $300.00 | | $ 300.00 |
| Return trip to Phoenix | 5.00 | | $100.00 | $ 500.00 |
| Conf. call w/ Dr. Shulman | 0.25 | $300.00 | | $ 75.00 |
| Review draft site visit reports from Dr. Toche; make comments; send onto Dr. Shulman | 0.75 | $300.00 | | $ 225.00 |
| Read and revise Site Visit repors from Dr. Shulman; read weekly report from McKenzie Stephenson. | 0.50 | $300.00 | | $ 150.00 |
| Conf. call w/ Dr. Shulman | 0.25 | $300.00 | | $ 75.00 |
| E-mails from Dr. Toche, Dr. Quattlebaum re: COCF Miss.; conf. call w/ Dr. Shulman re: plans for August and COCF tour/audit. | 0.75 | $300.00 | | $ 225.00 |
| Review e-mails in prep for conf call; Conf. call w/ Receiver and CDCR staff; call from Dr. Shulman | 1.75 | $300.00 | | $ 525.00 |
| Conf. call w/ Dr. Shulman re: Mississippi | 0.50 | $300.00 | | $ 150.00 |
| Read e-mails; research files in order to respond; Conf. call w/ Drs. Shulman, Rosenberg, Quattlebaum. | 1.50 | $300.00 | | $ 450.00 |
| conf. call w/ Dr. Shulman re: arrangments for trips in Aug. & Sept. | 0.75 | $300.00 | | $ 225.00 |
| Conf call w/ Dr. Shulman | 0.25 | $300.00 | | $ 75.00 |
| Read e-mails; read reports & court filings; respond to e-mails; schedule visits. | 1.00 | $300.00 | | $ 300.00 |
| **Total** | **129.50** | 97.5 hrs. At $300 per hour | 32 hrs. At $100 per hour | **$ 32,450.00** |

**Travel Expenses**

| | | |
|---|---|---|
| Trip to Sacramento - 7/9/09 - 7/10/09 | | $ 1,155.03 |
| Trip to Fresno - COCF, NKSP, WSP, KVSP | | $ 2,116.49 |
| Trip to Sacramento/ San Luis Obispo | | $ 3,074.40 |
| **Sub-total** | | **$ 6,345.92** |
| **Invoice total** | | **$ 38,795.92** |