**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARLOS PEREZ, et al.

    Plaintiffs,

  v.

JAMES TILTON, et al.,

    Defendants.

                                    /

No. C 05-05241 JSW

**ORDER DENYING WITHOUT PREJUDICE MOTION TO AMEND SETTLEMENT AGREEMENT**

The Court hereby DENIES WITHOUT PREJUDICE the Motion to Amend Stipulated Settlement Agreement filed by Danny Steele on August 21, 2009.  (Docket 422.)  As a represented party, Mr. Steele may file motions only through his counsel of record.  Counsel for Plaintiffs shall provide Mr. Steele with a copy of this Order.

**IT IS SO ORDERED.**

Dated: August 26, 2009

                                                        JEFFREY S. WHITE
                                                        UNITED STATES DISTRICT JUDGE