Jay D. Shulman
9647 Hilldale Drive
Dallas, Texas 75231
Telephone: (214) 923-8359
Email: jayshulman@sbcglobal.net

Court Expert

**FILED**

OCT - 5 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS PEREZ,<br><br>            Plaintiff,<br><br>      v.<br><br>MATTHEW CATE, et al.<br><br>            Defendants. | Case No. C 05-05241 JSW<br><br>**ADMINISTRATIVE MOTION AND [PROPOSED] ORDER FOR PAYMENT** |

### ADMINISTRATIVE MOTION

Pursuant to the Court's order of October 20, 2008 (Docket No. 263), court expert Jay D. Shulman hereby moves the Court for an order for payment of the attached invoice dated October 3, 2009.

Dated: October 3, 2009

Respectfully submitted,

JAY D. SHULMAN
Court Expert

**ORDER**

Pursuant to the Court's orders of October 20, 2008, the Court HEREBY ORDERS payment to court expert Jay D. Shulman per the court expert's invoice dated October 3, 2009.

Dated: October 22, 2009

*Jeffrey S. White*
HON. JEFFREY S. WHITE
United States District Court

cc:  Finance

ADMIN. MOTION AND [PROPOSED] ORDER FOR PAYMENT
Perez v. Cate, C 05-05241 JSW

2

Jay D. Shulman
9647 Hilldale Drive
Dallas, Texas 75231


Invoice submitted to *Perez*


October 3, 2009

Invoice # 191

Professional Services for Dr. Jay D. Shulman

| Date | Activity | Hours @ $300/hr | Hours @ $100/hr | Amount |
|---|---|---|---|---|
| 9/1/2009 | Meet w/ Dr. Scalzo | 1.00 | | 300 |
| 9/1/2009 | Site visit to CCA MS prison; meet w/ Drs. Scalzo, Quattlebaum, Merrill | 7.50 | | 2,250 |
| 9/1/2009 | Make travel arrangements | 1.50 | | 450 |
| 9/1/2009 | Meet w/ Dr. Scalzo | 1.50 | | 450 |
| 9/2/2009 | Meet w/ Dr. Scalzo | 1.75 | | 525 |
| 9/2/2009 | Return to Dallas | | 4.25 | 425 |
| 9/2/2009 | Review "Receiver's Turnaround Plan Monthly Report for August 2009" and write memo to Dr. Toche | 1.00 | | 300 |
| 9/2/2009 | Review MSI Clinical Imaging Project Status reports | 0.50 | | 150 |
| 9/3/2009 | Conf. w/ Dr. Scalzo | 0.50 | | 150 |
| 9/3/2009 | Conf. w/ Dr. Toche | 0.25 | | 75 |
| 9/5/2009 | Conf. w/ Dr. Scalzo | 0.25 | | 75 |
| 9/6/2009 | Conf. w/ Dr. Scalzo | 0.25 | | 75 |
| 9/9/2009 | Conf. w/ Dr. Scalzo | 0.25 | | 75 |
| 9/11/2009 | Conf. w/ Dr. Scalzo | 0.25 | | 75 |
| 9/12/2009 | Conf. w/ Dr. Scalzo | 0.50 | | 150 |
| 9/12/2009 | Sept. P&T agenda and supporting material | 0.75 | | 225 |
| 9/12/2009 | Review 9/8/09 clinical imaging Project Status documents | 0.50 | | 150 |
| 9/14/2009 | Fly to San Jose | | 6.50 | 650 |

| Date | Description | Hours | | Amount |
|---|---|---|---|---|
| 9/14/2009 | Meet w/ Dr. Scalzo | 3.00 | | 900 |
| 9/14/2009 | Meet w/ Dr. Scalzo | 4.00 | | 1,200 |
| 9/15/2009 | Meet w/ Dr. Scalzo | 1.00 | | 300 |
| 9/15/2009 | Site visits to SVSP / CTF; meet with Drs. Scalzo, Toche, Rosenberg | 7.25 | | 2,175 |
| 9/15/2009 | Meet w/ Dr. Scalzo | 3.00 | | 900 |
| 9/16/2009 | Return to Dallas | | 9.00 | 900 |
| 9/16/2009 | Review "Plaintiffs' Proposed Coordination Agenda for September 22, 2009 Meeting" | 0.25 | | 75 |
| 9/16/2009 | Review first draft-August coordination minutes and August action items | 0.50 | | 150 |
| 9/16/2009 | Review Sept. P&T Agenda | 0.25 | | 75 |
| 9/16/2009 | Review *Perez* - September Monthly Document Production | 1.25 | | 375 |
| 9/17/2009 | SVSP / CTC draft site visit reports | 2.00 | | 600 |
| 9/17/2009 | Review "Health Care Appeals Monthly Report - August 2009" | 0.75 | | 225 |
| 9/17/2009 | Review first set of draft SOMS Health Care Scheduling Reports | 0.75 | | 225 |
| 9/17/2009 | Review "Clinical Imaging Project Status Reports" | 0.75 | | 225 |
| 9/17/2009 | SVSP / CTC site visit reports | 1.25 | | 375 |
| 9/17/2009 | E-mails to Drs Toche, Rosenberg, Scalzo; Sharon Aungst | 0.50 | | 150 |
| 9/17/2009 | E-mails to Dr. Scalzo and Alison Hardy | 0.50 | | 150 |
| 9/17/2009 | Conf. w/ Dr. Scalzo | 0.50 | | 150 |
| 9/18/1009 | Conf. w/ Dr. Scalzo | 0.25 | | 75 |
| 9/18/2009 | Review coordination agenda and advance material | 0.50 | | 150 |
| 9/18/2009 | Conf. w/ Sharon Aungst | 0.25 | | 75 |
| 9/18/2009 | Review Vanir SVSP & CTF Dental Site Visit Summaries | 0.50 | | 150 |
| 9/19/2009 | Conf. w/ *Farrell* Dental Expert re dental facilities at DJJ instututions in CDCR population reduction plan | 0.75 | | 225 |
| 9/20/2009 | Fly to Sacramento | | 6.00 | 600 |

| Date | Description | Hours | Travel Hours | Amount |
|---|---|---|---|---|
| 9/20/2009 | Meet w/ Dr. Scalzo | 3.00 | | 900 |
| 9/20/2009 | Meet w/ Drs. Scalzo & Toche | 2.25 | | 675 |
| 9/21/2009 | Meet w/ Dr. Scalzo | 1.00 | | 300 |
| 9/21/2009 | Meet w/ Drs. Scalzo, Rosenberg, Toche, Quattlebaum; COCF audit | 7.25 | | 2,175 |
| 9/21/2009 | Meet w/ Dr. Scalzo, *Coleman* Special Master & staff | 2.75 | | 825 |
| 9/22/2009 | Meet w/ Dr. Scalzo | 1.00 | | 300 |
| 9/22/2009 | Meet w/ Drs. Scalzo, Toche, Rosenberg; Attend Coordination Meeting; Plan for Judges' meeting en route to San Francisco | 7.25 | | 2,175 |
| 9/22/2009 | Meet w/ Dr. Scalzo | 2.75 | | 825 |
| 9/23/2009 | Meet w/ Dr. Scalzo | 0.75 | | 225 |
| 9/23/2009 | Prepare for / attend Judges' Meeting | 4.50 | | 1,350 |
| 9/23/2009 | Call Receivers' Office; make travel arrangements | 1.50 | | 450 |
| 9/23/2009 | Meet w/ Dr. Scalzo | 2.50 | | 750 |
| 9/24/2009 | Meet w/ Dr. Scalzo | 0.50 | | 150 |
| 9/24/2009 | San Quentin site visit, meet w/ Drs. Hansen, Rosenberg, Scalzo | 5.75 | | 1,725 |
| 9/24/2009 | San Quentin site visit report | 2.50 | | 750 |
| 9/25/2009 | Meet w/ Dr. Scalzo | 1.00 | | 300 |
| 9/25/2009 | Return to Dallas | | 1.50 | 150 |
| 9/25/2009 | Conf. w/ Drs. Scalzo, Toche, Rosenberg | 1.00 | | 300 |
| 9/25/2009 | Return to Dallas | | 6.00 | 600 |
| 9/25/2009 | Conf. Call w/ Receiver, *Coleman / Armstrorg* Masters re long-term construction | 1.50 | | 450 |
| 9/25/2009 | Conf. w/ Dr. Scalzo | 0.25 | | 75 |
| 9/25/2009 | Conf. w/ Dr. Scalzo | 0.50 | | 150 |
| 9/26/2009 | Review *Perez* - September Monthly Document Production | 1.25 | | 375 |
| 9/26/2009 | Review Perez 30-day agenda and supporting material | 0.50 | | 150 |
| 9/26/2009 | Review Clinical Imaging Progress Reports | 0.50 | | 150 |
| 9/28/2009 | Conf. w/ Dr. Scalzo | 0.50 | | 150 |
| 9/29/2009 | Conf. w/ Drs. Scalzo, toche, Rosenberg | 0.50 | | 150 |
| 9/30/2009 | Travel to Sacramento | | 6.50 | 650 |

| Date | Description | | | Amount |
|---|---|---|---|---|
| 9/30/2009 | Meet w/ Dr. Scalzo; *Perez* 30-Day Meeting; Meet with Drs. Scalzo, Toche, Rosenberg | 4.50 | | 1,350 |
| 9/30/2009 | Meet w/ Dr. Scalzo | 2.00 | | 600 |
| | | 107.25 | 39.75 | |
| | | 32,175 | 3,975 | $36,150 |

**For Professional services rendered**

**Additional Charges:**
Travel
Sep 14-16         1,230.48
Sep 20-25         2,705.80
Sep 30-Oct 2      1,589.67
**Other Expense**

Total amount of charges               $5,525.95

**Total amount of this bill**                         $41,675.95