Joseph D. Scalzo
3785 N. 156th Lane
Goodyear, AZ 85395
Telephone: (602) 405-4224
Email: jscalzo2@cox.net

Court Expert

**FILED**

OCT - 6 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS PEREZ,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MATTHEW CATE, et al.<br><br>　　　　Defendants. | Case No. C 05-05241 JSW<br><br>**ADMINISTRATIVE MOTION AND<br>[PROPOSED] ORDER FOR PAYMENT** |

### ADMINISTRATIVE MOTION

Pursuant to the Court's order of October 20, 2008 (Docket No. 263), court expert Joseph D. Scalzo hereby moves the Court for an order for payment of the attached invoice dated September, 2009.

Dated: October 3, 2009

Respectfully submitted,

*[signature]*

JOSEPH D. SCALZO
Court Expert

# ORDER

Pursuant to the Court's order of October 20, 2008, the Court HEREBY ORDERS payment to court expert Joseph D. Scalzo per the court expert's invoice dated September, 2009.

Dated: October 22, 2009

*Jeffrey S. White*

HON. JEFFERY S. WHITE
United States District Court

cc: Finance

Joseph D. Scalzo
3785 N. 156th Lane
Goodyear, AZ 85395

**Invoice for Dr. Joseph D. Scalzo**
**for September, 2009**

Case #: C 05-05241 JSW
Invoice # 0909

| DATE | Purpose | HOURS | Regular Rate | Travel Rate | Amount |
|---|---|---|---|---|---|
| 9/3/2009 | Conf. call w/ Dr. Shulman | 0.50 | $ 300.00 | | $ 150.00 |
| 9/4/2009 | Read 3 Judge Court orders. | 0.50 | $ 300.00 | | $ 150.00 |
| 9/5/2009 | Conf. call w/ Dr. Shulman | 0.25 | $ 300.00 | | $ 75.00 |
| 9/6/2009 | Conf. call w/ Dr. Shulman | 0.25 | $ 300.00 | | $ 75.00 |
| 9/9/2009 | Call from Dr. Shulman | 0.25 | $ 300.00 | | $ 75.00 |
| 9/10/2009 | Call from Dr. Shulman | 0.25 | $ 300.00 | | $ 75.00 |
| 9/11/2009 | Call from Dr. Shulman | 0.25 | $ 300.00 | | $ 75.00 |
| 9/12/2009 | Conf. call w/ Dr. Shulman | 0.50 | $ 300.00 | | $ 150.00 |
| 9/14/2009 | Travel | 1.25 | | $ 100.00 | $ 125.00 |
| 9/14/2009 | Read and respond to e-mails. Read recent court decisions. | 1.00 | $ 300.00 | | $ 300.00 |
| 9/14/2009 | Flight to San Jose | 3.00 | | $ 100.00 | $ 300.00 |
| 9/14/2009 | Mtg. w/ Dr. Shulman | 3.00 | $ 300.00 | | $ 900.00 |
| 9/14/2009 | Mtg. w/ Dr. Shulman | 4.00 | $ 300.00 | | $ 1,200.00 |
| 9/15/2009 | Mtg. w/ Dr. Shulman | 1.00 | $ 300.00 | | $ 300.00 |
| 9/15/2009 | Mtg. w/ Dr. Shulman, Dr. Toche, Dr. Rosenberg. Tour SVSP and CTC dental w/ Receiver's team, facility maint. Staff, Chief and Supervising dentists. | 7.25 | $ 300.00 | | $ 2,175.00 |
| 9/15/2009 | Mtg. w/ Dr. Shulman to review and revise draft site visit reports | 3.00 | $ 300.00 | | $ 900.00 |
| 9/16/2009 | Mtg. w/ Dr. Shulman | 2.00 | $ 300.00 | | $ 600.00 |
| 9/16/2009 | Travel to Phoenix | 5.00 | | $ 100.00 | $ 500.00 |
| 9/17/2009 | Read e-mails & respond; review draft reports for SVSP/CTF; make suggested changes; Conf call w/ Dr. Shulman | 1.00 | $ 300.00 | | $ 300.00 |
| 9/18/2009 | Call from Dr. Shulman | 0.25 | $ 300.00 | | $ 75.00 |
| 9/18/2009 | Read e-mails & respond; print out & read State plan submitted to Three Judge Court; read and respond to draft report re: SVSP/CTF from Brian Chang, Vaner. | 1.00 | $ 300.00 | | $ 300.00 |
| 9/20/2009 | Travel to Sacramento, pick-up Dr. Shulman | 6.50 | | $ 100.00 | $ 650.00 |
| 9/20/2009 | Mtg. w/ Dr. Shulman | 3.00 | $ 300.00 | | $ 900.00 |
| 9/20/2009 | Mtg. w/ Dr. Shulman and Dr. Toche | 2.25 | $ 300.00 | | $ 675.00 |
| 9/21/2009 | Mtg. w/ Dr. Shulman | 0.75 | $ 300.00 | | $ 225.00 |
| 9/21/2009 | Mtgs. w/ Dr. Shulman & Dr. Quattlebaum, perform COCF audit; mtgs. w/ Dr. Toche, Dr. Rosenberg; complete SVSP and CTF site visit reports; mtg. w/ Special Master Lopes and staff. | 12.50 | $ 300.00 | | $ 3,750.00 |
| 9/22/2009 | Mtg. w/ Dr. Shulman | 0.50 | $ 300.00 | | $ 150.00 |
| 9/22/2009 | Mtg. w/ Dr. Shulman, Dr. Toche, Dr. Rosenberg; Attend Coordination mtg. Mtg. Dr. Shulman to discuss Coord. Mtg. while driving to SF. | 7.25 | $ 300.00 | | $ 2,175.00 |
| 9/22/2009 | Mtg. w/ Dr. Shulman re: construction plan, tomorrow's Judges agenda. | 2.75 | $ 300.00 | | $ 825.00 |
| 9/23/2009 | Mtg. w/ Dr. Shulman | 0.75 | $ 300.00 | | $ 225.00 |
| 9/23/2009 | Mtg. w/ Dr. Snulman; attend Judge's Meeting | 4.50 | $ 300.00 | | $ 1,350.00 |
| 9/23/2009 | Call Receiver's office re: new meeting set for Friday on Long Term Bed Plan; reply to e-mails; call from Receiver's office; change flight, hotel and rental car reservations in order to attend meeting on 9/25/09. | 1.50 | $ 300.00 | | $ 450.00 |
| 9/23/2009 | Mtg. w/ Dr. Shulman re: construction mtg. | 2.50 | $ 300.00 | | $ 750.00 |
| 9/24/2009 | Mtg. w/ Dr. Shulman | 0.50 | $ 300.00 | | $ 150.00 |
| 9/24/2009 | Tour San Quentin w/ Receiver's Construction staff, dental staff, Dr. Rosenberg, meet w/ Warden and staff. | 5.75 | $ 300.00 | | $ 1,725.00 |
| 9/24/2009 | Return trip to Sacramento | 2.00 | | $ 100.00 | $ 200.00 |
| 9/25/2009 | Call from Dr. Shulman | 0.25 | $ 300.00 | | $ 75.00 |
| 9/25/2009 | Mtg. w/ Dr. Toche, Dr. Rosenberg, Dr. Shulman (phone) | 1.00 | $ 300.00 | | $ 300.00 |
| 9/25/2009 | Meeting w/ Coord. Group, Receiver, Chris Meyer re: Construction. | 1.50 | $ 300.00 | | $ 450.00 |
| 9/25/09 | Conf. call w/ Dr. Shulman | 0.25 | $ 300.00 | | $ 75.00 |
| 9/25/2009 | mtg. w/ Dr. Toche. | 1.50 | $ 300.00 | | $ 450.00 |
| 9/25/2009 | Conf. call w/ Dr. Shulman | 0.50 | $ 300.00 | | $ 150.00 |
| 9/26/2009 | Return trip to PHX | 6.00 | | $ 100.00 | $ 600.00 |
| 9/28/2009 | Call from Dr. Shulman | 0.50 | $ 300.00 | | $ 150.00 |
| 9/29/2009 | Conf call w/ Dr. Shulman, Dr. Toche, Dr. Rosenberg | 0.50 | $ 300.00 | | $ 150.00 |
| 9/30/2009 | Trip to Sacramento; wait for Dr. Shulman | 6.50 | | $ 100.00 | $ 650.00 |
| 9/30/2009 | Mtg. w/ Dr. Shulman, Dr. Toche, Dr. Rosenberg; Attend 30 day meeting. | 4.50 | $ 300.00 | | $ 1,350.00 |
| 9/30/2009 | Mtg. w/ Dr. Shulman | 2.00 | $ 300.00 | | $ 600.00 |
| 10/1/2009 | Mtg. w/ Dr. Shulman & MAXTOR rep. | 1.00 | $ 300.00 | | $ 300.00 |
| 10/1/2009 | Mtg. w/ Dr. Shulman, Dr. Rosenberg; attend Imaging Core Leadership mtg.; draft SQ report w/ Dr. Rosenberg. | 6.00 | $ 300.00 | | $ 1,800.00 |
| 10/1/2009 | Mtg. w/ Dr. Shulman & Dr. Toche. | 2.50 | $ 300.00 | | $ 750.00 |
| 10/2/2009 | Return trip to Phoenix | 5.50 | | $ 100.00 | $ 550.00 |
| | Total | 128.50 | $27,825.00 at $300 /hour | $3,575.00 at $100 / hour | $ 31,400.00 |

**Travel Expenses**
Trip to SVSP/CTF 9/14/09 - 9/16/09                                   $ 1,680.30
Trip to Sacramento / SF / Sacramento 9/20/09 - 9/26/09               $ 3,468.74
Trip to Sacramento / SF / Sacramento                                 $ 1,804.87
                                                     Sub-total       $ 6,953.91

                                                     **Invoice total**   $ 38,353.91