IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARLOS PEREZ, et al.

    Plaintiffs,

    v.

JAMES TILTON, et al.,

    Defendants.
_____/

No. C 05-05241 JSW

**ORDER RE DEPOSIT OF FUNDS**

The Court has been notified by the Finance Office that upon payment of the Court Representatives current invoices, the funds on deposit will fall below $100,000. Accordingly, pursuant to the Stipulation dated October 20, 2008 (Docket No. 263), within thirty (30) days of the date of this Order, Defendants shall deposit additional funds with the Clerk of the Court as interim payment of costs.

**IT IS SO ORDERED.**

Dated: October 26, 2009

                                    JEFFREY S. WHITE
                                    UNITED STATES DISTRICT JUDGE

cc:    Finance Office