IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARLOS PEREZ, et al.,

    Plaintiffs,

  v.

MATTHEW CATE, et al.,

    Defendants.

                                      /

No. C 05-05241 JSW

**ORDER ADVANCING STATUS CONFERENCE**

      This matter is set for a status conference on Friday, January 29, 2010 at 1:30 p.m. Since the last status conference in this matter, the Court has begun to receive correspondence regarding the elimination of the Chief Dentist position. Accordingly, IT IS HEREBY ORDERED that the status conference in this matter shall be advanced to December 4, 2009 at 1:30 p.m. If the parties are unable to appear on that date, they shall submit a stipulation and request to set the matter down for a status conference on a mutually agreeable date in December, and the Court shall consider specially setting this matter if necessary. It is FURTHER ORDERED that the parties shall submit a joint status report to the Court by no later than November 23, 2009, and they shall specifically address the impact, if any, on the elimination of the position on compliance with the Amended Stipulated Injunction in this case.

      **IT IS SO ORDERED.**

Dated: October 27, 2009

                                                            JEFFREY S. WHITE
                                                            UNITED STATES DISTRICT JUDGE