1   EDMUND G. BROWN JR.
    Attorney General of California
2   PHILLIP LINDSAY
    Deputy Attorney General
3   State Bar No. 204444
      110 West A Street, Suite 1100
4   San Diego, CA 92101
    P.O. Box 85266
5   San Diego, CA 92186-5266
    Telephone: (619) 645-3134
6   Fax: (619) 645-2581
    E-mail: Phillip.Lindsay@doj.ca.gov
7   *Attorneys for Defendants*

8   PRISON LAW OFFICE
    DONALD SPECTER
9   ALISON HARDY, State Bar No. 135966
      1917 Fifth Street
10  Berkeley, CA 94710
    Telephone: (510) 280-2621
11  Fax: (510) 280-2704
    ahardy@prisonlaw.com
12  *Attorneys for Plaintiffs*

13

14                  IN THE UNITED STATES DISTRICT COURT

15              FOR THE NORTHERN DISTRICT OF CALIFORNIA

16                        SAN FRANCISCO DIVISION

17

| | |
|---|---|
| 18 **CARLOS PEREZ,** | C 05-05241 JSW |
| 19                              Plaintiff, | **STIPULATION AND ~~[PROPOSED]~~ ORDER RE: DEPOSIT OF INTERIM** |
| 20            **v.** | **COSTS** |
| 21 | |
| 22 **MATTHEW CATE, et al.,** | Judge        The Honorable Jeffrey S. White |
| 23                              Defendants. | |

24

25        On October 20, 2008, the Court entered an order regarding the compensation of the Court

26   Experts and the deposit of funds with the Clerk of the Court as an interim payment of costs.

27   (Doc. No. 263.) On October 26, 2009, the Court issued an Order informing the parties that the

28   current balance in the account has dropped below $100,000. (Doc. No. 447.) Therefore, the

                                            1

1  parties stipulate that Defendants will deposit with the Clerk of the Court $500,000 as an interim

2  payment of costs in accordance with the Court's October 20, 2008 order, which includes

3  depositing all amounts in an interest-bearing account with all interest earned accruing to the

4  benefit of Defendants.

5      IT IS SO STIPULATED.

6  Dated: November 12, 2009                    Respectfully submitted,

7                                              EDMUND G. BROWN JR.
                                               Attorney General of California
8

9

10                                             /s/Phillip Lindsay
                                               PHILLIP LINDSAY
                                               Deputy Attorney General
11                                             Attorneys for Defendants

12

13

14  Dated: November 12, 2009                   /s/Alison Hardy
                                               ALISON HARDY
15                                             Prison Law Office
                                               Attorney for Plaintiffs
16

17      I, Phillip Lindsay, attest that Alison Hardy authorized the filing of this document on

18  November 12, 2009.

19

20      **IT IS SO ORDERED.**

21

22      Dated: November 12, 2009

23                                             JEFFREY S. WHITE
                                               United States District Court
24  SD2004800652
    70231813.doc
25  cc: Finance Office

26

27

28

                                    2