Joseph D. Scalzo
3785 N. 156th Lane
Goodyear, AZ 85395
Telephone: (602) 405-4224
Email: jscalzo2@cox.net

Court Expert

**FILED**

NOV - 4 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS PEREZ,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MATTHEW CATE, et al.<br><br>　　　　Defendants. | Case No. C 05-05241 JSW<br><br>**ADMINISTRATIVE MOTION AND** ~~[PROPOSED]~~ **ORDER FOR PAYMENT** |

## ADMINISTRATIVE MOTION

Pursuant to the Court's order of October 20, 2008 (Docket No. 263), court expert Joseph D. Scalzo hereby moves the Court for an order for payment of the attached invoice dated October, 2009.

Dated: October 31, 2009

Respectfully submitted,

_[signature]_

JOSEPH D. SCALZO
Court Expert

# ORDER

Pursuant to the Court's order of October 20, 2008, the Court HEREBY ORDERS payment to court expert Joseph D. Scalzo per the court expert's invoice dated October, 2009.

Dated: November 13, 2009

HON. JEFFERY S. WHITE
United States District Court

cc: Finance

Joseph D. Scalzo
3785 N. 156th Lane
Goodyear, AZ 85395

**Invoice for Dr. Joseph D. Scalzo**
**for October, 2009**

Case #: C 05-05241 JSW
Invoice # 0910

| DATE | Purpose | HOURS | Regular Rate | Travel Rate | Amount |
|---|---|---|---|---|---|
| 10/2/2009 | Review Joint Case Mgt. Statement; call to Dr. Shulman re: same | 0.50 | $ 300.00 | | $ 150.00 |
| 10/4/2009 | Read Receiver's 12th tri-annual Report | 1.00 | $ 300.00 | | $ 300.00 |
| 10/5/2009 | Call from Dr. Shulman | 0.25 | $ 300.00 | | $ 75.00 |
| 10/5/2009 | Conf call w/ Phillip, Alison, Diana, Dr. Shulman; call to Dr. Shulman | 0.50 | $ 300.00 | | $ 150.00 |
| 10/7/2009 | Trip to Sacramento | 6.50 | | $ 100.00 | $ 650.00 |
| 10/7/2009 | Mtg. w/ Dr. Shulman | 2.25 | $ 300.00 | | $ 675.00 |
| 10/7/2009 | Mtg. w/ Dr. Shulman, Dr. Toche | 3.50 | $ 300.00 | | $ 1,050.00 |
| 10/8/2009 | Mtg. w/ Dr. Shulman | 1.00 | $ 300.00 | | $ 300.00 |
| 10/8/2009 | Mtg. w/ Dr. Shulman, Dr. Toche, Dr. Quattlebaum; attend IT demo. | 8.50 | $ 300.00 | | $ 2,550.00 |
| 10/8/2009 | Mtg. w/ Dr. Shulman | 2.00 | $ 300.00 | | $ 600.00 |
| 10/9/2009 | Mtg. w/ Dr. Shulman | 1.75 | $ 300.00 | | $ 525.00 |
| 10/9/2009 | Mtg. w/ Dr. Shulman, Dr. Toche; attend Status Conference. | 4.00 | $ 300.00 | | $ 1,200.00 |
| 10/9/2009 | Mtg. w/ Dr. Shulman | 2.50 | $ 300.00 | | $ 750.00 |
| 10/10/2009 | Return trip to Phoenix | 6.00 | | $ 100.00 | $ 600.00 |
| 10/11/2009 | Call from Dr. Shulman re: Nov. schedule, etc. | 0.75 | $ 300.00 | | $ 225.00 |
| 10/12/2009 | Call from Dr. Shulman re: tours. | 0.25 | $ 300.00 | | $ 75.00 |
| 10/13/2009 | Call to Dr. Shulman | 0.50 | $ 300.00 | | $ 150.00 |
| 10/14/2009 | Call to Dr. Shulman | 0.25 | $ 300.00 | | $ 75.00 |
| 10/15/2009 | Review CDCR stats for Aug. sent by Phillip w/ Dr. Shulman | 1.00 | $ 300.00 | | $ 300.00 |
| 10/16/2009 | Conf. call w/ Dr. Shulman | 1.00 | $ 300.00 | | $ 300.00 |
| 10/18/2009 | Review and provide suggested changes to site visit reports. | 0.50 | $ 300.00 | | $ 150.00 |
| 10/19/2009 | Trip to Reno, NV | 4.50 | | $ 100.00 | $ 450.00 |
| 10/19/2009 | Mtg. w/ Dr. Shulman | 2.00 | $ 300.00 | | $ 600.00 |
| 10/19/2009 | Mtg. w/ Dr. Shulman re: Site reports, etc. | 3.25 | $ 300.00 | | $ 975.00 |
| 10/20/2009 | Mtg. w/ Dr. Shulman; Mtg. w/ Warden and staff of CCC, Drs. Toche & Rosenberg, CDCR construction team; tour CCC; mtg. w/Drs. Toche & Rosenberg to draft CCC report; attend post tour conference. Mtg. w/ Dep. Warden and staff of HDSP, Drs. Toche & Rosenberg, CDCR construction team; tour HDSP; attend post tour conference. | 9.50 | $ 300.00 | | $ 2,850.00 |
| 10/20/2009 | Mtg. w/ Dr. Shulman. | 2.00 | $ 300.00 | | $ 600.00 |
| 10/21/2009 | Mtg. w/ Dr. Shulman; Mtg. w/ Dr. Toche, Dr. Rosenberg; draft site visit reports; attend HITEC meeting. | 9.00 | $ 300.00 | | $ 2,700.00 |
| 10/21/2009 | Mtg. w/ Dr. Shulman and Shron Angust | 3.00 | $ 300.00 | | $ 900.00 |
| 10/22/2009 | Mtg. w/ Dr. Shulman; Mtg. w/ Warden and staff of SOL, Drs. Toche & Rosenberg, CDCR construction team; tour SOL; attend post tour conference.Tour of CMF w/ same team; Meeing w/ Dr. Shulman, Dr. Toche & Dr. Rosenberg re: today's tours; renew CDCR ID at CDCR HQ. | 10.00 | $ 300.00 | | $ 3,000.00 |
| 10/22/2009 | Mtg. w/ Dr. Toche & Dr. Shulman | 2.50 | $ 300.00 | | $ 750.00 |
| 10/23/2009 | Travel back to Phoenix. | 5.25 | | $ 100.00 | $ 525.00 |
| 10/24/2009 | Reply to e-mail from Dr. Toche; conf. call w/ Dr. Shulman re: Judge White letter. | 0.50 | $ 300.00 | | $ 150.00 |
| 10/24/2009 | Conf call w/ Dr. Toche & Dr. Shulman | 0.50 | $ 300.00 | | $ 150.00 |
| 10/25/2009 | Review draft site visit reports from Dr. Toche | 0.25 | $ 300.00 | | $ 75.00 |
| 10/26/2009 | Review and comment on draft site visit reports from Dr. Shulman; send on to Dr. Toche/ Dr. Shulman. | 0.50 | $ 300.00 | | $ 150.00 |
| 10/26/2009 | Conf. call w/ Dr. Shulman | 0.50 | $ 300.00 | | $ 150.00 |
| 10/27/2009 | Call from Dr. Shulman re: rescheduled Status Conf. | 0.25 | $ 300.00 | | $ 75.00 |
| 10/29/2009 | Call from Dr. Shulman re: future travel plans | 1.00 | $ 300.00 | | $ 300.00 |
| | **Total** | **99.00** | **$23,025.00**<br>76.75 at $300 /hour | **$2,225.00**<br>22.25 at $100 / hour | **$ 25,250.00** |

**Travel Expenses**

| | |
|---|---|
| Trip to Sacramento/San Francisco 10/7/09 - 10/10/09 | $ 2,274.75 |
| Trip to Reno / Sacramento 10/19/09 - 10/23/09 | $ 2,763.15 |
| **Sub-total** | **$ 5,037.90** |
| **Invoice total** | **$ 30,287.90** |