Jay D. Shulman
9647 Hilldale Drive
Dallas, Texas 75231
Telephone: (214) 923-8359
Email: jayshulman@sbcglobal.net

Court Expert

**FILED**

NOV - 3 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

CARLOS PEREZ,

    Plaintiff,

v.

MATTHEW CATE, et al.

    Defendants.

Case No. C 05-05241 JSW

**ADMINISTRATIVE MOTION AND [PROPOSED] ORDER FOR PAYMENT**

### ADMINISTRATIVE MOTION

Pursuant to the Court's order of October 20, 2008 (Docket No. 263), court expert Jay D. Shulman hereby moves the Court for an order for payment of the attached invoice dated October 31, 2009.

Dated: October 31, 2009

Respectfully submitted,

JAY D. SHULMAN
Court Expert

# ORDER

Pursuant to the Court's orders of October 20, 2008, the Court HEREBY ORDERS payment to court expert Jay D. Shulman per the court expert's invoice dated October 31, 2009

Dated: November 13, 2009

*[signature]*
HON. JEFFREY S. WHITE
United States District Court

cc: Finance

Jay D. Shulman
9647 Hilldale Drive
Dallas, Texas  75231


Invoice submitted to *Perez*


October 31, 2009

Invoice # 193

Professional Services for Dr. Jay D. Shulman

| Date | Activity | Hours @ $300/hr | Hours @ $100/hr | Amount |
|---|---|---|---|---|
| 10/1/2009 | Meet w/ Dr. Scalzo | 1.00 | | 300 |
| 10/1/2009 | Imaging Core Leadership Meeting; Meet w/ Drs. Toche and Rosenberg | 6.00 | | 1,800 |
| 10/1/2009 | Meet w/ Dr. Scalzo; *Perez* 30-Day Meeting; Meet with Drs. Scalzo, Toche, Rosenberg | 6.00 | | 1,800 |
| 10/2/2009 | Travel to Dallas (Note: travel delay) | | 11.50 | 1,150 |
| 10/2/2009 | Conf w/ Dr. Toche | 0.25 | | 75 |
| 10/2/2009 | Conf w/ Dr. Scalzo | 0.25 | | 75 |
| 10/3/2009 | SQ report | 0.25 | | 75 |
| 10/4/2009 | Construction Summary Report | 0.75 | | 225 |
| 10/5/2009 | Conf w/ Dr. Scalzo | 0.25 | | 75 |
| 10/5/2009 | Conf w/ Dr. Toche | 0.25 | | 75 |
| 10/5/2009 | Conf w/ Drs. Toche, Scalzo; Alison Hardy, Phillip Lindsay | 0.75 | | 225 |
| 10/5/2009 | Conf w/ Dr. Scalzo | 0.25 | | 75 |
| 10/5/2009 | Review 9/22/09 Clinical Imaging Status Report | 0.25 | | 75 |
| 10/6/2009 | Review Imaging Core Leadership Team Meeting Summary and Clinical Initiative/Project Governance and Support Plan | 0.75 | | 225 |
| 10/7/2009 | Travel to Sac | | 6.50 | 650 |
| 10/7/2009 | Meet w/ Dr. Scalzo | 2.25 | | 675 |
| 10/7/2009 | Meet w/ Drs. Scalzo and Toche | 3.50 | | 1,050 |
| 10/8/2009 | Meet w/ Dr. Scalzo | 1.00 | | 300 |

| Date | Description | Hours | Travel Hours | Amount |
|---|---|---|---|---|
| 10/8/2009 | Meet w/ Drs Scalzo, Toche, Quattlebaum; attend IT demonstration | 8.50 | | 2,550 |
| 10/8/2009 | Meet w/ Dr. Scalzo | 2.00 | | 600 |
| 10/9/2009 | Meet w/ Dr. Scalzo | 1.75 | | 525 |
| 10/9/2009 | Meet w/ Drs. Scalzo and Toche; attend Status Conference | 4.00 | | 1,200 |
| 10/9/2009 | Meet w/ Dr. Scalzo | 2.50 | | 750 |
| 10/10/2009 | Meet w/ Dr. Scalzo | 1.00 | | 300 |
| 10/10/2009 | Return to Dallas | | 6.50 | 650 |
| 10/11/2009 | Travel to Ontario | | 6.25 | 625 |
| 10/11/2009 | Conf w/ Dr. Scalzo | 1.00 | | 300 |
| 10/12/2009 | Site visits to CIW / CRC | 8.25 | | 2,475 |
| 10/12/2009 | Conf w/ Dr. Scalzo | 0.25 | | 75 |
| 10/12/2009 | Meet w/ Dr. Toche, Suzanne Streater, Michael Stone, Esq. | 2.00 | | 600 |
| 10/13/2009 | Site visits to CIM / Stark | 6.25 | | 1,875 |
| 10/13/2009 | Conf w/ Dr. Scalzo | 0.50 | | 150 |
| 10/14/2009 | Return to Dallas (note: flight delay) | | 9.50 | 950 |
| 10/15/2009 | Review / comment on Health Care Appeals Monthly Report - September 2009 and make spreadsheet modifications | 1.00 | | 300 |
| 10/15/2009 | San Quentin Report | 0.50 | | 150 |
| 10/15/2009 | Read / send e-mail | 1.00 | | 300 |
| 10/15/2009 | Review 30-day Perez minutes | 0.25 | | 75 |
| 10/15/2009 | Conf. w/ Dr. Scalzo | 1.00 | | 300 |
| 10/15/2009 | Review CDCR's monthly document production for Perez | 2.00 | | 600 |
| 10/15/2009 | E-mail to Messrs. Lopes and Swanson | 0.25 | | 75 |
| 10/15/2009 | Production material analysis | 0.75 | | 225 |
| 10/16/2009 | Complete Production material analysis document and send to Dr. Toche | 1.00 | | 300 |
| 10/16/2009 | Conf. w/ Dr. Scalzo | 0.50 | | 150 |
| 10/18/2009 | Read Receiver's 12th Triennial Report | 1.50 | | 450 |
| 10/18/2009 | CIM / CIW reports | 2.00 | | 600 |
| 10/18/2009 | Conf. w/ Dr. Toche | 0.25 | | 75 |
| 10/19/2009 | Travel to Reno, NV | | 7.00 | 700 |
| 10/19/2009 | Meet w/ Dr. Scalzo | 2.00 | | 600 |
| 10/19/2009 | Meet w/ Dr. Scalzo | 3.25 | | 975 |
| 10/20/2009 | Meet w/ Drs. Scalzo, Toche, Rosenberg; site visit to CCC / HDSP with construction team | 9.50 | | 2,850 |
| 10/20/2009 | Meet w/ Dr. Scalzo | 2.00 | | 600 |

| | | | | |
|---|---|---|---|---|
| 10/21/2009 | Meet w/ Drs. Scalzo, Toche, Rosenberg; attend HITECH | 9.00 | | 2,700 |
| 10/21/2009 | Meet w/ Dr. Scalzo and Sharon Aungst | 3.00 | | 900 |
| 10/22/2009 | Meet w/ Dr. Scalzo; site visits to SOL and CMF with construction team | 10.00 | | 3,000 |
| 10/22/2009 | Meet w/ Drs. Scalzo and Toche | 2.50 | | 750 |
| 10/22/2009 | Return to Dallas | | 6.50 | 650 |
| 10/24/2009 | Chief Dentist productivity study outline | 1.25 | | 375 |
| 10/24/2009 | Conf w/ Dr. Scalzo | 0.50 | | 150 |
| 10/24/2009 | Conf. w/ Drs. Toche and Scalzo | 1.00 | | 300 |
| 10/26/2009 | CMF report draft | 1.50 | | 450 |
| 10/26/2009 | SOL report draft | 1.75 | | 525 |
| 10/26/2009 | Conf. w/ Dr. Toche | 0.25 | | 75 |
| 10/27/2009 | Conf w/ Dr. Scalzo | 0.25 | | 75 |
| 10/28/2009 | Make travel reservations | 0.50 | | 150 |
| 10/29/2009 | Conf w/ Dr. Scalzo | 1.00 | | 300 |

**For Professional services rendered**  $42,275

**Additional Charges:**
**Travel**
Oct 8-10      1,788.75
Oct 11-14     1,350.89
Oct 19-23     1,552.41

**Other Expense**
PACER Quarterly Invoice     37.60
Total amount of charges     **$4,729.65**

**Total amount of this bill**                    $47,004.65

Jay D. Shulman
9647 Hilldale Drive
Dallas, Texas 75231

Invoice submitted to *Perez*

October 31, 2009

Invoice # 193

Professional Services for Dr. Jay D. Shulman

| Date | Activity | Hours @ $300/hr | Hours @ $100/hr | Amount |
|---|---|---|---|---|
| 10/1/2009 | Meet w/ Dr. Scalzo | 1.00 | | 300 |
| 10/1/2009 | Imaging Core Leadership Meeting; Meet w/ Drs. Toche and Rosenberg | 6.00 | | 1,800 |
| 10/1/2009 | Meet w/ Dr. Scalzo; *Perez* 30-Day Meeting; Meet with Drs. Scalzo, Toche, Rosenberg | 6.00 | | 1,800 |
| 10/2/2009 | Travel to Dallas (Note: travel delay) | | 11.50 | 1,150 |
| 10/2/2009 | Conf w/ Dr. Toche | 0.25 | | 75 |
| 10/2/2009 | Conf w/ Dr. Scalzo | 0.25 | | 75 |
| 10/3/2009 | SQ report | 0.25 | | 75 |
| 10/4/2009 | Construction Summary Report | 0.75 | | 225 |
| 10/5/2009 | Conf w/ Dr. Scalzo | 0.25 | | 75 |
| 10/5/2009 | Conf w/ Dr. Toche | 0.25 | | 75 |
| 10/5/2009 | Conf w/ Drs. Toche, Scalzo; Alison Hardy, Phillip Lindsay | 0.75 | | 225 |
| 10/5/2009 | Conf w/ Dr. Scalzo | 0.25 | | 75 |
| 10/5/2009 | Review 9/22/09 Clinical Imaging Status Report | 0.25 | | 75 |
| 10/6/2009 | Review Imaging Core Leadership Team Meeting Summary and Clinical Initiative/Project Governance and Support Plan | 0.75 | | 225 |
| 10/7/2009 | Travel to Sac | | 6.50 | 650 |
| 10/7/2009 | Meet w/ Dr. Scalzo | 2.25 | | 675 |
| 10/7/2009 | Meet w/ Drs. Scalzo and Toche | 3.50 | | 1,050 |
| 10/8/2009 | Meet w/ Dr. Scalzo | 1.00 | | 300 |

| Date | Description | Hours | Travel | Amount |
|---|---|---|---|---|
| 10/8/2009 | Meet w/ Drs Scalzo, Toche, Quattlebaum; attend IT demonstration | 8.50 | | 2,550 |
| 10/8/2009 | Meet w/ Dr. Scalzo | 2.00 | | 600 |
| 10/9/2009 | Meet w/ Dr. Scalzo | 1.75 | | 525 |
| 10/9/2009 | Meet w/ Drs. Scalzo and Toche; attend Status Conference | 4.00 | | 1,200 |
| 10/9/2009 | Meet w/ Dr. Scalzo | 2.50 | | 750 |
| 10/10/2009 | Meet w/ Dr. Scalzo | 1.00 | | 300 |
| 10/10/2009 | Return to Dallas | | 6.50 | 650 |
| 10/11/2009 | Travel to Ontario | | 6.25 | 625 |
| 10/11/2009 | Conf w/ Dr. Scalzo | 1.00 | | 300 |
| 10/12/2009 | Site visits to CIW / CRC | 8.25 | | 2,475 |
| 10/12/2009 | Conf w/ Dr. Scalzo | 0.25 | | 75 |
| 10/12/2009 | Meet w/ Dr. Toche, Suzanne Streater, Michael Stone, Esq. | 2.00 | | 600 |
| 10/13/2009 | Site visits to CIM / Stark | 6.25 | | 1,875 |
| 10/13/2009 | Conf w/ Dr. Scalzo | 0.50 | | 150 |
| 10/14/2009 | Return to Dallas (note: flight delay) | | 9.50 | 950 |
| 10/15/2009 | Review / comment on Health Care Appeals Monthly Report - September 2009 and make spreadsheet modifications | 1.00 | | 300 |
| 10/15/2009 | San Quentin Report | 0.50 | | 150 |
| 10/15/2009 | Read / send e-mail | 1.00 | | 300 |
| 10/15/2009 | Review 30-day Perez minutes | 0.25 | | 75 |
| 10/15/2009 | Conf. w/ Dr. Scalzo | 1.00 | | 300 |
| 10/15/2009 | Review CDCR's monthly document production for Perez | 2.00 | | 600 |
| 10/15/2009 | E-mail to Messrs. Lopes and Swanson | 0.25 | | 75 |
| 10/15/2009 | Production material analysis | 0.75 | | 225 |
| 10/16/2009 | Complete Production material analysis document and send to Dr. Toche | 1.00 | | 300 |
| 10/16/2009 | Conf. w/ Dr. Scalzo | 0.50 | | 150 |
| 10/18/2009 | Read Receiver's 12th Triennial Report | 1.50 | | 450 |
| 10/18/2009 | CIM / CIW reports | 2.00 | | 600 |
| 10/18/2009 | Conf. w/ Dr. Toche | 0.25 | | 75 |
| 10/19/2009 | Travel to Reno, NV | | 7.00 | 700 |
| 10/19/2009 | Meet w/ Dr. Scalzo | 2.00 | | 600 |
| 10/19/2009 | Meet w/ Dr. Scalzo | 3.25 | | 975 |
| 10/20/2009 | Meet w/ Drs. Scalzo, Toche, Rosenberg; site visit to CCC / HDSP with construction team | 9.50 | | 2,850 |
| 10/20/2009 | Meet w/ Dr. Scalzo | 2.00 | | 600 |

| Date | Description | Hours | | Amount |
|---|---|---|---|---|
| 10/21/2009 | Meet w/ Drs. Scalzo, Toche, Rosenberg; attend HITECH | 9.00 | | 2,700 |
| 10/21/2009 | Meet w/ Dr. Scalzo and Sharon Aungst | 3.00 | | 900 |
| 10/22/2009 | Meet w/ Dr. Scalzo; site visits to SOL and CMF with construction team | 10.00 | | 3,000 |
| 10/22/2009 | Meet w/ Drs. Scalzo and Toche | 2.50 | | 750 |
| 10/22/2009 | Return to Dallas | | 6.50 | 650 |
| 10/24/2009 | Chief Dentist productivity study outline | 1.25 | | 375 |
| 10/24/2009 | Conf w/ Dr. Scalzo | 0.50 | | 150 |
| 10/24/2009 | Conf. w/ Drs. Toche and Scalzo | 1.00 | | 300 |
| 10/26/2009 | CMF report draft | 1.50 | | 450 |
| 10/26/2009 | SOL report draft | 1.75 | | 525 |
| 10/26/2009 | Conf. w/ Dr. Toche | 0.25 | | 75 |
| 10/27/2009 | Conf w/ Dr. Scalzo | 0.25 | | 75 |
| 10/28/2009 | Make travel reservations | 0.50 | | 150 |
| 10/29/2009 | Conf w/ Dr. Scalzo | 1.00 | | 300 |

**For Professional services rendered**                                             **$42,275**

**Additional Charges:**
**Travel**
Oct 8-10        1,788.75
Oct 11-14       1,350.89
Oct 19-23       1,552.41

**Other Expense**
PACER Quarterly Invoice    37.60
Total amount of charges              **$4,729.65**

**Total amount of this bill**                                           **$47,004.65**