```
 1  PRISON LAW OFFICE
    DONALD SPECTER #83925
 2  STEVEN FAMA #99641
    ALISON HARDY #135966
 3  1917 Fifth Street
    Berkeley, CA 94710
 4  Telephone: (510) 280-2621
    Facsimile: (510) 280-2704
 5  ahardy@prisonlaw.com

 6  Attorneys for Plaintiffs
```

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS PEREZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MATTHEW CATE, et al., <br><br> Defendants. | **No. C05-5241 JSW** <br><br> **STIPULATION AND ORDER FOR PERIODIC COLLECTION OF ATTORNEYS' FEES AND COSTS** |

On April 10, 2007, this Court established a procedure by which plaintiffs are to collect attorneys' fees and costs incurred in connection with the Amended Stipulation and Order. This procedure requires plaintiffs' counsel to submit to defendants a quarterly statement of fees incurred in monitoring work, and permits defendants thirty (30) days from the receipt of plaintiffs' statement to notify plaintiffs of any disputed items. After the parties meet and confer on any of defendant's objections, counsel shall then prepare a stipulated order for payment of the fees not subject to defendants' objections. The Order also states that defendants shall have thirty (30) days from the entry of the order to pay the undisputed fees and that interest on any undisputed fees will run from the thirty-first day after the Order is filed, accruing at the rate provided by 28 U.S.C. § 1961.

Pursuant to this procedure, plaintiffs' counsel served their second quarter billing

statement demanding $36,471 for the period from April 1, 2009 through July 31, 2009 on July 31, 2009. Plaintiffs prevailed on their motion to compel payment for paralegal work at the market rate up to the PLRA limit on attorneys' fees, but defendants continue to object to plaintiffs' rate for paralegal work and intend to appeal the Court's ruling. Following a meet and confer, the parties agreed to $28,693 in undisputed fees, with paralegal fees calculated at the rate demanded by defendants. Plaintiffs, however, reserve the right to move to compel payment for the disputed fees.

      WHEREFORE, defendants agree to pay plaintiffs' counsel $28,693 within 30 days of the signing of this Order. On the 31st day following the entry of this Order, interest on any unpaid amount will begin to accrue at the rate provided by 28 U.S.C. § 1961 (<u>i.e.</u>, the weekly average 1 year constant maturity Treasury yield for the calendar week preceding the date of the Order.)

AGREED TO BY THE PARTIES:

Date: November 13, 2009

                                /s/
                                Alison Hardy
                                Attorney for Plaintiffs

Date: November 17, 2009

                                /s/
                                Phillip Lindsay
                                Deputy Attorney General
                                Attorney for Defendants

      I, Alison Hardy, attest that Phillip Lindsay signed this document on November 17, 2009.

IT IS SO ORDERED.

Date: November 30, 2009

                                *Jeffrey S. White*
                                Honorable Jeffrey S. White
                                United States District Court Judge