IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA CORRECTIONAL SUPERVISORS ORGANIZATION, and DR. JOHN ADAMO, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>MATTHEW CATE, Director, California Department of Corrections and Rehabilitation; DEBRA ENDSLEY, Director, California Department of Personnel Administration,<br><br>Defendants. | No. C 09-05631 WHA<br>No. C 05-05241 JSW<br><br>**ORDER OF REFERRAL** |

Upon review, Case No. 09-05631 WHA appears to concern the same defendants, transactions, and events as *Perez v. Cate*, Case No. C 05-5241 JSW. Both actions concern the elimination of the Chief Dentist position at all CDCR institutions and the minimum level of dental care necessary for defendants to fulfill their obligations under the Eighth Amendment of the U.S. Constitution. Pursuant to Civil L.R. 3-12(c), the Court refers this matter to Judge Jeffrey S. White for the purpose of determining whether it is related as defined in Civil L.R. 3-12(a).

Note also that an administrative motion to consider whether these cases should be related was filed by plaintiffs in Case No. 09-05631 (Dkt. No. 5), and that motion should have been filed in the lower numbered case.

**IT IS SO ORDERED.**

Dated: December 2, 2009

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE