EDMUND G. BROWN JR.
Attorney General of California
PHILLIP LINDSAY
Deputy Attorney General
State Bar No. 204444
  110 West A Street, Suite 1100
  San Diego, CA 92101
  P.O. Box 85266
  San Diego, CA 92186-5266
  Telephone: (619) 645-3134
  Fax: (619) 645-2581
  E-mail: Phillip.Lindsay@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **CARLOS PEREZ,** | C 05-05241 JSW |
| Plaintiff, | **DEFENDANTS' ADMINISTRATIVE MOTION AND ~~PROPOSED~~ ORDER FOR AN EXTENSION OF TIME TO SUBMIT JOINT STATUS CONFERENCE STATEMENT** |
| v. | |
| **MATTHEW CATE, et al.,** | |
| Defendants. | Judge   The Honorable Jeffrey S. White |

    Defendants request a one-week extension of time to December 23, 2009, for the Parties to submit their joint status conference statement to the Court. Plaintiffs do not object to Defendants' requested extension. For the reasons outlined below and in the supporting declaration of Phillip Lindsay, good cause exists for Defendants' request.

    This Court held a status conference on December 4, 2009, regarding the California Department of Corrections and Rehabilitation's (CDCR) eliminaton of the Chief Dentist position. During the status conference, the Court asked the Parties specific, detailed questions regarding what impact, if any, the elimination of the Chief Dentist position may have on CDCR's ability to comply with the Amended Stipulated Injunction in this case. The Court invited the

1

1  Parties to supplement their oral responses to the Court's questions with a written response by
2  December 16, 2009.  The Parties have agreed to submit a joint status conference statement
3  providing the Court with additional information to the Court's questions.
4      Defendants have been gathering additional information to fully address the Court's
5  questions, but need additional time to review the information to ensure a full, complete, and
6  accurate response to the issues raised by the Court.  Plaintiffs are not opposed to Defendants'
7  request, and Defendants believe a seven-day extension will provide Defendants with sufficient
8  time to review and provide the Court with a complete and accurate response.  Therefore,
9  Defendants respectfully request an extension to submit the Parties' joint case management
10 statement to December 23, 2009.

11 Dated:  December 16, 2009

    Respectfully submitted,

    EDMUND G. BROWN JR.
    Attorney General of California

    PHILLIP LINDSAY
    Deputy Attorney General
    *Attorneys for Defendants*

**IT IS SO ORDERED.**

Dated: December 17, 2009

_____
HON. JEFFREY WHITE
United States District Court

SD2004800652
70240148.doc

2

Defs.' Admin. Motion for an Extension of Time to Submit Joint Status Conference Statement  (C 05-05241 JSW)