Jay D. Shulman
9647 Hilldale Drive
Dallas, Texas  75231
Telephone: (214) 923-8359
Email: jayshulman@sbcglobal.net

Court Expert

**FILED**

DEC 1 0 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CARLOS PEREZ,

    Plaintiff,

v.

MATTHEW CATE, et al.

    Defendants.

Case No. C 05-05241 JSW

**ADMINISTRATIVE MOTION AND [PROPOSED] ORDER FOR PAYMENT**

**ADMINISTRATIVE MOTION**

Pursuant to the Court's order of October 20, 2008 (Docket No. 263), court expert Jay D. Shulman hereby moves the Court for an order for payment of the attached invoice dated December 5, 2009.

Dated: December 5, 2009

Respectfully submitted,

JAY D. SHULMAN
Court Expert

# ORDER

Pursuant to the Court's orders of October 20, 2008, the Court HEREBY ORDERS payment to court expert Jay D. Shulman per the court expert's invoice dated December 5, 2009.

Dated: December 21, 2009

*[signature]*
HON. JEFFREY S. WHITE
United States District Court

ADMIN. MOTION AND [PROPOSED] ORDER FOR PAYMENT
*Perez v. Cate*, C 05-05241 JSW

Jay D. Shulman
9647 Hilldale Drive
Dallas, Texas  75231

Invoice submitted to *Perez*

December 5, 2009

Invoice # 196

Professional Services for Dr. Jay D. Shulman

| Date | Activity | Hours @ $300/hr | Hours @ $100/hr | Amount |
|---|---|---|---|---|
| 11/2/2009 | Travel from to Dallas to Burbank, CA | | 5.75 | 575 |
| 11/2/2009 | Meet w/ Dr. Scalzo | 2.00 | | 600 |
| 11/2/2009 | Meet w/ Drs. Scalzo, Toche, Rosenberg, and Suzanne Streater | 4.50 | | 1,350 |
| 11/3/2009 | Meet w/ Drs. Scalzo, Toche, Rosenberg, and Suzanne Streater; visits to LAC / CCI; meet w/ construction team | 11.00 | | 3,300 |
| 11/3/2009 | Meet w/ Drs. Scalzo, Toche, Rosenberg, and Suzanne Streater | 2.25 | | 675 |
| 11/4/2009 | Meet w/ Drs. Scalzo, Toche, Rosenberg, and Suzanne Streater | 1.50 | | 450 |
| 11/4/2009 | NKSP site visit; meet w/ Drs. Scalzo and Toche | 10.50 | | 3,150 |
| 11/5/2009 | Meet w/ Dr. Scalzo | 1.00 | | 300 |
| 11/5/2009 | Meet w/ Drs. Scalzo, Toche, Rosenberg, and Suzanne Streater; attend Core Imaging Committee; work on construction reports | 7.50 | | 2,250 |
| 11/5/2009 | Meet with Dr. Scalzo, *Coleman* Special Master & staff | 3.00 | | 900 |

| Date | Description | Hours | Hours | Amount |
|---|---|---|---|---|
| 11/6/2009 | Return to Dallas | | 8.50 | 850 |
| 11/7/2009 | Review Imaging Core Leadership documents | 0.75 | | 225 |
| 11/7/2009 | Review P&T meeting material | 0.50 | | 150 |
| 11/9/2009 | Travel to Sacramento | | 6.50 | 650 |
| 11/9/2009 | Meet w/ Drs. Scalzo, Rosenberg, Toche; Aaron Carruthers (note: change to Pacific time) | 5.00 | | 1,500 |
| 11/9/2009 | Meet w/ Drs. Scalxo and Toche | 2.50 | | 750 |
| 11/10/2009 | Meet w/ Dr. Scalzo | 1.00 | | 300 |
| 11/10/2009 | Meet w/ Drs. Scalzom Toche, Rosenberg, Quattlebaum; site visit to Folsom State Prison, audit demonstration w/ Dr. Steven Merrill | 8.25 | | 2,475 |
| 11/10/2009 | Meet w/ Drs. Scalzo and Merrill | 2.50 | | 750 |
| 11/11/2009 | Travel to Dallas | | 7.00 | 700 |
| 11/12/2009 | Conf. w/ Dr. Scalzo | 0.25 | | 75 |
| 11/12/2009 | CCI, NKSP, CIM, CRC, LAC reports | 0.75 | | 225 |
| 11/12/2009 | Clinical Imaging Status Report | 0.50 | | 150 |
| 11/12/2009 | CCI, NKSP, CIM, CRC, LAC reports | 0.50 | | 150 |
| 11/15/2009 | Travel to Sacramento | | 7.00 | 700 |
| 11/15/2009 | Meet w/ Dr. Scalzo | 2.00 | | 600 |
| 11/15/2009 | Meet w/ Dr. Scalzo | 3.50 | | 1,050 |
| 11/16/2009 | Meet w/ Drs. Scalzo, Toche, Rosenberg; Region 1 audit training session; finalize site reports | 9.75 | | 2,925 |
| 11/16/2009 | Meet w/ Drs. Scalzo and Toche | 2.25 | | 675 |
| 11/17/2009 | Meet w/ Drs. Scalzo, Toche, and Rosenberg; attend Coordination Meeting; attend Bed Plan Update; finalize site visit construction summary | 9.00 | | 2,700 |
| 11/17/2009 | Meet w/ Dr. Scalzo; *Coleman* Special Master and staff | 2.75 | | 825 |

| Date | Description | Hours | | Amount |
|---|---|---|---|---|
| 11/18/2009 | Meet w/ Drs. Scalzo, Toche, Rosenberg; DVI / SCC site visits | 8.50 | | 2,550 |
| 11/18/2009 | Meet w/ Dr. Scalzo | 2.00 | | 600 |
| 11/19/2009 | Meet w/ Drs. Scalzo, Toche, Rosenberg; Mule Creek site visit; attend Consolidated Care Center Virtual Tour | 9.00 | | 2,700 |
| 11/20/2009 | Travel to Dallas | | 8.00 | 800 |
| 11/20/2009 | Conf. w/ Dr. Scalzo | 0.25 | | 75 |
| 11/21/2009 | Clinical Imaging Status Report | 0.50 | | 150 |
| 11/21/2009 | Review Dental Production Report for November 60-day Meeting | 1.50 | | 450 |
| 11/23/2009 | Conf. w/ Dr. Scalzo | 0.25 | | 75 |
| 11/23/2009 | Make travel arrangements / reservations | 0.75 | | 225 |
| 11/23/2009 | Conf w/ Dr. Scalzo and Ed Swanson | 0.75 | | 225 |
| 11/25/2009 | Inmate appeals report & data analysis | 0.75 | | 225 |
| 11/25/2009 | Clinical Imaging Status Report and program review | 0.50 | | 150 |
| 11/26/2009 | Conf. w/ Dr. Scalzo | 0.25 | | 75 |
| 11/27/2009 | Review CPHCS PMO Monthly Report - October 2009 | 0.50 | | 150 |
| 11/30/2009 | Travel to Sacramento | | 7.75 | 775 |
| 11/30/2009 | Meet w/ Drs. Scalzo, Toche, Rosenberg, Quattlebaum | 3.50 | | 1,050 |
| 11/30/2009 | Meet w/ Dr. Scalzo | 1.50 | | 450 |

**For Professional services rendered**     $42,700

**Additional Charges:**
**Travel**
Nov 2-6     1,432.89
Nov 9-11     1,343.23
Nov 15-20     1,946.69

**Other Expense**

Total amount of charges     $4,722.81

**Total amount of this bill**     $47,422.81