EDMUND G. BROWN JR.
Attorney General of California
PHILLIP LINDSAY
Deputy Attorney General
State Bar No. 204444
 110 West A Street, Suite 1100
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone: (619) 645-3134
 Fax: (619) 645-2581
 E-mail: Phillip.Lindsay@doj.ca.gov
*Attorneys for Defendants*

PRISON LAW OFFICE
DONALD SPECTER
ALISON HARDY
State Bar No. 135966
 1917 Fifth Street
 Berkeley, CA 94710
 Telephone (510) 280-2621
 Fax: (510) 280-2704
 E-Mail: ahardy@prisonlaw.com
*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CARLOS PEREZ,<br><br>  Plaintiff,<br><br>v.<br><br>MATTHEW CATE, et al.,<br><br>  Defendants. | C 05-05241 JSW<br><br>**SUPPLEMENTAL JOINT STATUS CONFERENCE STATEMENT**<br><br>Date: January 15, 2010<br>Time: 1:30 p.m.<br>Courtroom: 11, 19th floor<br>Judge: The Honorable Jeffrey S. White |

The parties submit the following supplemental joint status conference statement under local Rule of Court 16-9.

1

Suppl. Joint Status Conference Statement (C 05-05241 JSW)

# INTRODUCTION

The Court held a status conference in this matter on December 4, 2009, regarding the California Department of Corrections and Rehabilitation's (CDCR) transition from the Chief Dentist position to the Health Program Manager III position. At that time, the Court scheduled a status conference for January 15, 2010, and invited the parties to submit a written response to specific questions raised at the December 4, 2009 status conference. On December 23, 2009, the parties submitted a joint status conference statement, which consisted of the parties' written response to the questions raised by the Court on December 4, 2009. This supplemental joint status conference statement is intended to provide the Court with an update on CDCR's organizational transition.

## I. ELIMINATION OF THE CHIEF DENTIST POSITION

On September 30, 2009, in consultation with the *Perez* Court Experts and without objection by Plaintiffs, CDCR announced the elimination of the Chief Dentist position effective February 4, 2010[1]. (Toche Decl. at ¶ 2.) Each Chief Dentist's administrative duties will be transferred to a newly created HPM III position, while all clinical supervisory duties will be assumed by the Supervising Dentist at each institution. (*Id.*)

Since the announcement of theses changes, the parties and Court Experts have been meeting regularly, including most recently on December 1, 2009 and January 5 and 7, 2010, to discuss and review how this transition can proceed without negatively impacting the delivery of dental care to the class members. The parties and Court Experts have scheduled their next meeting for January 14, 2010. (*Id.*)

## II. CURRENT STATUS OF THE TRANSITION PROCESS

### Defendants' Statement:

CDCR is moving forward with transitioning to the HPM III position. Although the California Department of Personnel Administration (DPA) and the California Department of Finance (DOF) must issue their final approval of the HPM III position before CDCR can allocate

---

[1] Initially, the position was to be eliminated January 31, 2010. The time period has now been extended to February 4, 2010. (Toche Decl. at ¶ 2.)

2

Suppl. Joint Status Conference Statement  (C 05-05241 JSW)

the positions to the institutions, DPA has authorized CDCR to begin interviewing candidates for the HPM III positions. (*Id.* at ¶ 3.) CDCR expects DPA and DOF to issue their final approval in three to four weeks. (*Id.*) To date, there are sixty-two HPM III candidates on CDCR's HPM III certification list. (*Id.* at ¶ 4.) Each candidate has the minimum qualifications required for the HPM III position. (*Id.*) Additionally, CDCR has drafted a letter detailing the responsibilities and pay scale of the HPM III position that will be sent to existing CDCR employees who, based on their current position within CDCR, may qualify for the position. (*Id.*) Finally, CDCR will continue to implement its strategic recruitment plan, which includes print media advertising and the targeting of specific colleges and universities that confer master's degrees in public health programs. (*Id.* at ¶ 5.) CDCR will begin interviewing candidates by January 19, 2010, and believes that the candidate pool will increase as CDCR's continues its recruitment efforts. (*Id.*)

II.  **CDCR'S STRATEGIES TO ENSURE *PEREZ* COMPLIANCE**

**Defendants' Statement:**

As previously reported, CDCR has implemented a number of operational strategies during this transitional period to ensure continued *Perez* compliance. For instance, the Chief Dentist's administrative duties will be transferred to each institution's Chief Executive Officer (CEO) or Health Care Manager (HCM) until the institution's HPM III position is filled. The CEO's and HCM's have been provided with a checklist of the HPM III's duties to ensure that all administrative tasks are completed. (Toche Decl. at ¶ 6 & Ex. A to Suppl. Joint Status Conf. Statement.) Furthermore, the Supervising Dentist will report on the institution's dental operations to each institution's Warden and executive team on a weekly basis, and staff at Headquarters will be closely monitoring each institution's dental performance by generating an Institutional Compliance Trend Analysis report with data collected through the Interim Dental Tracking Database. (Toche Decl. at ¶ 7.) Additionally, during this transition period, staff at Headquarters will conduct weekly meetings with the Regional Dental Directors and Regional Administrators to review dental administrative issues, institutional data trends, personnel issues, and access-to-care issues. (*Id.* at ¶ 8.) Headquarter staff will ensure appropriate action is taken in response to issues that arise. (*Id.*)

3

Suppl. Joint Status Conference Statement  (C 05-05241 JSW)

This month, the dental program is conducting a two-and-a-half-day strategic planning session with ninety-nine employees from the field from various classification levels—from office technicians to supervising dentists. (*Id.* at 9.) The purpose of the strategic planning session is to develop best practices for delivering dental care to inmate-patients, and help improve communication from the institutions. (*Id.*)

Defendants will also continue participating in regular meetings with Plaintiffs and the Court Experts during this transition process. (*Id.* at ¶ 10.) Defendants believe these strategies will ensure continued compliance with the *Perez* stipulated injunction during this organizational transition period. (*Id.*)

## III. RESIGNATIONS

**Defendants' Statements:**

To date, no dentist has submitted his or her resignation since announcing the elimination of the Chief Dentist position. (*Id.* at ¶ 11.) CDCR Headquarters staff has been informed that approximately ten Chief Dentists intend to retire by January 31, 2010, which is being factored into the transition plan. (*Id.*)

## IV. CORRESPONDENCE TO THE COURT

**Defendants' Statement:**

The Court informed the parties of correspondence sent directly to the Court from CDCR employees regarding the elimination of the Chief Dentist position. The Court forwarded some correspondence to the parties, but kept other correspondence confidential at the request of the author or because the correspondence did not indicate it was sent to the parties. At the December 4, 2009 status conference, the Court asked specific questions regarding the dental program that appeared to be from the correspondence submitted to the Court.

The CDCR employees sending correspondence directly to the Court are not authorized to speak or represent CDCR in this action. (*Id.* at ¶ 12.) The correspondence amounts to an improper ex parte communication with the Court, and places both parties at a disadvantage in this action. Therefore, Defendants object to the Court's consideration of such correspondence and request the Court to reject it and all future correspondence sent by unauthorized third parties. *See*

4

Suppl. Joint Status Conference Statement  (C 05-05241 JSW)

Civil Local Rule 11-4(c) (prohibition against ex parte communication with the Court).

Dated: January 8, 2010

*s/Phillip Lindsay*
Phillip Lindsay
Deputy Attorney General
*Attorney for Defendants*

Dated: January 8, 2010

*s/Alison Hardy*
Alison Hardy
Prison Law Office
*Attorney for Plaintiffs*

I, Phillip Lindsay, attest that Alison Hardy approved the filing of this document on January 8, 2010.

5

Suppl. Joint Status Conference Statement (C 05-05241 JSW)

**EXHIBIT A**

Health Program Manager III

A. Regulatory Mandated Duties: Inmate-Patient Health Records

1. Ensure that dental services are staffed by a sufficient number of dentists along with auxiliary dental personnel to render proper dental care.

2. Ensure that inmate-patient health records are available when dental treatment is rendered.

3. Ensure that the Unit Health Record is properly updated and maintained for dental related encounters.

B. Institutional Mandated Administrative Duties:

1. Ensure that the organization, administration, and the delivery of dental services are within the security mandates of the intuition.

2. Ensure timely access of all inmates to dental care.

C. Personnel Actions:

1. Monitoring, tracking, verification, processing, signing, and submission of all dental staff and inmate workers daily and monthly time-keeping attendance documents.

2. Approval, monitoring, and tracking of dental staff vacation, mandatory training leave requests, (i.e. continuing dental education, in-service training, etc.), and unscheduled absences.

3. Monitoring, completion, and filing of training/travel documents (continuing education courses requests, travel claims, advances, initial staff orientation (i.e. training in safety, tool control, infection control, etc.).

4. The typing and review of all probationary evaluations, and annual performance appraisal for all dental staff.

5. The completion of all work-related injuries and accident documents, (i.e. worker compensation documents, and the monitoring of staff on light-duty status, or with work restrictions).

6. Directly working with the Return to Work Coordinator at each institution on dental staff injuries, accidents, return to work dates, and work restrictions.

7. Initiating, completing, and tracking of all documents necessary to fill dental staff vacancies.

8. Works with the Employee Relation Officer at the institution on resolving, and responding to staff grievances and/or disciplinary actions.

### D. Dental Administrative Duties:

1. The maintenance and monitoring of copies of current licenses and drug enforcement administration certification for all dental staff.

2. Implementation, monitoring, tracking and submission of the daily schedule of inmate dental appointments to custody, for processing and delivery to inmates.

3. Ensure that inmate appeals are reviewed, investigated, signed, and completed by dental staff in a timely manner.

4. Ensures the maintenance, review, tracking, and monitoring of the Daily Dental Treatment Log, CDC Form 7282 and the Dental Referral Log, CDC Form 7284.

5. Ensures the implementation, monitoring, approval, and tracking, of all dental supplies and equipment requests.

6. Ensures maintenance and monitoring of lock and key request forms for physical plant problems in the dental clinics are submitted, and for security problems in the clinics.

7. Ensure that all dental staff members are trained on the institution's Lost Tool Procedures, and that all missing tools are reported to the Supervising Dentist (SD) and custodial captain prior to staff departing institutional grounds.

### E. Institutional and Health Care Administrative Duties

1. Attends and provides dental clinic updates weekly at institutional Warden meetings.

2. Meets weekly with the dental staff to review minutes of the Warden's meeting, (i.e. any lockdowns, inmate incidences, changes in programs and policies, etc.).

002

## Performance Requirements for Health Program Manager III

Institution: _____     Date: _____

| | |
|---|---|
| **A. Regulatory Mandated Duties: Inmate-Patient Health Records** | |
| Sufficient number of dentists are on staff to render proper dental care | |
| Inmate-patient health records are available when dental treatment is rendered | |
| Ensure that the Unit Health Record is properly updated and maintained for dental related encounters | |
| **B. Institutional Mandated Administrative Duties** | |
| Dental services delivered are within security mandates of the institution | |
| Ensure timely access of dental care to inmates | |
| **C. Personnel Actions** | |
| Monthly time-keeping documents will be tracked, signed, and submitted | |
| Staff leave requests will be monitored and approved | |
| Follow-up/completion of travel/training documents | |
| Typing and review of probationary evaluations | |
| Complete all work-related injury and accident documents | |
| Work directly with the Return to Work Coordinator on dental staff injuries | |
| Complete all documents necessary to fill dental staff vacancies | |
| Work with the Employee Relation Officer to resolve staff grievances | |
| **D. Dental Administrative Duties** | |
| Monitors copies of current licenses and drug enforcement administration certification for all dental staff | |
| Tracking and submission of the daily schedule of inmate dental appointments to custody | |
| Inmate appeals are reviewed and completed in a timely manner | |
| Monitors the Daily Dental Treatment Log, CDC Form 7282 and the Dental Referral Log, CDC Form 7284 | |
| Approves and tracks dental supplies and equipment requests | |
| Submits lock and key request forms for physical plant problems | |
| Ensure staff is trained on the institution's Lost Tool Procedures and reports missing tools to the Supervising Dentist and custodial staff | |
| **E. Institutional and Health Care Administrative Duties** | |
| Attends and provides updates at the weekly Warden meetings | |
| Meets weekly with dental staff to review minutes from Warden meetings | |

# CERTIFICATE OF SERVICE

Case Name:  **Perez v. Cate, et al.**           Case No.  **C 05-05241 JSW**

I hereby certify that on January 8, 2010, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**SUPPLEMENTAL JOINT STATUS CONFERENCE STATEMENT**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. On January 8, 2010, I transmitted a true copy via electronic mail to the following non-CM/ECF participants:

**Joseph D. Scalzo**
3785 N. 156th Lane
Goodyear, AZ 85395

E-Mail: jscalzo2@cox.net

**Jay Shulman**
9647 Hilldale Drive
Dallas, TX 75231

E-Mail: jayshulman@sbcglobal.net

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on January 8, 2010, at San Diego, California.

F. Terrones
Declarant

*(Signature)*

70245015.doc