EDMUND G. BROWN JR.
Attorney General of California
PHILLIP LINDSAY
Deputy Attorney General
State Bar No. 204444
 110 West A Street, Suite 1100
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone: (619) 645-3134
 Fax: (619) 645-2581
 E-mail: Phillip.Lindsay@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CARLOS PEREZ,<br><br>                              Plaintiff,<br><br>v.<br><br>MATTHEW CATE, et al.,<br><br>                              Defendants. | C 05-05241 JSW<br><br>**DECLARATION OF DR. DIANA TOCHE IN SUPPORT OF SUPPLEMENTAL JOINT STATUS CONFERENCE STATEMENT** |

I, DIANA TOCHE, declare as follows:

1. I am a licensed dentist employed by the California Department of Corrections and Rehabilitation (CDCR) as the Statewide Dental Director. I began working as the Statewide Dental Director on January 20, 2009. This declaration is based on my personal knowledge, and, if called to testify, I would and could competently testify to the facts contained in this declaration. This declaration is submitted in support of the parties' Supplemental Joint Status Conference Statement filed in advance of the January 15, 2010 status conference.

2. On September 30, 2009, in consultation with the *Perez* Court Experts and without objection by Plaintiffs, CDCR announced the elimination of the Chief Dentist position. Initially,

the Chief Dentist position was eliminated effective January 31, 2010. Currently, it will be eliminated February 4, 2010. Each Chief Dentist's administrative duties will be transferred to a newly created Health Program Manager III (HPM) position, while all clinical supervisory duties will be assumed by the Supervising Dentist at each institution. Since the announcement of theses changes, CDCR, Plaintiffs, and the Court Experts have been meeting regularly to discuss and review how this transition can proceed without negatively impacting the delivery of dental care to the class members. Recently, the parties and the Court Experts met on December 1, 2009 and January 5 and 7, 2010. And we have scheduled our next meeting for January 14, 2010.

3. Although the California Department of Personnel Administration (DPA) and the California Department of Finance (DOF) must issue their final approval of the HPM III position before the HPM III positions can be allocated to the institutions, DPA has authorized the Dental Program to begin interviewing for the HPM III positions. I expect DPA and DOF to issue their final approval in three to four weeks.

4. The Dental Program is continuing its recruitment efforts for the HPM III position and, to date, there are sixty-two HPM III candidates on CDCR's certification list. Each candidate has the minimum qualifications required for the HPM III position. Additionally, the Dental Program has drafted a recruitment letter detailing the responsibilities and pay scale of the HPM III position that will be sent to existing CDCR employees who, based on their current position within CDCR, may qualify for the HPM III position.

5. The Dental Program is continuing to implement its strategic recruitment plan, which includes print media advertising and the targeting of specific colleges and universities with public health masters programs. CDCR will begin interviewing candidates by January 19, 2010. I anticipate an increase in the candidate pool as the Dental Program continues its recruitment efforts.

6. The Dental Program has implemented a number of management strategies to ensure that the institutions comply with the *Perez* stipulated injunction. The Chief Dentist's administrative duties will be transferred to each institution's Chief Executive Officer (CEO) or Health Care Manager (HCM) until the institution's HPM III position is filled. The CEO's and

1  HCM's have been provided with a checklist of the HPM III's duties to ensure that all
2  administrative tasks are completed. A true and correct revised version of that checklist is
3  attached to the supplemental joint status conference statement as exhibit A.

4      7. The Supervising Dentist at each institution will report on the institution's dental
5  operations to the Warden and the institution's executive team on a weekly basis, and staff at
6  Headquarters will be closely monitoring each institution's dental performance by generating an
7  Institutional Compliance Trend Analysis report with data collected through the Interim Dental
8  Tracking Database.

9      8. During this transition period, staff at Headquarters will also conduct weekly meetings
10 with the Regional Dental Directors along with the Regional Administrators to review dental
11 administrative issues, institutional data trends, personnel issues, and access-to-care issues.
12 Headquarter staff will ensure appropriate corrective action is taken in response to issues that arise.

13     9. This month, the dental program is conducting a two-and-a-half-day strategic planning
14 session with ninety-nine employees from the field from various classification levels—from office
15 technicians to supervising dentists. The purpose of the strategic planning session is to develop
16 best practices for delivering dental care to inmate-patients, and to improve communication from
17 the field to Headquarter staff.

18     10. The Dental Program will also continue participating in regular meetings with
19 Plaintiffs and the Court Experts during this transition process. The Dental Program will continue
20 to address issues that may occur during this transition, and I believe the strategies the Dental
21 Program is implementing will ensure continued compliance with the *Perez* stipulated injunction
22 during this transition period.

23     11. At the last status conference, the Court inquired as to possible resignations due to
24 elimination of the Chief Dentist position. No dentist has resigned since announcing elimination
25 of the Chief Dentist position; however, ten Chief Dentists have given notice of their intent to
26 retire by January 31, 2010. Headquarter staff was already anticipating the retirement of some of
27 the Chief Dentists before the Dental Program announced eliminating the Chief Dentist position.
28 Therefore, this factor was already being considered as part of the transition process.

1  12. I am aware by attending the status conferences in this case and by having received
2  some correspondence, that CDCR employees have sent correspondence to the Court regarding
3  elimination of the Chief Dentist position. I have not authorized any employee to send
4  correspondence to the Court on behalf of CDCR, the Dental Program, or myself. All authorized
5  communications on behalf of CDCR and the Dental Program occur through our counsel, Phillip
6  Lindsay.

7  I declare under penalty of perjury under the laws of the United States of America that the
8  foregoing is true and correct. Executed in Beverly Hills, California on January 8, 2010.

*[signature: Diana Toche DDS]*

DIANA TOCHE, DDS
Statewide Dental Director
California Department of Corrections and Rehabilitation

SD2004800652
70244671.doc

4

Decl. of Dr. Diana Toche in Support of Supplemental Joint Status Conference Statement (C 05-05241 JSW)

## CERTIFICATE OF SERVICE

Case Name:  **Perez v. Cate, et al.**          Case No.  **C 05-05241 JSW**

I hereby certify that on January 8, 2010, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DECLARATION OF DR. DIANA TOCHE IN SUPPORT OF SUPPLEMENTAL JOINT STATUS CONFERENCE STATEMENT**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. On January 8, 2010, I transmitted a true copy via electronic mail to the following non-CM/ECF participants:

| | |
|---|---|
| **Joseph D. Scalzo**<br>3785 N. 156th Lane<br>Goodyear, AZ 85395 | **Jay Shulman**<br>9647 Hilldale Drive<br>Dallas, TX 75231 |
| E-Mail: jscalzo2@cox.net | E-Mail: jayshulman@sbcglobal.net |

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on January 8, 2010, at San Diego, California.

F. Terrones
Declarant

Signature

70245014.doc