IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS PEREZ, et al., | **REDACTED VERSION** |
| Plaintiffs, | No. C 05-05241 JSW |
| v. | **ORDER RE PAYMENT OF DR. SCALZO'S OCTOBER INVOICE** |
| MATTHEW CATE, et al., | |
| Defendants. / | |

On November 13, 2009, this Court issued an Order granting Dr. Joseph Scalzo's Administrative Motion for Payment for services rendered between October 2, 2009 and October 29, 2009, in the amount of $30,287.90. (*See* Docket No. 453.) It is HEREBY ORDERED that the Finance Office shall pay that invoice immediately from principal and interest in the account as follows: $25,747.25 from principal and $4,540.65 from interest. The State's tax identification number is **REDACTED**.

**IT IS SO ORDERED.**

Dated: January 12, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Finance Office