PRISON LAW OFFICE
DONALD SPECTER #83925
STEVEN FAMA #99641
ALISON HARDY #135966
1917 Fifth Street
Berkeley, CA 94710
Telephone: (510) 280-2621
Facsimile: (510) 280-2704
ahardy@prisonlaw.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS PEREZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MATTHEW CATE, et al., <br><br> Defendants. | No. C05-5241 JSW <br><br> **STIPULATION AND ORDER FOR PERIODIC COLLECTION OF ATTORNEYS' FEES AND COSTS** |

    On April 10, 2007, this Court established a procedure by which plaintiffs are to collect attorneys' fees and costs incurred in connection with the Amended Stipulation and Order. This procedure requires plaintiffs' counsel to submit to defendants a quarterly statement of fees incurred in monitoring work, and permits defendants thirty (30) days from the receipt of plaintiffs' statement to notify plaintiffs of any disputed items. After the parties meet and confer on any of defendant's objections, counsel shall then prepare a stipulated order for payment of the fees not subject to defendants' objections. The Order also states that defendants shall have thirty (30) days from the entry of the order to pay the undisputed fees and that interest on any undisputed fees will run from the thirty-first day after the Order is filed, accruing at the rate provided by 28 U.S.C. § 1961.

    Pursuant to this procedure, plaintiffs' counsel served their third quarter billing

statement demanding $28,601 for the period from July 1, 2009 through September 30, 2009 on December 9, 2009. Plaintiffs prevailed on their motion to compel payment for paralegal work at the market rate up to the PLRA limit on attorneys' fees, but defendants continue to object to plaintiffs' rate for paralegal work and have appealed the Court's ruling. Following a meet and confer, the parties agreed to $23,342 in undisputed fees, with paralegal fees calculated at the rate demanded by defendants. Plaintiffs, however, reserve the right to move to compel payment for the disputed fees.

WHEREFORE, defendants agree to pay plaintiffs' counsel $23,342 within 30 days of the signing of this Order. On the 31st day following the entry of this Order, interest on any unpaid amount will begin to accrue at the rate provided by 28 U.S.C. § 1961 (<u>i.e.</u>, the weekly average 1 year constant maturity Treasury yield for the calendar week preceding the date of the Order.)

AGREED TO BY THE PARTIES:

Date: January 25, 2010

/s/
Alison Hardy
Attorney for Plaintiffs

Date: January 25, 2010

/s/
Phillip Lindsay
Deputy Attorney General
Attorney for Defendants

I, Alison Hardy, attest that Phillip Lindsay signed this document on January 25, 2010.

IT IS SO ORDERED.

Date: <u>January 25</u>, 2010

Honorable Jeffrey S. White
United States District Court Judge

Stipulation and Order Re: Collection of Third Quarter Fees
*Perez v. Cate,* 05–5241 JSW                              2