Joseph D. Scalzo, DDS
3785 N. 156th Lane
Goodyear, AZ 85395
Telephone: (602) 405-4224
Email: jscalzo2@cox.net

Court Expert/Representative

**FILED**

MAR - 1 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS PEREZ,<br><br>    Plaintiff,<br><br>vs.<br><br>MATTHEW CATE, et al.<br><br>    Defendants. | Case No. C 05-05241 JSW<br><br>**ADMINISTRATIVE MOTION AND**<br>**[PROPOSED] ORDER FOR PAYMENT** |

### ADMINISTRATIVE MOTION

Pursuant to the Court's order of October 20, 2008 (Docket No. 263), court expert Joseph D. Scalzo hereby moves the Court for an order for payment of the attached invoice dated February, 2010.

Dated: February 25, 2010

Respectfully submitted,

JOSEPH D. SCALZO
Court Expert

# ORDER

Pursuant to the Court's order of October 20, 2008, the Court HEREBY ORDERS payment to court expert Joseph D. Scalzo per the court expert's invoice dated February, 2010.

Dated: March 12, 2010

*Jeffrey S White*

HON. JEFFERY S. WHITE
United States District Court

---

**ADMIN. MOTION AND [PROPOSED] ORDER FOR PAYMENT**
*Perez v. Cate*, C 05-05241 JSW

2

Joseph D. Scalzo
3785 N. 156th Lane
Goodyear, AZ 85395

**Invoice for Dr. Joseph D. Scalzo
for February, 2010**

Case #: C 05-05241 JSW
Invoice # 0210

| DATE | Purpose | HOURS | Regular Rate | Travel Rate | Amount |
|---|---|---|---|---|---|
| 2/1/2010 | Travel to Fresno (PHX time) | 5.25 | | $ 100.00 | $ 525.00 |
| 2/1/2010 | Mtg. w/ Dr. Shulman, Dr. Rosenberg, Susan Streater; provide Readiness Assessment Audit Tool Tmg. Region III; mtg. w/ Dr. Shulman, Dr. Rosenberg. | 6.00 | $ 300.00 | | $ 1,800.00 |
| 2/2/2010 | Mtg. w/ Dr. Shulman, Dr. Toche, Dr. Rosenberg, Susan Streeter, Kevin Meyer; tour PVSP, ASP, CSP/COR w/ Dental Construction Team; meet with Wardens and staff; visit SATF; post visit debriefings. | 14.25 | $ 300.00 | | $ 4,275.00 |
| 2/3/2010 | Mtg. w/ Dr. Shulman, Dr. Toche, Dr. Rosenberg, Susan Streeter, Kevin Meyer; tour VSPW & CWCF w/ Dental Construction Team; meet with Wardens and staff; post visit debriefings. | 7.00 | $ 300.00 | | $ 2,100.00 |
| 2/3/2010 | Mtg. w/ Dr. Shulman | 1.00 | $ 300.00 | | $ 300.00 |
| 2/4/2010 | Mtg. w/ Dr. Shulman | 1.25 | $ 300.00 | | $ 375.00 |
| 2/4/2010 | Return trip to PHX (CA time) | 3.00 | | $ 100.00 | $ 300.00 |
| 2/4/2010 | 30 day conf. call w/ parties. | 0.25 | $ 300.00 | | $ 75.00 |
| 2/6/2010 | Conf. call w/ Dr. Shulman | 0.25 | $ 300.00 | | $ 75.00 |
| 2/7/2010 | Conf. call w/ Dr. Shulman | 0.50 | $ 300.00 | | $ 150.00 |
| 2/8/2010 | Travel to Sacramento - pick-up Dr. Shulman (PHX time) | 7.75 | | $ 100.00 | $ 775.00 |
| 2/8/2010 | Mtg. w/ Dr. Shulman, Drs. Toche and Rosenberg; work on Dental Construction Needs summary. | 3.50 | $ 300.00 | | $ 1,050.00 |
| 2/8/2010 | Mtg. w/ Dr. Shulman, Dr. Toche, Sharon Aungst. | 2.00 | $ 300.00 | | $ 600.00 |
| 2/9/2010 | Mtg. w/ Dr. Shulman revise recent site visit reports; update Dental Construction Needs Summary; meetings with Dr.Toche on Peer Review process; mtg. w/ Dr. Quattlebaum; mtg. w/ Dr. Toche, Dr. Rosenberg on Audit Tool scoring. | 10.50 | $ 300.00 | | $ 3,150.00 |
| 2/9/2010 | Mtg. w/ Dr. Shulman | 2.00 | $ 300.00 | | $ 600.00 |
| 2/10/2010 | Mtg. w/ Dr. Shulman revise recent site visit reports; update Dental Construction Needs Summary; meeting with Dr.Toche; Attend Coordination Meeting; Attend 60 Day Dental Meeting. | 10.00 | $ 300.00 | | $ 3,000.00 |
| 2/10/2010 | Mtg. w/ Dr. Shulman. | 2.00 | $ 300.00 | | $ 600.00 |
| 2/11/2010 | Mtg. w/ Dr. Shulman. | 1.00 | $ 300.00 | | $ 300.00 |
| 2/11/2010 | mtg. Dr. Shulman; attend Judges Meeting. | 3.50 | $ 300.00 | | $ 1,050.00 |
| 2/11/2010 | Mtg. w/ Dr. Shulman re: revised site reports; conf. call w/ R. Kirkland. | 3.50 | $ 300.00 | | $ 1,050.00 |
| 2/11/2010 | Mtg. w/ Dr. Shulman | 3.00 | $ 300.00 | | $ 900.00 |
| 2/12/2010 | Mtg. w/ Dr. Shulman | 1.00 | $ 300.00 | | $ 300.00 |
| 2/12/2010 | Travel back to Phx. (CA time) | 4.00 | | $ 100.00 | $ 400.00 |
| 2/13/2010 | Conf. call w/ Dr. Shulman | 0.25 | $ 300.00 | | $ 75.00 |
| | **Total** | 92.75 | $21,825.00 at $300 /hour | $2,000.00 at $100 / hour | $ 23,825.00 |

**Travel Expenses**
Trip to Sacramento/ San Francisco - TRAVEL EXPENSES          $ 2,977.64

                                    Sub-total                $ 2,977.64

                                    **Invoice total**        $ 26,802.64