Jay D. Shulman
9647 Hilldale Drive
Dallas, Texas 75231
Telephone: (214) 923-8359
Email: jayshulman@sbcglobal.net

Court Expert

**FILED**

MAR - 8 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

CARLOS PEREZ,

    Plaintiff,

v.

MATTHEW CATE, et al.

    Defendants.

Case No. C 05-05241 JSW

**ADMINISTRATIVE MOTION AND [PROPOSED] ORDER FOR PAYMENT**

## ADMINISTRATIVE MOTION

Pursuant to the Court's order of October 20, 2008 (Docket No. 263), court expert Jay D. Shulman hereby moves the Court for an order for payment of the attached invoice for $42,269.59.

Dated: March 1, 2010

Respectfully submitted,

_____
JAY D. SHULMAN
Court Expert

## ORDER

Pursuant to the Court's orders of October 20, 2008, the Court HEREBY ORDERS payment to court expert Jay D. Shulman per the court expert's invoice dated March 1, 2010.

Dated: March 22, 2010

*[signature]*
HON. JEFFREY S. WHITE
United States District Court

Invoice submitted to *Perez*

March 1, 2010

Invoice # 202

Professional Services for Dr. Jay D. Shulman

| Date | Activity | Hours @ $300/hr | Hours @ $100/hr | Amount |
|---|---|---|---|---|
| 2/1/2010 | Travel to Fresno | | 7.00 | 700 |
| 2/1/2010 | Mtg. w/ Drs. Scalzo, Rosenberg, Susan Streeter; provide Readiness Assessment Audit Tool Training. | 6.00 | | 1,800 |
| 2/2/2010 | Region III; mtg. w/ Dr. Shulman, Dr. Rosenberg. Mtg. w/ Drs. Scalzo, Toche, Rosenberg, Susan Streeter, Kevin Meyer; tour PVSP, ASP, CSP/COR w/ Dental Consruction Team; meet with Wardens and staff; visit SATF; post visit debriefings. | 14.25 | | 4,275 |
| 2/3/2010 | Mtg. w/ Drs. Scalzo, Toche, Rosenberg, Susan Streeter, Kevin Meyer; tour VSPW & CCCWF w/ Dental Consruction Team; meet with Wardens and staff; Post visit debriefings. | 7.00 | | 2,100 |
| 2/3/2010 | Meet w/ Dr. Scalzo | 1.00 | | 300 |
| 2/3/2010 | Meet w/ Dr Kevin Meyer | 2.50 | | 750 |
| 2/4/2010 | Meet w/ Dr. Scalzo | 1.25 | | 375 |
| 2/4/2010 | Return to Dallas | | 7.75 | 775 |
| 2/4/2010 | Pharmacy Core Leadership Team (conf. call) | 1.25 | | 375 |
| 2/4/2010 | Perez conf. call | 0.25 | | 75 |
| 2/5/2010 | Review Chronic and Long Term Care in California Prisons: Needs Assessment Update | 0.50 | | 150 |
| 2/6/2010 | Conf. w/ Dr. Scalzo | 0.25 | | 75 |
| 2/7/2010 | Conf. w/ Dr. Scalzo | 0.50 | | 150 |
| 2/8/2010 | Travel to Sacramento | | 7.50 | 750 |
| 2/8/2010 | Meet w/ Dr. Scalzo; Construction reports; Meet w/ Drs. Toche, Rosenberg, Weisman | 3.50 | | 1,050 |

| Date | Description | Hours | | Amount |
|---|---|---|---|---|
| 2/8/2010 | Meet w/ Dr. Toche, Sharon Aungst | 2.00 | | 600 |
| 2/9/2010 | Meet w/ Drs. Scalzo, Toche, Quattlebaum, Rosenberg; site visit reports; audit issues; peer review process | 10.50 | | 3,150 |
| 2/9/2010 | Meet w/ Dr. Scalzo | 2.00 | | 600 |
| 2/10/2010 | Meet w/ Dr. Scalzo; update construction needs summary; meet w/ Dr. Toche; attend Perez 60-day meeting; attend Coordination Meeting | 10.00 | | 3,000 |
| 2/10/2010 | Meet w/ Dr. Scalzo | 2.00 | | 600 |
| 2/11/2010 | Meet w/ Dr. Scalzo | 1.00 | | 300 |
| 2/11/2010 | Meet w/ Dr. Scalzo; Attend Judges' Meeting | 3.50 | | 1,050 |
| 2/11/2010 | Meet w/ Dr. Scalzo; Construction site visit reports; Conf w/ Rich Kirkland | 3.50 | | 1,050 |
| 2/11/2010 | Meet w/ Dr. Scalzo | 3.00 | | 900 |
| 2/12/2010 | Meet w/ Dr. Scalzo | 1.00 | | 300 |
| 2/12/2010 | Travel to Dallas | | 9.50 | 950 |
| 2/13/2010 | Conf. w/ Dr. Scalzo | 0.25 | | 75 |
| 2/13/2010 | Make travel arrangements | 0.50 | | 150 |
| 2/13/2010 | Review Imaging Core Leadership documents | 0.50 | | 150 |
| 2/14/2010 | Review P&T material and agenda | 0.75 | | 225 |
| 2/15/2010 | Review Inmate Medical Appeals Tracking Report | 0.25 | | 75 |
| 2/16/2010 | P&T meeting dial-in | 2.00 | | 600 |
| 2/17/2010 | Review Healthcare Master Planning Documents | 0.75 | | 225 |
| 2/18/2010 | Imaging Core Leadership Meeting teleconference | 1.50 | | 450 |
| 2/19/2010 | Review documents for Health Care MasterPlanning Operational Workgroup Meeting | 0.75 | | 225 |
| 2/19/2010 | Review final Coordination Meeting Minutes | 0.25 | | 75 |
| 2/22/2010 | Audit tool spreadsheet | 1.00 | | 300 |
| 2/22/2010 | Review Intermediate Care Inmate Population Projection Report | 0.50 | | 150 |
| 2/22/2010 | Health Care Bed Master Plan Operational Workgroup teleconference | 1.50 | | 450 |
| 2/22/2010 | Review February Monthly Production | 0.50 | | 150 |

| Date | Description | Hours | | Amount |
|---|---|---|---|---|
| 2/22/2010 | Review Chapter 9 - Prescription Requirements | 0.25 | | 75 |
| 2/23/2010 | Travel to Sacramento | | 7.50 | 750 |
| 2/23/2010 | Meet w/ Drs Toche & Rosenberg; Audit Tool user interface design; meet w/ Sharon Aungst | 7.00 | | 2,100 |
| 2/24/2010 | Meet w/ Drs. Toche, Rosenberg, Quattlebaum; Attend HITECH meeting; Develop Audit Tool and user interface | 12.75 | | 3,825 |
| 2/25/2010 | Travel to Dallas | | 8.00 | 800 |
| 2/28/2010 | Review material for Health Care Master Planning Operttional Workgroup meeting | 0.50 | | 150 |
| 2/28/2010 | Review Health Care Access Unit Compliance Review Tools | 1.00 | | 300 |
| 2/28/2010 | Review CPHCS PMO Monthly Report - February 2010 | 0.50 | | 150 |

|  | Hours | 109.75 | 47.25 | |
| --- | --- | --- | --- | --- |
| Total | | 32,925 | 4,725 | 37,650 |

**For Professional services rendered**     $37,650

**Additional Charges:**
**Travel**
Feb 1-4 2010       1186.17
Feb 8-12 2010      1,943.38
Feb 22-26 2010     1,483.72

**Other Expense**

Postage            6.32
Total amount of charges        $4,619.59

**Total amount of this bill**                $42,269.59