1   EDMUND G. BROWN JR.
    Attorney General of California
2   PHILLIP LINDSAY
    Deputy Attorney General
3   State Bar No. 204444
      110 West A Street, Suite 1100
4     San Diego, CA 92101
      P.O. Box 85266
5     San Diego, CA 92186-5266
      Telephone: (619) 645-3134
6     Fax: (619) 645-2581
      E-mail: Phillip.Lindsay@doj.ca.gov
7   *Attorneys for Defendants*

8   PRISON LAW OFFICE
    DONALD SPECTER
9   ALISON HARDY
    State Bar No. 135966
10    1917 Fifth Street
      Berkeley, CA 94710
11    Telephone: (510) 280-2621
      Fax: (510) 280-2704
12    E-Mail: ahardy@prisonlaw.com
    *Attorneys for Plaintiffs*

13

14

15              IN THE UNITED STATES DISTRICT COURT

16            FOR THE NORTHERN DISTRICT OF CALIFORNIA

17                   SAN FRANCISCO DIVISION

18

19   **CARLOS PEREZ,**                    C 05-05241 JSW

20                          Plaintiff,    **JOINT ADMINISTRATIVE MOTION
                                          AND ~~PROPOSED~~ ORDER CONTINUING**
21              v.                        **THE APRIL 16, 2010 CASE
                                          MANAGEMENT CONFERENCE**
22

23   **MATTHEW CATE, et al.,**            Judge:      The Honorable Jeffrey S. White

24                          Defendants.

25

26       In accordance with Civil Local Rule 7-11, the parties respectfully submit this Joint

27   Administrative Motion and Proposed Order seeking a continuance of the April 16, 2010 case

28   management conference (CMC).

                                          1

1    The Court set a CMC in this case for April 16, 2010.  The parties request a continuance of

2    the April 16, 2010 CMC to May 28, 2010.  At the last CMC, the parties updated the Court on a

3    number of dental-program issues, including the transition to the Health Program Manager III

4    positions.  Also at that time, the Court inquired as to whether the California Department of

5    Corrections and Rehabilitation (CDCR) had conducted any audits as contemplated by the

6    stipulated injunction.  Although no audits had been conducted at the time, CDCR agreed to

7    conduct seven audits by the April 16, 2010 CMC.

8    Since the last CMC, CDCR has undertaken a comprehensive review of the dental program's

9    policies and procedures (P&Ps), which are incorporated into the stipulated injunction.  (Toche

10   Decl. at ¶ 2.)  CDCR has also undertaken a review of the *Perez* implementation plan, which is

11   also part of the stipulated injunction.  (*Id*.)  Because the P&Ps and implementation plan are part of

12   the stipulated injunction, once finalized and agreed to by Plaintiffs, they will be submitted to this

13   Court for approval.

14   CDCR's review and revision of the P&Ps and the implementation plan and Plaintiff's

15   subsequent review will not be completed by the April 16, 2010 CMC.  (*Id*.)  If the CMC is

16   continued to May, however, the parties expect to complete the P&P revision process to allow the

17   parties to submit them to the Court.  (*Id*.)  The parties might be able to finalize revisions to the

18   implementation plan as well.  (*Id*.)

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

2

1   Moreover, at this time, CDCR has audited seven institutions. (*Id.* at ¶ 3.)  CDCR

2  anticipates auditing another twelve institutions, for a total of nineteen institutions by May 28,

3  2010. (*Id.*)  Therefore, continuing the CMC to May will allow the parties to report more

4  information to the Court regarding the audited institutions.  For these reasons, the parties request

5  the Court to continue the April 16, 2010 CMC to May 28, 2010.

6

7  Dated:     April 8, 2010                    */s/Phillip Lindsay*
                                              Phillip Lindsay
8                                             Deputy Attorney General
                                              *Attorney for Defendants*
9

10 Dated:     April 8, 2010                    */s/Alison Hardy*
                                              Alison Hardy
11                                            Prison Law Office
                                              *Attorney for Plaintiffs*
12

13      I, Phillip Lindsay, attest that Alison Hardy approved the filing of this document on

14 April 8, 2010.

15

16                          **ORDER**

17     The April 16, 2010 case management conference is vacated.  A case management

18 conference shall be set for ~~May 28, 2010 at 1:30 p.m.~~ June 4, 2010 at 1:30 p.m.

19     **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

20

21 Dated:     April 12, 2010

22                                             Hon. Jeffrey S. White
                                              United States District Judge
23

24

25 SD2004800652
   10555949.doc
26

27

28

                          3