Jay D. Shulman
9647 Hilldale Drive
Dallas, Texas 75231
Telephone: (214) 923-8359
Email: jayshulman@sbcglobal.net

**FILED**

APR 1 5 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Court Expert

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS PEREZ, <br><br>       Plaintiff, <br><br> v. <br><br> MATTHEW CATE, et al. <br><br>       Defendants. | Case No. C 05-05241 JSW <br><br> **AMENDED ADMINISTRATIVE MOTION AND [PROPOSED] ORDER FOR PAYMENT** |

## ADMINISTRATIVE MOTION

Pursuant to the Court's order of October 20, 2008 (Docket No. 263), court expert Jay D. Shulman hereby moves the Court for an order for payment of the attached amended March 2010 invoice for $36,855.40. The invoice has been amended to address issues raised by defendants' counsel.

Dated: April 14, 2010

Respectfully submitted,

JAY D. SHULMAN
Court Expert

# ORDER

Pursuant to the Court's orders of October 20, 2008, the Court HEREBY ORDERS payment to court expert Jay D. Shulman per the court expert's amended March 2010 invoice dated April 14, 2010.

Dated: April 26, 2010

*Jeffrey S. White*
HON. JEFFREY S. WHITE
United States District Court

Amended Invoice submitted to *Perez*

April 14, 2010

Invoice # 204

Professional Services for Dr. Jay D. Shulman

| Date | Activity | Hours @ $300/hr | Hours @ $100/hr | Amount |
|---|---|---|---|---|
| 3/1/2010 | Review 2-10-10 PLO draft meeting minutes | 0.25 | | 75 |
| 3/3/2010 | Conf. w/ Dr. Scalzo | 0.25 | | 75 |
| 3/3/2010 | Review Pharmacy P&P Chapter 9 revision | 0.25 | | 75 |
| 3/3/2010 | Review ICLT Meeting Summary | 0.25 | | 75 |
| 3/3/2010 | Review 1st draft - February 2009 coordination meeting minutes and action items | 0.50 | | 150 |
| 3/4/2010 | Conf w/ Dr. Scalzo; travel reservations | 1.00 | | 300 |
| 3/4/2009 | Travel reservations | 0.50 | | 150 |
| 3/4/2010 | Conf.w/ Dr. Scalzo | 0.25 | | 75 |
| 3/5/2010 | Conf.w/ Dr. Scalzo | 0.50 | | 150 |
| 3/5/2010 | Conf.w/ Dr. Scalzo | 0.25 | | 75 |
| 3/6/2010 | Conf.w/ Dr. Scalzo | 0.25 | | 75 |
| 3/8/2010 | Travel to Sacramento | | 7.00 | 700 |
| 3/8/2010 | Meet w/ Dr. Scalzo | 1.00 | | 300 |
| 3/8/2010 | Meet w/ Drs. Toche, Rosenberg; Phillip Lindsay, Michael Stone, Sharon Aungst | 4.00 | | 1,200 |
| 3/8/2010 | Meet w/ Dr. Scalzo | 1.00 | | 300 |
| 3/9/2010 | Meet w/ Drs. Scalzo, Toche, Rosenberg; Rich Kirkland and staff; site visit reports | 6.00 | | 1,800 |
| 3/9/2010 | Fly to Crescent City | | 4.00 | 400 |
| 3/9/2010 | Meet w/ Dr. Scalzo | 1.50 | | 450 |
| 3/10/2010 | Meet w/ Dr. Scalzo | 1.00 | | 300 |
| 3/10/2010 | Meet with Drs. Toche, Rosenberg, Scalzo; tour PBSP w/ construction team | 4.00 | | 1,200 |

| Date | Description | Hours | Hours | Amount |
|---|---|---|---|---|
| 3/10/2010 | Meet w/ Drs. Scalzo, Toche, Rosenberg | 2.00 | | 600 |
| 3/10/2010 | Fly from Crescent City to Sac | | 2.50 | 250 |
| 3/11/2010 | Meet w/ Dr. Scalzo; attend *Perez* conf. call; attend Pharmacy Core Leadership Meeting; work on site visit reports and summaries | 8.50 | | 2,550 |
| 3/11/2010 | Meet w/ Sharon Aungst | 2.50 | | 750 |
| 3/12/2010 | Return to Dallas | | 7.50 | 750 |
| 3/13/2010 | Review Perez January Production data | 0.50 | | 150 |
| 3/13/2010 | Review March P&T agenda | 0.50 | | 150 |
| 3/13/2010 | Review draft coordination minutes and action items | 0.25 | | 75 |
| 3/15/2010 | Review IMATP Monthly Report - February | 0.50 | | 150 |
| 3/16/2010 | P&T meeting cal-in | 1.50 | | 450 |
| 3/17/2010 | Conf. w/ Dr. Scalzo | 0.50 | | 150 |
| 3/17/2010 | Housing Unit Site Plans for the DeWitt and Stark Meeting | 1.00 | | 300 |
| 3/17/2010 | Conf. w/ Dr. Scalzo; Read Receiver's NuPhysica Concept paper | 1.25 | | 375 |
| 3/18/2010 | Conf. w/ Dr. Scalzo | 0.50 | | 150 |
| 3/18/2010 | Review NuPhysica Report and draft analysis | 1.75 | | 525 |
| 3/18/2010 | Conf. w/ Dr. Scalzo | 0.25 | | 75 |
| 3/18/2010 | Review NuPhysica Report and draft analysis | 3.00 | | 900 |
| 3/19/2010 | NuPhysica Report analysis | 1.00 | | 300 |
| 3/22/2010 | Conf. w/ Dr. Scalzo | 0.25 | | 75 |
| 3/22/2010 | Travel to Sacramento | | 7.50 | 750 |
| 3/22/2010 | Meet w/ Dr. Scalzo | 5.00 | | 1,500 |
| 3/23/2010 | Meet w/ Drs. Scalzo, Toche, Rosenberg; finalize construction site visit reports, research and analysis for NuPhysica Report | 10.00 | | 3,000 |
| 3/24/2010 | Meet w/ Drs. Scalzo, Toche, Rosenberg; attend 60 day *Perez* Meeting; analyze NuPhysica Report for coordination group | 9.50 | | 2,850 |
| 3/24/2010 | Meet w/ Dr. Scalzo | 1.25 | | 375 |
| 3/24/2010 | Travel to Dallas | | 8.50 | 850 |
| 3/27/2010 | Conf w/ Dr. Scalzo | 0.25 | | 75 |
| 3/29/2010 | Travel to Sacramento | | 7.00 | 700 |

| Date | Description | Hours | | Amount |
|---|---|---|---|---|
| 3/29/2010 | Meet w/ Dr. Scalzo | 4.00 | | 1,200 |
| 3/29/2010 | Meet w/ Dr. Scalzo; *Coleman* Special Master and Staff | 2.25 | | 675 |
| 3/30/2010 | Mtg. w/ Dr. Scalzo, Dr. Toche; attend Coordination Meeting. | 8.25 | | 2,475 |
| 3/30/2010 | Mtg. w/ Dr. Scalzo re: U of C proposal and future trips. | 1.25 | | 375 |
| 3/31/2010 | Return to Dallas | | 7.50 | 750 |
| | Hours | 90.25 | 51.50 | |
| Total | | 27,075 | 5,150 | 32,225 |

For Professional services rendered                                   $32,225

**Additional Charges:**
**Travel**
Mar 8-12 2010                    2,043.95
Mar 22-25 2010                   1,461.60
Mar 29-31 2010                   1,118.53

**Other Expense**

Postage                              6.32
Total amount of charges                         $4,630.40

**Total amount of this bill**                                  $36,855.40