Joseph D. Scalzo, DDS
3785 N. 156th Lane
Goodyear, AZ 85395
Telephone: (602) 405-4224
Email: jscalzo2@cox.net

# FILED

APR 1 5 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Court Expert/Representative

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

CARLOS PEREZ,

    Plaintiff,

vs.

MATTHEW CATE, et al.

    Defendants.

Case No. C 05-05241 JSW

**AMENDED ADMINISTRATIVE MOTION AND**
**[PROPOSED] ORDER FOR PAYMENT**

## AMENDED ADMINISTRATIVE MOTION

Pursuant to the Court's order of October 20, 2008 (Docket No. 263), court expert Joseph D. Scalzo

hereby moves the Court for an order for payment of the attached amended March, 2010 invoice for $34,049.98.

The invoice has been amended to address issues raised by defendants' counsel.

Dated: April 15, 2010

Respectfully submitted,

JOSEPH D. SCALZO
Court Expert

1

2

3

4

## **ORDER**

5

6

7 Pursuant to the Court's order of October 20, 2008, the Court HEREBY ORDERS payment to court expert Joseph D. Scalzo per the court expert's amended March, 2010 invoice dated April 14, 2010.

8

9

10 Dated: April 26, 2010

HON. JEFFERY S. WHITE

11

12 United States District Court

13

14 cc: Finance

15

16

17

18

19

20

21

22

23

24

25

26

27

28

AMENDED ADMIN. MOTION AND [PROPOSED] ORDER FOR PAYMENT
*Perez v. Cate*, C 05-05241 JSW

2

Joseph D. Scalzo
3785 N. 156th Lane
Goodyear, AZ 85395

**Invoice**
**for March, 2010**
**Amended April 14, 2010**

Case #: C 05-05241 JSW
Invoice # 0310

| DATE | Purpose | HOURS | Regular Rate | Travel Rate | | Amount |
|---|---|---|---|---|---|---|
| 3/2/2010 | Conf call to Dr. Shulman | 0.25 | $300.00 | | $ | 75.00 |
| 3/3/2010 | Conf. call w/ Dr. Shulman; review and respond to e-mails; read P&T min, 60 day Perez min.; Coord. Meeting min. | 1.00 | $300.00 | | $ | 300.00 |
| 3/4/2010 | Conf. call w/ Dr. Shulman; plan and book March travel; update me on past two weeks. | 1.00 | $300.00 | | $ | 300.00 |
| 3/5/2010 | Conf. call w/ Dr. Shulman | 0.50 | $300.00 | | $ | 150.00 |
| 3/5/2010 | Conf. call w/ Dr. Shulman | 0.25 | $300.00 | | $ | 75.00 |
| 3/6/2010 | Conf. call w/ Dr. Shulman re: trip of the 15th | 0.25 | $300.00 | | $ | 75.00 |
| 3/8/2010 | Trip to Sacramento | 6.25 | | $100.00 | $ | 625.00 |
| 3/8/2010 | Mtgs. w/ Dr. Shulman, Dr. Toche, Dr. Rosenberg, Phillip Lindsly, Michael Stone, Sharon Aungst. | 5.00 | $300.00 | | $ | 1,500.00 |
| 3/8/2010 | Mtg. w/ Dr. Shulman | 1.00 | $300.00 | | $ | 300.00 |
| 3/9/2010 | Mtg. w/ Dr. Shulman, Dr Rosenberg, Dr. Toche; finalize site visit reports; mtg. with Rich Kirkland and staff re: construction. | 7.50 | $300.00 | | $ | 2,250.00 |
| 3/9/2010 | Fly to SF/Cresent City | 4.00 | | $100.00 | $ | 400.00 |
| 3/9/2010 | Mtg. w/Dr. Shulman | 1.50 | $300.00 | | $ | 450.00 |
| 3/10/2010 | Mtg. w/ Dr. Shulman. | 1.50 | $300.00 | | $ | 450.00 |
| 3/10/2010 | Mtgs. w/ Dr. Shulman, Dr. Toche, Dr. Rosenberg; tour PBSP w/ dental construction team. | 4.00 | $300.00 | | $ | 1,200.00 |
| 3/10/2010 | Fly from Cresent City to Sacramento | 2.50 | | $100.00 | $ | 250.00 |
| 3/11/2010 | Mtg. w/ Dr. Shulman, attend Perez 30 day up meeting; attend Pharmacy Core Leadership Mtg.; work on site visit reports & summaries w/ Dr. Shulman. | 8.50 | $300.00 | | $ | 2,550.00 |
| 3/11/2010 | Mtg. w/ Dr. Shulman | 2.50 | $300.00 | | $ | 750.00 |
| 3/12/2010 | Return trip to PHX (CA time) | 5.50 | | $100.00 | $ | 550.00 |
| 3/17/2010 | Conf. call w/ Dr. Shulman | 0.50 | $300.00 | | $ | 150.00 |
| 3/17/2010 | Coord. Mtg. on Stark and Dewitt site plans. (by conf. call) | 1.00 | $300.00 | | $ | 300.00 |
| 3/17/2010 | Conf call to Dr. Shulman; read e-mail from Receiver and NuPhysicia Report | 1.00 | $300.00 | | $ | 300.00 |
| 3/18/2010 | Conf call to Dr. Shulman re: Coord. Mtg. and Receiver's proposal | 0.50 | $300.00 | | $ | 150.00 |
| 3/18/2010 | Continue the review and analysis of the NuPhysicia Report in preparation for the Coord. Mtg. | 1.00 | $300.00 | | $ | 300.00 |
| 3/19/2010 | Continue the review and analysis of the NuPhysicia Report in preparation for the Coord. Mtg. | 0.50 | $300.00 | | $ | 150.00 |
| 3/22/2010 | Conf. call to Dr. Shulman | 0.25 | $300.00 | | $ | 75.00 |
| 3/22/2010 | Travel to Sacramento | 5.00 | | $100.00 | $ | 500.00 |
| 3/22/2010 | Mtg. w/ Dr. Shulman | 5.00 | $300.00 | | $ | 1,500.00 |
| 3/23/2010 | Mtgs. w/ Dr. Shulman, Dr. Toche, Dr. Rosenberg; finalize site visit reports and send to parties; continue preparation for Coord. Meeting. | 10.00 | $300.00 | | $ | 3,000.00 |
| 3/24/2010 | Mtgs. w/ Dr. Shulman, Dr. Toche, Dr. Rosenberg; attend 60 Day Perez Update meeting. Analize NuPhysicia Report for Coordination Meeting w/ Dr. Shulman | 9.50 | $300.00 | | $ | 2,850.00 |
| 3/24/2010 | Mtg. w/ Dr. Shulman | 1.25 | $300.00 | | $ | 375.00 |
| 3/25/2010 | Return trip to PHX | 6.50 | | $100.00 | $ | 650.00 |
| 3/27/2010 | Conf. call w/ Dr. Shulman | 0.25 | $300.00 | | $ | 75.00 |
| 3/29/2010 | Travel to Sacramento | 5.00 | | $100.00 | $ | 500.00 |
| 3/29/2010 | Mtg. w/ Dr. Shulman | 4.00 | $300.00 | | $ | 1,200.00 |
| 3/29/2010 | Mtg. w/ Dr. Shulman, Sp. Master Lopes and staff. | 2.25 | $300.00 | | $ | 675.00 |
| 3/30/2010 | Mtg. w/ Dr. Shulman; Meeting w/ Dr. Shulman & Dr. Toche; attend Coordination Meeting. | 8.25 | $300.00 | | $ | 2,475.00 |
| 3/30/2010 | Mtg. w/ Dr. Shulman re: U of C proposal and future trips. | 1.25 | $300.00 | | $ | 375.00 |
| 3/31/2010 | Return trip to PHX | 6.75 | | $100.00 | $ | 675.00 |
| | **TOTALS** | **122.75** | 81.25 hours @ $300 | 41.50 hours @ $100 | $ | **28,525.00** |
| | | | $24,375.00 | $4,150.00 | | $28,525.00 |

| Travel Expenses | | | | | | |
|---|---|---|---|---|---|---|
| Travel to Sacramento / Pellican Bay State Prison | | | | | | $2,335.49 |
| Travel to Sacramento - 60 Day Parties Meeting | | | | | | $2,347.69 |
| Travel to Sacramento - Coordination Meeting | | | | | | $841.80 |
| **Total Travel** | | | | | | **$5,524.98** |

| **INVOICE TOTAL** | | | | | | **$34,049.98** |