1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9  CARLOS PEREZ, et al.

10          Plaintiffs,                        No. C 05-05241 JSW

11    v.                                       **ORDER RE DEPOSIT OF FUNDS**

12  JAMES TILTON, et al.,

13          Defendants.

                                        /

14

15         The Court has been notified by the Finance Office that upon payment of the Court

16  Representatives current invoices, the funds on deposit will fall below $150,000.  (*See* Docket

17  No. 484, Minute Entry of January 15, 2010 Status Conference.)  Accordingly, within thirty (30)

18  days of the date of this Order, Defendants shall deposit additional funds with the Clerk of the

19  Court as interim payment of costs.

20         **IT IS SO ORDERED.**

21

22  Dated: April 27, 2010

23                                             JEFFREY S. WHITE
                                               UNITED STATES DISTRICT JUDGE

24

25  cc:    Finance Office

26

27

28

**United States District Court**
For the Northern District of California