PRISON LAW OFFICE
DONALD SPECTER #83925
STEVEN FAMA #99641
ALISON HARDY #135966
1917 Fifth Street
Berkeley, CA 94710
Telephone: (510) 280-2621
Facsimile: (510) 280-2704
ahardy@prisonlaw.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS PEREZ, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MATTHEW CATE, et al.,<br><br>Defendants. | No. C05-5241 JSW<br><br>**STIPULATION AND ORDER FOR PERIODIC COLLECTION OF ATTORNEYS' FEES AND COSTS** |

On April 10, 2007, this Court established a procedure by which plaintiffs are to collect attorneys' fees and costs incurred in connection with the Amended Stipulation and Order. This procedure requires plaintiffs' counsel to submit to defendants a quarterly statement of fees incurred in monitoring work, and permits defendants thirty (30) days from the receipt of plaintiffs' statement to notify plaintiffs of any disputed items. After the parties meet and confer on any of defendant's objections, counsel shall then prepare a stipulated order for payment of the fees not subject to defendants' objections. The Order also states that defendants shall have thirty (30) days from the entry of the order to pay the undisputed fees and that interest on any undisputed fees will run from the thirty-first day after the Order is filed, accruing at the rate provided by 28 U.S.C. § 1961.

Pursuant to this procedure, plaintiffs' counsel served their fourth quarter billing

statement demanding $16,318 for the period from October 31, 2009 through December 31, 2009 on February 22, 2010. Plaintiffs prevailed on their motion to compel payment for paralegal work at the market rate up to the PLRA limit on attorneys' fees, but defendants continue to object to plaintiffs' rate for paralegal work and have appealed the Court's ruling. Following a meet and confer, the parties agreed to $8,093 in undisputed fees, with paralegal fees calculated at the rate demanded by defendants. Plaintiffs, however, reserve the right to move to compel payment for the disputed fees, including fees for the difference between the market rate for paralegal work, and the amount defendants agree to pay.

WHEREFORE, defendants agree to pay plaintiffs' counsel $8,093 within 30 days of the signing of this Order. On the 31st day following the entry of this Order, interest on any unpaid amount will begin to accrue at the rate provided by 28 U.S.C. § 1961 (i.e., the weekly average 1 year constant maturity Treasury yield for the calendar week preceding the date of the Order.)

AGREED TO BY THE PARTIES:

Date: April 7, 2010

/s/
Alison Hardy
Attorney for Plaintiffs

Date: May 10, 2010

/s/
Phillip Lindsay
Deputy Attorney General
Attorney for Defendants

I, Alison Hardy, attest that Phillip Lindsay signed this document on May 10, 2010.

///

///

Stipulation and Order Re: Collection of Fourth Quarter Fees
*Perez v. Cate,* 05–5241 JSW                     2

1  IT IS SO ORDERED.

2  Date: <u>May 11, 2010</u>____, 2010

3  _____
   Honorable Jeffrey S. White
4  United States District Court Judge