EDMUND G. BROWN JR.
Attorney General of California
PHILLIP LINDSAY
Deputy Attorney General
State Bar No. 204444
 110 West A Street, Suite 1100
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone: (619) 645-3134
 Fax: (619) 645-2581
 E-mail: Phillip.Lindsay@doj.ca.gov
*Attorneys for Defendants*

PRISON LAW OFFICE
DONALD SPECTER
ALISON HARDY, State Bar No. 135966
 1917 Fifth Street
 Berkeley, CA 94710
 Telephone: (510) 280-2621
 Fax: (510) 280-2704
 ahardy@prisonlaw.com
*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CARLOS PEREZ,<br><br>              Plaintiff,<br><br>       v.<br><br>MATTHEW CATE, et al.,<br><br>              Defendants. | C 05-05241 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER RE: DEPOSIT OF INTERIM COSTS**<br><br>Judge:   The Honorable Jeffrey S. White |

On April 27, 2010, the Court notified the parties that the funds on deposit with the Court for payment of the Court's Representatives will fall below $150,000 after payment of the Court Representatives' current invoices. (Doc. No. 505.) The Court ordered Defendants to deposit additional funds within thirty days. (*Id.*) The parties stipulate that Defendants will deposit

1

$500,000 with the Clerk of the Court as an interim payment of costs, and that Defendants shall be given forty-five days from the granting of this order to deposit such funds with the Court.

IT IS SO STIPULATED.

Dated: May 13, 2010

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of California

s/Phillip Lindsay

PHILLIP LINDSAY
Deputy Attorney General
*Attorneys for Defendants*

Dated: May 13, 2010

<u>s/Alison Hardy</u>
ALISON HARDY
Prison Law Office
*Attorney for Plaintiffs*

I, Phillip Lindsay, attest that Alison Hardy authorized the filing of this document on May 13, 2010.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: May 14, 2010

_____
JEFFREY S. WHITE
United States District Court

PJL:mmr
SD2004800652
70278331.doc

2

Stipulation and Order re: Deposit of Interim Costs (C 05-05241 JSW)