Jay D. Shulman
9647 Hilldale Drive
Dallas, Texas  75231
Telephone: (214) 923-8359
Email: jayshulman@sbcglobal.net

Court Expert

FILED

MAY - 3 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS PEREZ,<br><br>           Plaintiff,<br><br>      v.<br><br>MATTHEW CATE, et al.<br><br>           Defendants. | Case No. C 05-05241 JSW<br><br>**ADMINISTRATIVE MOTION AND [PROPOSED] ORDER FOR PAYMENT** |

### ADMINISTRATIVE MOTION

Pursuant to the Court's order of October 20, 2008 (Docket No. 263), court expert Jay D. Shulman hereby moves the Court for an order for payment of the attached invoice for $4,587.64.

Dated: May 1, 2010

Respectfully submitted,

JAY D. SHULMAN
Court Expert

# ORDER

Pursuant to the Court's orders of October 20, 2008, the Court HEREBY ORDERS payment to court expert Jay D. Shulman per the court expert's invoice dated April 1, 2010.

Dated: May 17, 2010

*Jeffrey S. White*
HON. JEFFREY S. WHITE
United States District Court

cc: Finance Office

Invoice submitted to *Perez*

May 1, 2010

Invoice # 208

Professional Services for Dr. Jay D. Shulman

| Date | Activity | Hours @ $300/hr | Hours @ $100/hr | Amount |
|---|---|---|---|---|
| 4/1/2010 | Review Receiver's Turnaround Plan of Action | 1.25 | | 375 |
| 4/1/2010 | Monthly Report, March 2010 Review March 2010 PMO Status Report | 0.50 | | 150 |
| 4/3/2010 | Conf. w/ Dr. Scalzo | 0.25 | | 75 |
| 4/6/2010 | Conf. w/ Dr. Scalzo | 0.25 | | 75 |
| 4/8/2010 | Conf. w/ Dr. Scalzo | 0.50 | | 150 |
| 4/12/2010 | Conf. w/ Dr. Scalzo | 0.25 | | 75 |
| 4/12/2010 | Review P&T documents | 0.75 | | 225 |
| 4/13/2010 | Conf. w/ Dr. Scalzo | 0.5 | | 150 |
| 4/13/2010 | P&T meeting (dial-in) | 1.75 | | 525 |
| 4/13/2010 | Response to Phillip Lindsay's 4/8/10 e-mail | 1.00 | | 300 |
| 4/13/2010 | Review Inmate Medical Appeals Tracking Program Report; e-mail to Dr. Toche | 0.75 | | 225 |
| 4/15/2010 | Conf. w/ Dr. Scalzo | 0.50 | | 150 |
| 4/15/2010 | PBSP draft report | 0.50 | | 150 |
| 4/15/2010 | Review February 2010 *Perez* Document Production and write e-mail to Dr. Toche | 0.75 | | 225 |
| 4/16/2010 | Review / edit 1st draft minutes of March 2010 Coordination Meeting | 0.75 | | 225 |
| 4/16/2010 | Review March 2010 coordination meeting action items | 0.25 | | 75 |
| 4/19/2010 | Conf. w/ Dr. Scalzo | 0.75 | | 225 |
| 4/19/2010 | Memo re DPC 1&2 | 0.50 | | 150 |
| 4/23/2010 | Conf. w/ Dr. Scalzo | 0.25 | | 75 |
| 4/25/2010 | Conf. w/ Dr. Scalzo | 0.50 | | 150 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 4/27/2010 | Conf. w/ Dr. Scalzo | 0.25 | 75 |
| 4/28/2010 | Conf. w/ Dr. Scalzo | 0.25 | 75 |
| 4/29/2010 | e-UHR orientation conf. call | 1.25 | 375 |
| 4/29/2010 | Conf. w/ Dr. Scalzo | 0.25 | 75 |
| 4/30/2010 | Conf. w/ Dr. Scalzo | 0.75 | 225 |
| | Hours | 15.25 | |
| Total | | 4,575 | 4,575 |

**For Professional services rendered**         $4,575

**Additional Charges:**
**Other Expense**

Postage         12.64

Total amount of charges         **$12.64**

**Total amount of this bill**         **$4,587.64**