**FILED**

MAY − 3 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Joseph D. Scalzo, DDS
3785 N. 156th Lane
Goodyear, AZ 85395
Telephone: (602) 405-4224
Email: jscalzo2@cox.net

Court Expert/Representative

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS PEREZ, | Case No. C 05-05241 JSW |
| Plaintiff, | **ADMINISTRATIVE MOTION AND [PROPOSED] ORDER FOR PAYMENT** |
| vs. | |
| MATTHEW CATE, et al. | |
| Defendants. | |

### ADMINISTRATIVE MOTION

Pursuant to the Court's order of October 20, 2008 (Docket No. 263), court expert Joseph D. Scalzo hereby moves the Court for an order for payment of the attached invoice dated April, 2010.

Dated: April 30, 2010

Respectfully submitted,

JOSEPH D. SCALZO
Court Expert

# ORDER

Pursuant to the Court's order of October 20, 2008, the Court HEREBY ORDERS payment to court expert Joseph D. Scalzo per the court expert's invoice dated April, 2010.

Dated: May 17, 2010

HON. JEFFERY S. WHITE

United States District Court

Joseph D. Scalzo
3785 N. 156th Lane
Goodyear, AZ 85395

**Invoice for Dr. Joseph D. Scalzo**
**for April, 2010**

Case #: C 05-05241 JSW
Invoice # 0410

| **Purpose** | **HOURS** | **Regular Rate** | **Travel Rate** | **Amount** |
|---|---|---|---|---|
| Conf. call w/ Dr. Shulman | 0.25 | $300.00 | | $ 75.00 |
| Conf. call w/ Dr. Shulman re: change of dates for Status Conference | 0.25 | $300.00 | | $ 75.00 |
| Conf. call w/ Dr. Shulman | 0.50 | $300.00 | | $ 150.00 |
| Conf. call w/ Dr. Shulman | 0.25 | $300.00 | | $ 75.00 |
| Draft response to invoice issues sent by Phillip; send to Dr. Shulman | 1.00 | $300.00 | | $ 300.00 |
| Conf. call w/ Dr. Shulman | 0.50 | $300.00 | | $ 150.00 |
| Conf. call w/ Dr. Shulman | 0.50 | $300.00 | | $ 150.00 |
| Conf. call w/ Dr. Shulman | 0.75 | $300.00 | | $ 225.00 |
| Conf. call w/ Dr. Shulman | 0.25 | $300.00 | | $ 75.00 |
| Conf. call w/ Dr. Shulman | 0.50 | $300.00 | | $ 150.00 |
| Conf. call w/ Dr. Shulman | 0.25 | $300.00 | | $ 75.00 |
| Conf. call w/ Dr. Shulman | 0.25 | $300.00 | | $ 75.00 |
| Attend eUHR WebEx meeting. | 1.50 | $300.00 | | $ 450.00 |
| Conf. call w/ Dr. Shulman | 0.25 | $300.00 | | $ 75.00 |
| Conf. call w/ Dr. Shulman Re: upcomming travel plans. | 0.75 | $300.00 | | $ 225.00 |
| | | | | |
| **TOTALS** | **7.75** | 7.75 hours @ $300 | 0.0 hours @ $100 | **2,325.00** |
| | | $2,325.00 | $0.00 | $2,325.00 |

Travel Expenses
**None**

Joseph D. Scalzo
3785 N. 156th Lane
Goodyear, AZ 85395

## Invoice for Dr. Joseph D. Scalzo
### for April, 2010

Case #: C 05-05241 JSW
Invoice # 0410

| Purpose | HOURS | Regular Rate | Travel Rate | | Amount |
|---|---|---|---|---|---|
| Conf. call w/ Dr. Shulman | 0.25 | $300.00 | | $ | 75.00 |
| Conf. call w/ Dr. Shulman re: change of dates for Status Conference | 0.25 | $300.00 | | $ | 75.00 |
| Conf. call w/ Dr. Shulman | 0.50 | $300.00 | | $ | 150.00 |
| Conf. call w/ Dr. Shulman | 0.25 | $300.00 | | $ | 75.00 |
| Draft response to invoice issues sent by Phillip; send to Dr. Shulman | 1.00 | $300.00 | | $ | 300.00 |
| Conf. call w/ Dr. Shulman | 0.50 | $300.00 | | $ | 150.00 |
| Conf. call w/ Dr. Shulman | 0.50 | $300.00 | | $ | 150.00 |
| Conf. call w/ Dr. Shulman | 0.75 | $300.00 | | $ | 225.00 |
| Conf. call w/ Dr. Shulman | 0.25 | $300.00 | | $ | 75.00 |
| Conf. call w/ Dr. Shulman | 0.50 | $300.00 | | $ | 150.00 |
| Conf. call w/ Dr. Shulman | 0.25 | $300.00 | | $ | 75.00 |
| Conf. call w/ Dr. Shulman | 0.25 | $300.00 | | $ | 75.00 |
| Attend eUHR WebEx meeting. | 1.50 | $300.00 | | $ | 450.00 |
| Conf. call w/ Dr. Shulman | 0.25 | $300.00 | | $ | 75.00 |
| Conf. call w/ Dr. Shulman Re: upcomming travel plans. | 0.75 | $300.00 | | $ | 225.00 |
| | | | | | |
| **TOTALS** | **7.75** | 7.75 hours @ $300 | 0.0 hours @ $100 | $ | **2,325.00** |
| | | $2,325.00 | $0.00 | | $2,325.00 |
| Travel Expenses | | | | | |
| None | | | | | |