1

2

3

4

5

6                      IN THE UNITED STATES DISTRICT COURT

7

8                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    CARLOS PEREZ, et al.

10            Plaintiffs,                      No. C 05-05241 JSW

11       v.                                    **ORDER CONTINUING CASE
                                               MANAGEMENT CONFERENCE**
12   MATTHEW CATE, et al.,

13            Defendants.

                                          /

14

15        The Court has received and considered the parties' Joint Case Management Conference

16   Statement.  The Court HEREBY CONTINUES the June 4, 2010 Case Management Conference

17   to September 10, 2010 at 1:30 p.m.

18        **IT IS SO ORDERED.**

19

20   Dated: June 1, 2010

21                                            JEFFREY S. WHITE
                                              UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28

United States District Court
For the Northern District of California