Joseph D. Scalzo, DDS
3785 N. 156th Lane
Goodyear, AZ 85395
Telephone: (602) 405-4224
Email: jscalzo2@cox.net

Court Expert/Representative

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

CARLOS PEREZ,

Plaintiff,

vs.

MATTHEW CATE, et al.

Defendants.

Case No. C 05-05241 JSW

**ADMINISTRATIVE MOTION AND ~~[PROPOSED]~~ ORDER FOR PAYMENT**

## ADMINISTRATIVE MOTION

Pursuant to the Court's order of October 20, 2008 (Docket No. 263), court expert Joseph D. Scalzo hereby moves the Court for an order for payment of the attached invoice dated May, 2010.

Dated: May 31, 2010

Respectfully submitted,

JOSEPH D. SCALZO
Court Expert

## ORDER

Pursuant to the Court's order of October 20, 2008, the Court HEREBY ORDERS payment to court expert Joseph D. Scalzo per the court expert's invoice dated May, 2010.

Dated: June 15, 2010

HON. JEFFERY S. WHITE
United States District Court

Joseph D. Scalzo
3785 N. 156th Lane
Goodyear, AZ 85395

**Invoice for Dr. Joseph D. Scalzo**
**for May, 2010**

Case #: C 05-05241 JSW
Invoice # 0510

| DATE | | HOURS | Regular Rate | Travel Rate | Amount |
|---|---|---|---|---|---|
| 5/3/2010 | Travel to Sacramento | 6.50 | | $ 100.00 | $ 650.00 |
| 5/3/2010 | Meeting w/ Dr. Shulman, review and rewrite site visit reports; meeting w/ Dr. Shulman & Dr. Rosenberg. | 3.50 | $ 300.00 | | $ 1,050.00 |
| 5/3/2010 | Meeting w/ Dr. Shulman, Sp. Master Lopes and staff. | 2.25 | $ 300.00 | | $ 675.00 |
| 5/4/2010 | Meetings w/ Dr. Shulman, finalize site visit reports update and send onto Dr. Rosenberg for review; attend Coordination Meeting. Review items raised in Coord. Mtg. | 8.75 | $ 300.00 | | $ 2,625.00 |
| 5/4/2010 | Mtg. w/ Dr. Shulman | 2.50 | $ 300.00 | | $ 750.00 |
| 5/5/2010 | Mtg. w/ Dr. Shulman, review Receiver's proposed HCAU transition, discuss and compose and send e-mail to Receiver; attend Judges meeting; arrange meeting for next week. | 7.00 | $ 300.00 | | $ 2,100.00 |
| 5/5/2010 | Mtg. w/ Dr. Shulman, reply to e-mails, plan next week, begin developing talking points for meeting w/ Dave Runnels on proposed HCAU transition. | 3.75 | $ 300.00 | | $ 1,125.00 |
| 5/6/2010 | Return trip to Phoenix | 5.50 | | $ 100.00 | $ 550.00 |
| 5/6/2010 | Conf. call w/Dr. Shulman, read and reply to e-mails | 0.75 | $ 300.00 | | $ 225.00 |
| 5/7/2010 | Conf. w/ Dr. Shulman; read and prepare draft response to Mr. Lindsay's e-mail. Finalize response. | 1.25 | $ 300.00 | | $ 375.00 |
| 5/9/2010 | Review Receiver's HCAU transition paper, prepare questions/issues in conjuction with Dr. Shulman, revise and finalize draft for use in mtg w/ Dave Runnels. | 1.00 | $ 300.00 | | $ 300.00 |
| 5/9/2010 | Conf. call w/ Dr. Shulman | 0.25 | $ 300.00 | | $ 75.00 |
| 5/10/2010 | Trip to Sacramento | 5.50 | | $ 100.00 | $ 550.00 |
| 5/10/2010 | Mtgs. w/ Dr. Shulman, Dave Runnels & staff; mtg. w/ Dr. Shulman, Dr. Toche, Dr. Rosenberg. | 4.50 | $ 300.00 | | $ 1,350.00 |
| 5/10/2010 | Mtg. w/ Dr. Shulman | 1.25 | $ 300.00 | | $ 375.00 |
| 5/11/2010 | Mtg. w/ Dr. Shulman, review documents given ysterday by Dave Runnels re: HCAU transition; mtg. w/ Dr. Rosenberg re: HCAU transition; attend P&T meeting; attend eHUR meeting arranged by Jamie Magrum. | 10.00 | $ 300.00 | | $ 3,000.00 |
| 5/11/2010 | Mtg w/ Dr. Shulman to go over information from today's meetings. | 2.25 | $ 300.00 | | $ 675.00 |
| 5/12/2010 | Return trip to Phoenix | 5.50 | | $ 100.00 | $ 550.00 |
| 5/18/2010 | Read e-mails, review documents from P&T, review Court Ordered Timeframes. | 1.00 | $ 300.00 | | $ 300.00 |
| 5/18/2010 | Conf. call w/ Dr. Shulman | 0.25 | $ 300.00 | | $ 75.00 |
| 5/20/2010 | Conf. call w/ Dr. Shulman | 0.50 | $ 300.00 | | $ 150.00 |
| 5/20/2010 | On conf. call - rescheduled. | 0.25 | $ 300.00 | | $ 75.00 |
| 5/20/2010 | Conf. call with parties. | 1.00 | $ 300.00 | | $ 300.00 |
| 5/20/2010 | Conf. call w/ Dr. Shulman re: Operational Assessment for Mule Creek State Prison invite by Lance James; call Drs. Toche & Rosenberg ref. same. | 0.50 | $ 300.00 | | $ 150.00 |
| 5/20/2010 | Imaging Core Leadership tel. conf call | 1.00 | $ 300.00 | | $ 300.00 |
| 5/21/2010 | Begin to review and record thoughts on new Peer Review Policy. | 1.00 | $ 300.00 | | $ 300.00 |
| 5/25/2010 | Travel to Sacramento | 6.00 | | $ 100.00 | $ 600.00 |
| 5/25/2010 | Continue review of Draft Peer Review Policy. | 1.00 | $ 300.00 | | $ 300.00 |
| 5/25/2010 | Mtgs. w/ Dr. Shulman re: Peer Review Policy; mtg. w/ Dr. Rosenberg, Dr. Shulman. | 3.00 | $ 300.00 | | $ 900.00 |
| 5/25/2010 | Mtg. w/ Dr. Shulman re: Peer Review Policy in prep fpr tomorrow's mtg.; prep for mtg. on Access to Care. | 4.00 | $ 300.00 | | $ 1,200.00 |
| 5/26/2010 | Mtg.w/ Dr. Shulman; Mtg. Dave Runnels & staff, Dr. Shulman, Dr. Rosenberg; mtg. w/ Dr. Shulman, Dr. Toche, Dr. Rosenberg; attend HITEC meeting; mtg. w/ Dr. Shulman & Jamie Mangrum; Mtg w/ Dr. Shulman, Dr. Rosenberg to address Peer Review Policy issues; Mtg. w/ Dr. Shulman, Dr. Rosenberg, Bonnie Noble & staff; Mtg. w/ Dr. Shulman, Sharon Aungst, Dr. Toche, Dr. Rosenberg. | 12.00 | $ 300.00 | | $ 3,600.00 |
| 5/26/2010 | Mtg. w/ Dr. Shulman to go over information from today's meetings. | 1.50 | $ 300.00 | | $ 450.00 |
| 5/27/2010 | Mtg. w/ Dr. Shulman | 1.00 | $ 300.00 | | $ 300.00 |
| 5/27/2010 | Return trip to Phoenix | 4.75 | | $ 100.00 | $ 475.00 |
| 5/27/2010 | Conf. call w/ Dr. Shulman | 0.25 | $ 300.00 | | $ 75.00 |
| 5/28/2010 | Conf. call w/ Dr. Shulman | 0.25 | $ 300.00 | | $ 75.00 |
| 5/28/2010 | Review Joint Case Management Statement and Decloration of Dr. Toche filed w/ the Court. Review revised Dental Peer Review Policy sent by Dr. Rosenberg. | 1.00 | $ 300.00 | | $ 300.00 |
| 5/28/2010 | Draft and send e-mail to parties re: CMC Statement. | 0.50 | $ 300.00 | | $ 150.00 |
| 5/29/2010 | Conf. call w/ Dr. Shulman | 0.25 | $ 300.00 | | $ 75.00 |
| 5/30/2010 | Read and review the Receiver's 14th Tri-Annual Report. | 0.50 | $ 300.00 | | $ 150.00 |
| | | **113.50** | 79.75 hours @ $300 | 33.75 hours @ $100 | **$ 27,300.00** |
| | | | **$23,925.00** | **$3,375.00** | **$27,300.00** |
| | **Travel Expenses** | | | | |
| 5/3/10 - 5/6/10 | Trip to Sacramento/ San Frencisco | | | | $2,067.09 |
| 5/10/10 - 5/12/10 | Trip to Sacramento | | | | $1,215.40 |
| 5/25/10 - 5/27/10 | Trip to Sacramento | | | | $1,087.23 |
| | | | | Total | **$4,369.72** |
| | | | | | **$31,669.72** |