Jay D. Shulman
9647 Hilldale Drive
Dallas, Texas 75231
Telephone: (214) 923-8359
Email: jayshulman@sbcglobal.net

Court Expert

**FILED**

JUN 14 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

CARLOS PEREZ,

    Plaintiff,

v.

MATTHEW CATE, et al.

    Defendants.

Case No. C 05-05241 JSW

**ADMINISTRATIVE MOTION AND [PROPOSED] ORDER FOR PAYMENT**

## ADMINISTRATIVE MOTION

Pursuant to the Court's order of October 20, 2008 (Docket No. 263), court expert Jay D. Shulman hereby moves the Court for an order for payment of the attached invoice for $35,573.59.

Dated: June 1, 2010

Respectfully submitted,

*/s/ Jay D. Shulman*

JAY D. SHULMAN
Court Expert

## ORDER

Pursuant to the Court's orders of October 20, 2008, the Court HEREBY ORDERS payment to court expert Jay D. Shulman per the court expert's invoice dated ~~June 1, 2010~~.

June 13, 2010

Dated: June 28, 2010

*[signature: Jeffrey S. White]*

HON. JEFFREY S. WHITE
United States District Court

Invoice submitted to *Perez*

June 13, 2010

Invoice # 209

Professional Services for Dr. Jay D. Shulman

| Date | Activity | Hours @ $300/hr | Hours @ $100/hr | Amount |
|---|---|---|---|---|
| 5/3/2010 | Travel to Sacramento | | 6.00 | 600 |
| 5/3/2010 | Meet w/ Dr. Scalzo; review / rewrite site visit reports; meet w/ Drs/ Scalzo and Rosenberg | 3.50 | | 1,050 |
| 5/3/2010 | Meet w/ Dr. Scalzo and *Coleman* Special Master and staff | 2.25 | | 675 |
| 5/4/2010 | Meet w/ Dr. Scalzo; finalize site visit reports; attend Coordination Meeting; review issues raised in Coordination Meeting | 8.75 | | 2,625 |
| 5/4/2010 | Meet w/ Dr. Scalzo | 2.50 | | 750 |
| 5/5/2010 | Meet w/ Dr. Scalzo re Receivers' proposes HCAU transition; read / send e-mail; attend Judges' Coordination Meeting; arrange meetings | 7.00 | | 2,100 |
| 5/5/2010 | Meet w/ Dr. Scalzo; read / reply to e-mails; plan next week; analyze HCAU proposal; develop talking points | 3.75 | | 1,125 |
| 5/6/2010 | Return to Dallas | | 7.50 | 750 |
| 5/6/2010 | Conf. w/ Dr. Scalzo; read and answer e-mails | 0.75 | | 225 |
| 5/7/2010 | Conf. w/ Dr. Scalzo; read and prepare draft response to Mr. Lindsay. | 1.25 | | 375 |
| 5/8/2010 | Review Receiver's Presentation to Board of Regents | 0.50 | | 150 |
| 5/8/2010 | Review May 2010 P&T Agenda | 0.50 | | 150 |
| 5/8/2010 | Review Receiver's PMO April Status Report | 0.50 | | 150 |

| Date | Description | Hours | | Amount |
|---|---|---|---|---|
| 5/8/2010 | Health Care Acess Transition Unit analysis | 1.75 | | 525 |
| 5/9/2010 | Health Care Acess Transition Unit analysis | 1.00 | | 300 |
| 5/9/2010 | Conf. w/ Dr. Scalzo | 0.25 | | 75 |
| 5/10/2010 | Travel to Sacramento | | 7.50 | 750 |
| 5/10/2010 | Meet w/ Dr. Scalzo; meet w/ Dave Runnels & staff; meet w/. w/ Drs. Scalzo, Toche, and Rosenberg. | 4.50 | | 1,350 |
| 5/10/2010 | Meet w/ Dr. Scalzo | 1.25 | | 375 |
| 5/11/2010 | Meet w/ Dr. Scalzo; review HCAU transition documants; meet w/ Dr. Rosenberg re: HCAU transition; attend P&T meeting; attend dental eHUR briefing | 10.00 | | 3,000 |
| 5/11/2010 | Meet w/ Dr. Scalzo to review information from today's meetings | 2.25 | | 675 |
| 5/12/2010 | Return to Dallas | | 7.75 | 775 |
| 5/13/2010 | Review Receiver's Turnaround Plan of Action for April | 0.50 | | 150 |
| 5/13/2010 | Pharmacy Core Leadership Meeting (dial-in) | 1.50 | | 450 |
| 5/13/2010 | Review IMATP Monthly Report - April and compose e-mail re report | 0.50 | | 150 |
| 5/17/2010 | Review March 2010 Mon, May 17, 2010 Monthly Document Production | 0.50 | | 150 |
| 5/18/2010 | Conf. w/ Dr. Scalzo | 0.25 | | 75 |
| 5/20/2010 | Conf. w/ Dr. Scalzo | 0.50 | | 150 |
| 5/20/2010 | Conf. call re Perez production documents | 0.25 | | 75 |
| 5/20/2010 | Resume conf. call re Perez production documents | 1.00 | | 300 |
| 5/20/2010 | Imaging Core Leadership Team Monthly Meeting | 1.00 | | 300 |
| 5/20/2010 | Conf. w/ Dr. Scalzo | 0.75 | | 225 |
| 5/24/2010 | Review Weekly Clinical Imaging Status Dashboard & Issue Tracker | 0.50 | | 150 |
| 5/24/2010 | Begin review of draft peer review policy | 1.50 | | 450 |

| Date | Description | Hours | Hours | Amount |
|---|---|---|---|---|
| 5/25/2010 | Travel to Sacramento | | 6.75 | **675** |
| 5/25/2010 | Meet w/ Dr. Scalzo re draft peer review policy; meet with Drs. Rosenberg and Scalzo | 3.00 | | **900** |
| 5/25/2010 | Meet w/ Dr Scalzo re peer review policy and access to care issue; prepare for next day's meetings | 4.00 | | **1,200** |
| 5/26/2010 | Meet w/ Dr. Scalzo; meet w/ Dave Runnels and staff, Drs. Toche, Rosenberg and Scalzo re access to care issue; attent HITECH meeting; meet with Dr. Scalzo and Jamie Mangrum; meet w/ Drs. Rosenberg and Scalzo re peer review; Meet w/ Bonnie Noble and staff re QA; meet with Drs. Rosenberg, Toche, Scalzo, and Sharon Aungst | 12.00 | | **3,600** |
| 5/26/2010 | Meet w/ Dr. Scalzo | 1.50 | | **450** |
| 5/27/2010 | Meet w/ Dr. Scalzo | 1.00 | | **300** |
| 5/27/2010 | Travel to Dallas (note: flight cancellation and travel delays) | | 13.00 | **1,300** |
| 5/28/2010 | Conf. w/ Dr. Scalzo | 0.25 | | **75** |
| 5/28/2010 | Review Receiver's Triannual Report | 2.00 | | **600** |
| 5/28/2010 | Review CMC filings | 0.50 | | **150** |
| 5/29/2010 | Review Receiver's Monthly PMO Report | 0.75 | | **225** |
| 5/29/2010 | Review and comment on draft Peer Review document | 2.00 | | **600** |
| 5/29/2010 | Conf. w/ Dr. Scalzo | 0.25 | | **75** |
| | Hours | 88.25 | 48.50 | |
| Total | | 26,475 | 4,850 | 31,325 |

**For Professional services rendered**     **$31,325**

**Additional Charges:**
**Other Expense**
  Travel
    May 3-6      1,452.47
    May 10-12      1,428.53
    May 25-27      1,361.27

  Postage      6.32

Total amount of charges      **4,248.59**

**Total amount of this bill**      **$35,573.59**