United States District Court

For the Northern District of California

1

2

3

4

5

6            IN THE UNITED STATES DISTRICT COURT

7

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    CARLOS PEREZ, et al.

10            Plaintiffs,                    No. C 05-05241 JSW

11    v.                                     **ORDER SETTING BRIEFING
                                             SCHEDULE**
12    JAMES TILTON, et al.,

13            Defendants.
                                                    /
14

15        On July 9, 2010, Plaintiffs filed a Motion to Compel Payment for Disputed 2009 Fees,

16    which is noticed for hearing on September 10, 2010.  It is HEREBY ORDERED that

17    Defendants' opposition to the motion shall be due on July 30, 2009.  Plaintiffs' reply shall be

18    due on August 6, 2009.  If the Court finds the matter suitable for disposition without oral

19    argument, it shall notify the parties in advance of the hearing date.  If either of the parties wish

20    to modify this briefing schedule, they must submit a request to the Court demonstrating good

21    cause for any such modification.  Finally, if the Court does not resolve the motion on the

22    papers, the Status Conference currently set for September 10, 2010 at 1:30 p.m. shall be heard

23    at 9:00 a.m., immediately following the motion hearing.

24        **IT IS SO ORDERED.**

25

26    Dated: July 12, 2010                   _____
                                             JEFFREY S. WHITE
27                                           UNITED STATES DISTRICT JUDGE

28