IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **CARLOS PEREZ,** | C 05-05241 JSW |
| Plaintiff, | |
| v. | [~~PROPOSED~~] **ORDER ENLARGING TIME FOR PLAINTIFF TO FILE REPLY BRIEF** |
| **MATTHEW CATE, et al.,** | |
| Defendants. | |

Good cause appearing, Plaintiffs' request for an order enlarging time for the briefing on Plaintiffs' Motion to Compel Attorneys' Fees is GRANTED. It is HEREBY ORDERED that Plaintiffs' Reply Brief shall be due on August 13, 2010.

IT IS SO ORDERED.

Dated: July 14, 2010

_____
Judge Jeffrey S. White

[~~Proposed~~] Order Enlarging Time
*Perez v. Cate*, C-05-05241 JSW

1