Joseph D. Scalzo, DDS
3785 N. 156th Lane
Goodyear, AZ 85395
Telephone: (602) 405-4224
Email: jscalzo2@cox.net

**FILED**

JUL - 6 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Court Expert/Representative

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

CARLOS PEREZ,

                    Plaintiff,

          vs.

MATTHEW CATE, et al.

                    Defendants.

Case No. C 05-05241 JSW

**ADMINISTRATIVE MOTION AND
[PROPOSED] ORDER FOR PAYMENT**

### ADMINISTRATIVE MOTION

Pursuant to the Court's order of October 20, 2008 (Docket No. 263), court expert Joseph D. Scalzo hereby moves the Court for an order for payment of the attached invoice dated June, 2010.

Dated: June 30, 2010

Respectfully submitted,

JOSEPH D. SCALZO
Court Expert

# ORDER

Pursuant to the Court's order of October 20, 2008, the Court HEREBY ORDERS payment to court expert Joseph D. Scalzo per the court expert's invoice dated June, 2010.

Dated: July 19, 2010

HON. JEFFERY S. WHITE

United States District Court

cc:  Finance Office

Joseph D. Scalzo
3785 N. 156th Lane
Goodyear, AZ 85395

**Invoice for Dr. Joseph D. Scalzo**
**for June, 2010**

Case # C 05-05241 JSW
Invoice # 0610

| DATE | | HOURS | Regular Rate | Travel Rate | Amount |
|---|---|---|---|---|---|
| 6/1/2010 | Conf. call w/ Dr. Shulman re: Status Conf. reschedule | 0.25 | $ 300.00 | | $ 75.00 |
| 6/2/2010 | Conf. call w/ Dr. Shulman re: draft P&Ps | 0.25 | $ 300.00 | | $ 75.00 |
| 6/3/2010 | Conf. call w/ Dr. Shulman | 0.25 | $ 300.00 | | $ 75.00 |
| 6/3/2010 | Begin to review draft P&Ps | 0.50 | $ 300.00 | | $ 150.00 |
| 6/4/2010 | Conf call w/ Dr. Shulman | 0.25 | $ 300.00 | | $ 75.00 |
| 6/4/2010 | Conf call w/ Dr. Shulman | 0.25 | $ 300.00 | | $ 75.00 |
| 6/4/2010 | Continue review of draft P&P; e-mail comments to Dr. Shulman; respond to e-mails from Dr. Toche. | 1.00 | $ 300.00 | | $ 300.00 |
| 6/4/2010 | Continue review of draft P&P; e-mail comments to Dr. Shulman; respond to e-mails from Dr. Toche. | 1.00 | $ 300.00 | | $ 300.00 |
| 6/4/2010 | Continue review of draft P&P; e-mail comments to Dr. Shulman | 0.50 | $ 300.00 | | $ 150.00 |
| 6/5/2010 | Continue review of draft P&P. | 0.50 | $ 300.00 | | $ 150.00 |
| 6/7/2010 | Conf. call w/ Dr. Shulman re: draft P&Ps | 0.50 | $ 300.00 | | $ 150.00 |
| 6/7/2010 | Continue review of draft P&Ps | 1.00 | $ 300.00 | | $ 300.00 |
| 6/7/2010 | Continue review of draft P&P; e-mail comments to Dr. Shulman; conf calls w/Dr. Shulman re: P&Ps | 2.00 | $ 300.00 | | $ 600.00 |
| 6/8/2010 | Trip to Sacramento | 6.00 | | $ 100.00 | $ 600.00 |
| 6/8/2010 | Mtg. w/ Dr. Shulman; attend P&T; Mtg. w/ Dr. Shulman, Dr. Toche, Dr. Rosenberg. | 5.50 | $ 300.00 | | $ 1,650.00 |
| 6/8/2010 | Mtg. w/ Dr. Shulman | 2.00 | $ 300.00 | | $ 600.00 |
| 6/9/2010 | Mtg. w/Dr. Shulman; Mtg. w/ Dr. Shulman, Dr. Toche, Dr. Rosenberg - tour Mule Creek and observre audit process of  HCAU team and attend post-audit briefing. Meet w/ Dr. Toche, Dr. Rosenberg and Dr. Shulman to review comments/suggestions to draft P&Ps. | 9.50 | $ 300.00 | | $ 2,850.00 |
| 6/9/2010 | Mtg. w/ Dr. Shulman, Coleman staff. | 1.50 | $ 300.00 | | $ 450.00 |
| 6/10/2010 | Mtg. w/ Dr. Shulman; attend 30 day parties meeting; Mtg. w/ Dr. Shulman, Dr. Toche, Dr. Rosenberg; mtg. w/ Jamie Mangrum and staff re: dental IT issues. | 8.50 | $ 300.00 | | $ 2,550.00 |
| 6/10/2010 | Mtg. w/ Dr. Shulman | 1.75 | $ 300.00 | | $ 525.00 |
| 6/11/2010 | Mtg. w/Dr. Shulman | 1.00 | $ 300.00 | | $ 300.00 |
| 6/11/2010 | Return trip to Phoenix | 4.50 | | $ 100.00 | $ 450.00 |
| 6/13/2010 | Conf. call w/ Dr. Shulman | 0.25 | $ 300.00 | | $ 75.00 |
| 6/15/2010 | Conf. call w/ Dr. Shulman. | 0.25 | $ 300.00 | | $ 75.00 |
| 6/15/2010 | Conf. call w/ Dr. Shulman re: schedule | 0.50 | $ 300.00 | | $ 150.00 |
| 6/17/2010 | Conf. call w/ Dr. Shulman re: e-mails. | 0.25 | $ 300.00 | | $ 75.00 |
| 6/17/2010 | Attend Imaging Core Leadership meeting by phone; post call conf. w/ Dr. Shulman | 1.50 | $ 300.00 | | $ 450.00 |
| 6/21/2010 | Conf call w/ Dr. Shulman | 0.25 | $ 300.00 | | $ 75.00 |
| 6/22/2010 | Conf call w/ Dr. Shulman review draft P&P issues raised by A. Hardy per her request. | 1.75 | $ 300.00 | | $ 525.00 |
| 6/22/2010 | Conf call w/ Dr. Shulman re: above. | 0.25 | $ 300.00 | | $ 75.00 |
| 6/23/2010 | Read and review Receiver's Transition Montly report. | 1.00 | $ 300.00 | | $ 300.00 |
| 6/23/2010 | Conf. call w/ Dr. Shulman re: above. | 0.25 | $ 300.00 | | $ 75.00 |
| 6/24/2010 | Attend Pharmacy Core Leadership mtg. by conference call. | 1.25 | $ 300.00 | | $ 375.00 |
| 6/25/2010 | Conf. call w/ Dr. Shulman review Monthly Document Production report from Phillip. | 1.00 | $ 300.00 | | $ 300.00 |
| 6/28/2010 | Conf. call w/ Dr. Shulman | 0.25 | $ 300.00 | | $ 75.00 |
| 6/28/2010 | Continue review and analysis of Monthly Document Production report from Phillip | 1.00 | $ 300.00 | | $ 300.00 |
| 6/30/2010 | Conf. call w/ Dr. Shulman | 0.50 | $ 300.00 | | $ 150.00 |
| | | | | | |
| | | | | | |
| | | **58.75** | 48.25 hours @ $300 | 10.5 hours @ $100 | **$ 15,525.00** |
| | | | $14,475.00 | $1,050.00 | $15,525.00 |

| | Travel Expenses | | | | |
|---|---|---|---|---|---|
| 6/8/10 - 6/11/10 | Trip to Sacramento | | | | $1,700.87 |
| | | | | | |
| | | | | **Total** | **$17,225.87** |