Jay D. Shulman
9647 Hilldale Drive
Dallas, Texas  75231
Telephone: (214) 923-8359
Email: jayshulman@sbcglobal.net

Court Expert

**FILED**

**JUL 1 5 2010**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS PEREZ,<br><br>    Plaintiff,<br><br>v.<br><br>MATTHEW CATE, et al.<br><br>    Defendants. | Case No. C 05-05241 JSW<br><br>**ADMINISTRATIVE MOTION AND [PROPOSED] ORDER FOR PAYMENT** |

### ADMINISTRATIVE MOTION

Pursuant to the Court's order of October 20, 2008 (Docket No. 263), court expert Jay D. Shulman hereby moves the Court for an order for payment of the attached invoice for $23,447.12.

Dated: July 11, 2010

Respectfully submitted,

*/s/ Jay D. Shulman*

JAY D. SHULMAN
Court Expert

## ORDER

Pursuant to the Court's orders of October 20, 2008, the Court HEREBY ORDERS payment to court expert Jay D. Shulman per the court expert's invoice dated ~~July 11, 2010~~.

June 30, 2010

Dated: July 27, 2010

*[signature]*

HON. JEFFREY S. WHITE
United States District Court

ADMIN. MOTION AND [~~PROPOSED~~] ORDER FOR PAYMENT
*Perez v. Cate*, C 05-05241 JSW

2

Invoice submitted to *Perez*

June 30, 2010

Invoice # 211

Professional Services for Dr. Jay D. Shulman

| Date | Activity | Hours @ $300/hr | Hours @ $100/hr | Amount |
|---|---|---|---|---|
| 6/1/2010 | Conf. w/ Dr. Scalzo | 0.25 | | 75 |
| 6/1/2010 | Review Imaging Weekly Dashboard and Issue Tracker | 0.25 | | 75 |
| 6/2/2010 | Conf. w/ Dr. Scalzo | 0.25 | | 75 |
| 6/3/2010 | Review P&P | 2.00 | | 600 |
| 6/3/2010 | Review May ICLT Meeting Summary | 0.25 | | 75 |
| 6/3/2010 | Conf. w/ Dr. Scalzo | 0.25 | | 75 |
| 6/4/2010 | Review P&P | 2.00 | | 600 |
| 6/4/2010 | Conf. w/ Dr. Scalzo | 0.25 | | 75 |
| 6/4/2010 | Conf. w/ Dr. Scalzo | 0.25 | | 75 |
| 6/4/2010 | Review P&P | 2.50 | | 750 |
| 6/4/2010 | Review coordination meeting draft minutes | 0.25 | | 75 |
| 6/4/2010 | Review P&P | 2.25 | | 675 |
| 6/7/2010 | Review P&P | 2.75 | | 825 |
| 6/7/1021 | Conf. w/ Dr. Scalzo | 0.50 | | 150 |
| 6/7/2010 | Review P&P | 2.25 | | 675 |
| 6/7/2010 | Conf. w/ Dr. Scalzo | 0.25 | | 75 |
| 6/7/2010 | Conf. w/ Dr. Scalzo | 0.25 | | 75 |
| 6/7/2010 | Review P&P | 1.75 | | 525 |
| 6/8/2010 | Review P&T material | 0.50 | | 150 |
| 6/8/2010 | Review Clinical Imaging Weekly Dashboard and Issue Tracker | 0.25 | | 75 |
| 6/8/2010 | Depart for Sacramento | | 6.25 | 625 |
| 6/8/2010 | Meet w/ Drs. Scalzo, Toche, and Rosenberg; attend P&T meeting | 5.50 | | 1,650 |
| 6/8/2010 | Meet w/ Dr. Scalzo | 2.00 | | 600 |
| 6/9/2010 | Meet w/ Dr. Scalzo; meet w/ Drs. Scalzo, Toche, Rosenberg; MCSP site visit to observe access to care team audit; meet re P&P changes | 9.50 | | 2,850 |
| 6/9/2010 | Meet w/ Dr. Scalzo and *Coleman* staff | 1.50 | | 450 |

| Date | Description | Hours | | Amount |
|---|---|---|---|---|
| 6/10/2010 | Meet w/ Dr. Scalzo; attend 30-day *Perez* meeting; Meet with Drs. Scalzo, Toche, Rosenberg; attend IT briefing by Jamie Mangrum | 8.50 | | 2,550 |
| 6/10/2010 | Meet w/ Dr. Scalzo | 1.83 | | 549 |
| 6/10/2010 | Make travel arrangements; read and respond to e-mails; review IT documents | 1.25 | | 375 |
| 6/11/2010 | Meet w/ Dr. Scalzo | 1.00 | | 300 |
| 6/11/2010 | Travel to Dallas | | 7.75 | 775 |
| 6/13/2010 | Conf. w/ Dr. Scalzo | 0.25 | | 75 |
| 6/15/2010 | Conf. w/ Dr. Scalzo | 0.25 | | 75 |
| 6/15/2010 | Conf. w/ Dr. Scalzo | 0.50 | | 150 |
| 6/16/2010 | Review / edit Coordination Minutes and Action Items | 0.50 | | 150 |
| 6/17/2009 | Review Imaging Core Leadership Team documents | 0.50 | | 150 |
| 6/17/2009 | Conf. w/ Dr. Scalzo | 0.25 | | 75 |
| 6/17/2009 | Imaging Core Leadership Team conf. call; conf w/ Dr. Scalzo | 1.50 | | 450 |
| 6/18/2010 | Conf. w/ Dr. Scalzo | 0.25 | | 75 |
| 6/21/2010 | Review plaintiffs' objections / comments to proposed P&P revisions | 2.00 | | 600 |
| 6/21/2010 | Conf. w/ Dr. Scalzo | 0.25 | | 75 |
| 6/22/2010 | Review plaintiffs' objections / comments to proposed P&P revisions | 1.00 | | 300 |
| 6/22/2010 | Conf. w/ Dr. Scalzo re plaintiffs' proposed P&P objections / comments | 1.75 | | 525 |
| 6/22/2010 | Conf. w/ Alison Hardy re P&P objections / comments | 0.25 | | 75 |
| 6/22/2010 | Conf. w/ Dr. Toche re P&P | 0.50 | | 150 |
| 6/22/2010 | Conf. w/ Dr. Scalzo | 0.25 | | 75 |
| 6/22/2010 | Review 6/10/10 Draft PLO Meeting Minutes | 0.25 | | 75 |
| 6/23/2010 | Conf. w/ Dr. Scalzo | 0.25 | | 75 |
| 6/23/2010 | Review Pharmacy Core Leadership Meeting Material | 0.50 | | 150 |
| 6/23/2010 | Review Receiver's June Turnaround Plan of Action Monthly Report | 1.00 | | 300 |
| 6/24/2010 | Pharmacy Core Leadership Team dial-in | 1.00 | | 300 |
| 6/24/2010 | Review Perez Production Reports | 1.00 | | 300 |
| 6/25/2010 | Conf. w/ Dr. Scalzo | 1.00 | | 300 |
| 6/25/2010 | Draft analysis of April production report | 1.25 | | 375 |
| 6/28/2010 | Conf. w/ Dr. Scalzo | 0.25 | | 75 |
| 6/30/2010 | Conf. w/ Dr. Scalzo | 0.50 | | 150 |

|  | Hours | | | |
|---|---|---|---|---|
| Total | | 67.33 | 14.00 | |
| | | 20,199 | 1,400 | 21,599 |

**For Professional services rendered** $21,599.00

**Additional Charges:**
**Other Expense**
 Travel
  June 8-11        1,841.80

Postage (6/1/10)     6.32

Total amount of charges   $ 1,848.12

**Total amount of this bill**   $23,447.12