IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARLOS PEREZ, et al.,

    Plaintiffs,

v.

MATTHEW CATE, et al.,

    Defendants.

No. C 05-05241 JSW

**ORDER RE REPORT RE DENTAL CONSTRUCTION NEEDS**

The Court has received the Court's Experts Report, dated August 18, 2010, regarding Dental Construction Needs in California Department of Corrections Facilities. It is HEREBY ORDERED that the parties shall address this report in the joint case management statement due on September 3, 2010.

**IT IS SO ORDERED.**

Dated: August 23, 2010

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE