Joseph D. Scalzo, DDS
3785 N. 156th Lane
Goodyear, AZ 85395
Telephone: (602) 405-4224
Email: jscalzo2@cox.net


Court Expert/Representative

**FILED**

AUG - 6 2010

**RICHARD W. WIEKING**
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

CARLOS PEREZ,

        Plaintiff,

    vs.

MATTHEW CATE, et al.

        Defendants.

Case No. C 05-05241 JSW

**ADMINISTRATIVE MOTION AND
[PROPOSED] ORDER FOR PAYMENT**

### ADMINISTRATIVE MOTION

Pursuant to the Court's order of October 20, 2008 (Docket No. 263), court expert Joseph D. Scalzo

hereby moves the Court for an order for payment of the attached invoice dated July, 2010.


Dated: July 31, 2010

Respectfully submitted,

JOSEPH D. SCALZO
Court Expert

**ORDER**

Pursuant to the Court's order of October 20, 2008, the Court HEREBY ORDERS payment to court expert Joseph D. Scalzo per the court expert's invoice dated July, 2010.

Dated: August 23, 2010

HON. JEFFERY S. WHITE

United States District Court

Joseph D. Scalzo
3785 N. 156th Lane
Goodyear, AZ 85395

**Invoice for Dr. Joseph D. Scalzo**
**for July, 2010**

Case #: C 05-05241 JSW
Invoice # 0710

| DATE | | HOURS | Regular Rate | Travel Rate | Amount |
|---|---|---|---|---|---|
| 7/1/2010 | Read e-mails and Access to care DTL | 0.75 | $ 300.00 | | $ 225.00 |
| 7/1/2010 | Conf. call w/ Dr. Shulman | 0.25 | $ 300.00 | | $ 75.00 |
| 7/1/2010 | Conf. call w/ Dr. Shulman to review Access to Care Tool | 1.00 | $ 300.00 | | $ 300.00 |
| 7/1/2010 | Conf. call w/ Dr. Shulman Re; call from Diana. | 0.25 | $ 300.00 | | $ 75.00 |
| 7/3/2010 | Conf. call w/ Dr. Shulman | 0.25 | $ 300.00 | | $ 75.00 |
| 7/6/2010 | Review remarks from A. Hardy re: revised P&P, and response from CDCR. | 1.00 | $ 300.00 | | $ 300.00 |
| 7/7/2010 | Travel to Sacramento | 5.50 | | $ 100.00 | $ 550.00 |
| 7/7/2010 | Mtgs. w/ Dr. Shulman, Dr. Toche, Dr. Rosenberg re: proposed changes to P&P. | 5.50 | $ 300.00 | | $ 1,650.00 |
| 7/7/2010 | Mtg. w/ Dr. Shulman | 2.00 | $ 300.00 | | $ 600.00 |
| 7/8/2010 | Mtg. w/ Dr. Shulman; mtg.w/ Dr. Rosenberg, Dr. Toche; attend P&P update meeting; attend 30 day meeting; mtg. w/ Dr. Shulman, Dr. Rosenberg to review and update site visit summary report and Peer Review Policy. | 8.75 | $ 300.00 | | $ 2,625.00 |
| 7/8/2010 | Mtg. w/ Dr. Shulman | 2.50 | $ 300.00 | | $ 750.00 |
| 7/9/2010 | Mtg. w/ Dr. Shulman | 1.25 | $ 300.00 | | $ 375.00 |
| 7/9/2010 | Return trip to Phoenix | 5.00 | | $ 100.00 | $ 500.00 |
| 7/10/2010 | Read and review AAOS from Dr. Rosenberg and Mecially Complex from Dr. Toche for P&P | 0.75 | $ 300.00 | | $ 225.00 |
| 7/12/2010 | Conf. call w/ Dr. Shulman | 0.25 | $ 300.00 | | $ 75.00 |
| 7/13/2010 | Conf. call w/ Dr. Shulman | 0.25 | $ 300.00 | | $ 75.00 |
| 7/14/2010 | Travel to Sacramento | 5.50 | | $ 100.00 | $ 550.00 |
| 7/14/2010 | Mtg. w/ Dr. Shulman, Dr. Rosenberg, Dr. Toche; meeting with Brenda Epperly-Ellis and staff re: Allied Health Services. | 5.50 | $ 300.00 | | $ 1,650.00 |
| 7/14/2010 | Mtg. w/ Dr. Shulman | 2.00 | $ 300.00 | | $ 600.00 |
| 7/15/2010 | Mtg. w/ Dr. Shulman | 1.00 | $ 300.00 | | $ 300.00 |
| 7/15/2010 | Mtg. w/ Dr. Shulman, Dr. Toche, Dr. Rosenberg; Meeting w/ Receiver; attend Core Imaging Meeting. | 8.50 | $ 300.00 | | $ 2,550.00 |
| 7/15/2010 | Mtg. w/ Dr. Shulman | 2.50 | $ 300.00 | | $ 750.00 |
| 7/16/2010 | Mtg. w/ Dr. Shulman | 1.00 | $ 300.00 | | $ 300.00 |
| 7/16/2010 | Return trip to Phoenix | 5.00 | | $ 100.00 | $ 500.00 |
| 7/19/2010 | Conf. call w/ Dr. Shulman | 0.25 | $ 300.00 | | $ 75.00 |
| 7/21/2010 | Conf. call w/ Dr. Shulman | 0.75 | $ 300.00 | | $ 225.00 |
| 7/21/2001 | Read and reply to e-mails; comment on proposed agenda for Coordination Mtg.; read reports sent by Phillip Lindslay | 1.50 | $ 300.00 | | $ 450.00 |
| 7/23/2010 | Conf. call w/ Dr. Shulman | 0.25 | $ 300.00 | | $ 75.00 |
| 7/26/2010 | Travel to Sacramento | 5.50 | | $ 100.00 | $ 550.00 |
| 7/26/2010 | Mtg. w/ Dr. Shulman, Dr. Rosenberg, Dr. Toche re: Draft P&P, Alison's questions. | 5.25 | $ 300.00 | | $ 1,575.00 |
| 7/26/2010 | Mtg. w/ Dr. Shulman | 2.25 | $ 300.00 | | $ 675.00 |
| 7/27/2010 | Mtgs. w/ Dr. Shulman, Dr. Toche; Attend Coordination Meeting; Mtg. w / Dr. Toche, Dr. Shulman re: Final Constructoion Report - finalize. | 9.50 | $ 300.00 | | $ 2,850.00 |
| 7/27/2010 | Mtg. w/ Dr. Shulman | 2.00 | $ 300.00 | | $ 600.00 |
| 7/28/2010 | Mtg. w/ Dr. Shulman | 1.00 | $ 300.00 | | $ 300.00 |
| 7/28/2010 | Summary Constructoion Report - complete | 3.25 | $ 300.00 | | $ 975.00 |
| 7/28/2010 | Mtg. w/ Dr. Shulman, Dr. Rosenberg re Audit Tool revisions | 5.00 | $ 300.00 | | $ 1,500.00 |
| 7/28/2010 | Mtg. w/ Dr. Shulman | 2.00 | $ 300.00 | | $ 600.00 |
| 7/29/2010 | Mtg. w/ Dr. Shulman | 1.00 | $ 300.00 | | $ 300.00 |
| 7/29/2010 | Return trip to Phoenix | 5.00 | | $ 100.00 | $ 500.00 |
| 7/29/2010 | Conf call w/ Parties re: draft P&P | 0.75 | $ 300.00 | | $ 225.00 |
| 7/29/2010 | Conf. call w/ Dr. Shulman | 0.25 | $ 300.00 | | $ 75.00 |
| | | **111.75** | 80.25 hours @ $300 | 31.50 hours @ $100 | $ 27,225.00 |
| | | | **$24,075.00** | **$3,150.00** | $ 27,225.00 |

**Travel Expenses**

| | | | | | |
|---|---|---|---|---|---|
| 7/7/10 - 7/9/10 | Trip to Sacramento | | | | $1,251.38 |
| 7/14/10 - 7/16/10 | Trip to Sacramento | | | | $1,324.36 |
| 7/26/10 - 7/29/10 | Trip to Sacramento | | | | $1,467.96 |
| | | | | Sub-total | $4,043.70 |
| | | | | **Total** | $ 31,268.70 |