Jay D. Shulman
9647 Hilldale Drive
Dallas, Texas 75231
Telephone: (214) 923-8359
Email: jayshulman@sbcglobal.net

Court Expert

FILED

AUG - 6 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS PEREZ,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MATTHEW CATE, et al.<br><br>　　　　Defendants. | Case No. C 05-05241 JSW<br><br>**ADMINISTRATIVE MOTION AND [PROPOSED] ORDER FOR PAYMENT** |

### ADMINISTRATIVE MOTION

Pursuant to the Court's order of October 20, 2008 (Docket No. 263), court expert Jay D. Shulman hereby moves the Court for an order for payment of the attached invoice for $35,149.35.

Dated: August 1, 2010

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Jay D. Shulman*
　　　　　　　　　　　　　　　　　　　JAY D. SHULMAN
　　　　　　　　　　　　　　　　　　　Court Expert

# ORDER

Pursuant to the Court's orders of October 20, 2008, the Court HEREBY ORDERS payment to court expert Jay D. Shulman per the court expert's invoice dated August 1, 2010.

Dated: August 23, 2010

*[signature]*
HON. JEFFREY S. WHITE
United States District Court

Case3:05-cv-05241-JSW Document 542 Filed 08/26/10 Page 2 of 5

Invoice submitted to *Perez*

August 1, 2010

Invoice # 212

Professional Services for Dr. Jay D. Shulman

| Date | Activity | Hours @ $300/hr | Hours @ $100/hr | Amount |
|---|---|---|---|---|
| 7/1/2010 | Conf. w/ Dr. Scalzo | 0.25 | | 75 |
| 7/1/2010 | Health Care Access Review and conf. w/ Dr. Scalzo | 1.00 | | 300 |
| 7/1/2010 | Conf. w/ Dr. Toche | 0.50 | | 150 |
| 7/1/2010 | Conf. w/ Dr. Scalzo | 0.25 | | 75 |
| 7/1/2010 | Review plaintiffs' response to CDCR's Response to Plaintiff's Concerns | 0.75 | | 225 |
| 7/3/2010 | Site visit reports | 1.25 | | 375 |
| 7/3/2010 | Conf. w/ Dr. Scalzo | 0.25 | | 75 |
| 7/6/2010 | Prepare for P&P meeting | 1.00 | | 300 |
| 7/7/2010 | Travel to Sacramento | | 6.50 | 650 |
| 7/7/2010 | Meet w/ Drs. Scalzo, Toche, Rosenberg | 5.50 | | 1,650 |
| 7/7/2010 | Meet w/ Dr. Scalzo | 2.00 | | 600 |
| 7/8/2010 | Meet w/ Dr. Scalzo; meet w/ Drs Rosenberg and Toche re P&P; update site visit reports; review Dr. Garbut's questions re Peer Review policy with Dr. Rosenberg | 0.75 | | 225 |
| 7/8/1010 | Read / respond to e-mails | 0.50 | | 150 |
| 7/8/2010 | Meet w/ Dr. Scalzo | 2.50 | | 750 |
| 7/9/2010 | Meet w/ Dr. Scalzo | 1.25 | | 375 |
| 7/9/2010 | Return to Dallas | | 6.75 | 675 |
| 7/11/2010 | Review Protocols for the Dental Management of Medically Complex Patients | 1.75 | | 525 |
| 7/11/2010 | Review June Health Care Appeals Report | 0.50 | | 150 |
| 7/12/2010 | Conf. w/ Dr. Scalzo | 0.25 | | 75 |
| 7/13/2010 | Conf. w/ Dr. Scalzo | 0.25 | | 75 |
| 7/14/2010 | Travel to Sacramento | 6.50 | | 1,950 |

| Date | Description | | | |
|---|---|---|---|---|
| 7/14/2010 | Meet w/ Dr. Scalzo; meet w/ Drs. Rosenberg and Toche; meet w/ Brenda Epperly-Ellis | 5.50 | | 1,650 |
| 7/14/2010 | Meet w/ Dr. Scalzo | 2.00 | | 600 |
| 7/15/2010 | Meet w/ Dr. Scalzo | 1.00 | | 300 |
| 7/15/2010 | Mtg. w/ Dr. Scalzo, Dr. Toche, Dr. Rosenberg; Meeting w/ Receiver; attend Core Imaging Meeting. | 8.50 | | 2,550 |
| 7/15/2010 | Meet w/ Dr. Scalzo | 2.50 | | 750 |
| 7/16/2010 | Meet w/ Dr. Scalzo | 1.25 | | 375 |
| 7/16/2010 | Return to Dallas | | 7.25 | 725 |
| 7/17/2010 | Read / respond to e-mails | 0.25 | | 75 |
| 7/18/2010 | Read / respond to e-mails | 0.25 | | 75 |
| 7/18/2010 | Review P&T material | 0.75 | | 225 |
| 7/19/2010 | Conf. w/ Dr. Scalzo | 0.25 | | 75 |
| 7/20/2010 | Review coordination material | 1.00 | | 300 |
| 7/20/2010 | P&T meeting dial-in | 2.00 | | 600 |
| 7/21/2010 | Read / respond to emails | 0.25 | | 75 |
| 7/21/2010 | Conf. w/ Dr. Scalzo | 0.75 | | 225 |
| 7/22/2020 | Review Plaintiffs' Proposed Coordination Agenda for July 27, 2010 | 0.25 | | 75 |
| 7/23/2010 | Conf. w/ Dr. Scalzo | 0.25 | | 75 |
| 7/26/2010 | Travel to Sacramento | | 6.50 | 650 |
| 7/26/2010 | Mtg. w/ Drs. Scalzo, Rosenberg and Toche re: Draft P&P, PLO questions; Work on Access to Care Audit Tool. | 4.50 | | 1,350 |
| 7/26/2010 | Meet w/ Dr. Scalzo | 2.25 | | 675 |
| 7/27/2010 | Meet w/ Dr. Scalzo; Mtg. w / Drs. Toche and Scalzo re: Summary Construction Report; Mtg. w/ Drs. Scalzo and Rosenberg to revise audit tool. | 15.50 | | 4,650 |
| 7/27/2010 | Meet w/ Dr. Scalzo | 2.00 | | 600 |
| 7/28/2010 | Meet w/ Dr. Scalzo | 1.00 | | 300 |
| 7/28/2010 | Summary Construction Report | 3.25 | | 975 |
| 7/28/2010 | Meet w/ Dr. Rosenberg re audit tool revisions | 5.00 | | 1,500 |
| 7/28/2010 | Meet w/ Dr. Scalzo | 2.00 | | 600 |
| 7/29/2010 | Meet w/ Dr. Scalzo | 1.00 | | 300 |
| 7/29/2010 | Travel to Dallas | | 7.50 | 750 |
| 7/29/2010 | *Perez* conf. call | 0.75 | | 225 |
| 7/29/2010 | Conf. w/ Dr. Scalzo | 0.25 | | 75 |
| 7/30/2010 | Review Pharmacy Core Leadership Material | 0.75 | | 225 |

|  | Hours | 92.00 | 34.50 |  |
|---|---|---|---|---|
| Total |  | 27,600 | 3,450 | 31,050 |

**For Professional services rendered** $31,050.00

**Additional Charges:**
**Other Expense**
  Travel
    July 7-9     1,297.34
    July 14-16    1,350.81
    July 26-29    1,432.49
  Postage
    July 1        6.15
    July 12       6.32
    PACER Q3     6.24

**Total amount of charges**    4,099.35

**Total amount of this bill**    $35,149.35