Jay D. Shulman
9647 Hilldale Drive
Dallas, Texas 75231
Telephone: (214) 923-8359
Email: jayshulman@sbcglobal.net

Court Expert

**FILED**

**SEP 1 3 2010**

**RICHARD W. WIEKING**
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS PEREZ, <br><br> Plaintiff, <br><br> v. <br><br> MATTHEW CATE, et al., <br><br> Defendants. | Case No. C 05-05241 JSW <br><br> **ADMINISTRATIVE MOTION AND** [PROPOSED] **ORDER FOR PAYMENT** |

## ADMINISTRATIVE MOTION

Pursuant to the Court's order of October 20, 2008 (Docket No. 263), court expert Jay D. Shulman hereby moves the Court for an order for payment of the attached revised invoice for $28,583.05.

Dated: September 13, 2010

Respectfully submitted,

JAY D. SHULMAN
Court Expert

## ORDER

Pursuant to the Court's orders of October 20, 2008, the Court HEREBY ORDERS payment to court expert Jay D. Shulman per the court expert's revised invoice dated September 13, 2010.

Dated: September 28, 2010

JEFFREY S. WHITE
United States District Court

cc: Finance Office

ADMIN. MOTION AND [PROPOSED] ORDER FOR PAYMENT
Perez v. Cate, C 05-05241 JSW

Revised Invoice submitted to *Perez*

September 12, 2010

Invoice # 213

Professional Services for Dr. Jay D. Shulman

| Date | Activity | Hours @ $300/hr | Hours @ $100/hr | Amount |
|---|---|---|---|---|
| 8/2/1010 | Conf. w/ Dr. Scalzo | 0.25 | | 75 |
| 8/4/2010 | Conf. w/ Dr. Scalzo | 0.50 | | 150 |
| 8/5/2010 | Conf. w/ Drs. Toche, Rosenberg & Scalzo | 0.50 | | 150 |
| 8/5/2010 | Conf. w/ Dr. Scalzo | 0.25 | | 75 |
| 8/5/2010 | Construction Summary Report | 0.75 | | 225 |
| 8/6/2010 | Research re treatment of inmates with seizure disorder | 1.25 | | 375 |
| 8/6/2010 | Review minutes of 25th coordination meeting | 0.25 | | 75 |
| 8/6/2010 | Send / receive email (Maxor) | 0.25 | | 75 |
| 8/6/2010 | Conf. w/ Dr. Scalzo | 0.25 | | 75 |
| 8/8/2010 | Research re treatment of inmates with seizure disorder | 1.25 | | 375 |
| 8/11/2010 | Review P&T material | 1.50 | | 450 |
| 8/12/2010 | Review July Health care Appeals Report | 0.50 | | 150 |
| 8/12/2010 | Conf w/ Dr. Scalzo | 0.50 | | 150 |
| 8/12/2010 | Conf w/ Dr. Toche | 0.25 | | 75 |
| 8/12/2010 | Read / send e-mail | 0.25 | | 75 |
| 8/12/2010 | Conf. w/ Dr. Scalzo | 0.25 | | 75 |
| 8/13/2010 | Conf w/ Dr. Scalzo | 0.50 | | 150 |
| 8/16/2010 | Travel to Sacramento | | 6.50 | 650 |
| 8/16/2010 | Meet w/ Drs. Scalzo, Rosenberg, Toche | 5.00 | | 1,500 |
| 8/16/2010 | Meet w/ Dr. Scalzo | 2.00 | | 600 |
| 8/17/2010 | Meet w/ Drs. Scalzo, Rosenberg, Toche; attend HITECH & P&T meetings | 10.00 | | 3,000 |
| 8/17/2010 | Meet w/ Dr. Scalzo | 2.00 | | 600 |

| Date | Description | Hours | Hours | Amount |
|---|---|---|---|---|
| 8/18/2010 | Meet w/ Drs Scalzo, Rosenberg, Toche; Chris Meyers; update construction site visit report | 9.50 | | 2,850 |
| 8/18/2010 | Meet w/ Dr. Scalzo | 2.00 | | 600 |
| 8/19/2010 | Meet w/ Drs. Scalzo, Rosenberg, Toche; revise audit tool to correspond with new P&P | 9.00 | | 2,700 |
| 8/19/2010 | Meet w/ Dr. Scalzo | 1.75 | | 525 |
| 8/20/2010 | Meet w/ Dr. Scalzo | 1.50 | | 450 |
| 8/20/2010 | Return to Dallas | | 7.25 | 725 |
| 8/20/2010 | Conf. w/ Dr. Scalzo | 0.25 | | 75 |
| 8/21/2010 | Review Perez June production documents | 1.25 | | 375 |
| 8/22/2010 | Conf. w/ Dr. Scalzo | 0.25 | | 75 |
| 8/23/2010 | Conf. w/ Dr. Scalzo | 0.25 | | 75 |
| 8/23/2010 | Conf. w/ Alison Hardy | 0.25 | | 75 |
| 8/24/2010 | Conf. w/ Dr. Scalzo; P&P review | 0.75 | | 225 |
| 8/25/2010 | Travel to Sacramento | | 6.50 | 650 |
| 8/25/2010 | Meet with Drs. Scalzo, Toche, Rosenberg; discuss audit tool | 4.50 | | 1,350 |
| 8/25/2010 | Meet w/ Dr. Scalzo | 2.00 | | 600 |
| 8/26/2010 | Mtgs. w/ Drs Scalzo, Toche, Rosenberg; Sharon Aungst; Attend 30 day Perez meeting | 10.00 | | 3,000 |
| 8/26/2010 | Meet w/ Dr Scalzo | 2.00 | | 600 |
| 8/27/2010 | Meet w/ Dr Scalzo | 1.00 | | 300 |
| 8/27 2010 | Return to Dallas | | 7.50 | 750 |
| 8/30/2010 | Conf. w/ Dr. Scalzo | 0.50 | | 150 |
| 8/30/2010 | Review / edit coordination meeting material | 0.50 | | 150 |
| 8/31/2010 | Conf. w/ Dr. Scalzo | 0.50 | | 150 |
| 8/31/2010 | Memo to Receiver | 1.00 | | 300 |
| Hours | | 77.00 | 27.75 | |
| Total | | 23,100 | 2,775 | 25,875 |

For Professional services rendered                    $25,875

Additional Charges:
Other Expense
  Travel
    Aug 16-20       1,463.70
    Aug 25-27       1,238.03
Postage 8-1-2010       6.32
**Total amount of charges**       2,708.05

Total amount of this bill       $28,583.05