Jay D. Shulman
9647 Hilldale Drive
Dallas, Texas 75231
Telephone: (214) 923-8359
Email: jayshulman@sbcglobal.net

Court Expert

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS PEREZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MATTHEW CATE, et al.<br><br>　　　　Defendants. | Case No. C 05-05241 JSW<br><br>**ADMINISTRATIVE MOTION AND SECOND AMENDED** ~~[PROPOSED]~~ **ORDER FOR PAYMENT** |

### ADMINISTRATIVE MOTION

Pursuant to the Court's order of October 20, 2008 (Docket No. 263), court expert Jay D. Shulman hereby moves the Court for an order for payment of the attached revised invoice for $28,583.05.

Dated: September 13, 2010

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　_/s/ Jay D. Shulman_
　　　　　　　　　　　　　　　　　　　　　　　JAY D. SHULMAN
　　　　　　　　　　　　　　　　　　　　　　　Court Expert

## SECOND AMENDED ORDER

Pursuant to the Court's orders of October 20, 2008, the Court HEREBY ORDERS JSW payment to court expert Jay D. Shulman per the court expert's revised invoice dated September 12, 2010.

Dated: 10-1-10

HON. JEFFREY S. WHITE
United States District Court

CC: FINANCE OFFICE