Joseph D. Scalzo, DDS
3785 N. 156th Lane
Goodyear, AZ 85395
Telephone: (602) 405-4224
Email: jscalzo2@cox.net

Court Expert/Representative

**FILED**

OCT - 4 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS PEREZ,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MATTHEW CATE, et al.<br><br>　　　　Defendants. | Case No. C 05-05241 JSW<br><br>**ADMINISTRATIVE MOTION AND [PROPOSED] ORDER FOR PAYMENT** |

### ADMINISTRATIVE MOTION

　　Pursuant to the Court's order of October 20, 2008 (Docket No. 263), court expert Joseph D. Scalzo

hereby moves the Court for an order for payment of the attached invoice

dated September, 2010.

Dated: September 30, 2010

Respectfully submitted,

_____
JOSEPH D. SCALZO
Court Expert/Representative

# ORDER

Pursuant to the Court's order of October 20, 2008, the Court HEREBY ORDERS payment to court expert Joseph D. Scalzo per the court expert's invoice dated September, 2010.

Dated: October 15, 2010

*/s/ Jeffrey S. White*

HON. JEFFERY S. WHITE

United States District Court

ADMIN. MOTION AND [PROPOSED] ORDER FOR PAYMENT
*Perez v. Cate*, C 05-05241 JSW

2

Joseph D. Scalzo
3785 N. 156th Lane
Goodyear, AZ 85395

**Invoice for Dr. Joseph D. Scalzo
for September, 2010**

Case #: C 05-05241 JSW
Invoice # 0910

| DATE | | HOURS | Regular Rate | Travel Rate | Amount |
|---|---|---|---|---|---|
| 9/3/2010 | Conf. call w/ Dr. Shulman | 0.25 | $ 300.00 | | $ 75.00 |
| 9/6/2010 | Travel to Sacramento | 6.50 | | $ 100.00 | $ 650.00 |
| 9/6/2010 | Mtg. w/ Dr. Shulman | 3.00 | $ 300.00 | | $ 900.00 |
| 9/6/2010 | Review documents and e-mails in preperation for Coordiation Meeting. | 2.00 | $ 300.00 | | $ 600.00 |
| 9/6/2010 | Mtg. w/ Dr. Shulman | 2.00 | $ 300.00 | | $ 600.00 |
| 9/7/2010 | Mtgs. w/ Dr. Shulman; mtg. w/ Drs. Shulman & Rosenberg; attend Coordination Meeting; Conf. call w/ Dr. Toche; Prepare for Judges Meeting | 15.00 | $ 300.00 | | $ 4,500.00 |
| 9/8/2010 | Mtg. w/ Dr. Shulman; review agenda items. | 1.00 | $ 300.00 | | $ 300.00 |
| 9/8/2010 | Mtgs. w/ Dr. Shulman; attend Judges Meeting | 4.00 | $ 300.00 | | $ 1,200.00 |
| 9/8/2010 | Mtg. w/ Dr. Shulman re: CDCR Construction Project report; compare with our dashboard; prepare comparison chart; e-mail to the Court and parties after review by Dr. Toche. | 3.00 | $ 300.00 | | $ 900.00 |
| 9/8/2010 | Mtg. w/ Dr. Shulman. | 2.00 | $ 300.00 | | $ 600.00 |
| 9/9/2010 | Mtg. w/ Dr. Shulman | 1.25 | $ 300.00 | | $ 375.00 |
| 9/9/2010 | Mtg. w/ Dr. Shulman | 2.50 | $ 300.00 | | $ 750.00 |
| 9/9/2010 | Mtg. w/ Dr. Shulman to prepare for CMC; conference call w/ A. Hardy re: construction; e-mail from Dr. Toche re: construction. | 2.50 | $ 300.00 | | $ 750.00 |
| 9/9/2010 | Mtg. w/ Dr. Shulman | 2.00 | $ 300.00 | | $ 600.00 |
| 9/10/2010 | Mtg. w/ Dr. Shulman | 1.00 | $ 300.00 | | $ 300.00 |
| 9/10/2010 | Mtgs. w/ Dr. Shulman, Dr. Toche, Sharon Agunst, Dr. Rosenberg, Alison Hardy and AJ Defense Team; attend Status Conference, Judge White's Court. | 3.75 | $ 300.00 | | $ 1,125.00 |
| 9/10/2010 | Mtg. w/ Dr. Shulman | 2.00 | $ 300.00 | | $ 600.00 |
| 9/11/2010 | Return trip to PHX | 6.25 | | $ 100.00 | $ 625.00 |
| 9/13/2010 | Conf. call w/ Dr. Shulman | 0.25 | $ 300.00 | | $ 75.00 |
| 9/13/2010 | Conf. call w/ Dr. Shulman | 0.50 | $ 300.00 | | $ 150.00 |
| 9/16/2010 | Conf. call w/ Dr. Shulman | 0.25 | $ 300.00 | | $ 75.00 |
| 9/17/2010 | Conf. call w/ Dr. Shulman | 0.50 | $ 300.00 | | $ 150.00 |
| 9/19/2010 | Conf. call w/ Dr. Shulman | 0.50 | $ 300.00 | | $ 150.00 |
| 9/20/2010 | Conf. call w/ Dr. Shulman | 0.25 | $ 300.00 | | $ 75.00 |
| 9/23/2010 | Conf. call w/ Dr. Shulman | 0.25 | $ 300.00 | | $ 75.00 |
| 9/24/2010 | Conf call w/ Dr. Toche & Dr. Shulman | 0.50 | $ 300.00 | | $ 150.00 |
| 9/24/2010 | Conf. call w/ Dr. Shulman | 0.50 | $ 300.00 | | $ 150.00 |
| 9/25/2010 | Conf call w/ Dr. Shulman | 0.25 | $ 300.00 | | $ 75.00 |
| 9/27/2010 | Conf call w/ Dr. Shulman | 0.25 | $ 300.00 | | $ 75.00 |
| 9/28/2010 | Conf call w/ Dr. Shulman | 0.25 | $ 300.00 | | $ 75.00 |
| 9/29/2010 | Comf call w/ Drs. Toche and Shulman | 0.25 | $ 300.00 | | $ 75.00 |
| | | **64.50** | 51.75 hours @ $300 | 12.75 hours @ $100 | $ 16,800.00 |
| | | | $15,525.00 | $1,275.00 | $ 16,800.00 |
| | **Travel Expenses** | | | | |
| 9/6/10 - 9/11/10 | Trip to Sacramento / San Francisco | | | | $3,269.61 |
| | | | | Sub-total | $3,269.61 |
| | | | | **Total** | **$ 20,069.61** |