Jay D. Shulman
9647 Hilldale Drive
Dallas, Texas 75231
Telephone: (214) 923-8359
Email: jayshulman@sbcglobal.net

Court Expert

**FILED**

OCT 1 2 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS PEREZ,<br><br>    Plaintiff,<br><br>v.<br><br>MATTHEW CATE, et al.<br><br>    Defendants. | Case No. C 05-05241 JSW<br><br>**ADMINISTRATIVE MOTION AND [PROPOSED] ORDER FOR PAYMENT** |

## ADMINISTRATIVE MOTION

Pursuant to the Court's order of October 20, 2008 (Docket No. 263), court expert Jay D. Shulman hereby moves the Court for an order for payment of the attached revised invoice for $33,501.40

.

Dated: October 8, 2010

Respectfully submitted,

*[signature]*
JAY D. SHULMAN
Court Expert

# ORDER

Pursuant to the Court's orders of October 20, 2008, the Court HEREBY ORDERS payment to court expert Jay D. Shulman per the court expert's revised invoice dated October 8,[1] 2010.

Dated: November 1, 2010

_____
HON. JEFFREY S. WHITE
United States District Court

cc:  Finance Office

Invoice submitted to *Perez*

October 1, 2010

Invoice # 214

Professional Services for Dr. Jay D. Shulman

| Date | Activity | Hours @ $300/hr | Hours @ $100/hr | Amount |
|---|---|---|---|---|
| 9/1/2010 | Review Coordination Meeting action items / minutes | 0.50 | | 150 |
| 9/3/2010 | Conf. w/ Dr. Scalzo | 0.25 | | 75 |
| 9/6/2010 | Dallas to SMF | | 6.50 | 650 |
| 9/6/2010 | Meet w/ Dr. Scalzo | 3.00 | | 900 |
| 9/6/2010 | Meet w/ Dr. Scalzo | 2.00 | | 600 |
| 9/7/2010 | Meet w/ Dr. Scalzo, Drs. Toche and Rosenberg; attend Coordination Meeting; Prepare for Judges' Coordination Meeting; conf. w/ Dr. Toche | 15.00 | | 4,500 |
| 9/8/2010 | Meet w/ Dr. Scalzo | 1.00 | | 300 |
| 9/8/2010 | Meet w/ Dr. Scalzo; CDCR construction summary - prepare comparison matrix; conf. w/ Dr. Toche; send / receive e-mails | 4.00 | | 1,200 |
| 9/8/2010 | Meet w/ Dr. Scalzo | 2.00 | | 600 |
| 9/9/2010 | Meet w/ Dr. Scalzo | 1.25 | | 375 |
| 9/9/2010 | Meet w/ Dr. Scalzo | 2.50 | | 750 |
| 9/9/2010 | Meet w/ Dr. Scalzo; prepare for CMC; confs. w/ Dr. Toche and Alison Hardy re CDCR construction | 2.50 | | 750 |
| 9/9/2010 | Meet w/ Dr. Scalzo | 2.00 | | 600 |
| 9/10/2010 | Meet w/ Dr. Scalzo | 2.50 | | 750 |
| 9/10/2010 | Meet with Drs. Scalzo, Toche, and Rosenberg; meet with attorneys; attend CMC | 3.75 | | 1,125 |
| 9/10/2010 | Meet w/ Dr. Scalzo | 2.00 | | 600 |
| 9/11/2010 | Meet w/ Dr. Scalzo | 1.00 | | 300 |
| 9/11/2010 | Return to Dallas | | 7.50 | 750 |

| Date | Description | Hours | Travel | Amount |
|---|---|---|---|---|
| 9/12/2010 | Review Monthly Health Care Appeals Report - August 2010 | 0.50 | | 150 |
| 9/12/2010 | Review September 2010 P&T Agenda and attachments | 0.75 | | 225 |
| 9/13/2010 | Travel to Sacramento | | 7.75 | 775 |
| 9/13/2010 | Meet with Drs. Toche, and Rosenberg; develop revised audit tool spreadsheet.; conf. w/ Alison Hardy | 4.50 | | 1,350 |
| 9/14/2010 | Meet w/ Dr. Rosenberg; revised audit tool spreadsheet; attend P&T Committee meeting; conf. w/ Dr. Milnes; conf. w/ Dr. Scalzo | 10.50 | | 3,150 |
| 9/15/2010 | Revised audit tool spreadsheet | 4.00 | | 1,200 |
| 9/15/2010 | Revised audit tool spreadsheet | 4.50 | | 1,350 |
| 9/16/2010 | Conf. w/ Dr. Scalzo | 0.25 | | 75 |
| 9/16/2010 | Meet w/ Drs. Toche & Rosenberg; revised audit tool spreadsheet; review Core Imaging Leadership material; attend Imaging Core Leadership meeting; conf. w/ Dr. Scalzo | 9.50 | | 2,850 |
| 9/17/2010 | Travel to SMF and await flight | | 1.25 | 125 |
| 9/17/2010 | Conf. w/ Dr. Scalzo | 0.50 | | 150 |
| 9/17/2010 | Await flight (flight delay) / return to Dallas | | 7.25 | 725 |
| 9/19/2010 | Conf. w/ Dr. Scalzo | 0.50 | | 150 |
| 9/19/2010 | E-mail to Alison Hardy | 0.50 | | 150 |
| 9/20/2010 | Conf. w/ Alison Hardy | 0.25 | | 75 |
| 9/20/2010 | E-mail to Alison Hardy | 0.50 | | 150 |
| 9/20/2010 | Conf. w/ Dr. Scalzo | 0.25 | | 75 |
| 9/23/2010 | Conf. w/ Diana Toche | 0.50 | | 150 |
| 9/23/2010 | Conf. w/ Dr. Scalzo | 0.25 | | 75 |
| 9/24/2010 | Review Receiver's Turnaround Plan of Action Monthly Reports - July and August 2010 | 1.00 | | 300 |
| 9/24/2010 | Conf. w/ Drs. Scalzo & Toche | 0.50 | | 150 |
| 9/24/2010 | Conf. w/ Dr. Scalzo | 0.50 | | 150 |
| 9/25/2010 | Conf. w/ Dr. Scalzo | 0.25 | | 75 |
| 9/25/2010 | Conf. w/ Dr. Scalzo | 0.50 | | 150 |
| 9/27/2010 | Conf. w/ Alison Hardy | 0.25 | | 75 |
| 9/27/2010 | Conf. w/ Dr. Scalzo | 0.25 | | 75.00 |
| 9/28/2010 | Conf. w/ Dr. Scalzo | 0.25 | | 75.00 |

| | | | | |
|---|---|---|---|---|
| 9/28/2010 | Read Coleman filing | 1.25 | | 375.00 |
| 9/29/2010 | Conf. w/ Drs. Scalzo & Toche | 0.25 | | 75.00 |
| Hours | | 88.00 | 30.25 | |
| Total | | 26,400 | 3,025 | 29,425 |

**For Professional services rendered** $29,425

    **Additional Charges:**
    **Other Expense**
      Travel
        Sep 6-11     2,296.31
        Sep 13-17     1,773.77
    Postage 9-1-2010     6.32
    **Total amount of charges**     4,076.40

**Total amount of this bill**     **$33,501.40**