```
PRISON LAW OFFICE
DONALD SPECTER #83925
STEVEN FAMA #99641
ALISON HARDY #135966
1917 Fifth Street
Berkeley, CA 94710
Telephone: (510) 280-2621
Facsimile: (510) 280-2704
ahardy@prisonlaw.com
```

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS PEREZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MATTHEW CATE, et al., <br><br> Defendants. | No. C05-5241 JSW <br><br> **STIPULATION AND ORDER FOR PERIODIC COLLECTION OF ATTORNEYS' FEES AND COSTS** |

On April 10, 2007, this Court established a procedure by which plaintiffs are to collect attorneys' fees and costs incurred in connection with the Amended Stipulation and Order. This procedure requires plaintiffs' counsel to submit to defendants a quarterly statement of fees incurred in monitoring work, and permits defendants thirty (30) days from the receipt of plaintiffs' statement to notify plaintiffs of any disputed items. After the parties meet and confer on any of defendant's objections, counsel shall then prepare a stipulated order for payment of the fees not subject to defendants' objections. The Order also states that defendants shall have thirty (30) days from the entry of the order to pay the undisputed fees and that interest on any undisputed fees will run from the thirty-first day after the Order is filed, accruing at the rate provided by 28 U.S.C. § 1961.

Pursuant to this procedure, plaintiffs' counsel served their second quarter billing

Stipulation and Order Re: Collection of Second Quarter Fees
*Perez v. Cate,* 05–5241 JSW

statement demanding $17,995 for the period from April 1, 2010 through June 30, 2010 on October 8, 2010.  Following a meet and confer, the parties agreed to $15,321 in undisputed fees, with litigation assistant fees calculated at a reduced rate demanded by defendants.  Plaintiffs, however, reserve the right to move to compel payment for the disputed fees, including fees for the difference between the market rate for litigation assistant work  and the amount defendants agree to pay.

     WHEREFORE, defendants agree to pay plaintiffs' counsel $15,321 within 30 days of the signing of this Order.  On the 31st day following the entry of this Order, interest on any unpaid amount will begin to accrue at the rate provided by 28 U.S.C. § 1961 (i.e., the weekly average 1 year constant maturity Treasury yield for the calendar week preceding the date of the Order.)

AGREED TO BY THE PARTIES:

Date: November 15, 2010

                                              /s/
                                              Alison Hardy
                                              Attorney for Plaintiffs

Date: November 23, 2010

                                              /s/
                                              Damon McClain
                                              Deputy Attorney General
                                              Attorney for Defendants

     I, Alison Hardy, attest that Damon McClain signed this document on November 23, 2010.

**IT IS SO ORDERED.**

Date: <u>November 24,</u> 2010                                 /s/ Jeffrey S. White
                                                              Honorable Jeffrey S. White
                                                              United States District Court Judge