Jay D. Shulman
9647 Hilldale Drive
Dallas, Texas 75231
Telephone: (214) 923-8359
Email: jayshulman@sbcglobal.net

Court Expert

**FILED**

NOV - 5 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS PEREZ,<br><br>    Plaintiff,<br><br>v.<br><br>MATTHEW CATE, et al.<br><br>    Defendants. | Case No. C 05-05241 JSW<br><br>**ADMINISTRATIVE MOTION AND [PROPOSED] ORDER FOR PAYMENT** |

### ADMINISTRATIVE MOTION

Pursuant to the Court's order of October 20, 2008 (Docket No. 263), court expert Jay D. Shulman hereby moves the Court for an order for payment of the attached invoice for $43,138.67.

Dated: November 1, 2010

Respectfully submitted,

JAY D. SHULMAN
Court Expert

# ORDER

Pursuant to the Court's orders of October 20, 2008, the Court HEREBY ORDERS payment to court expert Jay D. Shulman per the court expert's invoice dated November 1, 2010.

Dated: November 24, 2010

_____
HON. JEFFREY S. WHITE
United States District Court

Invoice submitted to *Perez*

November 1, 2010

Invoice # 215

Professional Services for Dr. Jay D. Shulman

| Date | Activity | Hours @ $300/hr | Hours @ $100/hr | Amount |
|---|---|---|---|---|
| 10/1/2010 | Conf. w/ Dr. Scalzo | 0.25 | | 75 |
| 10/1/2010 | Conf. w/ Dr. Scalzo | 0.50 | | 150 |
| 10/4/2010 | Travel to Sacramento | | 6.50 | 650 |
| 10/4/2010 | Mtg. w/ Dr. Scalzo; Mtg. w/ Dr. Toche, Michael Stone, Dr. Scalzo; renew CDCR ID. | 3.25 | | 975 |
| 10/4/2010 | Meet w/ Dr. Scalzo | 2.00 | | 600 |
| 10/5/2010 | Mtg. w/ Dr. Scalzo; Mtg. w/ Dr. Toche; Attend Access to Care audit @ CMF | 10.00 | | 3,000 |
| 10/5/2010 | Meet w/ Dr. Scalzo | 2.00 | | 600 |
| 10/6/2010 | Mtgs. w/ Drs. Scalzo & Toche; Attend planning meeting at Estrella DJJ facility, tour dental clinic w/ Dr. Touche and draft recommended changes report; set plans for next week. | 14.00 | | 4,200 |
| 10/7/2010 | Meet w/ Dr. Scalzo | 1.00 | | 300 |
| 10/7/2010 | Return to Dallas | | 7.50 | 750 |
| 10/8/2010 | Review P&T material | 1.00 | | 300 |
| 10/8/2010 | Conf. w/ Dr. Scalzo | 0.25 | | 75 |
| 10/11/2020 | Travel to Sacramento | | 8.50 | 850 |
| 10/11/2020 | Mtg. w/ Dr. Scalzo; finalize draft Estrella report. | 0.25 | | 75 |
| 10/12/2010 | Mtg. w/ Dr. Scalzo; mtgs. w/ Drs. Scalzo and Toche; finalize Estrella | 10.00 | | 3,000 |

| Date | Description | Hours | Travel Hours | Amount |
|---|---|---|---|---|
| 10/12/2010 | Meet w/ Dr. Scalzo | 2.00 | | 600 |
| 10/13/2010 | Mtg. w/ Drs. Scalzo & Toche; Attend briefing on SOMS; Meet w/ Drs. Toche Scalzo, Hansen, Kuykendall; & Kenneth Martin; tour San Quentin Dental Clinic. | 10.50 | | 3,150 |
| 10/14/2010 | Return to Dallas | | 7.00 | 700 |
| 10/15/2010 | Review Health Care Appeals Monthly Summary Report - September 2010 | 1.00 | | 300 |
| 10/15/2010 | Review Imaging Core Leadership Team Meeting Minutes - September 2010 | 0.25 | | 75 |
| 10/19/2010 | Conf. w/ Dr. Scalzo | 0.25 | | 75 |
| 10/19/2010 | Review 2nd draft September Coordination Minutes | 0.25 | | 75 |
| 10/19/2010 | Review Plaintiffs' Proposed Coordination Agenda for October 26, 2010 Meeting | 0.50 | | 150 |
| 10/20/2010 | Travel to Sacramento | | 6.75 | 675 |
| 10/20/2010 | Mtgs. w/ Drs. Scalzo, Rosenberg & Toche; finalize "Estrella" report. | 4.00 | | 1,200 |
| 10/20/2010 | Mtg. w/ Dr. Scalzo | 2.00 | | 600 |
| 10/21/2010 | Mtgs. w/ Drs. Scalzo, Toche, Rosenberg, & Weisman; work on revised Audit Tool record sheets; attend 30 Day Meeting; attend Imaging Core Leadership mtg. | 10.50 | | 3,150 |
| 10/21/2010 | Mtg. w/ Dr. Scalzo | 1.50 | | 450 |
| 10/22/2010 | Mtg. w/ Dr. Scalzo | 1.00 | | 300 |
| 10/22/2010 | Return to Dallas. | | 6.50 | 650 |
| 10/23/2010 | Conf. w/ Dr. Scalzo | 0.25 | | 75 |
| 10/25/2010 | Travel to Sacramento | | 6.75 | 675 |
| 10/25/2010 | Mtg. w/ Dr. Scalzo; Mtg. with Drs. Scalzo and Rosenberg re: Audit Tool. | 4.50 | | 1,350 |

| | | | | |
|---|---|---|---|---|
| 10/25/2010 | Mtg. w/ Dr. Scalzo; Coleman Deputy Sp. Master and staff. | 2.00 | | 600 |
| 10/26/2010 | Mtgs. w/ Dr. Scalzo; attend Coordination Meeting; tour Central Fill Pharmacy. | 10.00 | | 3,000 |
| 10/26/2010 | Meet w/ Dr. Scalzo | 2.00 | | 600 |
| 10/27/2010 | Mtgs. w/ Dr. Scalzo; Drs. Rosenberg & Toche; tour of WASCO dental facilities w/ staff re: construction; Conf. Calls w/ Dr. Toche; Conf. Call w/ Alison Hardy.  Read and respond to e-mails. | 10.00 | | 3,000 |
| 10/27/2010 | Meet w/ Dr. Scalzo | 1.50 | | 450 |
| 10/28/2010 | Meet w/ Dr. Scalzo | 1.25 | | 375 |
| 10/28/2010 | Return to Dallas | | 7.50 | 750 |
| Hours | | 109.75 | 57.00 | |
| Total | | 32,925 | 5,700 | 38,625 |

**For Professional services rendered**  $38,625

    **Additional Charges:**
    **Other Expense**
      Travel
      Oct 4-7      728.24
      Oct 11-14      1642.11
      Oct 20-22      742.21
        Oct 25-28      1,394.79

    Postage 9-30-2010      6.32
    **Total amount of charges**      4,513.67

**Total amount of this bill**      **$43,138.67**

Case 3:05-cv-05241-JSW   Document 564   Filed 11/23/10   Page 5 of 5