IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARLOS PEREZ, et al.

    Plaintiffs,

v.

MATTHEW CATE, et al.,

    Defendants.
_____/

No. C 05-05241 JSW

**ORDER CONTINUING STATUS CONFERENCE**

The Court has received the parties' Joint Case Management Statement and HEREBY CONTINUES the status conference set for December 10, 2010 at 1:30 p.m. to March 4, 2010 at 1:30 p.m. A further joint status conference statement shall be due on or before February 25, 2010.

**IT IS SO ORDERED.**

Dated: December 7, 2010

                                                                               JEFFREY S. WHITE
                                                                               UNITED STATES DISTRICT JUDGE