Joseph D. Scalzo, DDS  
3785 N. 156th Lane  
Goodyear, AZ 85395  
Telephone: (602) 405-4224  
Email: jscalzo2@cox.net

Court Expert/Representative

**FILED**

JAN 6 2011

RICHARD W. WIEKING  
CLERK, U.S. DISTRICT COURT  
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS PEREZ,<br><br>      Plaintiff,<br><br>vs.<br><br>MATTHEW CATE, et al.<br><br>      Defendants. | Case No. C 05-05241 JSW<br><br>**ADMINISTRATIVE MOTION AND [PROPOSED] ORDER FOR PAYMENT** |

### ADMINISTRATIVE MOTION

Pursuant to the Court's order of October 20, 2008 (Docket No. 263), court expert Joseph D. Scalzo hereby moves the Court for an order for payment of the attached invoice dated December, 2010.

Dated: December 31, 2010

Respectfully submitted,

_____  
JOSEPH D. SCALZO  
Court Expert/Representative

Joseph D. Scalzo
3785 N. 156th Lane
Goodyear, AZ 85395

**Invoice for Dr. Joseph D. Scalzo
for December, 2010**

Case #: C 05-05241 JSW
Invoice # 1210

| DATE | | HOURS | Regular Rate | Travel Rate | Amount |
|---|---|---|---|---|---|
| 12/1/2010 | Conf. call w/ Dr. Shulman | 0.50 | $ 300.00 | | $ 150.00 |
| 12/2/2010 | Conf. call w/ Dr. Shulman | 0.50 | $ 300.00 | | $ 150.00 |
| 12/3/2010 | Conf. call w/ Dr. Shulman | 0.50 | $ 300.00 | | $ 150.00 |
| 12/6/2010 | Travel to Sacramento (PHX time) | 5.00 | | $ 100.00 | $ 500.00 |
| 12/6/2010 | Mtgs. w/ Dr. Shulman | 6.00 | $ 300.00 | | $ 1,800.00 |
| 12/7/2010 | Mtgs. w/ Dr. Shulman, Dr. Toche, Dr. Rosenberg. Mtg. w/ Dr. Quattlebaum re: GEO facilities; Mtg. w/ Dr. Weiseman re: Audit Tool; make changes to travel plans due to cancellation of CMC; attend P&T committee meeting. | 11.00 | $ 300.00 | | $ 3,300.00 |
| 12/7/2010 | Mtg. w/ Dr. Shulman | 1.50 | $ 300.00 | | $ 450.00 |
| 12/6/2010 | Mtgs. w/ Dr. Toche, Dr. Shulman; Mtgs. w/ Dr. Rosenberg, Dr. Shulman; Attend HITEC meeting. | 10.00 | $ 300.00 | | $ 3,000.00 |
| 12/8/2010 | Mtg. w/ Dr. Shulman | 1.50 | $ 300.00 | | $ 450.00 |
| 12/9/2010 | Mtg. w/ Dr. Shulman | 1.00 | $ 300.00 | | $ 300.00 |
| 12/9/2010 | Return trip to PHX (CA time) | 5.75 | | $ 100.00 | $ 575.00 |
| 12/13/2010 | Read and reply to e-mails; read Receivers Turnaround Plan Update; review Appeals Report. | 1.00 | $ 300.00 | | $ 300.00 |
| 12/13/2010 | Conf. call w/ Dr. Shulman | 0.50 | $ 300.00 | | $ 150.00 |
| 12/14/2010 | Conf. call w/ Drs. Toche, Rosenberg and Shulman. | 0.25 | $ 300.00 | | $ 75.00 |
| 12/16/2010 | Conf. call w/ Dr. Shulman | 0.50 | $ 300.00 | | $ 150.00 |
| 12/16/2010 | Conf. call w/ Dr. Shulman re: e-mail from Alison Hardy; research answers and draft responses; coordinate w/ Dr. Shulman and send reply. | 2.25 | $ 300.00 | | $ 675.00 |
| 12/17/2010 | Conf. call w/ Dr. Shulman | 0.25 | $ 300.00 | | $ 75.00 |
| 12/19/2010 | Conf. call w/ Dr. Shulman | 0.50 | $ 300.00 | | $ 150.00 |
| 12/21/2010 | Conf. call w/ Dr. Shulman | 0.50 | $ 300.00 | | $ 150.00 |
| 12/23/2010 | Conf. call w/ Dr. Shulman | 0.25 | $ 300.00 | | $ 75.00 |
| 12/23/2010 | Conf. call w/ Drs. Toche, Rosenberg, Shulman. | 0.25 | $ 300.00 | | $ 75.00 |
| 12/23/2010 | Attend Pharmacy Core Leadership meeting (by phone) | 1.00 | $ 300.00 | | $ 300.00 |
| 12/26/2010 | Conf call w/ Dr. Shulman | 0.25 | $ 300.00 | | $ 75.00 |
| 12/29/2010 | Conf call w/ Dr. Shulman | 0.75 | $ 300.00 | | $ 225.00 |
| | | **51.50** | 40.75 hours @ $300 | 10.75 hours @ $100 | $ 13,300.00 |
| | | | $12,225.00 | $1,075.00 | $ 13,300.00 |
| | **Travel Expenses** | | | | |
| 12/6/10 - 12/9/10 | Trip to Sacramento | | | | $2,317.17 |
| | | | | Sub-total | $2,317.17 |
| | | | | Total | $ 15,617.17 |

# ORDER

Pursuant to the Court's order of October 20, 2008, the Court HEREBY ORDERS payment to court expert Joseph D. Scalzo per the court expert's invoice dated December, 2010.

Dated: January 19, 2011

HON. JEFFERY S. WHITE
United States District Court