Jay D. Shulman
9647 Hilldale Drive
Dallas, Texas 75231
Telephone: (214) 923-8359
Email: jayshulman@sbcglobal.net

Court Expert

**FILED**

JAN 1 1 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS PEREZ,<br><br>           Plaintiff,<br><br>    v.<br><br>MATTHEW CATE, et al.<br><br>           Defendants. | Case No. C 05-05241 JSW<br><br>**ADMINISTRATIVE MOTION AND<br>[PROPOSED] ORDER FOR PAYMENT** |

**ADMINISTRATIVE MOTION**

Pursuant to the Court's order of October 20, 2008 (Docket No. 263), court expert Jay D. Shulman hereby moves the Court for an order for payment of the attached invoice for $18,372.94.

Dated: December 31, 2010

Respectfully submitted,

JAY D. SHULMAN
Court Expert

# ORDER

Pursuant to the Court's orders of October 20, 2008, the Court HEREBY ORDERS payment to court expert Jay D. Shulman per the court expert's invoice dated December 31, 2010.

Dated: January 24, 2011

HON. JEFFREY S. WHITE
United States District Court

cc: Finance Office

ADMIN. MOTION AND [PROPOSED] ORDER FOR PAYMENT
*Perez v. Cate*, C 05-05241 JSW

2

Invoice submitted to *Perez*

December 31, 2010

Invoice # 216

Professional Services for Dr. Jay D. Shulman

| Date | Activity | Hours @ $300/hr | Hours @ $100/hr | Amount |
|------|----------|-----------------|-----------------|--------|
| 12/1/2010 | Conf. w/ Dr. Scalzo | 0.50 | | 150 |
| 12/1/2010 | Review P&T material | 1.00 | | 300 |
| 12/1/2010 | Review Northlake (GEO MI) Expansion Plans for dental clinic | 0.50 | | 150 |
| 12/2/2010 | Review 11-18-10 Final PLO Meeting Minutes | 0.25 | | 75 |
| 12/2/2010 | Read / respond to e-mails re GEO expansion plans | 0.50 | | 150 |
| 12/2/2010 | Conf. w/ Dr. Scalzo | 0.50 | | 150 |
| 12/3/2010 | Conf. w/ Dr. Scalzo | 0.50 | | 150 |
| 12/6/2010 | Travel to Sacramento | | 7.25 | 725 |
| 12/6/2010 | Meet w/ Dr. Scalzo | 6.00 | | 1,800 |
| 12/7/2010 | Mtgs. w/ Drs. Scalzo, Toche, Rosenberg. Mtg. w/ Dr. Quattlebaum re: GEO facilities;  Mtg. w/ Dr. Weiseman re: Audit Tool; make changes to travel plans due to cancellation of CMC; attend P&T committee meeting. | 11.00 | | 3,300 |
| 12/7/2010 | Meet w/ Dr. Scalzo | 1.50 | | 450 |
| 12/8/2010 | Mtgs. w/ Drs. Toche & Scalzo; Mtgs. w/ Drs. Rosenberg & Scalzo; Attend HITEC meeting. | 10.00 | | 3,000 |
| 12/8/2010 | Meet w/ Dr. Scalzo | 1.50 | | 450 |
| 12/9/2010 | Meet w/ Dr. Scalzo | 1.00 | | 300 |
| 12/9/2010 | Travel to Dallas | | 7.00 | 700 |
| 12/11/2010 | Review P&T Chapter 18 draft | 0.25 | | 75 |
| 12/12/2010 | Review Pharmacy Core Leadership Team Meeting advance material | 0.50 | | 150 |
| 12/13/2010 | Review Receiver's Turnaround Plan of Action Monthly Report for November 2010 | 1.25 | | 375 |
| 12/13/2010 | Review Monthly Health Care Appeals Report - November 2010 | 0.75 | | 225 |
| 12/13/2010 | Conf. w/ Dr. Scalzo | 0.50 | | 150 |
| 12/14/2010 | Conf. call w/ Dr. Toche | 0.25 | | 75 |
| 12/16/2010 | Conf. w/ Dr. Scalzo | 0.50 | | 150 |

| 12/16/2010 | Conf. w/ Dr. Scalzo | 0.25 | 75 |
|---|---|---|---|
| 12/16/2010 | Send / receive e-mails from / to Ms. Hardy, Dr. Scalzo and Dr. Toche; draft reply to Ms. Hardy's denture adhesive question | 3.00 | 900 |
| 12/17/2010 | Conf. w/ Dr. Scalzo | 0.25 | 75 |
| 12/17/2010 | Read / send email to / from Alison Hardy and Dr. Toche | 0.50 | 150 |
| 12/18/2010 | Finalize audit spreadsheets | 3.00 | 900 |
| 12/19/2010 | Conf. w/ Dr. Scalzo | 0.50 | 150 |
| 12/20/2010 | Review / edit coordination meeting minutes | 0.50 | 150 |
| 12/21/2010 | Conf. w/ Dr. Scalzo | 0.50 | 150 |
| 12/23/2010 | Conf. w/ Dr. Scalzo | 0.25 | 75 |
| 12/23/2010 | Review Pharmacy Core Leadership Team Meeting advance material | 0.50 | 150 |
| 12/23/2010 | E-UHR conference call | 0.50 | 150 |
| 12/23/2010 | Pharmacy Core Leadership Team Meeting dial-in | 1.00 | 300 |
| 12/23/2010 | Review Imaging Core Leadership Team Meeting - November Meeting Minutes | 0.25 | 75 |
| 12/27/2010 | Conf. w/ Dr. Scalzo | 0.25 | 75 |
| 12/28/2010 | Conf. w/ Dr. Scalzo | 0.25 | 75 |
| 12/29/2010 | Conf. w/ Dr. Scalzo | 0.75 | 225 |
| 12/30/2010 | Review draft Coordination Meeting minutes | 0.25 | 75 |
| 12/30/2010 | Read / respond to e-mails | 0.25 | 75 |

| Hours | | 51.50 | 14.25 | |
|---|---|---|---|---|
| Total | | 15,450 | 1,425 | 16,875 |

**For Professional services rendered**                                          **$16,875**

**Additional Charges:**
**Other Expense**
   Travel

| | | |
|---|---|---|
| Dec 6-9 2010 | 1491.62 | |
| Postage 12-1 | 6.32 | |

**Total amount of charges**                                          **1,497.94**
**Total amount of this bill**                                          **$18,372.94**