Joseph D. Scalzo, DDS
3785 N. 156th Lane
Goodyear, AZ 85395
Telephone: (602) 405-4224
Email: jscalzo2@cox.net

Court Expert/Representative

**FILED**

FEB - 4 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS PEREZ,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MATTHEW CATE, et al.<br><br>　　　　Defendants. | Case No. C 05-05241 JSW<br><br>**ADMINISTRATIVE MOTION AND [PROPOSED] ORDER FOR PAYMENT** |

### ADMINISTRATIVE MOTION

Pursuant to the Court's order of October 20, 2008 (Docket No. 263), court expert Joseph D. Scalzo hereby moves the Court for an order for payment of the attached invoice dated January, 2011.

Dated: January 31, 2011

Respectfully submitted,

JOSEPH D. SCALZO
Court Expert/Representative

# ORDER

Pursuant to the Court's order of October 20, 2008, the Court HEREBY ORDERS payment to court expert Joseph D. Scalzo per the court expert's invoice dated January, 2011.

Dated: February 15, 2011

HON. JEFFERY S. WHITE
United States District Court

cc: Finance Office

Joseph D. Scalzo
3785 N. 156th Lane
Goodyear, AZ 85395

**Invoice for Dr. Joseph D. Scalzo**
**for January, 2011**

Case #: C 05-05241 JSW
Invoice # 0111

| DATE | Purpose | HOURS | Regular Rate | Travel Rate | Amount |
|---|---|---|---|---|---|
| 1/3/2011 | Conf. call w/ Dr. Shulman | 0.25 | $ 300.00 | | $ 75.00 |
| 1/5/2011 | Conf. call w/ Dr. Shulman | 0.75 | $ 300.00 | | $ 225.00 |
| 1/5/2011 | Review e-mail from Drs. Toche, Rosenberg, Shulman; respond to floor plan design for CMF. | 0.50 | $ 300.00 | | $ 150.00 |
| 1/6/2011 | Conf. call w/ Dr. Shulman | 0.25 | $ 300.00 | | $ 75.00 |
| 1/10/2011 | Travel to Sacramento; pick up Dr. Shulman (AZ time) | 7.75 | | $ 100.00 | $ 775.00 |
| 1/10/2011 | Mtg. w/ Dr. Shulman; mtgs. With Drs. Toche, Rosenberg, Quattlebaum. | 5.00 | $ 300.00 | | $ 1,500.00 |
| 1/10/2011 | Mtg. w/ Dr. Shulman. | 1.00 | $ 300.00 | | $ 300.00 |
| 1/11/2011 | Mtgs. w/ Drs. Shulman, Toche, Rosenberg, Quattlebaum; attend Coordination Meeting. | 10.00 | $ 300.00 | | $ 3,000.00 |
| 1/11/2011 | Mtg. w/ Dr. Shulman and Coleman Special Master & staff. | 2.00 | $ 300.00 | | $ 600.00 |
| 1/12/2011 | Meet w/ Dr. Shulman; attend Judges' Coordination Meeting | 9.00 | $ 300.00 | | $ 2,700.00 |
| 1/12/2011 | Meet w/ Dr. Shulman | 2.00 | $ 300.00 | | $ 600.00 |
| 1/13/2011 | Mtgs. w/ Drs. Shulman, Toche, Rosenberg, Quattlebaum; attend 30 day meeting. | 10.00 | $ 300.00 | | $ 3,000.00 |
| 1/13/2011 | Mtg. w/ Dr. Shulman; Audit schedule dates. | 2.00 | $ 300.00 | | $ 600.00 |
| 1/13/2010 | Mtg w/ Dr. Shulman | 1.00 | $ 300.00 | | $ 300.00 |
| 1/13/2011 | Return trip to Phoenix | 6.00 | | $ 100.00 | $ 600.00 |
| 1/15/2011 | Conf call w/ Dr. Shulman | 0.25 | $ 300.00 | | $ 75.00 |
| 1/19/2011 | Trip to SAC | 5.25 | | $ 100.00 | $ 525.00 |
| 1/19/2011 | Mtgs. w/ Drs. Shulman, Toche, Rosenberg, Quattlebaum; mtg. w/ Sharon Aungst | 5.50 | $ 300.00 | | $ 1,650.00 |
| 1/19/2011 | Mtg. w/ Dr. Shulman | 1.75 | $ 300.00 | | $ 525.00 |
| 1/20/2011 | Mtgs. w/ Dr. Shulman; mtg. w/ Dr. Rosenberg; Mtg. w/ Dr. Toche; attend Imaging Core Leadership meeting. | 11.00 | $ 300.00 | | $ 3,300.00 |
| 1/20/2011 | Mtg. w/ Dr. Shulman | 1.25 | $ 300.00 | | $ 375.00 |
| 1/21/2011 | Mtg. w/ Dr. Shulman | 1.50 | $ 300.00 | | $ 450.00 |
| 1/21/2011 | Return trip to Phoenix ( AZ time) | 5.25 | | $ 100.00 | $ 525.00 |
| 1/24/2011 | Trip to SAC (PHX time) | 6.75 | | $ 100.00 | $ 675.00 |
| 1/24/2011 | Mtg. w/ Dr. Shulman; meeting w/ Drs. Shulman & Rosenberg; prepare for SCC audit. | 10.00 | $ 300.00 | | $ 3,000.00 |
| 1/25/2011 | Mtgs. w/ Dr. Shulman, Dr. Rosenberg & Dr. Meyers; Conduct Audit of SCC: day 1. | 10.50 | $ 300.00 | | $ 3,150.00 |
| 1/25/2011 | Mtg. w/ Drs. Shulman, Rosenberg, Meyers. | 2.00 | $ 300.00 | | $ 600.00 |
| 1/26/2011 | Mtgs. w/ Dr. Shulman, Dr. Rosenberg & Dr. Meyers; Conduct Audit of SCC: day 2. | 10.50 | $ 300.00 | | $ 3,150.00 |
| 1/26/2011 | Mtg. w/ Drs. Shulman, Rosenberg, Meyers; review audit process, discuss future audits. | 2.00 | $ 300.00 | | $ 600.00 |
| 1/27/2011 | Mtgs. w/ Drs. Shulman, Rosenberg, Meyers; begin writing of SCC Audit Report. | 8.00 | $ 300.00 | | $ 2,400.00 |
| 1/27/2011 | Mtg. w/ Dr. Shulman. | 2.00 | $ 300.00 | | $ 600.00 |
| 1/28/2011 | Mtg. w/ Dr. Shulman | 1.25 | $ 300.00 | | $ 375.00 |
| 1/28/2011 | Return trip to Phoenix ( AZ time) | 5.25 | | $ 100.00 | $ 525.00 |
| | | | $ 300.00 | | $ - |
| | **Total** | 147.50 | $33,375.00 at $300 /hour | $3,625.00 at $100 / hour | $ 37,000.00 |

**Travel Expenses**

| | |
|---|---|
| Trip to Sacramento/SF/Sacramento  1/10/101- 1/14/11 | $ 2,955.28 |
| Trip to Sacramento 1/19/11 - 1/21/11 | $ 1,429.47 |
| Trip to SCC to conduct audit. | $ 2,691.35 |
| **Sub-total** | $ 7,076.10 |
| **Invoice total** | $ 44,076.10 |