Jay D. Shulman
9647 Hilldale Drive
Dallas, Texas 75231
Telephone: (214) 923-8359
Email: jayshulman@sbcglobal.net

Court Expert

**FILED**

FEB - 7 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS PEREZ,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW CATE, et al.<br><br>Defendants. | Case No. C 05-05241 JSW<br><br>**ADMINISTRATIVE MOTION AND<br>[PROPOSED] ORDER FOR PAYMENT** |

**ADMINISTRATIVE MOTION**

Pursuant to the Court's order of October 20, 2008 (Docket No. 263), court expert Jay D. Shulman hereby moves the Court for an order for payment of the attached invoice for $46,924.08.

Dated: January 31, 2011

Respectfully submitted,

JAY D. SHULMAN
Court Expert

## ORDER

Pursuant to the Court's orders of October 20, 2008, the Court HEREBY ORDERS payment to court expert Jay D. Shulman per the court expert's invoice dated January 31, 2011.

Dated: February 18, 2011

*[signature]*
HON. JEFFREY S. WHITE
United States District Court

cc: Finance Office

Invoice submitted to *Perez*

January 31, 2011

Invoice # 217

Professional Services for Dr. Jay D. Shulman

| Date | Activity | Hours @ $300/hr | Hours @ $100/hr | Amount |
|---|---|---|---|---|
| 1/3/2011 | Conf. w/ Dr. Scalzo | 0.25 | | 75 |
| 1/3/2011 | Edit audit tool spreadsheets | 1.00 | | 300 |
| 1/4/2011 | Review agenda for 1/13/2011 all parties meeting | 0.50 | | 150 |
| 1/5/2011 | Conf. w/ Dr. Scalzo | 0.75 | | 225 |
| 1/5/2011 | Review CMF construction plans | 0.25 | | 75 |
| 1/5/2011 | Send / review e-mails | 0.50 | | 150 |
| 1/6/2011 | Conf. w/ Dr. Scalzo | 0.25 | | 75 |
| 1/6/2011 | Review Coordination minutes, agenda, and action items | 0.50 | | 150 |
| 1/7/2011 | Review Plaintiffs' Proposed Coordination Agenda for January 11, 2011 Meeting | 0.25 | | 75 |
| 1/10/2011 | Depart for Sacramento | | 7.00 | 700 |
| 1/10/2011 | Mtg. w/ Dr. Scalzo; mtgs. With Drs. Toche, Rosenberg, and Quattlebaum. | 5.00 | | 1,500 |
| 1/10/2011 | Mtg. w/ Dr. Scalzo. | 1.00 | | 300 |
| 1/11/2011 | Mtgs. w/ Drs. Scalzo, Toche, Rosenberg, and Quattlebaum; attend Coordination Meeting. | 10.00 | | 3,000 |
| 1/11/2011 | Mtg. w/ Dr. Scalzo and *Coleman* Special Master & staff. | 2.00 | | 600 |
| 1/12/2011 | Mtg. w/ Dr. Scalzo; attend Judges' Coordination Meeting | 9.00 | | 2,700 |
| 1/12/2011 | Mtg. w/ Dr. Scalzo | 2.00 | | 600 |

| Date | Description | | | |
|---|---|---|---|---|
| 1/13/2011 | Mtgs. w/ Drs. Scalzo, Toche, Rosenberg, and Quattlebaum; attend 30 day meeting. | 10.00 | | 3,000 |
| 1/13/2011 | Mtg. w/ Dr. Scalzo; Discuss audit schedule dates. | 2.00 | | 600 |
| 1/14/2011 | Meet w/ Dr. Scalzo | 1.00 | | 300 |
| 1/14/2011 | Return to Dallas | | 8.00 | 800 |
| 1/14/2011 | Draft audit response letter | 0.75 | | 225 |
| 1/15/2011 | Review Monthly Health Care Appeals Report - December 2010 | 0.75 | | 225 |
| 1/15/2011 | Conf. w/ Dr. Scalzo | 0.25 | | 75 |
| 1/15/2011 | Review documents relating to the P&T Committee Meeting to be held on: January 18, 2011 | 1.75 | | 525 |
| 1/16/2011 | Plan audit visits | 0.75 | | 225 |
| 1/17/2011 | Travel to Sacramento | | 7.75 | 775 |
| 1/17/2011 | Conf. w/ Dr. Scalzo | 0.50 | | 150 |
| 1/18/2011 | Audit planning; meet with Drs. Toche & Rosenberg; attend P&T Meeting | 8.50 | | 2,550 |
| 1/19/2011 | Meet w/ Drs. Scalzo, Toche, Rosenberg, Garbut, & Quattlebaum; audit preparation | 8.75 | | 2,625 |
| 1/19/2011 | Meet w/ Dr. Scalzo | 1.75 | | 525 |
| 1/20/2011 | Mtgs w/ Dr. Scalzo, Rosenberg, Toche, and Quattlebaum. Attend Imaging Core Leadership Meeting; Audit preparation | 11.00 | | 3,300 |
| 1/20/2011 | Mtg. w/ Dr. Scalzo | 1.25 | | 375 |
| 1/21/2011 | Mtg. w/ Dr. Scalzo | 1.50 | | 450 |
| 1/21/2011 | Travel to Dallas | | 7.50 | 750 |
| 1/24/2011 | Meet w/ Dr Scalzo; meet w/ Drs. Scalzo, Rosenberg, Weisman; prepare for SCC audit | 10.00 | | 3,000 |
| 1/25/2011 | Mtgs. w/ Drs. Scalzo, Rosenberg, Myers; conduct SCC audit | 10.50 | | 3,150 |

| Date | Description | Hours | Travel | Amount |
|---|---|---|---|---|
| 1/25/2011 | Meet w/ Drs. Scalzo, Rosenberg, & Myers | 2.00 | | 600 |
| 1/26/2011 | Mtgs. w/ Drs. Scalzo, Rosenberg, & Myers; conduct SCC audit | 10.50 | | 3,150 |
| 1/26/2011 | Meet w/ Drs. Scalzo, Rosenberg, & Myers | 2.00 | | 600 |
| 1/27/2011 | Meet w/ Drs. Scalzo, Rosenberg, & Myers; SCC audit report draft | 8.00 | | 2,400 |
| 1/27/2011 | Meet w/ Dr. Scalzo | 2.00 | | 600 |
| 1/28/2011 | Meet w/ Dr. Scalzo | 1.25 | | 375 |
| 1/28/2011 | Travel to Dallas | | 7.50 | 750 |
| Hours | | 130.00 | 37.75 | |
| Total | | 39,000 | 3,775 | 42,775 |

**For Professional services rendered**     **$42,775**

**Additional Charges:**
**Other Expense**
  Travel
    Jan 10-14 2011     862.02
    Jan 17-21 2011     1,629.93
    Jan 24-28 2011     1,650.81
    Postage 1-3-2011     6.32

**Total amount of charges**     4,149.08
**Total amount of this bill**     **$46,924.08**