IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARLOS PEREZ, et al.

    Plaintiffs,                                  No. C 05-05241 JSW

  v.                                          **ORDER RE DEPOSIT OF FUNDS**

JAMES TILTON, et al.,

    Defendants.

_____/

      The Court has been notified by the Finance Office the funds on deposit on this case have fallen below $150,000. (*See* Docket No. 484, Minute Entry of January 15, 2010 Status Conference.) Accordingly, within thirty (30) days of the date of this Order, Defendants shall deposit additional funds with the Clerk of the Court as interim payment of costs.

      **IT IS SO ORDERED.**

Dated: February 22, 2011                                    _____
                                                                   JEFFREY S. WHITE
                                                                   UNITED STATES DISTRICT JUDGE

cc:     Finance Office