PRISON LAW OFFICE
DONALD SPECTER #83925
STEVEN FAMA #99641
ALISON HARDY #135966
1917 Fifth Street
Berkeley, CA 94710
Telephone: (510) 280-2621
Facsimile: (510) 280-2704
ahardy@prisonlaw.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CARLOS PEREZ, et al.,

Plaintiffs,

v.

MATTHEW CATE, et al.,

Defendants.

No. C05-5241 JSW

**STIPULATION AND ORDER FOR COLLECTION OF 2009 AND 2010 FORMERLY DISPUTED ATTORNEYS' FEES**

On August 26, 2010, the parties stipulated that they would meet and confer regarding the hourly rates payable to Plaintiffs' paralegals and litigation assistants, within ten days after the mandate issued in the *Perez v. Cate* appeal in the Ninth Circuit Court of Appeals (Docket No. 543), which addressed 2008 hourly rates for paralegals. Mandate issued on February 4, 2011, and the parties thereafter extended the deadline to meet and confer. The parties have since met and conferred and hereby stipulate to the following:

1. This stipulation applies to past due amounts for work performed by paralegals and litigation assistants between the first quarter of 2009 and the second quarter of 2010. During this period, defendants compensated plaintiffs at an interim hourly rate of $135 for all work performed by paralegals and litigation assistants during the first quarter of 2009, and $82.50 for work performed by those individuals in the succeeding five quarters.

2. The parties have reached an agreement that, in light of the Ninth Circuit decision, Defendants will pay the following hourly rates for work performed by paralegals: $170 for 2009, and $180 for 2010. The parties further agree that Defendants will pay the difference between these stipulated hourly rates and the interim hourly rate of either $135 or $82.50 already paid during the pendency of this dispute.

3. The parties have further agreed that Defendants will pay the following hourly rates for work performed by litigation assistants: $140 for 2009, and $145 for 2010. The parties further agree that Defendants will pay the difference between these stipulated hourly rates and the interim hourly rate of either $135 or $82.50 already paid during the pendency of this dispute.

4. Based upon the rates set forth above, for 2009 and the first two quarters of 2010, Defendants agree to pay plaintiffs' counsel $15,105. This amount shall be paid within 30 days of the signing of this Order. On the 31st day following the entry of this Order, interest on any unpaid amount will begin to accrue at the rate provided by 28

Stipulation and Order Re: Collection of Fees
*Perez v. Cate,* 05–5241 JSW    2

U.S.C. § 1961 (i.e., the weekly average 1 year constant maturity Treasury yield for the calendar week preceding the date of the Order.)

5. The parties have reached this agreement solely for the purpose of settling the paralegal and litigation assistant rate dispute for 2009 and the first two quarters of 2010. The parties agree that the rates outlined in the stipulation are for settlement purposes only and cannot be introduced by either party in any other litigation regarding the reasonableness of any particular rate for any particular year.

AGREED TO BY THE PARTIES:

Date: March 1, 2011

/s/ .
Alison Hardy
Attorney for Plaintiffs

Date: March 3, 2011

/s/ .
Damon McClain
Deputy Attorney General
Attorney for Defendants

I, Alison Hardy, attest that Damon McClain signed this document on March 3, 2011.

**IT IS SO ORDERED.**

Date: March 3, 2011

Honorable Jeffrey S. White
United States District Court Judge

Stipulation and Order Re: Collection of Fees
*Perez v. Cate,* 05–5241 JSW                3