KAMALA D. HARRIS
Attorney General of California
DAMON G. MCCLAIN
Deputy Attorney General
State Bar No. 209508
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 703-5750
 Fax: (415) 703-5843
 E-mail: Damon.Mcclain@doj.ca.gov
*Attorneys for Defendants*

PRISON LAW OFFICE
DONALD SPECTER
ALISON HARDY, State Bar No. 135966
 1917 Fifth Street
 Berkeley, CA 94710
 Telephone: (510) 280-2621
 Fax: (510) 280-2704
 ahardy@prisonlaw.com
*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **CARLOS PEREZ,**<br><br>Plaintiff,<br><br>v.<br><br>**MATTHEW CATE, et al.,**<br><br>Defendants. | C 05-05241 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER RE: DEPOSIT OF INTERIM COSTS**<br><br>Judge: The Honorable Jeffrey S. White |

On October 20, 2008, the Court entered an order regarding the compensation of the Court Experts and the deposit of funds with the Clerk of the Court as an interim payment of costs. (Doc. No. 263.) On January 15, 2010, the Court granted the parties' request to notify the parties when the funds on deposit fall below $150,000. On February 22, 2011, the Court issued an Order informing the parties that the current balance has dropped below $150,000, and ordered

1

Stipulation and [Proposed] Order re: Deposit of Interim Costs (C 05-05241 JSW)

Defendants to deposit additional funds within 30 days. (Doc. No. 592.) The parties stipulate that Defendants will deposit $500,000 with the Clerk of the Court as an interim payment of costs, and that Defendants shall be given 15 days from the granting of this order to deposit such funds with the Court.

IT IS SO STIPULATED

Dated: March 23, 2011

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California

*/s/Damon G. McClain*

DAMON G. MCCLAIN
Deputy Attorney General
*Attorneys for Defendants*

Dated: March 23, 2011

*/s/Alison Hardy*

ALISON HARDY
Prison Law Office
*Attorney for Plaintiffs*

I, Damon McClain, attest that Alison Hardy authorized the filing of this document on March 23, 2011.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: March 24, 2011

JEFFREY S. WHITE
United States District Court

cc: Finance Office

SD2004800652
40492026.doc

2

Stipulation and [Proposed] Order re: Deposit of Interim Costs (C 05-05241 JSW)