1  PRISON LAW OFFICE
   DONALD SPECTER #83925
2  STEVEN FAMA #99641
   ALISON HARDY #135966
3  1917 Fifth Street
   Berkeley, CA 94710
4  Telephone: (510) 280-2621
   Facsimile: (510) 280-2704
5  ahardy@prisonlaw.com

6  Attorneys for Plaintiffs

7

8              IN THE UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11

12  CARLOS PEREZ, et al.,                    No. C05-5241 JSW

13         Plaintiffs,                       **STIPULATION AND ORDER FOR
                                             PERIODIC COLLECTION OF
14                                           ATTORNEYS' FEES AND COSTS**
               v.
15  MATTHEW CATE, et al.,

16         Defendants.

17

18         On April 10, 2007, this Court established a procedure by which plaintiffs are to

19  collect attorneys' fees and costs incurred in connection with the Amended Stipulation and

20  Order.  This procedure requires plaintiffs' counsel to submit to defendants a quarterly

21  statement of fees incurred in monitoring work, and permits defendants thirty (30) days

22  from the receipt of plaintiffs' statement to notify plaintiffs of any disputed items.  After the

23  parties meet and confer on any of defendant's objections, counsel shall then prepare a

24  stipulated order for payment of the fees not subject to defendants' objections.  The Order

25  also states that defendants shall have thirty (30) days from the entry of the order to pay the

26  undisputed fees and that interest on any undisputed fees will run from the thirty-first day

27  after the Order is filed, accruing at the rate provided by 28 U.S.C. § 1961.

28         Pursuant to this procedure, plaintiffs' counsel served their third quarter billing

Stipulation and Order Re: Collection of Third Quarter Fees
*Perez v. Cate,* 05–5241 JSW

1  statement demanding $21,173 for the period from July 1, 2010 through September 30,

2  2010 on March 1, 2011.  Defendants did not object to plaintiffs fee statement. The parties

3  have agreed that the rate of $145 per hour will be the rate for nonparalegal litigation

4  assistants in 2010.  The parties further agree that the 2010 nonparalegal-litigation-assistant

5  rate only pertains to this action and cannot be introduced by either party in any other

6  litigation regarding the reasonableness of any particular rate for any particular year.

7          WHEREFORE, defendants agree to pay plaintiffs' counsel $21,173 within 30 days

8  of the signing of this Order.  On the 31st day following the entry of this Order, interest on

9  any unpaid amount will begin to accrue at the rate provided by 28 U.S.C. § 1961 (i.e., the

10  weekly average 1 year constant maturity Treasury yield for the calendar week preceding

11  the date of the Order.)

12  AGREED TO BY THE PARTIES:

13  Date: April 13, 2011

14                                         /s/
                                         Alison Hardy
15                                         Attorney for Plaintiffs

16

17  Date: April 13, 2011                   /s/
                                         Damon McClain
18                                         Deputy Attorney General
                                         Attorney for Defendants

19

20

21          I, Alison Hardy, attest that Damon McClain signed this document on April 13, 2011.

22

23  **IT IS SO ORDERED.**

24  Date:  April 13,_____, 2011

25                                         Honorable Jeffrey S. White
                                         United States District Court Judge

26

27

28

Stipulation and Order Re: Collection of Third Quarter Fees
*Perez v. Cate,* 05–5241 JSW                 2