PRISON LAW OFFICE
DONALD SPECTER #83925
STEVEN FAMA #99641
ALISON HARDY #135966
1917 Fifth Street
Berkeley, CA 94710
Telephone: (510) 280-2621
Facsimile: (510) 280-2704
ahardy@prisonlaw.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS PEREZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MATTHEW CATE, et al., <br><br> Defendants. | No. C05-5241 JSW <br><br> **STIPULATION AND ORDER FOR PERIODIC COLLECTION OF ATTORNEYS' FEES AND COSTS** |

On April 10, 2007, this Court established a procedure by which plaintiffs are to collect attorneys' fees and costs incurred in connection with the Amended Stipulation and Order. This procedure requires plaintiffs' counsel to submit to defendants a quarterly statement of fees incurred in monitoring work, and permits defendants thirty (30) days from the receipt of plaintiffs' statement to notify plaintiffs of any disputed items. After the parties meet and confer on any of defendant's objections, counsel shall then prepare a stipulated order for payment of the fees not subject to defendants' objections. The Order also states that defendants shall have thirty (30) days from the entry of the order to pay the undisputed fees and that interest on any undisputed fees will run from the thirty-first day after the Order is filed, accruing at the rate provided by 28 U.S.C. § 1961.

Pursuant to this procedure, plaintiffs' counsel served their fourth quarter billing

Stipulation and Order Re: Collection of Fourth Quarter Fees
*Perez v. Cate,* 05–5241 JSW

statement demanding $18,687 for the period from October 1, 2010 through December 31, 2010 on May 27, 2011. Defendants did not object to plaintiffs' fee statement. The parties have agreed that the rate of $145 per hour will be the rate for nonparalegal litigation assistants in 2010. The parties further agree that the 2010 nonparalegal-litigation-assistant rate only pertains to this action and cannot be introduced by either party in any other litigation regarding the reasonableness of any particular rate for any particular year.

WHEREFORE, defendants agree to pay plaintiffs' counsel $18,687 within 30 days of the signing of this Order. On the 31st day following the entry of this Order, interest on any unpaid amount will begin to accrue at the rate provided by 28 U.S.C. § 1961 (<u>i.e.</u>, the weekly average 1 year constant maturity Treasury yield for the calendar week preceding the date of the Order.)

AGREED TO BY THE PARTIES:

Date: July 11, 2011

/s/
Alison Hardy
Attorney for Plaintiffs

Date: July 11, 2011

/s/
Marisa Yee Kirschenbauer
Deputy Attorney General
Attorney for Defendants

I, Alison Hardy, attest that Marisa Kirschenbauer signed this document on July 11, 2011.

**IT IS SO ORDERED.**

Date: <u>July 13, 2011</u>, 2011

Honorable Jeffrey S. White
United States District Court Judge

Stipulation and Order Re: Collection of Fourth Quarter Fees
*Perez v. Cate,* 05–5241 JSW      2