| | |
|---|---|
| 1 | KAMALA D. HARRIS<br>Attorney General of California |
| 2 | MARISA Y. KIRSCHENBAUER<br>Deputy Attorney General |
| 3 | State Bar No. 226729<br>  455 Golden Gate Avenue, Suite 11000 |
| 4 |   San Francisco, CA  94102-7004<br>  Telephone:  (415) 703-1380 |
| 5 |   Fax:  (415) 703-5843<br>  E-mail:  marisa.kirschenbauer@doj.ca.gov |
| 6 | *Attorneys for Defendants* |
| 7 | PRISON LAW OFFICE<br>DONALD SPECTER |
| 8 | ALISON HARDY, State Bar No. 135966<br>  1917 Fifth Street |
| 9 |   Berkeley, CA 94710<br>  Telephone: (510) 280-2621 |
| 10 |   Fax: (510) 280-2704<br> ahardy@prisonlaw.com |
| 11 | *Attorneys for Plaintiffs* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **CARLOS PEREZ,**<br><br>                              Plaintiff,<br><br>       v.<br><br>**MATTHEW CATE, et al.,**<br><br>                              Defendants. | C 05-05241 JSW<br><br>**STIPULATION AND [PROPOSED]<br>ORDER RE: TITLE CHANGES**<br><br>Judge:         The Honorable Jeffrey S. White |

The parties stipulate as follows:

1. On June 12, 2007, the Court entered an order directing Defendants to create and fund the positions for a Statewide Dental Director and a Deputy Statewide Dental Director. (Doc. No. 133.) Dr. Diana Toche is the current Statewide Dental Director, and Dr. Morton Rosenberg is the current Deputy Statewide Dental Director.

2. Recently, CDCR restructured its headquarters and created a new executive structure. During this restructuring, the Statewide Dental Director's title was changed to Deputy Director, DCHCS, Statewide Dental Program, and the Deputy Statewide Dental Director's title was changed to Associate Director, Statewide Dental Program.

3. The parties agree that the title of Deputy Director, DCHCS, Statewide Dental Program, shall replace the title of Statewide Dental Director, and the title of Associate Director, Statewide Dental Program, shall replace the title of Deputy Statewide Dental Director.

4. The duties, responsibilities, and position qualifications of the Statewide Dental Director (now Deputy Director, DCHCS, Statewide Dental Program) and the Deputy Statewide Dental Director (now Associate Director, Statewide Dental Program), as outlined in the June 12, 2007 Order, will remain the same.

IT IS SO STIPULATED.

Dated: July 15, 2011

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California

_____/s/_____
MARISA Y. KIRSCHENBAUER

Deputy Attorney General
*Attorneys for Defendants*

Dated: July 15, 2011

_____/s/_____

ALISON HARDY
Prison Law Office
*Attorney for Plaintiffs*

I, Marisa Y. Kirschenbauer, attest that Alison Hardy authorized the filing of this document on July 15, 2011.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 18, 2011

_____
JEFFREY S. WHITE
United States District Court

SD2004800652
20485500.doc