IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARLOS PEREZ, et al.

    Plaintiffs,

v.

MATTHEW CATE, et al.,

    Defendants.
_____/

No. C 05-05241 JSW

**ORDER CONTINUING STATUS CONFERENCE**

The Court has received the parties' Joint Case Management Statement. The Court expresses its appreciation for the continued cooperation the parties have shown and the efforts they have made. Based on the information set forth in the statement, the Court HEREBY CONTINUES the status conference set for August 12, 2011 at 1:30 p.m. to November 4, 2011 at 1:30 p.m. A further joint status conference statement shall be due on or before October 28, 2011. If either party believes a status conference is necessary before that date, they may file a request with the Court to advance the date.

**IT IS SO ORDERED.**

Dated: August 3, 2011

                                                JEFFREY S. WHITE
                                               UNITED STATES DISTRICT JUDGE