Joseph D. Scalzo, DDS
3785 N. 156th Lane
Goodyear, AZ 85395
Telephone: (602) 405-4224
Email: jscalzo2@cox.net

**FILED**

**AUG - 4 2011**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Court Expert/Representative

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS PEREZ,<br><br>        Plaintiff,<br><br>vs.<br><br>MATTHEW CATE, et al.<br><br>        Defendants. | Case No. C 05-05241 JSW<br><br>**ADMINISTRATIVE MOTION AND <s>[PROPOSED]</s> ORDER FOR PAYMENT** |

### ADMINISTRATIVE MOTION

Pursuant to the Court's order of October 20, 2008 (Docket No. 263), court expert Joseph D. Scalzo hereby moves the Court for an order for payment of the attached invoice dated July, 2011.

Dated: July 31, 2011

Respectfully submitted,

*[signature]*

JOSEPH D. SCALZO
Court Expert/Representative

# ORDER

Pursuant to the Court's order of October 20, 2008, the Court HEREBY ORDERS payment to court expert Joseph D. Scalzo per the court expert's invoice dated July, 2011.

Dated: August 22, 2011

HON. JEFFERY S. WHITE
United States District Court

cc:  Finance Office

Joseph D. Scalzo
3785 N. 156th Lane
Goodyear, AZ 85395

**Invoice for Dr. Joseph D. Scalzo
for July, 2011**

Case #: C 05-05241 JSW
Invoice # 0711

| Purpose | HOURS | Regular Rate | Travel Rate | Amount |
|---|---|---|---|---|
| Conf. call w/Dr. Shulman | 0.50 | $ 300.00 | | $ 150.00 |
| Conf. call w/Dr. Shulman | 0.50 | $ 300.00 | | $ 150.00 |
| Attend External Stakeholders meeting by phone. | 0.50 | $ 300.00 | | $ 150.00 |
| Conf. call w/Dr. Shulman | 0.50 | $ 300.00 | | $ 150.00 |
| Conf. call w/Dr. Shulman | 1.00 | $ 300.00 | | $ 300.00 |
| Read draft min. of 30 day meeting; read and respond to e-mails; read Coord. Agenda and past minutes; read Receivers Quartly Report. | 1.00 | $ 300.00 | | $ 300.00 |
| Participate in Imaging Core Leadership Meeting by phone. | 1.00 | $ 300.00 | | $ 300.00 |
| Travel to Sacramento | 6.25 | | $ 100.00 | $ 625.00 |
| Mtg. w/ Dr. Shulman | 4.00 | $ 300.00 | | $ 1,200.00 |
| Mtg. w/ Dr. Shulman | 2.00 | $ 300.00 | | $ 600.00 |
| Mtg. w/ Dr. Shulman; Mtg. w/ Drs. Shulman, Toche, Rosenberg; conduct and complete audit of DVI. | 10.50 | $ 300.00 | | $ 3,150.00 |
| Mtg. w/ Dr. Shulman | 2.00 | $ 300.00 | | $ 600.00 |
| Mtg. w/ Dr. Shulman; Attend CDCR Realignment Briefing; Mtg. w/ Michael Bien; Mtg. w/Alison Hardy; Mtg. w/ Secretary Cate; Mtg. w/ Drs. Shulman, Toche, Rosenberg; Mtg. w/ Dr Toche. | 10.75 | $ 300.00 | | $ 3,225.00 |
| Mtg. w/ Dr. Shulman, Coleman Sp. Master and staff. | 3.00 | $ 300.00 | | $ 900.00 |
| Mtg. w/ Dr. Shulman; Mtg. w/ Drs. Shulman, Toche, Rosenberg; Attend Coordination Meeting; Mtg. w/ Dr. Toche. | 10.00 | $ 300.00 | | $ 3,000.00 |
| Mtg. w/ Dr. Shulman | 2.00 | $ 300.00 | | $ 600.00 |
| Mtg. w/ Dr. Shulman; Review material for Judges' meeting; Attend Judges Meeting; Mtg. with Dr. Shulman; Return rental car; CVSP report. | 7.50 | $ 300.00 | | $ 2,250.00 |
| Mtg. w/ Dr. Shulman; conf. call w/ Dr. Toche. | 3.00 | $ 300.00 | | $ 900.00 |
| Mtg. w/ Dr. Shulman | 1.00 | $ 300.00 | | $ 300.00 |
| Return trip to PHX. ( flight delayed, then cancelled; rebooked on a a later flight) | 12.00 | | $ 100.00 | $ 1,200.00 |
| Total | 79.00 | $18,225.00 at $300 /hour | $1,825.00 at $100 / hour | $ 20,050.00 |

**Travel Expenses**

| | | |
|---|---|---|
| Conduct audit of DVI; Attend Coordination Meeting; Attend Judges Meeting | | $ 3,301.80 |
| Sub-total | | $ 3,301.80 |
| **Invoice total** | | **$ 23,351.80** |