IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS PEREZ, et al. | |
| Plaintiffs, | No. C 05-05241 JSW |
| v. | **ORDER TO DEPOSIT FUNDS** |
| JAMES TILTON, et al., | |
| Defendants. | |

The Court has been notified by the Finance Office the funds on deposit are well below $150,000, which will delay payment of the Orders this Court issued granting motions for payment by Drs. Scalzo and Shulman. (*See* Docket No. 484, Minute Entry of January 15, 2010 Status Conference.) Accordingly, within thirty (30) days of the date of this Order, Defendants shall deposit additional funds with the Clerk of the Court as interim payment of costs.

**IT IS SO ORDERED.**

Dated: December 6, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Finance Office