Jay D. Shulman
9647 Hilldale Drive
Dallas, Texas 75231
Telephone: (214) 923-8359
Email: jayshulman@sbcglobal.net

Court Expert

**FILED**

NOV - 2 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS PEREZ,<br><br>    Plaintiff,<br><br>v.<br><br>MATTHEW CATE, et al.<br><br>    Defendants. | Case No. C 05-05241 JSW<br><br>**ADMINISTRATIVE MOTION AND AMENDED [PROPOSED] ORDER FOR PAYMENT** |

## ADMINISTRATIVE MOTION

Pursuant to the Court's order of October 20, 2008 (Docket No. 263), court expert Jay D. Shulman hereby moves the Court for an order for payment of the attached invoice for $44,728.75.

Dated: October 29, 2011

Respectfully submitted,

JAY D. SHULMAN
Court Expert

## AMENDED ORDER

Pursuant to the Court's orders of October 20, 2008, the Court HEREBY ORDERS payment to court expert Jay D. Shulman per the court expert's invoice dated ~~October 29, 2011.~~

October 30, 2011

Dated: January 30, 2012

*[signature]*
HON. JEFFREY S. WHITE
United States District Court

cc: Finance Office

**ADMIN. MOTION AND [PROPOSED] ORDER FOR PAYMENT**
*Perez v. Cate*, C 05-05241 JSW

2

Invoice submitted to *Perez*

October 30, 2011

Invoice # 226

Professional Services for Dr. Jay D. Shulman

| Date | Activity | Hours @ $300/hr | Hours @ $100/hr | Amount |
|---|---|---|---|---|
| 10/1/2011 | Conf. w/ Dr. Scalzo | 0.75 | | 225 |
| 10/1/2011 | Conf. w/ Dr. Toche | 0.50 | | 150 |
| 10/3/2011 | Travel to Sacramento | | 7.50 | 750 |
| 10/3/2011 | Meet w/ Drs. Toche and Quattlebaum; CEN audit report; review coordination material; conf w/ Dr. Scalzo; review HITEC material | 7.00 | | 2,100 |
| 1/4/2011 | SVSP audit letter; meet w/ Drs Quattlebaum, Toche, and Barks; CEN audit report; prepare for HTEC meeting; attend HITEC meeting | 11.00 | | 3,300 |
| 10/5/2011 | Travel to Dallas | | 8.00 | 800 |
| 10/6/2011 | Conf. w/ Alison Hardy | 0.25 | | 75 |
| 10/6/2011 | Conf. w/ Dr. Scalzo | 0.50 | | 150 |
| 10/7/2011 | Revew P&T material | 1.25 | | 375 |
| 10/9/2011 | Conf. w/ Dr. Scalzo | 0.50 | | 150 |
| 10/9/2011 | CEN audit report | 2.25 | | 675 |
| 10/10/2011 | Travel to Sacramento | | 7.25 | 725 |
| 10/10/2011 | Meetings w/ Drs. Scalzo, Toche, and Quattlebaum | 5.50 | | 1,650 |
| 10/10/2011 | Meet w/ Dr. Scalzo | 2.00 | | 600 |
| 10/11/2011 | Meet w/ Dr. Scalzo; meet w/ Drs. Scalzo, Quattlebaum, and Toche; review CHCF dental clinjc plans; attemt P&T meeting; finalize CEN audit report | 11.25 | | 3,375 |
| 10/11/2011 | Meet w/ Dr. Scalzo | 2.25 | | 675 |

| Date | Description | Hours | | Amount |
|---|---|---|---|---|
| 10/12/2011 | Meet w/ Dr. Scalzo; meetings w/ Drs. Scalzo, Toche, and Quattlebaum; rerspond to SAC 30-day letter; attent Coordination Meeting; review / comment on Stockton clinic plans; read / reply to e-mails | 11.00 | | 3,300 |
| 10/12/2011 | Meet w/ Dr. Scalzo | 2.00 | | 600 |
| 10/13/2011 | Meet w/ Dr Scalzo; attent Judges' Coordination Meeting; meet w/ Dr. Scalzo and Receiver; conf w/ Dr. Toche; read and respond to e-mails; plan for audits | 9.00 | | 2,700 |
| 10/13/2011 | Meet w/ Dr. Scalzo; read and respond to e-mails; draft audit reports | 4.00 | | 1,200 |
| 10/14/2011 | Meet w/ Dr. Scalzo | 1.50 | | 450 |
| 10/14/2011 | Travel to Dallas | | 8.50 | 850 |
| 10/17/2011 | Travel to San Jose | | 6.50 | 650 |
| 10/17/2011 | Meet w/ Dr. Scalzo; begin draft audit reports | 7.50 | | 2,250 |
| 10/17/2011 | Meet w/ Dr. Scalzo | 2.00 | | 600 |
| 10/18/2011 | Meetings w/ Drs. Scalzo, Toche, and Rosenberg; conduct SVSP audit; meet with warden and staff | 11.00 | | 3,300 |
| 10/18/2011 | Meet w/ Dr. Scalzo | 2.00 | | 600 |
| 10/19/2011 | Meet w/ Dr. Scalzo; audit reports; review cordination materials; read / send e-mails; participate in *Perez* 30-day meeting | 7.00 | | 2,100 |
| 10/19/2011 | Meet w/ Dr. Scalzo | 2.00 | | 600 |
| 10/20/2011 | Meet w/ Dr. Scalzo; review coordination materials | 5.25 | | 1,575 |
| 10/20/2011 | Travel to Dallas | | 5.50 | 550 |
| 10/22/2011 | Conf. w/ Dr. Scalzo | 0.75 | | 225 |
| 10/24/2011 | KVSP audit report | 1.25 | | 375 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 10/24/2011 | ISP audit report draft | 2.00 | 600 |
| 10/24/2011 | Review Pharmacy Core Leadership material | 0.50 | 150 |
| 10/24/2011 | Pharmacy Core Leadership Meeting dial-in | 0.50 | 150 |
| 10/25/2011 | Conf. w/ Dr. Scalzo | 0.50 | 150 |
| 10/25/2011 | Conf. w/ Dr. Scalzo | 0.50 | 150 |
| 10/25/2011 | SVSP audit report | 2.00 | 600 |
| 10/25/2011 | Read / send e-mails | 0.50 | 150 |
| 10/27/2011 | Review CDCR Job Reduction Spreadsheet; send e-mails | 0.50 | 150 |
| 10/27/2011 | Review CDCR Weekly Population Report | 0.25 | 75 |
| 10/27/2011 | SVSP final audit report | 0.50 | 150 |
| 10/27/2011 | ISP final audit report | 0.50 | 150 |
| 10/27/2011 | Conf. w/ Drs. Toche & Scalzo | 0.25 | 75 |
| 10/27/2011 | Conf. w/ Dr. Scalzo | 0.50 | 150 |
| 10/27/2011 | Conf. w/ Dr. Scalzo | 0.25 | 75 |
| 10/28/2011 | Conf. w/ Dr. Scalzo | 0.50 | 150 |

**Total Hours** 121.00   43.25

**For Professional services rendered**   $ 40,625.00

**Additional Charges:**
**Other Expense**
Travel
    Oct 3-5 2011   1,177.44
    Oct 10-14 2011   1,782.34
    Oct 17-20 2011   1,137.54
    Postage 9-30-2011   6.43

**Total amount of charges**   4,103.75
**Total amount of this bill**   $44,728.75