PRISON LAW OFFICE
DONALD SPECTER #83925
STEVEN FAMA #99641
ALISON HARDY #135966
1917 Fifth Street
Berkeley, CA 94710
Telephone: (510) 280-2621
Facsimile: (510) 280-2704
ahardy@prisonlaw.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| CARLOS PEREZ, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MATTHEW CATE, et al.,<br><br>Defendants. | **No. C05-5241 JSW**<br><br>**STIPULATION AND ORDER FOR PERIODIC COLLECTION OF ATTORNEYS' FEES AND COSTS** |

On April 10, 2007, this Court established a procedure by which plaintiffs are to collect attorneys' fees and costs incurred in connection with the Amended Stipulation and Order. This procedure requires plaintiffs' counsel to submit to defendants a quarterly statement of fees incurred in monitoring work, and permits defendants thirty (30) days from the receipt of plaintiffs' statement to notify plaintiffs of any disputed items. After the parties meet and confer on any of defendant's objections, counsel shall then prepare a stipulated order for payment of the fees not subject to defendants' objections. The Order also states that defendants shall have thirty (30) days from the entry of the order to pay the undisputed fees and that interest on any undisputed fees will run from the thirty-first day after the Order is filed, accruing at the rate provided by 28 U.S.C. § 1961.

Pursuant to this procedure, plaintiffs' counsel served their third quarter billing

1   statement demanding $12,169 for the period from July 1, 2011 through September 30,

2   2011.  After meeting and conferring, the parties agreed to payment of $12,169.

3           WHEREFORE, defendants agree to pay plaintiffs' counsel $12,169 within 30 days

4   of the signing of this Order.  On the 31st day following the entry of this Order, interest on

5   any unpaid amount will begin to accrue at the rate provided by 28 U.S.C. § 1961 (i.e., the

6   weekly average 1 year constant maturity Treasury yield for the calendar week preceding

7   the date of the Order.)

8   AGREED TO BY THE PARTIES:

9   Date:  March 2, 2012

10                                          /s/
                                  Alison Hardy
11                                  Attorney for Plaintiffs

12

13  Date: March 5, 2012                     /s/
                                  Marisa Yee Kirschenbauer
14                                  Deputy Attorney General
                                  Attorney for Defendants
15

16

17          I, Alison Hardy, attest that Marisa Kirschenbauer signed this document on March 5, 2012.

18

19  **IT IS SO ORDERED.**

20  Date:  March 6            , 2012

21                                  Honorable Jeffrey S. White
                                  United States District Court Judge
22

23   cc:  Finance Office

24

25

26

27

28

Stipulation and Order Re: Collection of Third Quarter Fees
*Perez v. Cate,* 05–5241 JSW                    2