IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARLOS PEREZ, et al.

    Plaintiffs,

v.

JAMES TILTON, et al.,

    Defendants.

No. C 05-05241 JSW

**ORDER RE AMENDED INVOICE FROM DR. SHULMAN**

The Court has been notified by the Finance Office that there was a typographical error on page 3 of Dr. Shulman's March 2, 2012 Invoice, attached the Order dated March 19, 2012, granting his motion for administrative payment. Specifically, an entry for 7.5 hours on February 28, 2012 did not have an accompanying total amount of $2,250. Dr. Shulman has submitted an amended invoice, which is attached to this Order, and he has corrected this error. The Court notes for the benefit of the parties and the Finance Office that this omission does not affect the total amount of the invoice, which the Court previously approved. Accordingly, pursuant to the Court's Orders of October 20, 2008, the Court HEREBY ORDERS payment to court expert Jay D. Shulman per the court expert's invoice dated March 2, 2012.

**IT IS SO ORDERED.**

Dated: March 23, 2012

                                            JEFFREY S. WHITE
                                            UNITED STATES DISTRICT JUDGE

cc:    Finance Office