KAMALA D. HARRIS
Attorney General of California
MARISA Y. KIRSCHENBAUER
Deputy Attorney General
State Bar No. 226729
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 703-1380
 Fax: (415) 703-5843
 E-mail: marisa.kirschenbauer@doj.ca.gov
*Attorneys for Defendants*

PRISON LAW OFFICE
DONALD SPECTER
ALISON HARDY, State Bar No. 135966
 1917 Fifth Street
 Berkeley, CA 94710
 Telephone: (510) 280-2621
 Fax: (510) 280-2704
 ahardy@prisonlaw.com
*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **CARLOS PEREZ,**<br><br>Plaintiff,<br><br>v.<br><br>**MATTHEW CATE, et al.,**<br><br>Defendants. | C 05-05241 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER RE: DEPOSIT OF INTERIM COSTS AS MODIFIED**<br><br>Judge: The Honorable Jeffrey S. White |

On May 11, 2012, the Court notified the parties that the funds on deposit with the Court for payment of the Court's Representatives had fallen below $150,000.00. (Court Docket No. 691.) The Court ordered Defendants to deposit additional funds within thirty days. (*Id.*) The parties stipulate that Defendants will deposit $200,000.00 with the Clerk of the Court as an interim

payment of costs, and that Defendants shall be given thirty days from the granting of this order to deposit such funds with the Court.

IT IS SO STIPULATED.

Dated: June 6, 2012                          Respectfully submitted,

                                             KAMALA D. HARRIS
                                             Attorney General of California

                                             *s/Marisa Y. Kirschenbauer*
                                             MARISA Y. KIRSCHENBAUER
                                             Deputy Attorney General
                                             *Attorneys for Defendants*


Dated: June 6, 2012                          *s/Alison Hardy*
                                             ALISON HARDY
                                             Prison Law Office
                                             *Attorney for Plaintiffs*

I, Marisa Kirschenbauer, attest that Alison Hardy authorized the filing of this document on June 6, 2012.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: June 6, 2012                          _____
                                             JEFFREY S. WHITE
                                             United States District Court

The Court notes that it is required to advise the Defendants when funds fall below $150,000, and based on the funds that will be deposited, it would anticipate that another order would follow requiring a further deposit by the end of July.

SD2004800652
20615733.doc

cc: Finance Office

2

Stipulation and Order re: Deposit of Interim Costs (C 05-05241 JSW)