| | |
|---|---|
| 1 | PRISON LAW OFFICE |
| | DONALD SPECTER #83925 |
| 2 | STEVEN FAMA #99641 |
| | ALISON HARDY #135966 |
| 3 | 1917 Fifth Street |
| | Berkeley, CA 94710 |
| 4 | Telephone: (510) 280-2621 |
| | Facsimile: (510) 280-2704 |
| 5 | ahardy@prisonlaw.com |
| 6 | Attorneys for Plaintiffs |

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS PEREZ, et al., | No. C05-5241 JSW |
| Plaintiffs, | **STIPULATION AND ORDER FOR PERIODIC COLLECTION OF ATTORNEYS' FEES AND COSTS** |
| v. | |
| MATTHEW CATE, et al., | |
| Defendants. | |

On April 10, 2007, this Court established a procedure by which plaintiffs are to collect attorneys' fees and costs incurred in connection with the Amended Stipulation and Order. This procedure requires plaintiffs' counsel to submit to defendants a quarterly statement of fees incurred in monitoring work, and permits defendants thirty (30) days from the receipt of plaintiffs' statement to notify plaintiffs of any disputed items. After the parties meet and confer on any of defendant's objections, counsel shall then prepare a stipulated order for payment of the fees not subject to defendants' objections. The Order also states that defendants shall have thirty (30) days from the entry of the order to pay the undisputed fees and that interest on any undisputed fees will run from the thirty-first day after the Order is filed, accruing at the rate provided by 28 U.S.C. § 1961.

Pursuant to this procedure, plaintiffs' counsel served their fourth quarter billing

Stipulation and Order Re: Collection of Fourth Quarter Fees
*Perez v. Cate,* 05–5241 JSW

statement demanding $7,921 for the period from October 1, 2011 through December 31, 2011. After meeting and conferring, the parties agreed to payment of $7,921.

WHEREFORE, defendants agree to pay plaintiffs' counsel $7,921 within 30 days of the signing of this Order. On the 31st day following the entry of this Order, interest on any unpaid amount will begin to accrue at the rate provided by 28 U.S.C. § 1961 (<u>i.e.</u>, the weekly average 1 year constant maturity Treasury yield for the calendar week preceding the date of the Order.)

AGREED TO BY THE PARTIES:

Date: June 6, 2012

      /s/
Alison Hardy
Attorney for Plaintiffs

Date: June 6, 2012

      /s/
Marisa Yee Kirschenbauer
Deputy Attorney General
Attorney for Defendants

I, Alison Hardy, attest that Marisa Kirschenbauer signed this document on June 6, 2012.

**IT IS SO ORDERED.**

Date: June 6, 2012

Honorable Jeffrey S. White
United States District Court Judge

cc: Finance Office

Stipulation and Order Re: Collection of Fourth Quarter Fees
*Perez v. Cate,* 05–5241 JSW    2