IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARLOS PEREZ, et al.

    Plaintiffs,

v.

JAMES TILTON, et al.,

    Defendants.

No. C 05-05241 JSW

**ORDER DISCHARGING COURT EXPERTS**

On June 22, 2012, the parties appeared for a status conference. At that hearing, the parties' advised the Court that the services of the Court's experts are no longer required, because each of the institutions involved in this matter have been audited and have passed the audits. Accordingly, the Court HEREBY DISCHARGES the Court's experts, with its gratitude for their service.

**IT IS SO ORDERED.**

Dated: July 11, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE