IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS PEREZ, et al.<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>JAMES TILTON, et al.,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　　／ | No. C 05-05241 JSW<br><br>**ORDER DISCHARGING COURT EXPERTS** |

On June 22, 2012, the parties appeared for a status conference. At that hearing, the parties' advised the Court that the services of the Court's experts are no longer required, because each of the institutions involved in this matter have been audited and have passed the audits. Accordingly, the Court HEREBY DISCHARGES the Court's experts, with its gratitude for their service.

**IT IS SO ORDERED.**

Dated: July 11, 2012

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE