IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARLOS PEREZ, et al.

    Plaintiffs,

  v.

JAMES TILTON, et al.,

    Defendants.

No. C 05-05241 JSW

**ORDER TO DEFENDANTS TO SHOW CAUSE RE DEPOSIT OF FUNDS**

On May 11, 2012, the Court issued an Order directing Defendants to deposit additional funds with the Clerk of the Court as interim payment of costs. The Court has received a communication from the Finance Office that it has not yet received a deposit. Accordingly, Defendants are HEREBY ORDERED TO SHOW CAUSE as to why they have not complied with the Court's Order dated May 11, 2012. Defendants' response to the Order to Show Cause shall be due by July 16, 2012. Even if Defendants deposit the required funds prior to that date, the Court still requires a response from the Defendants.

**IT IS SO ORDERED.**

Dated: July 11, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc:    Finance Office