United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARLOS PEREZ, et al.

    Plaintiffs,

   v.

JAMES TILTON, et al.,

    Defendants.

_____/

No. C 05-05241 JSW

**ORDER DISCHARGING ORDER TO DEFENDANTS TO SHOW CAUSE RE DEPOSIT OF FUNDS**

    The Court has received and considered Defendants' response to the Order to Show Cause dated July 10, 2012, and it shall DISCHARGE the Order to Show Cause without further action.

    **IT IS SO ORDERED.**

Dated: July 17, 2012

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE