United States District Court
For the Northern District of California

1
2
3
4
5
6          IN THE UNITED STATES DISTRICT COURT
7
8          FOR THE NORTHERN DISTRICT OF CALIFORNIA
9    CARLOS PEREZ, et al.
10           Plaintiffs,                    No. C 05-05241 JSW
11     v.                                   **ORDER DISCHARGING ORDER
                                            TO DEFENDANTS TO SHOW
12   JAMES TILTON, et al.,                  CAUSE RE DEPOSIT OF FUNDS**
13           Defendants.
                                     /
14
15         The Court has received and considered Defendants' response to the Order to Show
16   Cause dated July 10, 2012, and it shall DISCHARGE the Order to Show Cause without further
17   action.
18         **IT IS SO ORDERED.**
19
20   Dated: July 17, 2012
21                                          JEFFREY S. WHITE
                                            UNITED STATES DISTRICT JUDGE
22
23
24
25
26
27
28