IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS PEREZ, et al. | No. C 05-05241 JSW |
| Plaintiffs, | **ORDER RE DECLARATION TO INITIATE CONTEMPT PROCEEDINGS** |
| v. | |
| JAMES TILTON, et al., | |
| Defendants. | |

On July 18, 2012, Dr. Robert V. Justice filed a declaration, in which he asks this Court to initiate contempt proceedings against the California Department of Corrections and Rehabilitation based on an alleged failure to pay his salary. Based on a review of Dr. Justice's declaration, it is evident to the Court that his dispute does not raise an issue of whether the CDCR has violated the provisions of the parties' Amended Stipulation and Order. Accordingly, the Court DENIES his request to initiate contempt proceedings.

**IT IS SO ORDERED.**

Dated: July 24, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

PEREZ,

        Plaintiff,

  v.

CATE et al,

        Defendant.

Case Number: CV05-05241 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 24, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Dr. Robert V. Justice
9461 Charleville Blvd.  Ste 394
Beverly Hills, CA 90212-3017

Dated: July 24, 2012

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk