IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARLOS PEREZ, et al.

    Plaintiffs,

  v.

JAMES TILTON, et al.,

    Defendants.

No. C 05-05241 JSW

**ORDER OF CLARIFICATION**

On July 25, 2012, the Court issued an Order approving an administrative motion for payment to Dr. Jay Shulman in the amount of $ 29,564.50 for his invoice dated May 31, 2012. (Docket No. 722.) Although the Court previously issued an order relating to that invoice (Docket No. 707), the Court was notified by the finance office that Dr. Shulman's original motion (Docket No. 703) contained a typographical error, in that the amount of payment requested was $ 29,264.50, and the amount on the invoice was $29,564.50.

The finance office also advised the Court that Dr. Shulman would be required to submit a revised motion with the correct amount, which is, in fact, $29,564.50. Accordingly, Dr. Shulman submitted his revised motion, and the Court processed his Order. The Court HEREBY CLARIFIES for the benefit of the parties and the record that Dr. Shulman has not received a double payment for his May 31, 2012 invoice.

**IT IS SO ORDERED.**

Dated: July 26, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc:    Finance Office