KAMALA D. HARRIS
Attorney General of California
MARISA Y. KIRSCHENBAUER
Deputy Attorney General
State Bar No. 226729
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-1380
 Fax:  (415) 703-5843
 E-mail:  marisa.kirschenbauer@doj.ca.gov
*Attorneys for Defendants*

PRISON LAW OFFICE
DONALD SPECTER
ALISON HARDY, State Bar No. 135966
 1917 Fifth Street
 Berkeley, CA 94710
 Telephone: (510) 280-2621
 Fax: (510) 280-2704
 ahardy@prisonlaw.com
*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **CARLOS PEREZ,**<br><br>                            Plaintiff,<br><br>      **v.**<br><br>**MATTHEW CATE, et al.,**<br><br>                            Defendants. | C 05-05241 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER RE: DEPOSIT OF FINAL COSTS**<br><br>Judge:      The Honorable Jeffrey S. White |

On July 25, 2012, the Court notified the parties that the funds on deposit with the Court for payment of the Court's Representatives had fallen below $150,000.00. (Court Docket No. 720.) The Court ordered Defendants to deposit additional funds within thirty days. (*Id*.) The parties stipulate that Defendants will deposit $1,715.08 with the Clerk of the Court as a final payment of costs, and that Defendants shall be given thirty days from the granting of this order to deposit

1

such funds with the Court. The parties further stipulate that, because the Court experts were discharged by the Court on June 22, 2012, and because all Court expert fees and costs will be fully paid with this final deposit of funds, Defendants are no longer obligated to deposit funds with the Court under the Court's order dated September 18, 2006. (*See* Court Docket Nos. 76, 709.) Any funds, including any accrued interest, remaining in the Court Registry Investment System, shall be returned to counsel for Defendants. The returned funds can be made payable to California Department of Corrections and Rehabilitation.

IT IS SO STIPULATED.

Dated: August 3, 2012

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California

*s/Marisa Y. Kirschenbauer*
MARISA Y. KIRSCHENBAUER
Deputy Attorney General
*Attorneys for Defendants*

Dated: August 3, 2012

*s/Alison Hardy*
ALISON HARDY
Prison Law Office
*Attorney for Plaintiffs*

I, Marisa Kirschenbauer, attest that Alison Hardy authorized the filing of this document on August 3, 2012.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: August 6, 2012

JEFFREY S. WHITE
United States District Court

cc: Finance Office

2

Stipulation and Order re: Deposit of Final Costs (C 05-05241 JSW)