KAMALA D. HARRIS
Attorney General of California
DAMON G. MCCLAIN
Supervising Deputy Attorney General
State Bar No. 209508
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 703-1380
 Fax: (415) 703-5843
 E-mail: damon.mcclain@doj.ca.gov
*Attorneys for Defendants*

PRISON LAW OFFICE
DONALD SPECTER
ALISON HARDY, State Bar No. 135966
 1917 Fifth Street
 Berkeley, CA 94710
 Telephone: (510) 280-2621
 Fax: (510) 280-2704
 ahardy@prisonlaw.com
*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **CARLOS PEREZ,**<br><br>                              Plaintiff,<br><br>       v.<br><br>**MATTHEW CATE, et al.,**<br><br>                              Defendants. | C 05-05241 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFFS' FEES AND COSTS POST-DISMISSAL**<br><br>Judge:     The Honorable Jeffrey S. White |

On August 14, 2012, the parties agreed to dismiss this action and terminate all provisions of the parties' August 21, 2006 Consent Decree (*see* Court Docket No. 69), except the provision requiring Defendants to complete necessary construction in dental clinics, according to the Implementation Plan. (Docket No. 726, Stipulation and Order Re Dismissal of Case.) The

1

parties also agreed that this Court shall retain jurisdiction to enforce the dental clinic renovation portion of the Consent Decree, and that Plaintiffs may seek to enforce the provision with this Court. (*Id.*)

The parties further agree that, notwithstanding the Stipulation terminating the case, the provisions in paragraph 42 of the Consent Decree providing that Plaintiffs are the prevailing party and may apply for attorneys' fees for work performed in connection with the Consent Decree shall remain in effect after dismissal of this action. Plaintiffs' counsel may only apply for fees and costs reasonably incurred to review Defendants' quarterly updates concerning the renovation projects, and for work reasonably necessary to enforce the Consent Decree's renovation provision. Paragraph 42 of the Consent Decree and Plaintiffs' entitlement to fees and costs end when the Consent Decree's renovation provision terminates.

AGREED TO BY THE PARTIES:

Dated: August 20, 2012

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California

*s/Damon G. McClain*
DAMON G. MCCLAIN
Deputy Attorney General
*Attorneys for Defendants*

Dated: August 20, 2012

*s/Alison Hardy*
ALISON HARDY
Prison Law Office
*Attorney for Plaintiffs*

I, Damon McClain, attest that Alison Hardy authorized the filing of this document on August 20, 2012.

Stipulation and Order Re Plaintiffs' Fees Post-Dismissal     *Perez v. Cate* (C 05-05241 JSW)

**IT IS SO ORDERED.**

Dated: August 20, 2012

_____
JEFFREY S. WHITE
United States District Court

SD2004800652
20632850.docx

3

Stipulation and Order Re Plaintiffs' Fees Post-Dismissal     *Perez v. Cate* (C 05-05241 JSW)