KAMALA D. HARRIS
Attorney General of California
MARISA Y. KIRSCHENBAUER
Deputy Attorney General
State Bar No. 226729
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-1380
  Fax: (415) 703-5843
  E-mail: marisa.kirschenbauer@doj.ca.gov
*Attorneys for Defendants*

PRISON LAW OFFICE
DONALD SPECTER
ALISON HARDY, State Bar No. 135966
  1917 Fifth Street
  Berkeley, CA 94710
  Telephone: (510) 280-2621
  Fax: (510) 280-2704
  ahardy@prisonlaw.com
*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **CARLOS PEREZ,**<br><br>Plaintiff,<br><br>v.<br><br>**MATTHEW CATE, et al.,**<br><br>Defendants. | C 05-05241 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL OF CASE WITH PREJUDICE AND TERMINATION OF ALL PROVISIONS OF CONSENT DECREE EXCEPT PROVISION RELATED TO RENOVATION PROJECTS**<br><br>Judge: The Honorable Jeffrey S. White |

This is a §1983 class-action lawsuit concerning the provision of dental care to inmates in California. Plaintiffs filed the complaint in December 2005, alleging that the California Department of Corrections and Rehabilitation (CDCR) was not providing inmates with constitutionally adequate dental care, as required by the Eighth Amendment. (*See* Court Docket

1

No. 1, Compl.) The parties reached a settlement, and on August 21, 2006, this Court approved the parties' settlement and a consent decree was entered. (Court Docket No. 68, Order Granting Motion for Final Approval of Settlement; Court Docket No. 69, Amended Stipulation and Order.)

The parties agree that Defendants have satisfied every obligation under the consent decree except for the completion of renovation projects at some of the prison's dental clinics. A comprehensive system is now in place to ensure that inmate-patients receive constitutionally adequate dental care, and all institutions have passed the Court experts' audits with high scores. On that basis, the parties agree to dismiss the case with prejudice and further agree that all provisions of the consent decree shall be terminated except for the provision of paragraph 12 related to the renovation projects. (Court Docket No. 69, Amended Stipulation and Order.) CDCR shall comply with paragraph 12 by completing necessary construction according to the Implementation Plan. Defendants will provide Plaintiffs with quarterly updates on the renovation projects.

Once the case is dismissed with prejudice, the parties agree that the Court will retain jurisdiction over this case to enforce the sole remaining dental clinic renovation provision of the consent decree. If Defendants do not substantially comply with this remaining portion of the consent decree, Plaintiffs may seek to enforce this sole provision of the decree with the Court. Defendants will notify Plaintiffs and the Court upon final completion of the renovation projects. This remaining portion of the consent decree will automatically terminate 60 days after Defendants file the notification, unless Plaintiffs object to the notification.

IT IS SO STIPULATED.

Dated: August 15, 2012

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California

*s/Marisa Y. Kirschenbauer*
MARISA Y. KIRSCHENBAUER
Deputy Attorney General
*Attorneys for Defendants*

2

Stipulation and Order re: Dismissal With Prejudice and Term. Of Consent Decree Except for Provision Related to Renovation Projects (C 05-05241 JSW)

Dated: August 15, 2012            *s/Alison Hardy*
                                                       ALISON HARDY
                                                       Prison Law Office
                                                       *Attorney for Plaintiffs*

I, Marisa Kirschenbauer, attest that Alison Hardy authorized the filing of this document on August 15, 2012.

**PURSUANT TO THIS STIPULATION, IT IS SO ORDERED. THE CASE IS DISMISSED WITH PREJUDICE, AND THE CONSENT DECREE IS TERMINATED IN ALL RESPECTS EXCEPT FOR THE PROVISION OF PARAGRAPH 12 RELATED TO THE RENOVATION PROJECTS. THE COURT RETAINS JURISDICTION TO ENFORCE THIS REMAINING COMPONENT OF THE CONSENT DECREE.**

Dated: August 20, 2012            _____
                                                       JEFFREY S. WHITE
                                                       United States District Court

SD2004800652
20631468.doc

3

Stipulation and Order re: Dismissal With Prejudice and Term. Of Consent Decree Except for Provision Related to Renovation Projects (C 05-05241 JSW)