IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS PEREZ, et al. | |
|     Plaintiffs, | No. C 05-05241 JSW |
| v. | **ORDER REQUIRING DEPOSIT OF FUNDS** |
| JAMES TILTON, et al., | |
|     Defendants. | |

The Court has been notified by the Finance Office that it underpaid Dr. Shulman in the amount of $3,000.00 on two invoices previously approved by the Court, which were dated October 30, 2011 and December 30, 2011. (*See* Orders dated 11/20/2011 and 1/5/2012.) Dr. Shulman has confirmed the discrepancy and has requested payment.

Accordingly, it is HEREBY ORDERED that Defendants shall deposit $3,000.00 to the Court within sixty (60) days of the date of this Order in order to effectuate the payment owed to Dr. Shulman.

**IT IS SO ORDERED.**

Dated: January 14, 2013

                                                JEFFREY S. WHITE
                                              UNITED STATES DISTRICT JUDGE

cc:    Finance Office