**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS PEREZ, et al. | No. C 05-05241 JSW |
| Plaintiffs, | **ORDER TO SHOW CAUSE TO DEFENDANTS TO SHOW CAUSE WHY THEY HAVE NOT COMPLIED WITH ORDER DATED JANUARY 14, 2013 REQUIRING DEPOSIT OF FUNDS** |
| v. | |
| JAMES TILTON, et al., | |
| Defendants. | |

On January 14, 2013, the Court issued an Order directing Defendants to deposit $3,000.00 with the Court within sixty days. (Docket No. 733.) That time period has passed, and the Finance Office has advised the Court it has not received a deposit. Accordingly, Defendants are HEREBY ORDERED TO SHOW CAUSE in writing by March 25, 2013, as to why they have not complied with the Court's Order.

**IT IS SO ORDERED.**

Dated: March 20, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Finance Office