IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS PEREZ, et al. | No. C 05-05241 JSW |
| Plaintiffs, | **ORDER DISCHARGING ORDER TO SHOW CAUSE TO DEFENDANTS TO SHOW CAUSE WHY THEY HAVE NOT COMPLIED WITH ORDER DATED JANUARY 14, 2013 REQUIRING DEPOSIT OF FUNDS** |
| v. | |
| JAMES TILTON, et al., | |
| Defendants. | |

The Court has received Defendants' response to the Order to Show Cause dated March 20, 2013, and has received the payment at issue. The Court DISCHARGES the Order to Show Cause.

**IT IS SO ORDERED.**

Dated: March 28, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE