United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARLOS PEREZ, et al.

    Plaintiffs,

  v.

JAMES TILTON, et al.,

    Defendants.
_____/

No. C 05-05241 JSW

**ORDER REQUIRING REIMBURSEMENT**

This matter is now closed. It is HEREBY ORDERED that any remaining funds in the Court Registry shall be reimbursed by a check payable to the State of California - Department of Corrections and Rehabilitation, and it shall mail this check to counsel for the Defendants:

Marisa Y. Kischenbauer
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, California 94102-7004.

**IT IS SO ORDERED.**

Dated: May 15, 2013

                                        JEFFREY S. WHITE
                                        UNITED STATES DISTRICT JUDGE

cc:    Finance Office

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CARLOS PEREZ, et al.,

        Plaintiff,

v.

JAMES TILON, et al.,

        Defendant.

Case Number: CV05-05241 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 15, 2013, I SERVED a true and correct copies of the attached, by placing said copies in postage paid envelopes addressed to the persons hereinafter listed, by depositing said envelopes in the U.S. Mail.

Edmund G. Brown
Attorney General of the State of California
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102-7004


Jay Shulman
9647 Hilldale Drive
Dallas, TX 75231


Joseph D. Scalzo
3785 N. 156th Lane
Goodyear, AZ 85395


Dated: May 15, 2013

Richard W. Wieking, Clerk
By: Jean Davis, Deputy Clerk